**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CONCERT INVESTOR, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-3150-CJN<br><br>Judge Carl J. Nichols |

**PLAINTIFF'S NOTICE OF FILING**

Pursuant to the Court's March 13, 2026 Minute Order, Plaintiff Concert Investor, LLC hereby files a redacted version of the Joint Appendix (ECF No. 126) on the public docket.

Dated:  March 20, 2026

Respectfully submitted,

*/s/* Caroline L. Wolverton
Caroline L. Wolverton, D.C. Bar No. 496433
James E. Tysse, D.C. Bar No. 978722
Lide E. Paterno, D.C. Bar No. 166601
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
(202) 887-4000

*Counsel for Plaintiff Concert Investors, LLC*