

- Close Window
- Print This Page
- Expand All | Collapse All

# Concert Investor, LLC - SVOG

## Application Processing Fields

| | | | |
|---|---|---|---|
| Phase | Appeal | Pending Action Items | 0 |
| Stage | Post Award - Appeal | Completed Action Items | 1 |
| Status | Appeal Declined | Expired Action Items | 0 |
| External Status | Appeal Denied by SBA | Days in DNP | |
| Status Related Comments to Applicant | | Awarded Date | |
| Owner | Tim Treanor | Close Date | 7/10/2021 |
| Application Timestamp (GMT) | 04/26/2021 18:19:40 | Closed reason | Declined – Not Eligible |
| Fixed for w1114 files | | | |

## Funding Request Details

| | | | |
|---|---|---|---|
| Type of Application | Business | Type of Submission | Application |
| Grant Application Number | SBAHQ21SV003470 | CFN | DA-000010432 |
| Funding Request Name | Concert Investor, LLC - SVOG | Tax Transcript Form Type | 1065 |
| Attestation | ✓ | Funding Program | Shuttered Venue Operators Grant |
| Funding Priority | First Priority | Reviewer Funding Priority | First Priority |
| Gross Revenue Loss % (Total: Apr - Dec) | 96.00% | Gross Revenue Loss % (Total: Apr - Dec) | 96.00% |
| Earned Revenue Loss % (Max Qtr) | 100.00% | Reviewer Earned Revenue Loss % (Max Qtr) | 100.00% |

## Applicant's Organization Information

| | | | |
|---|---|---|---|
| Applying Organization | Concert Investor, LLC | EIN | ████████ |
| Account Venue | Theatrical producer | DUNS / UEI | 079344265 |
| Account Type | Business | EFT Indicator | 0000 |

000001

| | | | |
|---|---|---|---|
| Date Business Began Operation (Original) | 7/6/2012 | NAICS Code | 7922 |
| Applying Contact | Justin Roddick | Bankruptcy | |
| Title | Owner | Owned by a Museum | |

## Authorized Representative

| | | | |
|---|---|---|---|
| Authorized Representative | Justin William Roddick | | |
| Title | Owner | Fax | |
| Phone | ▮▮▮▮▮ | Email | ▮▮▮▮▮ |

## Proposed Award Information

| | | | |
|---|---|---|---|
| Term Start Date | | Term End Date | |
| Budget Period Start Date | | Budget Period End Date | |
| | AMOUNTS SUBMITTED BY APPLICANT | | AMOUNTS VALIDATED BY REVIEWER |
| PPP Loan Amount Applicant | $41,667.00 | PPP Loan Amount | $41,667.00 |
| Proposed Grant Award Applicant | $5,029,984.35 | Validated Grant Amount | $5,029,984.35 |
| Adjusted Proposed Grant Amount Applicant | $4,988,317.35 | Original Adjusted Validated Grant Amount | $4,988,317.35 |
| Opted-In to Receive Supplemental Award | | Original Verified Budget | |
| | | Budget Amount | $0.00 |
| | | Adjusted Validated Grant Reduction | $0.00 |
| | | Adjusted Validated Grant Amount | $4,988,317.35 |
| | | Original Grant Amount | |
| | | Warning / Observations | • The Budget Amount is less than the Adjusted Validation Grant Amount<br>• No Final Budget Record record has been selected yet |
| | | Post Award Exception? | |

| | |
|---|---|
| Special Conditions | You are required to view the Post-Award Information Session prior to your initial disbursement.; You must submit documentation that you are registered in SAM to receive an initial disbursement.; You are not eligible for a Restaurant Revitalization Fund grant. |
| Special Conditions Other | |
| Reviewer Remarks | |

000002

Requirements **26. On average, are tickets available to the public at least 60 days prior to an event?**

Has Attachment ✓

Answer **Yes**

First Conditional Answer

Second Conditional Answer

Created Date **4/26/2021**

## Revenue Receipts

**RR - 021420**

Revenue Type **Gross Revenue**

Year **2019**

Total Applicant **$11,177,743.00**

Total Agent **$11,177,743.00**

**RR - 021423**

Revenue Type **Earned Revenue**

Year **2019**

Total Applicant **$11,177,743.00**

Total Agent **$11,177,743.00**

**RR - 021421**

Revenue Type **Gross Revenue**

Year **2020**

Total Applicant **$669,027.00**

Total Agent **$669,027.00**

**RR - 021424**

Revenue Type **Earned Revenue**

Year **2020**

Total Applicant **$669,027.00**

Total Agent **$669,027.00**

**RR - 021422**

Revenue Type **Gross Revenue**

Year **2021**

Total Applicant **$0.00**

Total Agent **$0.00**

**RR - 021425**

000014

Affiliate Group **SVOG_Affiliates_Group 079344265**

Account Funding Request

Adjusted Validated Grant Amount **$0.00**

Number of Employees **0**

## Action Items

### AI-00029889

Subject **Appeal your SVOG Decision**

Status **Completed**

Due Date **8/17/2021**

Created Date **8/2/2021**

## Activity History

**Email: Follow Up Regarding Your SVOG Application.**

Name **Justin Roddick**

Task ✓

Due Date **11/2/2021**

Assigned To **Christy James**

Last Modified Date/Time **11/2/2021, 6:00 AM**

Comments **To:** ███████████████

**CC:**

**BCC:**

**Attachment: --none--**

**Subject: Follow Up Regarding Your SVOG Application.**
**Body:**
**Dear Justin Roddick,**

After a thorough and comprehensive review of your appeal for your Shuttered Venue Operators Grant decision, your SVOG application remains declined. Applications were declined for one or more of the reasons provided below. See the SVOG Eligibility Matrix for statutory references for each reason. Your application was declined, at least in part, based on numbers 10 and 11.

Not fully operational on February 29, 2020
Not currently open, in operation, or representing live talent
Lacked required minimum 25% gross earned revenue loss
Issues securities on a national securities exchange (or owned by an entity that does so)
More than 10% of 2019 income came from federal resources
Met all the following: (1) own/operate a venue in more than one country, (2) own/operate a venue in more than 10 states, (3) have more than 500 full-time equivalent employees
Currently suspended or debarred from contracting with the federal government or receiving federal grants or loans
In the past five years, was convicted, plead guilty, or pleaded nolo contendere under specified conditions
Presented live performances of a prurient sexual nature
Did not meet the principal business activity standard for the entity type under which applied
Did not meet one or more of the eligibility criteria specific to the entity type under which applied
Met limit for affiliates
Application withdrawn
Incomplete application

000023

Failure to abide by Terms and Conditions
Submitted documents that could not be verified

Please note the list provided in this email may not be a comprehensive list of reasons for your decline. To receive additional information as to why your SVOG application was declined, please complete this form (direct link: https://forms.office.com/g/B7DeKGgF1z). The SBA will aim to provide this more specific detail on appeal declines once the SVOG initial application reviews are complete.

We encourage you to visit www.SBA.gov/eidl for an additional pandemic relief option you may be eligible for – the COVID-19 Economic Injury Disaster Loan – which is available through December 31, 2021. Also, SBA's Resource Partner network, including SCORE Mentors and hundreds of Small Business Development Centers, Women's Business Centers and Veteran Business Outreach Centers across the nation, is available to provide free assistance and counseling to small business owners and entrepreneurs.

Sincerely,
SBA Team

Copyright © 2000-2022 salesforce.com, inc. All rights reserved.

000024



- Close Window
- Print This Page
- Expand All | Collapse All

## RR - 021420

| | | | |
|---|---|---|---|
| Revenue Receipts Number | RR - 021420 | Funding Request | Concert Investor, LLC - SVOG |
| Year | 2019 | Action Item | |
| Revenue Type | Gross Revenue | Requirement | |
| Total On Date of Operation 2020 | ▉ | Date Business Began Operation (Original) | 7/6/2012 |
| | | Recon 2.0 DBBO (Reviewer Verified) | ▉ |
| Total Applicant | ▉ | Total Agent | ▉ |

Reviewer Remarks

### Revenue Amounts

| >>>>>>>>>>>> AMOUNTS SUBMITTED BY APPLICANT | | >>>>>>>>>>>> AMOUNTS VALIDATED BY REVIEWER | |
|---|---|---|---|
| January | ▉ | January Agent | ▉ |
| February | | February Agent | |
| March | | March Agent | |
| April | | April Agent | |
| May | | May Agent | |
| June | | June Agent | |
| July | | July Agent | |
| August | | August Agent | |
| September | | September Agent | |
| October | | October Agent | |
| November | | November Agent | |
| December | | December Agent | |

### All Quarterly Revenue

| | | | |
|---|---|---|---|
| Recon 2.0 Q1 Total Revenue (Reviewer) | ▉ | Q1 All Revenue | |
| Recon 2.0 Q2 Total Revenue (Reviewer) | | Q2 All Revenue | |
| Recon 2.0 Q3 Total Revenue (Reviewer) | | Q3 All Revenue | |
| Recon 2.0 Q4 Total Revenue (Reviewer) | | Q4 All Revenue | |

### Quarter Revenues

| | | | |
|---|---|---|---|
| Q1 Total Revenue (Applicant) | ▉ | Q1 Total Revenue (Reviewer) | ▉ |
| Q2 Total Revenue | | Q2 Total Revenue | |

000034

1/28/22, 9:37 AM                                          RR - 021420 ~ Salesforce - Unlimited Edition



(Applicant)                                                                    (Reviewer)

Q3 Total Revenue                                                      Q3 Total Revenue
(Applicant)                                                                (Reviewer)

Q4 Total Revenue                                                      Q4 Total Revenue
(Applicant)                                                                (Reviewer)

## System Information

| | | | |
|---|---|---|---|
| Owner | Tim Treanor | Last Modified By | Jennifer Wood, 1/5/2022, 3:03 PM |
| Created By | Justin Roddick, 4/26/2021, 11:19 AM | Draft Application | DA-000010432 |
| Reviewer Remarks History | | | |

000035



- Close Window
- Print This Page
- Expand All | Collapse All

## RR - 021421

| | | | |
|---|---|---|---|
| Revenue Receipts Number | RR - 021421 | Funding Request | Concert Investor, LLC - SVOG |
| Year | 2020 | Action Item | |
| Revenue Type | Gross Revenue | Requirement | |
| Total On Date of Operation 2020 | | Date Business Began Operation (Original) | 7/6/2012 |
| | | Recon 2.0 DBBO (Reviewer Verified) | |
| Total Applicant | | Total Agent | |
| Reviewer Remarks | | | |

### Revenue Amounts

| >>>>>>>>>>>>> | AMOUNTS SUBMITTED BY APPLICANT | >>>>>>>>>>>>> | AMOUNTS VALIDATED BY REVIEWER |
|---|---|---|---|
| January | | January Agent | |
| February | | February Agent | |
| March | | March Agent | |
| April | | April Agent | |
| May | | May Agent | |
| June | | June Agent | |
| July | | July Agent | |
| August | | August Agent | |
| September | | September Agent | |
| October | | October Agent | |
| November | | November Agent | |
| December | | December Agent | |

### All Quarterly Revenue

| | | | |
|---|---|---|---|
| Recon 2.0 Q1 Total Revenue (Reviewer) | | Q1 All Revenue | |
| Recon 2.0 Q2 Total Revenue (Reviewer) | | Q2 All Revenue | |
| Recon 2.0 Q3 Total Revenue (Reviewer) | | Q3 All Revenue | |
| Recon 2.0 Q4 Total Revenue (Reviewer) | | Q4 All Revenue | |

### Quarter Revenues

| | | | |
|---|---|---|---|
| Q1 Total Revenue (Applicant) | | Q1 Total Revenue (Reviewer) | |
| Q2 Total Revenue | | Q2 Total Revenue | |

000036

1/28/22, 9:39 AM                                          RR - 021421 ~ Salesforce - Unlimited Edition

| (Applicant) | | (Reviewer) | |
|---|---|---|---|
| Q3 Total Revenue (Applicant) | | Q3 Total Revenue (Reviewer) | |
| Q4 Total Revenue (Applicant) | | Q4 Total Revenue (Reviewer) | |



## System Information

| | | | |
|---|---|---|---|
| Owner | Tim Treanor | Last Modified By | Jennifer Wood, 1/5/2022, 3:03 PM |
| Created By | Justin Roddick, 4/26/2021, 11:19 AM | Draft Application | DA-000010432 |
| Reviewer Remarks History | | | |

000037



- Close Window
- Print This Page
- Expand All | Collapse All

# RR - 021422

| | | | |
|---|---|---|---|
| Revenue Receipts Number | RR - 021422 | Funding Request | Concert Investor, LLC - SVOG |
| Year | 2021 | Action Item | |
| Revenue Type | Gross Revenue | Requirement | |
| Total On Date of Operation 2020 | ▮ | Date Business Began Operation (Original) | 7/6/2012 |
| | | Recon 2.0 DBBO (Reviewer Verified) | ▮ |
| Total Applicant | | Total Agent | ▮ |
| Reviewer Remarks | | | |

## Revenue Amounts

| >>>>>>>>>>>>> | AMOUNTS SUBMITTED BY APPLICANT | >>>>>>>>>>>>> | AMOUNTS VALIDATED BY REVIEWER |
|---|---|---|---|
| January | ▮ | January Agent | ▮ |
| February | | February Agent | |
| March | | March Agent | |
| April | | April Agent | |
| May | | May Agent | |
| June | | June Agent | |
| July | | July Agent | |
| August | | August Agent | |
| September | | September Agent | |
| October | | October Agent | |
| November | | November Agent | |
| December | | December Agent | |

## All Quarterly Revenue

| | | | |
|---|---|---|---|
| Recon 2.0 Q1 Total Revenue (Reviewer) | ▮ | Q1 All Revenue | ▮ |
| Recon 2.0 Q2 Total Revenue (Reviewer) | | Q2 All Revenue | |
| Recon 2.0 Q3 Total Revenue (Reviewer) | | Q3 All Revenue | |
| Recon 2.0 Q4 Total Revenue (Reviewer) | | Q4 All Revenue | |

## Quarter Revenues

| | | | |
|---|---|---|---|
| Q1 Total Revenue (Applicant) | ▮ | Q1 Total Revenue (Reviewer) | ▮ |
| Q2 Total Revenue | | Q2 Total Revenue | |

000038

1/28/22, 9:40 AM                                                    RR - 021422 ~ Salesforce - Unlimited Edition

(Applicant)                                              (Reviewer)

Q3 Total Revenue                                                   Q3 Total Revenue
(Applicant)                                                        (Reviewer)

Q4 Total Revenue                                                   Q4 Total Revenue
(Applicant)                                                        (Reviewer)

## System Information

| | | | |
|---|---|---|---|
| Owner | Tim Treanor | Last Modified By | Jennifer Wood, 1/5/2022, 3:03 PM |
| Created By | Justin Roddick, 4/26/2021, 11:19 AM | Draft Application | DA-000010432 |
| Reviewer Remarks History | | | |

000039



- Close Window
- Print This Page
- Expand All | Collapse All

## RR - 021423

| | | | |
|---|---|---|---|
| Revenue Receipts Number | RR - 021423 | Funding Request | Concert Investor, LLC - SVOG |
| Year | 2019 | Action Item | |
| Revenue Type | Earned Revenue | Requirement | |
| Total On Date of Operation 2020 | | Date Business Began Operation (Original) | 7/6/2012 |
| | | Recon 2.0 DBBO (Reviewer Verified) | |
| Total Applicant | | Total Agent | |
| Reviewer Remarks | | | |

### Revenue Amounts

| >>>>>>>>>>>>> | AMOUNTS SUBMITTED BY APPLICANT | >>>>>>>>>>>>> | AMOUNTS VALIDATED BY REVIEWER |
|---|---|---|---|
| January | | January Agent | |
| February | | February Agent | |
| March | | March Agent | |
| April | | April Agent | |
| May | | May Agent | |
| June | | June Agent | |
| July | | July Agent | |
| August | | August Agent | |
| September | | September Agent | |
| October | | October Agent | |
| November | | November Agent | |
| December | | December Agent | |

### All Quarterly Revenue

| | | | |
|---|---|---|---|
| Recon 2.0 Q1 Total Revenue (Reviewer) | | Q1 All Revenue | |
| Recon 2.0 Q2 Total Revenue (Reviewer) | | Q2 All Revenue | |
| Recon 2.0 Q3 Total Revenue (Reviewer) | | Q3 All Revenue | |
| Recon 2.0 Q4 Total Revenue (Reviewer) | | Q4 All Revenue | |

### Quarter Revenues

| | | | |
|---|---|---|---|
| Q1 Total Revenue (Applicant) | | Q1 Total Revenue (Reviewer) | |
| Q2 Total Revenue | | Q2 Total Revenue | |

000040

1/28/22, 9:38 AM                                    RR - 021423 ~ Salesforce - Unlimited Edition

**(Applicant)**                                     **(Reviewer)**

**Q3 Total Revenue**            **Q3 Total Revenue**
**(Applicant)**                                     **(Reviewer)**

**Q4 Total Revenue**                                **Q4 Total Revenue**
**(Applicant)**                                     **(Reviewer)**

## System Information

| | | | |
|---|---|---|---|
| **Owner** | Tim Treanor | **Last Modified By** | Jennifer Wood, 1/5/2022, 3:03 PM |
| **Created By** | Justin Roddick, 4/26/2021, 11:19 AM | **Draft Application** | DA-000010432 |
| **Reviewer Remarks History** | | | |

000041

RR - 021424 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

# RR - 021424

| | | | |
|---|---|---|---|
| Revenue Receipts Number | RR - 021424 | Funding Request | Concert Investor, LLC - SVOG |
| Year | 2020 | Action Item | |
| Revenue Type | Earned Revenue | Requirement | |
| Total On Date of Operation 2020 | | Date Business Began Operation (Original) | 7/6/2012 |
| | | Recon 2.0 DBBO (Reviewer Verified) | |
| Total Applicant | | Total Agent | |
| Reviewer Remarks | | | |

## Revenue Amounts

| | AMOUNTS SUBMITTED BY APPLICANT | | AMOUNTS VALIDATED BY REVIEWER |
|---|---|---|---|
| January | | January Agent | |
| February | | February Agent | |
| March | | March Agent | |
| April | | April Agent | |
| May | | May Agent | |
| June | | June Agent | |
| July | | July Agent | |
| August | | August Agent | |
| September | | September Agent | |
| October | | October Agent | |
| November | | November Agent | |
| December | | December Agent | |

## All Quarterly Revenue

| | | | |
|---|---|---|---|
| Recon 2.0 Q1 Total Revenue (Reviewer) | | Q1 All Revenue | |
| Recon 2.0 Q2 Total Revenue (Reviewer) | | Q2 All Revenue | |
| Recon 2.0 Q3 Total Revenue (Reviewer) | | Q3 All Revenue | |
| Recon 2.0 Q4 Total Revenue (Reviewer) | | Q4 All Revenue | |

## Quarter Revenues

| | | | |
|---|---|---|---|
| Q1 Total Revenue (Applicant) | | Q1 Total Revenue (Reviewer) | |
| Q2 Total Revenue | | Q2 Total Revenue | |

000042

1/28/22, 9:39 AM                                    RR - 021424 ~ Salesforce - Unlimited Edition

| | | | |
|---|---|---|---|
| **(Applicant)** |  | **(Reviewer)** |  |
| **Q3 Total Revenue (Applicant)** | | **Q3 Total Revenue (Reviewer)** | |
| **Q4 Total Revenue (Applicant)** | | **Q4 Total Revenue (Reviewer)** | |

## System Information

| | | | |
|---|---|---|---|
| **Owner** | Tim Treanor | **Last Modified By** | Jennifer Wood, 1/5/2022, 3:03 PM |
| **Created By** | Justin Roddick, 4/26/2021, 11:19 AM | **Draft Application** | DA-000010432 |
| **Reviewer Remarks History** | | | |

000043



- Close Window
- Print This Page
- Expand All | Collapse All

## RR - 021425

| | | | |
|---|---|---|---|
| Revenue Receipts Number | RR - 021425 | Funding Request | Concert Investor, LLC - SVOG |
| Year | 2021 | Action Item | |
| Revenue Type | Earned Revenue | Requirement | |
| Total On Date of Operation 2020 | | Date Business Began Operation (Original) | 7/6/2012 |
| | | Recon 2.0 DBBO (Reviewer Verified) | |
| Total Applicant | | Total Agent | |
| Reviewer Remarks | | | |

### Revenue Amounts

| >>>>>>>>>>>>>> | AMOUNTS SUBMITTED BY APPLICANT | >>>>>>>>>>>>>> | AMOUNTS VALIDATED BY REVIEWER |
|---|---|---|---|
| January | | January Agent | |
| February | | February Agent | |
| March | | March Agent | |
| April | | April Agent | |
| May | | May Agent | |
| June | | June Agent | |
| July | | July Agent | |
| August | | August Agent | |
| September | | September Agent | |
| October | | October Agent | |
| November | | November Agent | |
| December | | December Agent | |

### All Quarterly Revenue

| | | | |
|---|---|---|---|
| Recon 2.0 Q1 Total Revenue (Reviewer) | | Q1 All Revenue | |
| Recon 2.0 Q2 Total Revenue (Reviewer) | | Q2 All Revenue | |
| Recon 2.0 Q3 Total Revenue (Reviewer) | | Q3 All Revenue | |
| Recon 2.0 Q4 Total Revenue (Reviewer) | | Q4 All Revenue | |

### Quarter Revenues

| | | | |
|---|---|---|---|
| Q1 Total Revenue (Applicant) | | Q1 Total Revenue (Reviewer) | |
| Q2 Total Revenue | | Q2 Total Revenue | |

000044

1/28/22, 9:41 AM                                        RR - 021425 ~ Salesforce - Unlimited Edition

**(Applicant)**                                        **(Reviewer)**

**Q3 Total Revenue**                                    **Q3 Total Revenue**
**(Applicant)**                                         **(Reviewer)**

**Q4 Total Revenue**                                    **Q4 Total Revenue**
**(Applicant)**                                         **(Reviewer)**

## System Information

| Owner | Tim Treanor | **Last Modified By** | Jennifer Wood, 1/5/2022, 3:03 PM |
|---|---|---|---|
| **Created By** | Justin Roddick, 4/26/2021, 11:19 AM | **Draft Application** | DA-000010432 |
| **Reviewer Remarks History** | | | |

000045

1/28/22, 9:48 AM                                    AI-00029889 ~ Salesforce - Unlimited Edition



- Close Window
- Print This Page
- Expand All | Collapse All

## AI-00029889

| | | | |
|---|---|---|---|
| **Action Item Name** | AI-00029889 | | |
| **Funding Request** | Concert Investor, LLC - SVOG | **Type** | Eligible for an SVOG Appeal |
| **Subject** | Appeal your SVOG Decision | **Status** | Completed |
| **Description** | | | |

### Appeal your SVOG Decision by 8/17/2021 at 8 PM PT

You have the option to appeal the decline decision on your SVOG application. If you would like to file an appeal, please complete this Action Item.

### 4506-T Cure Information

| | | |
|---|---|---|
| **Name on Tax Transcript** | | **Billing State** |
| **EIN** | | **Billing Postal Code** |
| **Tax Form Type** | | |

### Requirement Q&A

| **Date Business Began Operation (Original)** | | **Recon 2.0 DBBO (Grantee)** | |
|---|---|---|---|
| **Requirement Question 1** | Would you like to appeal your decision? | **Requirement Answer 1** | Yes |
| **Requirement Question 2** | With which type of entity would you like to proceed as? | **Requirement Answer 2** | Live Performing Arts Organization Operator |
| **Requirement Question 3** | I hereby certify UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES that the above is true and correct and attest that I have submitted my entity's SAM.gov Registration. | **Requirement Answer 3** | Yes |
| **Requirement Question 4** | | **Requirement Answer 4** | |
| **Requirement Question 5** | | **Requirement Answer 5** | |
| **Requirement Question 6** | | **Requirement Answer 6** | |
| **Requirement Question 7** | | **Requirement Answer 7** | |
| **Requirement Question 8** | | **Requirement Answer 8** | |
| **Requirement Question 9** | | **Requirement Answer 9** | |
| **Requirement Question 10** | | **Requirement Answer 10** | |

### Supplemental Response

000046

AI-00029889 ~ Salesforce - Unlimited Edition

**Grantee Verified
Supplemental Grant
Amt**

## Authorized Certifying Official Information

| | | |
|---|---|---|
| **First Name** | | **Phone** |
| **Middle Name** | | **Title** |
| **Last Name** | | |

## Basis of Accounting

**Basis of Accounting**

## System Information

| | | | |
|---|---|---|---|
| **Due Date** | 8/17/2021 | **Reminder Notification Date** | 8/17/2021 |
| **Created By** | SVOG Service Account, 8/2/2021, 2:00 PM | **Last Modified By** | Justin Roddick, 8/13/2021, 2:08 PM |

## Files

**Concert Investors Check List SVOG Appeal Decision Checklist FINAL -- Live Venue Operator, Promoter, Theatrical Producer, Organization Operator**

| | |
|---|---|
| Last Modified | **8/19/2021, 4:15 PM** |
| Created By | **Cynthia Harris** |

**Twenty One Pilots announce Pepsi Center concert 9news.com**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**1 of 4 - 2019 Invoices**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**Revised SVOG Budget 2021-2022**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**Roddick and Slezinger ID**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**Form 1711**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**The Band Camino 6-22-19 v1**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:11 PM** |
| Created By | **SVOG Service Account** |

**CPA Comfort Letter**

**CreativeInvestorLLC_SVOGAppealsPrepWorksheet_08.16.2021**

| | |
|---|---|
| Last Modified | **8/16/2021, 6:04 AM** |
| Created By | **Muhammad Ali** |

**Floor Layout for Arena - Twenty One Pilots - Barclays**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**2019-2021 Quarterly Financials Part II**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**SVOG justification letter FINAL**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**3 of 4 - 2019 Invoices**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**Twenty One Pilots 2018-2019 Bandito Tour Box Office**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:12 PM** |
| Created By | **SVOG Service Account** |

**VER COI**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:11 PM** |
| Created By | **SVOG Service Account** |

**TOP MILWAUKEE**

| | |
|---|---|
| Last Modified | **8/13/2021, 2:11 PM** |
| Created By | **SVOG Service Account** |

**TOP 2018-2019 Redline Contract**

000047



**Follow Up Regarding Your SVOG Application.**

Delete    Reply All    Reply    Forward

**Message**    Details

From: noresponse@sba.gov                                                6:00 AM | Nov 2, 2021
To: Justin Roddick (/lightning/r/003t000000mPebWAAS/view) ▾

Dear Justin Roddick,

After a thorough and comprehensive review of your appeal for your Shuttered Venue Operators Grant decision, your SVOG application remains declined. Applications were declined for one or more of the reasons provided below. See the SVOG Eligibility Matrix for statutory references for each reason. Your application was declined, at least in part, based on numbers 10 and 11.

1. Not fully operational on February 29, 2020
2. Not currently open, in operation, or representing live talent
3. Lacked required minimum 25% gross earned revenue loss
4. Issues securities on a national securities exchange (or owned by an entity that does so)
5. More than 10% of 2019 income came from federal resources
6. Met all the following: (1) own/operate a venue in more than one country, (2) own/operate a venue in more than 10 states, (3) have more than 500 full-time equivalent employees
7. Currently suspended or debarred from contracting with the federal government or receiving federal grants or loans
8. In the past five years, was convicted, plead guilty, or pleaded nolo contendere under specified conditions
9. Presented live performances of a prurient sexual nature
10. Did not meet the principal business activity standard for the entity type under which applied
11. Did not meet one or more of the eligibility criteria specific to the entity type under which applied
12. Met limit for affiliates
13. Application withdrawn
14. Incomplete application
15. Failure to abide by Terms and Conditions
16. Submitted documents that could not be verified

Please note the list provided in this email may not be a comprehensive list of reasons for your decline. To receive additional information as to why your SVOG application was declined, please complete this form (direct link: https://forms.office.com/g/B7DeKGqF1z). The SBA will aim to provide this more specific detail on appeal declines once the SVOG initial application reviews are complete.

We encourage you to visit www.SBA.gov/eidl for an additional pandemic relief option you may be eligible for – the COVID-19 Economic Injury Disaster Loan – which is available through December 31, 2021. Also, SBA's Resource Partner network, including SCORE Mentors and hundreds of Small Business Development Centers, Women's Business Centers and Veteran Business Outreach Centers across the nation, is available to provide free assistance and counseling to small business owners and entrepreneurs.

Sincerely,
SBA Team

**Related**

(0) (/lightning/r/EmailMessage/02st000000OHJwJA

(1) (/lightning/r/EmailMessage/02st000000OHJwJA

Justin Roddick (/light... ▾
Type:    Contact

View All
(/lightning/r/EmailMessage/02st000000OHJwJAAX/related/EmailMe:

Other Related People (0)

Related To (1)

Concert Investor, LLC – SVOG (/lightning/r/a1rt0...
Funding Request

List View    Chatter Feed    History

000048

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

Bill To:
NF Real Music

| DATE: | January 2, 2019 |
| INVOICE # | 2019001 |

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - December 2018 Show | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000049

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

**DATE:** January 2, 2019

**INVOICE #** 2019002

Bill To:
The Band Camino

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 1/2/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000050

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | DATE: | February 22, 2019 |
|---|---|---|
| | INVOICE # | 2019003 |

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 1/30/2019-2/22/2019 | ██████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000051

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | | DATE: | February 22, 2019 |
|---|---|---|---|
| | | INVOICE # | 2019004 |

Bill To:

Little Big Town

| DESCRIPTION | |
|---|---|
| Production Reimbursement - 2/22/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000052

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:**                March 7, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**            2019005

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 2/22/2019-3/7/2019 | █████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | **TOTAL** ████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000053

## Concert Investor, LLC

# INVOICE

1600 Division Street, Suite 225

**DATE:**    March 16, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**    2019006

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 3/16/2019 - MLS Event | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000054

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | March 15, 2019 |
|---|---|
| INVOICE # | 2019007 |

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 3/8/2019-3/15/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000055

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

**DATE:** March 25, 2019

**INVOICE #** 2019008

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 3/15/2019-3/25/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000056

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** March 25, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019009

Bill To:
Anna Moon

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 3/25/2019 | ██████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000057

# Concert Investor, LLC

# INVOICE

1600 Division Street, Suite 225

**DATE:** April 2, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019010

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 3/26/2019-4/2/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000058

# Concert Investor, LLC

# INVOICE

1600 Division Street, Suite 225

**DATE:** April 4, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019011

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 4/3/2019-4/4/2019 | ███████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

THANK YOU FOR YOUR BUSINESS!

000059

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** April 17, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019012

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 4/5/2019-4/17/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000060

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | |
|---|---|
| DATE: | April 19, 2019 |
| INVOICE # | 2019013 |

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 4/18/2019-4/19/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** May 1, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019014

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 4/20/2019-5/1/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** May 6, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019015

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 5/2/2019-5/6/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000063

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | |
|---|---|
| DATE: | May 10, 2019 |
| INVOICE # | 2019016 |

Bill To:
iPrevail

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 4/20/2019-5/10/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000064

# Concert Investor, LLC

# INVOICE

1600 Division Street, Suite 225

**DATE:**    May 17, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**    2019017

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 5/7/2019-5/17/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000065

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | May 28, 2019 |
| INVOICE # | 2019018 |

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
| --- | --- |
| Production Reimbursement - 5/28/2019 | ███████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000066

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** May 30, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019019

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 5/18/2019-5/30/2019 | ████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000067

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | June 5, 2019 |
| --- | --- |
| INVOICE # | 2019020 |

Bill To:
iPrevail

| DESCRIPTION | AMOUNT |
| --- | --- |
| Production Reimbursement - 5/11/2019-6/5/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000068

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | June 7, 2019 |
|---|---|
| INVOICE # | 2019021 |

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 5/31/2019-6/7/2019 | ██████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000069

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

**DATE:**    June 12, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**    2019022

Bill To:
iPrevail

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/6/2019-6/12/2019 | █████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | █████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000070

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** June 18, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019023

Bill To:
All Time Low

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/18/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | TOTAL ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000071

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | June 14, 2019 |
| --- | --- |
| INVOICE # | 2019024 |

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
| --- | --- |
| Production Reimbursement - 6/8/2019-6/14/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000072

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:**           June 21, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**           2019025

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/15/2019-6/21/2019 | ███████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000073

# Concert Investor, LLC

# INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | June 24, 2019 |
|---|---|
| INVOICE # | 2019026 |

Bill To:
O.A.R.

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/10/2019-6/24/2019 | █████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | █████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000074

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

**DATE:**          June 26, 2019

**INVOICE #**          2019027

Bill To:
O.A.R.

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/24/2019-6/26/2019 | ████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | **TOTAL** ████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000075

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** June 24, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019028

Bill To:
NF Real Music

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/24/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ████████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000076

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** June 28, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019029

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement – 6/22/2019-6/28/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000077

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** July 2, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019030

Bill To:
O.A.R.

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/27/2019-7/2/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000078

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | July 5, 2019 |
|---|---|
| INVOICE # | 2019031 |

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/29/2019-7/5/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000079

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

**DATE:** July 29, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019032

Bill To:
O.A.R.

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -7/22/2019-7/29/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000080

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** July 30, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019033

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 7/30/2019 | ██████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000081

**Concert Investor, LLC**

INVOICE

| | | |
|---|---|---|
| 1600 Division Street, Suite 225 | DATE: | 7/31/019 |
| Nashville, TN 37203 | INVOICE # | 2019034 |
| Phone [615-248-5500] | | |

Bill To:
O.A.R.

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -7/30/2019-8/7/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000082

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

DATE:              August 6, 2019

INVOICE #              2019035

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 8/1/2019-8/6/2019 | ███████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

THANK YOU FOR YOUR BUSINESS!

000083

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** August 24, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019036

Bill To:
NF Real Music

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 8/16/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000084

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | August 15, 2019 |
| --- | --- |
| INVOICE # | 2019037 |

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
| --- | --- |
| Production Reimbursement - 8/7/2019-8/15/2019 | ████████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ████████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000085

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | |
|---|---|
| **DATE:** | August 15, 2019 |
| **INVOICE #** | 2019038 |

Bill To:
O.A.R.

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -8/8/2019-8/15/2019 | ■■■ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ■■■ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000086

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** August 19, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019039

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 8/19/2019 - Ned's Bayou | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000087

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** August 28, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019040

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 8/15/2019-8/28/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000088

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | |
|---|---|
| **DATE:** | September 4, 2019 |
| **INVOICE #** | 2019041 |

Bill To:
iPrevail

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 6/13/2019-9/4/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000089

## Concert Investor, LLC

## INVOICE

1600 Division Street, Suite 225

**DATE:**     September 19, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**     2019042

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 8/29/2019-9/19/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000090

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | DATE: | September 23, 2019 |
|---|---|---|
| | INVOICE # | 2019043 |

Bill To:
The Band Camino

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -9/15/2019-9/23/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000091

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

**DATE:** September 27, 2019

**INVOICE #** 2019044

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 8/20/2019-9/27/2019 | ███████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | **TOTAL** ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000092

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | September 30, 2019 |
|---|---|
| INVOICE # | 2019045 |

Bill To:
The Band Camino

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -9/24/2019-9/30/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000093

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | |
|---|---|
| **DATE:** | October 7, 2019 |
| **INVOICE #** | 2019046 |

Bill To:
The Band Camino

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -10/1/2019-10/7/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000094

**Concert Investor, LLC**                                      INVOICE

1600 Division Street, Suite 225                **DATE:**      October 15, 2019

Nashville, TN 37203                           **INVOICE #**        2019047
Phone [615-248-5500]

Bill To:

The Band Camino

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -10/8/2019-10/15/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000095

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:**          October 15, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**          2019048

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 9/28/2019-10/15/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000096

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

**DATE:** October 18, 2019

**INVOICE #** 2019049

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 9/20/2019-10/18/2019 | ██████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000097

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:**     October 25, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**     2019050

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 10/16/2019-10/25/2019 | ████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000098

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | DATE: | October 31, 2021 |
| | INVOICE # | 2019051 |

Bill To:
O.A.R.

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -10/28/2019-10/31/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000099

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:** November 6, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #** 2019052

Bill To:
KLOUD

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 11/1/2019-11/6/2019 | ███ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000100

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | November 6, 2019 |
|---|---|
| INVOICE # | 2019053 |

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 10/26/2019-11/6/2019 | ██████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000101

**Concert Investor, LLC**

INVOICE

| | |
|---|---|
| 1600 Division Street, Suite 225 | **DATE:**  November 6, 2019 |
| Nashville, TN 37203 | **INVOICE #**  2019054 |
| Phone [615-248-5500] | |

Bill To:
iPrevail

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 9/5/2019-11/6/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000102

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

**DATE:** November 5, 2019

**INVOICE #** 2019055

Bill To:
STS9

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement -11/15/2019 | ██████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000103

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

| | |
|---|---|
| DATE: | November 25, 2019 |

Nashville, TN 37203
Phone [615-248-5500]

| | |
|---|---|
| INVOICE # | 2019056 |

Bill To:

Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 10/19/2019-11/25/2019 | ██████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000104

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:**    November 27, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**    2019057

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 11/26/2019-11/27/2019 | ██████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000105

# Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

**DATE:**   December 10, 2019

**INVOICE #**   2019058

Bill To:
Twenty One Pilots

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 11/7/2019-12/10/2019 | ████████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ████████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000106

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| | |
|---|---|
| **DATE:** | December 10, 2019 |
| **INVOICE #** | 2019059 |

Bill To:
iPrevail

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 11/7/2019-12/10/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000107

**Concert Investor, LLC**                                                INVOICE

1600 Division Street, Suite 225                    **DATE:**    December 17, 2019

Nashville, TN 37203                                **INVOICE #**        2019060
Phone [615-248-5500]

Bill To:
Judah and the Lion

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 11/28/2019-12/17/2019 | ███████ |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | ███████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000108

**Concert Investor, LLC**

INVOICE

1600 Division Street, Suite 225

Nashville, TN 37203
Phone [615-248-5500]

| DATE: | March 15, 2019 |
| INVOICE # | 2019061 |

Bill To:
Little Big Town

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 3/15/2019 | ██████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** | ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000109

## Concert Investor, LLC

INVOICE

1600 Division Street, Suite 225

**DATE:**      November 15, 2019

Nashville, TN 37203
Phone [615-248-5500]

**INVOICE #**      2019062

Bill To:
KLOUD

| DESCRIPTION | AMOUNT |
|---|---|
| Production Reimbursement - 11/7/2019-11/15/2019 | ██████ |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | TOTAL ██████ |

Make all checks payable to *Concert Investor, LLC*

*THANK YOU FOR YOUR BUSINESS!*

000110

# *Concert Investor, LLC*

### STATEMENTS OF REVENUE AND EXPENSES
### MODIFIED CASH BASIS

#### Q1 2019

**Revenue**

Income - TOP
Income - NF
Income - Judah and the Lion
Income - Little Big Town
Income - The Band Camino
Income - Anna Moon

**Total Revenue**

**Business Expenses**

Advertising
Bank Fees
Charitable Donations
Contract Labor
Contract Labor - TOP
Contract Labor - NF
Contract Labor - KORN
Contract Labor - LBT
Dues & Subscriptions
Fuel - TOP
Guaranteed Payments - Daniel
Guaranteed Payments - Justin
Guaranteed Payments - Michael
Insurance - Business
Meals
Meals - TOP
Office Expense
Per Diem - TOP
Postage and Freight
Postage and Freight - TOP
Production - TOP
Production - NF
Production - JATL
Rent - Equipment - TOP
Rent - Equipment! - NF
Rent - Equipment - JATL
Rent - Equipment - LBT
Rent - Facility - TOP
Repair & Maintenance - TOP
Supplies
Supplies - TOP
Travel - Airfare
Travel - Airfare - TOP
Travel - Lodging
Travel - Lodging - TOP
Travel - Other
Travel - Other - TOP
Trucking & Cargo - TOP
Taxes

**Total Business Expenses**

**Revenue Over (Under) Expenses**

3/31/2021 at 10:10 AM

See Accountant's Compilation Report

000113



# THE BAND CAMINO - NORTH AMERICAN TOUR 2019

Past(09/22/2019)    6:00PM

$20

📍 House of Blues

SOLD OUT

---

## FEATURING



**THE BAND CAMINO**

Profile ❯

Hailing from Memphis, TN, The Band CAMINO has skyrocketed onto the indie-rock scene in a matter of two short years. Following the release of two critically acclaimed EPs (Heaven and My Thoughts on You), the group has already been hailed by Live Nation as "Ones to Watch", garnered over 5 million streams on Spotify, and been featured on playlists such as Viral Top 50, Indie Pop, and Feel Good Indie Rock. Currently, The Band CAMINO is recording their third EP, due in early 2018....

Follow +



Best Gay Things to do This Summer

LEARN MORE

000133



Date   1/31/19        Page     1
Account Number    ▮▮▮▮▮▮▮▮▮

Concert Investor LLC
1209 Ashwood Ave
Nashville TN 37212

Checking Account(s)



Account Number
Previous Balance
      Deposits/Credits
      Checks/Debits
Serv Chg(in Debit ttl)
Interest Paid
Ending Balance

Number of Enclosures                            0
Statement Dates    1/01/19 thru   1/31/19
Days in the statement period              31
Average Ledger
Average Collected

Daily Balance Information

Date          Balance
 1/01



000137



Date  2/28/19          Page      1
Account Number

Concert Investor LLC
1209 Ashwood Ave
Nashville TN 37212

Checking Account(s)



Account Number                Number of Enclosures              0
Previous Balance              Statement Dates    2/01/19 thru  2/28/19
    Deposits/Credits          Days in the statement period        28
    Checks/Debits             Average Ledger
Serv Chg(in Debit ttl)        Average Collected
Interest Paid
Ending Balance

Daily Balance Information

Date        Balance
 2/01





| | Date  3/29/19 | Page     1 |
|---|---|---|
| | Account Number | ███████ |

Concert Investor LLC
1209 Ashwood Ave
Nashville TN 37212

## Checking Account(s)

| ███████ | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number |  | Statement Dates    3/01/19 thru   3/31/19 | |
| Previous Balance | | Days in the statement period | 31 |
|   2 Deposits/Credits | | Average Ledger | |
|    Checks/Debits | | Average Collected | ███████ |
| Serv Chg(in Debit ttl) | | | |
| Interest Paid | | | |
| Ending Balance | | | |

### Deposits and Credits

| Date | Description | | Amount |
|---|---|---|---|
| 3/19 | JUDAH AND THE LI | ███████ | ███████ |
| | CONCERT INVESTER, LLC | | |
| 3/28 | INCOMING WIRE CONCERT | | |
| | INVESTOR, LLC | | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | ███████ | 3/19 | ███████ | 3/28 | ███████ |





Date  4/30/19          Page      1
Account Number         ███████

Concert Investor LLC
1209 Ashwood Ave
Nashville TN 37212

## Checking Account(s)

███████



| | | |
|---|---|---|
| Account Number | | |
| Previous Balance | Number of Enclosures | 9 |
| 8 Deposits/Credits | Statement Dates    4/01/19 thru  4/30/19 | |
| 32 Checks/Debits | Days in the statement period | 30 |
| Serv Chg(in Debit ttl) | Average Ledger | ████ |
| Interest Paid | Average Collected | ████ |
| Ending Balance | | |

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 4/01 | INCOMING WIRE CONCERT INVESTOR, LLC | ███████ |
| 4/02 | INCOMING WIRE TWENTY ONE PILOTS LLC | |
| 4/15 | INCOMING WIRE GLOW MOTION TECHNOLOGIES, LLC | |
| 4/17 | TOP LLC PROD PAYMENT CONCERT INVESTOR | ████ |
| 4/19 | I PREVAIL, LLC 414674974 | ████ |
| 4/19 | INCOMING WIRE TWENTY ONE PILOTS LLC | |
| 4/19 | INCOMING WIRE CONCERT INVESTOR, LLC | |
| 4/25 | TOP LLC REIM RO RAMPS CONCERT INVESTOR | ████ |

### Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 4/04 | OUTGOING WIRE Daniel Slezinger | ████ |
| 4/04 | OUTGOING WIRE Jam Video Productions | |
| 4/04 | OUTGOING WIRE ████ | |

000140





(Continued)

Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/04 | OUTGOING WIRE Justin Roddick | |
| 4/04 | OUTGOING WIRE Danile Slezinger | |
| 4/04 | OUTGOING WIRE Video Equipment Rentals LLC | |
| 4/09 | OUTGOING WIRE Video Equipment Rentals LLC | |
| 4/09 | OUTGOING WIRE | |
| 4/10 | OUTGOING WIRE | |
| 4/11 | Tesla 10        WEB PYMNT | |
| | Concert Investor Llc | |
| 4/15 | OUTGOING WIRE Timeless Communication Corp | |
| 4/15 | OUTGOING WIRE Sean Green dba Veserius, LLC | |
| 4/17 | OUTGOING WIRE | |
| 4/17 | OUTGOING INTL WIRE | |
| 4/17 | OUTGOING WIRE Tait Rentals, LLC | |
| 4/19 | OUTGOING WIRE Averitt Express | |
| 4/19 | OUTGOING WIRE Ring Power Corporation | |
| 4/23 | OUTGOING WIRE Gallagher Staging Nashville | |
| 4/23 | OUTGOING WIRE Glow Motion Technologies | |
| 4/23 | OUTGOING WIRE VER | |
| 4/25 | OUTGOING WIRE | |
| 4/25 | OUTGOING WIRE Gallager Staging Nashville | |
| 4/29 | AMEX EPAYMENT      ACH PMT | |
| | Concert Investor LLC | |



Date  4/30/19          Page      3
Account Number         ███████

█████████                    ███████  (Continued)

--- Checks in Serial Number Order---
| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 4/17 | ███ | ███ | 4/26 | ███ | ███ | 4/30 | ███ | ███ |
| 4/12 | ███ | ███ | 4/30 | ███ | ███ | 4/30 | ███ | ███ |
| 4/22 | ███ | ███ | 4/25 | ███ | ███ | 4/09 | ███ | ███ |

* Denotes missing check numbers

Daily Balance Information
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | ███ | 4/12 | ███ | 4/25 | ███ |
| 4/02 | ███ | 4/15 | ███ | 4/26 | ███ |
| 4/04 | ███ | 4/17 | ███ | 4/29 | ███ |
| 4/09 | ███ | 4/19 | ███ | 4/30 | ███ |
| 4/10 | ███ | 4/22 | ███ | | |
| 4/11 | ███ | 4/23 | ███ | | |



000142





Date  5/31/19          Page      1
Account Number

Concert Investor LLC
1209 Ashwood Ave
Nashville TN 37212

## Checking Account(s)

| | |
|---|---|
| Number of Enclosures | 25 |
| Statement Dates    5/01/19 thru   6/02/19 | |
| Days in the statement period | 33 |
| Average Ledger | |
| Average Collected | |

Account Number
Previous Balance
    8 Deposits/Credits
   59 Checks/Debits
Serv Chg(in Debit ttl)
Interest Paid
Ending Balance



## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 5/01 | TOP LLC          CASH C&D<br>PROD PAYMENT<br>CONCERT INVESTOR | |
| 5/07 | INCOMING WIRE CONCERT<br>INVESTOR, LLC | |
| 5/10 | I PREVAIL, LLC     SENDER | |
| 5/15 | Regular Deposit | |
| 5/17 | INCOMING WIRE TWENTY ONE<br>PILOTS LLC | |
| 5/28 | JUDAH AND THE LI<br><br>CONCERT INVESTER, LLC | |
| 5/30 | WIRE RETURNED FROM UTA RETURN<br>SUSPENSE ACCOUNT | |
| 5/30 | TOP LLC          CASH C&D<br>PROD PAYMENT<br>CONCERT INVESTOR | |

## Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 5/06 | OUTGOING WIRE Nate Argetsinger | |
| 5/06 | OUTGOING WIRE Jensey Lund | |
| 5/06 | OUTGOING WIRE VER | |

000144



Date  5/31/19                    Page      2
Account Number        ████████

████████              ████████  (Continued)

Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 5/07 | OUTGOING WIRE Jam Video Productions | |
| 5/07 | OUTGOING WIRE VER | |
| 5/08 | OUTGOING WIRE ████████ | |
| 5/09 | OUTGOING WIRE ████████ | |
| 5/09 | OUTGOING WIRE ████████ | |
| 5/09 | OUTGOING WIRE Justin Roddick | |
| 5/09 | OUTGOING WIRE Daniel Slezinger | |
| 5/10 | OUTGOING WIRE ████████ | |
| 5/10 | OUTGOING WIRE ████████ | |
| 5/13 | OUTGOING WIRE Averitt Express | |
| 5/14 | OUTGOING WIRE ████████ | |
| 5/14 | OUTGOING WIRE ████████ | |
| 5/14 | OUTGOING WIRE Tait Rentals | |
| 5/24 | OUTGOING WIRE Vulcano FX | |
| 5/24 | OUTGOING WIRE News Fireworks Do Brasil | |
| 5/24 | OUTGOING WIRE ████████ | |
| 5/24 | OUTGOING WIRE ████████ | |
| 5/24 | OUTGOING WIRE Jam Video Productions dba High End | |
| 5/24 | OUTGOING WIRE Justin Roddick | |
| 5/24 | OUTGOING WIRE Daniel Slezinger | |
| 5/24 | OUTGOING WIRE Ver | |
| 5/28 | OUTGOING WIRE Gallagher Staging Nashville | |
| 5/28 | OUTGOING WIRE Cienfuegos SA | |
| 5/28 | OUTGOING WIRE Production Resource Group, LLC | |
| 5/29 | OUTGOING WIRE Averitt Express | |
| 5/31 | OUTGOING INTL WIRE Cienfuegos SA | |
| 5/31 | OUTGOING WIRE ████████ | |
| 5/31 | OUTGOING WIRE Daniel Slezinger | |
| 5/31 | OUTGOING WIRE ████████ | |
| 5/31 | OUTGOING WIRE Daniel Slezinger | |

000145



Date  5/31/19                Page     3
Account Number

  (Continued)

## Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 5/31 | OUTGOING WIRE Justin Roddick | |
| 5/31 | OUTGOING WIRE Glow Motion | |

### --- Checks in Serial Number Order---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 5/01 | | | 5/13 | | | 5/15 | | |
| 5/02 | | | 5/13 | | | 5/21 | | |
| 5/07 | | | 5/14 | | | 5/28 | | |
| 5/03 | | | 5/15 | | | 5/28 | | |
| 5/13 | | | 5/16 | | | 5/28 | | |
| 5/14 | | | 5/10 | | | 5/28 | | |
| 5/14 | | | 5/17 | | | 5/28 | | |
| 5/10 | | | 5/20 | | | 5/31 | | |

* Denotes missing check numbers

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | | 5/10 | | 5/21 | |
| 5/02 | | 5/13 | | 5/24 | |
| 5/03 | | 5/14 | | 5/28 | |
| 5/06 | | 5/15 | | 5/29 | |
| 5/07 | | 5/16 | | 5/30 | |
| 5/08 | | 5/17 | | 5/31 | |
| 5/09 | | 5/20 | | | |



000146



000147









000149



Concert Investor LLC
1209 Ashwood Ave
Nashville TN 37212

## Checking Account(s)



Account Number
Previous Balance
   11 Deposits/Credits
   46 Checks/Debits
Serv Chg(in Debit ttl)
Interest Paid
Ending Balance

| | |
|---|---|
| Number of Enclosures | 16 |
| Statement Dates    6/03/19 thru  6/30/19 | |
| Days in the statement period | 28 |
| Average Ledger | |
| Average Collected | |

## Deposits and Credits

| Date | Description | | Amount |
|---|---|---|---|
| 6/05 | I PREVAIL, LLC | SENDER | |
| 6/07 | INCOMING WIRE TWENTY ONE PILOTS LLC | | |
| 6/12 | I PREVAIL, LLC | SENDER | |
| 6/14 | TOP LLC PROD PAYMENT CONCERT INVESTOR | CASH C&D | |
| 6/18 | INCOMING WIRE ATL TOURING INC | | |
| 6/21 | TOP LLC PROD PAYMENT CONCERT INVESTOR | CASH C&D | |
| 6/24 | NF REAL MUSIC BUNBURY 19 CONCERT INVESTOR LLC | CASH C&D | |
| 6/24 | PLANET OAR, INC CONCERT INVESTOR, LLC | | |
| 6/26 | PLANET OAR, INC CONCERT INVESTOR, LLC | | |
| 6/26 | PLANET OAR, INC | | |



000150



Date  6/28/19          Page     2
Account Number

████████                    ████████  (Continued)

## Deposits and Credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| | CONCERT INVESTOR, LLC | | |
| 6/28 | TOP LLC | CASH C&D | ████████ |
| | PROD PAYMENT ████████ | | |
| | CONCERT INVESTOR | | |

## Checks and Debits



| Date | Description | Amount |
|------|-------------|--------|
| 6/04 | OUTGOING WIRE Production Resource Group, LLC | |
| 6/10 | OUTGOING WIRE Averitt Express | |
| 6/10 | OUTGOING WIRE Symmetry Labs | |
| 6/10 | OUTGOING WIRE ████████ | |
| 6/10 | OUTGOING WIRE Justin Roddick | |
| 6/10 | OUTGOING WIRE Daniel Slezinger | |
| 6/10 | OUTGOING WIRE Ver | |
| 6/13 | OUTGOING WIRE ████████ | |
| 6/13 | OUTGOING WIRE Ring Power Corporation | |
| 6/13 | OUTGOING WIRE Jam Video Productions dba High End | |
| 6/13 | OUTGOING WIRE Ver | |
| 6/14 | OUTGOING WIRE ████████ | |
| 6/14 | OUTGOING WIRE ████████ | |
| 6/14 | OUTGOING WIRE ████████ | |
| 6/14 | OUTGOING WIRE Tait Rentals, LLC | |
| 6/14 | OUTGOING WIRE Daniel Slezinger | |
| 6/14 | OUTGOING WIRE Justin Roddick | |
| 6/14 | OUTGOING WIRE Ver | |
| 6/14 | OUTGOING WIRE Strictly FX, LLC | |
| 6/20 | OUTGOING WIRE Production Resource Group, LLC | |
| 6/21 | OUTGOING WIRE ████████ | |
| 6/21 | OUTGOING WIRE Daniel Slezinger | |
| 6/21 | OUTGOING WIRE Justin Roddick | |
| 6/24 | OUTGOING WIRE ████████ | |



Date  6/28/19         Page      3
Account Number     ████████████

█████████                    ████████  (Continued)

### Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 6/27 | OUTGOING WIRE ████████████ | |
| 6/28 | OUTGOING WIRE ████████████ | |
| 6/28 | OUTGOING WIRE ████████████ | |
| 6/28 | OUTGOING WIRE Tait Rentals, LLC | |
| 6/28 | OUTGOING WIRE Daniel Slezinger | |
| 6/28 | OUTGOING WIRE Justin Roddick | |

### --- Checks in Serial Number Order---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 6/24 | ████████████ | | 6/12 | ██████ | | 6/21 | ██████ | |
| 6/24 | | | 6/21 | | | 6/25 | | |
| 6/03 | | | 6/13 | | | 6/25 | | |
| 6/11 | | | 6/21 | | | 6/28 | | |
| 6/17 | | | 6/25 | | | | | |
| 6/14 | | | 6/26 | | | | | |

* Denotes missing check numbers

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/03 | | 6/12 | | 6/21 | |
| 6/04 | | 6/13 | | 6/24 | |
| 6/05 | | 6/14 | | 6/25 | |
| 6/07 | | 6/17 | | 6/26 | |
| 6/10 | | 6/18 | | 6/27 | |
| 6/11 | | 6/20 | | 6/28 | |





000153



Date: 6/28/2019 Page: 5 of 5
Primary Account: ▮▮▮▮

000154



Date   7/31/19        Page      1
Account Number

Concert Investor LLC
1209 Ashwood Ave
Nashville TN 37212

## Checking Account(s)



Account Number          Number of Enclosures              21
Previous Balance        Statement Dates   7/01/19 thru  7/31/19
    5 Deposits/Credits  Days in the statement period        31
   30 Checks/Debits     Average Ledger
Serv Chg(in Debit ttl)  Average Collected
Interest Paid
Ending Balance

### Deposits and Credits

| Date | Description | Amount |
|------|-------------|--------|
| 7/02 | PLANET OAR, INC | |
|      | CONCERT INVESTOR, LLC | |
| 7/05 | INCOMING WIRE TWENTY ONE PILOTS LLC | |
| 7/29 | PLANET OAR, INC | |
|      | CONCERT INVESTOR, LLC | |
| 7/30 | JUDAH AND THE LI | |
|      | CONCERT INVESTER, LLC | |
| 7/31 | PLANET OAR, INC | |
|      | CONCERT INVESTOR, LLC | |

### Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | OUTGOING WIRE | |
| 7/05 | OUTGOING WIRE | |
| 7/05 | OUTGOING WIRE | |
| 7/09 | OUTGOING WIRE Glow Motion | |
| 7/09 | OUTGOING WIRE Jam Video Productions dba High End | |
| 7/10 | OUTGOING WIRE | |
| 7/10 | OUTGOING WIRE Strictly FX, LLC | |





Date  7/31/19          Page        2
Account Number

[REDACTED]                              [REDACTED]  (Continued)

## Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 7/18 | OUTGOING WIRE Gallagher Staging Nashville, Inc | |
| 7/30 | OUTGOING WIRE Mark Edward Partners LLC | |



### --- Checks in Serial Number Order---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 7/09 | | | 7/01 | | | 7/16 | | |
| 7/01 | | | 7/05 | | | 7/12 | | |
| 7/01 | | | 7/18 | | | 7/24 | | |
| 7/01 | | | 7/09 | | | 7/24 | | |
| 7/01 | | | 7/15 | | | 7/23 | | |
| 7/02 | | | 7/15 | | | 7/26 | | |
| 7/01 | | | 7/15 | | | 7/26 | | |

* Denotes missing check numbers

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | | 7/12 | | 7/26 | |
| 7/02 | | 7/15 | | 7/29 | |
| 7/03 | | 7/16 | | 7/30 | |
| 7/05 | | 7/18 | | 7/31 | |
| 7/09 | | 7/23 | | | |
| 7/10 | | 7/24 | | | |



000156





Date: 7/31/2019 Page: 4 of 4
Primary Account: ▮▮▮▮

000158



Date  8/30/19          Page      1
Account Number

Concert Investor LLC
1600 Division Street, Suite 225
The Vaden Group , C/O █████████
Nashville TN 37203

## Checking Account(s)



| | | |
|---|---|---|
| ████████ | Number of Enclosures | 17 |
| Account Number | Statement Dates    8/01/19 thru   9/02/19 | |
| Previous Balance | Days in the statement period | 33 |
| 8 Deposits/Credits | Average Ledger | |
| 28 Checks/Debits | Average Collected | |
| Serv Chg(in Debit ttl) | | |
| Interest Paid | | |
| Ending Balance | | |

## Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 8/06 | INCOMING WIRE JUDAH AND THE LION TOURING, INC. | |
| 8/14 | Regular Deposit | |
| 8/15 | PLANET OAR, INC   ████████ CONCERT INVESTOR, LLC | |
| 8/15 | INCOMING WIRE JUDAH AND THE LION TOURING, INC. | |
| 8/16 | NF REAL MUSIC  ████████ LOLLA 19 CONCERT INVESTOR LLC | |
| 8/19 | 12864 NED BAYOU  ████████ POP UP CONCERT INVESTOR LLC | |
| 8/19 | INCOMING WIRE  TWENTY ONE PILOTS LLC | |
| 8/28 | INCOMING WIRE JUDAH AND THE LION TOURING, INC. | |

## Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 8/01 | OUTGOING WIRE ████████ | |
| 8/06 | OUTGOING WIRE Gallagher Staging Nashville, Inc | |



000159



████████          ████████  (Continued)

## Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 8/06 | OUTGOING WIRE ████ Enterprises USA, LLC | |
| 8/07 | OUTGOING WIRE Ver | |
| 8/08 | OUTGOING WIRE Omni Promotional, LLC | |
| 8/09 | OUTGOING WIRE Strictly FX, LLC | |
| 8/09 | OUTGOING WIRE Ver | |
| 8/15 | OUTGOING WIRE Strictly FX, LLC | |
| 8/16 | OUTGOING WIRE Justin Roddick | |
| 8/16 | OUTGOING WIRE Daniel Slezinger | |
| 8/28 | OUTGOING WIRE Strictly FX, LLC | |
| 8/30 | OUTGOING WIRE ████ | |

## --- Checks in Serial Number Order---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 8/12 | | | 8/15 | | | 8/26 | | |
| 8/07 | | | 8/13 | | | 8/22 | | |
| 8/07 | | | 8/21 | | | 8/26 | | |
| 8/15 | | | 8/15 | | | 8/28 | | |
| 8/13 | | | 8/16 | | | | | |
| 8/08 | | | 8/26 | | | | | |

* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | | 8/13 | | 8/22 | |
| 8/06 | | 8/14 | | 8/26 | |
| 8/07 | | 8/15 | | 8/28 | |
| 8/08 | | 8/16 | | 8/30 | |
| 8/09 | | 8/19 | | | |
| 8/12 | | 8/21 | | | |

000160





Date: 8/30/2019 Page: 4 of 4
Primary Account: █████████

000162



Date   9/30/19          Page      1
Account Number          ████████████

Concert Investor LLC
1600 Division Street, Suite 225
The Vaden Group , C/O  ████████████
Nashville TN 37203

## Checking Account(s)

████████████
Account Number
Previous Balance
    6 Deposits/Credits
   23 Checks/Debits
Serv Chg(in Debit ttl)
Interest Paid
Ending Balance



Number of Enclosures                    11
Statement Dates    9/03/19 thru  9/30/19
Days in the statement period            28
Average Ledger
Average Collected

## Deposits and Credits

| Date | Description | Amount |
|------|-------------|--------|
| 9/04 | I PREVAIL, LLC    SENDER ████████████ | |
| 9/16 | TOP LLC SLADE 8/12-9/7 CONCERT INVESTOR | |
| 9/19 | INCOMING WIRE JUDAH AND THE LION TOURING, INC. | |
| 9/23 | DAISY DUKE ATHLE CONCERTINVESTOR CONCERT INVESTOR, LLC | |
| 9/27 | INCOMING WIRE TWENTY ONE PILOTS LLC | |
| 9/30 | DAISY DUKE ATHLE CONCERTINVESTOR CONCERT INVESTOR, LLC | |

## Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 9/05 | OUTGOING WIRE Daniel Slezinger | |
| 9/05 | OUTGOING WIRE Justin Roddick | |
| 9/09 | OUTGOING WIRE Averitt Express | |
| 9/11 | OUTGOING WIRE ████████████ | |
| 9/19 | OUTGOING WIRE ████████████ | |
| 9/19 | OUTGOING WIRE Justin Roddick | |
| 9/20 | OUTGOING WIRE Averitt Express | |

000163



Date  9/30/19          Page      2
Account Number    ████████

████████        ████████  (Continued)

## Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 9/20 | OUTGOING WIRE ████████ Enterprises USA, LLC | |
| 9/25 | OUTGOING WIRE Symmetric Labs, Inc | |
| 9/26 | OUTGOING WIRE Strictly FX, LLC | |
| 9/30 | OUTGOING WIRE JR Lighting Design, Inc | |
| 9/30 | OUTGOING WIRE ████████ | |

## --- Checks in Serial Number Order---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 9/05 | | | 9/12 | | | 9/25 | | |
| 9/09 | | | 9/17 | | | 9/23 | | |
| 9/10 | | | 9/16 | | | 9/26 | | |
| 9/10 | | | 9/20 | | | | | |

* Denotes missing check numbers

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/03 | | 9/12 | | 9/25 | |
| 9/04 | | 9/16 | | 9/26 | |
| 9/05 | | 9/17 | | 9/27 | |
| 9/09 | | 9/19 | | 9/30 | |
| 9/10 | | 9/20 | | | |
| 9/11 | | 9/23 | | | |





Date: 9/30/2019 Page: 3 of 3
Primary Account: █████████



Date 10/31/19          Page          1
Account Number

Concert Investor LLC
1600 Division Street, Suite 225
The Vaden Group , C/O █████████
Nashville TN 37203

## Checking Account(s)



| | |
|---|---|
| Account Number ██████████ | Number of Enclosures                5 |
| Previous Balance | Statement Dates   10/01/19 thru 10/31/19 |
|     7 Deposits/Credits | Days in the statement period          31 |
|     22 Checks/Debits | Average Ledger |
| Serv Chg(in Debit ttl) | Average Collected |
| Interest Paid | |
| Ending Balance | |

### Deposits and Credits

| Date | Description | | Amount |
|---|---|---|---|
| 10/07 | DAISY DUKE ATHLE ██ | | |
| | CONCERT INVESTOR | | |
| 10/11 | TOP LLC | ████████ | |
| | FALL TOUR | | |
| | CONCERT INVESTOR | | |
| 10/15 | DAISY DUKE ATHLE ██ | | |
| | CONCERT INVESTOR | | |
| 10/18 | TOP LLC | ██████ | |
| | FALL TOUR 3 | | |
| | CONCERT INVESTOR | | |
| 10/18 | INCOMING WIRE JUDAH AND THE LION TOURING, INC. | | |
| 10/25 | TOP LLC | ██████ | |
| | FALL TOUR 4 | | |
| | CONCERT INVESTOR | | |
| 10/31 | PLANET OAR, INC | ██████ | |
| | CONCERT INVESTOR, LLC | | |

### Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 10/01 | OUTGOING WIRE Averitt Express | ████████ |



000166





(Continued)

Checks and Debits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/03 | OUTGOING WIRE JR Lighting Design, Inc | | |
| 10/03 | GMF Lease | WU GMFLeas | |
| | LLC CONCERT INVESTOR | | |
| 10/07 | OUTGOING WIRE JR Lighting Design, Inc | | |
| 10/07 | OUTGOING WIRE | | |
| 10/09 | OUTGOING WIRE JR Lighting Design, Inc | | |
| 10/15 | OUTGOING WIRE Strictly FX, LLC | | |
| 10/15 | OUTGOING WIRE Symmetric Labs, Inc | | |
| 10/15 | OUTGOING WIRE Glow Motion | | |
| 10/16 | OUTGOING WIRE JR Lighting Design, Inc | | |
| 10/21 | OUTGOING WIRE | | |
| 10/22 | OUTGOING WIRE | | |
| 10/23 | OUTGOING WIRE JR Lighting Design, Inc | | |
| 10/25 | OUTGOING WIRE Glow Motion | | |
| 10/30 | OUTGOING WIRE JR Lighting Design, Inc | | |
| 10/30 | Tesla 10 | WEB PYMNT | |
| | Concert Investor Llc | | |
| 10/31 | OUTGOING WIRE | | |

--- Checks in Serial Number Order---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 10/08 | | | 10/16 | | | 10/25 | | |
| 10/08 | | | 10/28 | | | | | |

* Denotes missing check numbers

000167



Date 10/31/19          Page      3
Account Number         ███████

███████                        ███████  (Continued)

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | | 10/15 | | 10/25 | |
| 10/03 | | 10/16 | | 10/28 | |
| 10/07 | | 10/18 | | 10/30 | |
| 10/08 | | 10/21 | | 10/31 | |
| 10/09 | | 10/22 | | | |
| 10/11 | | 10/23 | | | |









Date 11/29/19          Page      1
Account Number          ███████

Concert Investor LLC
1600 Division Street, Suite 225
The Vaden Group , C/O  ████████
Nashville TN 37203

## Checking Account(s)

███████
Account Number
Previous Balance
    10 Deposits/Credits
    20 Checks/Debits
Serv Chg(in Debit ttl)
Interest Paid
Ending Balance



Number of Enclosures                      8
Statement Dates   11/01/19 thru 12/01/19
Days in the statement period           31
Average Ledger
Average Collected

## Deposits and Credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/04 | Regular Deposit | |
| 11/05 | INCOMING WIRE SACRED SOUND ASCENSION, LLC | |
| 11/06 | LOWLY PALACE, LL  SENDER | |
| 11/06 | TOP LLC FALL TOUR 5 CONCERT INVESTOR | |
| 11/06 | I PREVAIL, LLC     SENDER | |
| 11/15 | VANDERBILT UNIV    VU PAYABLE | |
| 11/15 | LOWLY PALACE, LL  SENDER | |
| 11/22 | INCOMING WIRE JUDAH AND THE LION TOURING, INC. | |
| 11/27 | INCOMING WIRE JUDAH AND THE LION TOURING, INC. | |
| 11/27 | Regular Deposit | |

## Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/05 | OUTGOING WIRE ███████ | |
| 11/05 | OUTGOING WIRE Daniel Slezinger | |

000170



Date 11/29/19          Page    2
Account Number         ███████████

███████████          ██████████  (Continued)

Checks and Debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/05 | OUTGOING WIRE Justin Roddick | |
| 11/06 | CHASE CREDIT CRD   EPAY | |
| | ████████████ ██ | |
| | JUSTIN WILLIAM RODDICK | |
| 11/06 | OUTGOING WIRE JR Lighting Design, Inc | |
| 11/08 | OUTGOING WIRE Averitt Express | |
| 11/12 | OUTGOING WIRE ██████████ | |
| 11/12 | OUTGOING WIRE ██████████ | |
| 11/12 | OUTGOING WIRE Justin Roddick | |
| 11/12 | OUTGOING WIRE Daniel Slezinger | |
| 11/13 | TN STATE REVENUE   TN TAP | |
| | ████████████████ | |
| | CONCERT INVESTOR, LLC | |
| 11/15 | OUTGOING WIRE Gallagher Staging Nashville, Inc | |
| 11/15 | OUTGOING WIRE Clearwing Productions Colorado, LLC | |
| 11/25 | OUTGOING WIRE Averitt Express | |



--- Checks in Serial Number Order---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| 11/12 | ███ | ████ | 11/12 | ███ | ████ | 11/18 | ███ | ████ |
| 11/05 | ███ | ████ | 11/18 | ████ | | 11/22 | ███ | |

* Denotes missing check numbers

Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | | 11/08 | | 11/18 | |
| 11/04 | | 11/12 | | 11/22 | |
| 11/05 | | 11/13 | | 11/25 | |
| 11/06 | | 11/15 | | 11/27 | |



000171



Date: 11/29/2019 Page: 3 of 3
Primary Account:

000172



Date 12/31/19          Page        1
Account Number

Concert Investor LLC
1600 Division Street, Suite 225
The Vaden Group , C/O ▮▮▮▮▮▮▮
Nashville TN 37203

## Checking Account(s)

▮▮▮▮▮▮▮
Account Number
Previous Balance
    7 Deposits/Credits
   19 Checks/Debits
Serv Chg(in Debit ttl)
Interest Paid
Ending Balance

Number of Enclosures                    14
Statement Dates   12/02/19 thru 12/31/19
Days in the statement period            30
Average Ledger
Average Collected

### Deposits and Credits

| Date | Description | Amount |
|---|---|---|
| 12/06 | Regular Deposit | |
| 12/10 | TOP LLC FALL TOUR 6 CONCERT INVESTOR | |
| 12/10 | I PREVAIL, LLC    SENDER | |
| 12/13 | Regular Deposit | |
| 12/17 | INCOMING WIRE JUDAH AND THE LION TOURING, INC. | |
| 12/17 | Regular Deposit | |
| 12/24 | Regular Deposit | |



### Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 12/04 | OUTGOING WIRE ▮▮▮▮▮▮ | |
| 12/05 | OUTGOING WIRE JR Lighting Design, Inc | |
| 12/06 | TN STATE REVENUE   TN TAP ▮▮▮▮▮▮ CONCERT INVESTOR, LLC | |
| 12/10 | OUTGOING WIRE EFM EVENT LOGISTICS INC | |
| 12/10 | OUTGOING WIRE Averitt Express | |
| 12/16 | OUTGOING WIRE Symmetric Labs, Inc | |



Date 12/31/19          Page      2
Account Number         ████████

█████████                    ████████  (Continued)

### Checks and Debits

| Date | Description | Amount |
|---|---|---|
| 12/20 | OUTGOING WIRE ███████████ | ████████ |
| 12/20 | OUTGOING WIRE Justin Roddick | |
| 12/20 | OUTGOING WIRE Daniel Slezinger | |

### --- Checks in Serial Number Order ---

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/04 | ███ | ████ | 12/09 | █████████ | | 12/17 | ██████ | |
| 12/02 | █████████████ | | 12/09 | █████████ | | 12/23 | ██████ | |
| 12/12 | █████████████ | | 12/20 | █████████ | | | | |
| 12/16 | █████████████ | | 12/24 | █████████ | | | | |

* Denotes missing check numbers

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12/02 | | 12/10 | | 12/20 | |
| 12/04 | | 12/12 | | 12/23 | |
| 12/05 | ████ | 12/13 | ████ | 12/24 | ████ |
| 12/06 | | 12/16 | | | |
| 12/09 | | 12/17 | | | |







000175



# vaden group  elliott davis

August 5  2021

Re: Concert Investor, LLC – SVOG Application Appeal

Dear SBA Administrator:

This letter certifies that our firm, Elliott Davis – Vaden Group  has handled the day to day accounting and business management services for Concert Investor since January 2019.   Our firm prepared the Federal tax returns for Concert Investor 2019 and 2020.  To my knowledge, Concert Investor has been operating in Nashville, TN since 2012.

Concert Investor is solely engaged in the business of producing live concert events on an international scale in venues ranging from small music clubs to arenas.  Due to the Covid-19 pandemic, Concert Investor has been unable to generate any substantial revenue due to lock downs and local restrictions on live entertainment.

Our firm is assisting Concert Investor in its efforts to obtain a Shuttered Venue Operator Grant from the SBA by providing the necessary required financial documentation.

Sincerely,

Vicki Cherry, CPA

000368

August 13, 2021

Re: Twenty One Pilots Producer Agreement 2018-2019

Dear SBA Administrator,

Please note that the most final producer agreement that I can attach to my appeal is a "redlined" version provided by twenty øne piløts lawyer, Mattius Eng. Although the contract was presented to the artist representatives in June of 2018, our first response was on May 14, 2019 after almost one year of concerts. It is typical to not have fully executed agreements until after tours in some cases in our industry. Given our eight year history with the band this was not unordinary. In the end we could not agree to the additional terms presented. The business manager paid all of Concert Investor's invoices in full for the Bandito Tour.

Sincerely,
Justin Roddick
SVOG Applicant





000371



# I PREVAIL ANNOUNCE SPRING AND SUMMER 2019 TOUR PLANS WITH ISSUES

👤 Music Mayhem    🕒 February 28, 2019

After generating nearly half-a-billion streams, going gold in a climate where that achievement is becoming increasingly rare, and completing a two-year whirlwind of sold-out shows, Detroit's **I Prevail** announced their second full-length *Trauma* earlier this week. The album will be released via **Fearless Records** on March 29th. Pre-order it in physical and digital formats here.

The band also announced its Spring and Summer 2019 North American tour plans. The first leg of the band's headline tour kicks off on April 24th and runs through May 24th. The second leg launches on July 11th and runs through August 9th, and includes several major festival appearances. Joining the band for these dates will be special guests Issues and Justin Stone.

Tickets for the tour are available here. All dates are below.

*Trauma* represents a moment of triumph in the wake of a series of trials and tribulations endured by the Michigan quartet—**Brian Burkheiser** [clean vocals], **Eric Vanlerberghe** [harsh vocals], **Steve Menoian** [lead guitar], and **Dylan Bowman** [rhythm guitar]. Even as they catapulted towards mainstream notoriety with 2016's breakout *Lifelines*, they faced unforeseen hardship that might've broken another band. **Burkheiser** dealt with a debilitating vocal injury that jeopardized his future as a singer. He made it through, but dealt with the aftershocks of stress and anxiety. Conflicted with thoughts of potentially leaving the band, he made a decision. He got together with his band brothers in 2018 and they decided to craft the record they wanted to hear without outside input. Joined by producer **Tyler Smith** [Falling In Reverse], they emerged from 10 months in the studio with *Trauma*.

000393

Now, the album represents a realization of their full potential. I Prevail elevate rock by making i unpredictable again, leaping from moments of metal, alternative, electronic, and heavy rock. This air o danger powers the hard-hitting new single **Bow Down**." Watch + listen here.

Additionally, they unveiled a companion single **Breaking Down**," which pairs glitchy flourishes with a hypnotic and heartfelt vocal performance and impactful refrain. Watch + listen here. With an equally melodic and momentous offering, I Prevail soar on *Trauma*. Smarter and more confident, rock music gets the band it needs to carry it to the frontlines of heavy music *I Prevail*.

**I PREVAIL ON TOUR:**

**WITH ISSUES + JUSTIN STONE:**

4/24 — Kansas City, MO — Arvest Bank Theatre at the Midland

4/25 — Oklahoma City, OK — Diamond Ballroom

4/27 — Las Vegas, NV — House of Blues

4/28 — Phoenix, AZ — The Van Buren

4/29 — Anaheim, CA — House of Blues

5/1 — Portland, OR — Crystal Ballroom

5/2 — Seattle, WA — Showbox SoDo

5/4 — Boise, ID — Revolution Concert House

5/5 — Spokane, WA — Knitting Factory

5/7 — Salt Lake City, UT — The Complex

5/8 — Billings, MT — Shrine Auditorium

5/10 — Council Bluffs, IA — Westfair Amphitheater

5/11 — Wichita, KS — Wave

5/13 — Morrison, CO — Red Rocks Amphitheatre

5/15 — Dallas, TX — House of Blues

5/17 — Houston, TX — House of Blues

5/18 — San Antonio, TX — The Aztec Theater

5/20 — St. Louis, MO — The Pageant

5/21 — Chicago, IL — House of Blues

5/23 — Ft. Wayne, IN — Clyde Theatre

5/24 — Detroit, MI — The Fillmore

7/11 — London, ON — Harris Park*

7/12 — Niagara Falls, NY — Rapids Theatre

7/14 — Mansfield, OH — Mansfield Reformatory*

7/15 — Pittsburgh, PA — Stage AE

000394

7/16 — Peoria, IL — Peoria Riverfront

7/18 — Oshkosh, WI — Ford Festival Park*

7/20 — Cadott, WI — Rock Fest*

7/22 — Clifton Park, NY — Upstate Concert Hall

7/23 — Huntington, NY — The Paramount

7/24 — Boston, MA — House of Blues

7/26 — Bethlehem, PA — Sands Bethlehem Event Center

7/27 — Montclair, NJ — The Wellmont Theater

7/28 — Philadelphia, PA — The Fillmore

7/30 — Silver Spring, MD — The Fillmore

7/31 — Charlotte, NC — The Fillmore

8/1 — North Myrtle Beach, SC — House of Blues

8/3 — Lake Buena Vista, FL — House of Blues

8/4 — Atlanta, GA — Buckhead Theatre

8/5 — Nashville, TN — Marathon Music Works

8/7 — Belvidere, IL — The Apollo Theatre

8/8 — Indianapolis, IN — Egyptian Room at Old National Centre

8/9 — Grand Rapids, MI — 20 Monroe Live

*Festival Date; I Prevail Only

**Share this!**

Email     Tweet     Share 313     Post     More



I Prevail Release New Music Video for New Song "Paranoid"
March 18, 2019
In "Featured"

I Prevail Relive Journey to Success in New Music Video for "Hurricane"
April 2, 2019
In "Featured"

I Prevail Nominated For Two GRAMMY Awards
November 25, 2019
In "Music News"

000395

MARCH 4, 2019



.RE

# & MARCH 19TH JIMMY KIMMEL LIVE! OUTDOOR STAGE PERFORMANCE

# BAND DROPS NEW SONG "WHY DID YOU RUN?" TODAY, ALBUM PRE-ORDER AVAILABLE NOW & TICKETS ON-SALE FRIDAY, MARCH 8TH!

**Judah & the Lion** have announced the **Pep Talks Worldwide Tour**– their biggest headlining tour yet – in support of their new album *Pep Talks*, due out May 3rd via Cletus the Van/Caroline.  Produced in part by Live Nation, the North American leg of the tour kicks off on August 10th in Kansas City and will

000424

include their biggest hometown play yet at Nashville's **Ascend Amphitheater**on August 24[th]before continuing to most major markets through mid-November.  Pre-sales begin tomorrow, March 5[th]and general on-sale begins on Friday, March 8[th]at 10am local time.  VIP packages, including a meet & greet and exclusive tour poster, will be available beginning Tuesday, March 5th.  Citi is the official presale credit card for the tour.  As such, Citi cardmembers will have access to purchase presale tickets beginning Tuesday, March 5[th]at 10 AMlocal time until Thursday, March 7[th]at 10 PM local time through Citi's Private Pass program.  For complete presale details visit www.citiprivatepass.com. For full dates, see below and for more information and tickets, visit www.judahandthelion.com.

Today, the band is also thrilled to announce that it will perform its Alternative Top 10 single "**Over my head**" on *Jimmy Kimmel Live!*s Outdoor Stage on Tuesday, March 19th.  Fans can attend the taping by entering **HERE**!

Judah & the Lion have released another new track from the forthcoming *Pep Talks,***"Why Did You Run?"** – out today and available via your preferred listening service.

*"The first verse is about me getting a call from my mom when she was in jail but I didn't know what to do or say. And, of course, right after I called my dad but he didn't answer and it felt like a very lonely moment. It was like, 'Oh, I'm in the world alone.' I imagined how hard it'd be to be a 13-year-old kid dealing with a divorce, because here I am, a 25-year-old, and it just rocked me."*

– Judah Akers on "Why Did You Run?"

Rounded Rectangle: CLICK HERE TO LISTEN TO "WHY DID YOU RUN?"

The album, which includes the previously released single "**Over my head**," "**Quarter-Life Crisis**," "**Pep Talks**," and last week's critically-acclaimed "**pictures (feat. Kacey Musgraves)**," also includes assists from former touring mate **Jon Bellion**and **Darren King** (ex-**Mutemath**). Full tracklisting and art below.  Fans can pre-order the album starting today via https://JATL.lnk.to/peptalks.

In addition, Judah & the Lion will play two showcases at this year's **SXSW**–

000425

March 9[th]at A Night of Sweet Innovation Presented by Dell Small Business and Tiff's Treats hosted by **Brooklyn Decker** & **Andy Roddick**and March 14[th]at StubHub's Sound Stage hosted by **COLLiDE**at Banger's Sausage & Beer Garden.

Before hitting the road this summer, the band is bringing *Pep Talks*: **An Intimate Album Listening and Storytelling Experience Presented by Judah & the Lion** to six cities across the southeast this April.  At each event,**Judah Akers**, **Brian Macdonald**, and**Nate Zuercher**will be on hand to tell the story behind *Pep Talks,*giving fans an exclusive, intimate listening experience ahead of the release.  Remaining tickets are limited with events in Athens, GA and Knoxville, TN already sold-out.

For tickets and the most up to date information, please visit www.judahandthelion.com.

*Pep Talks*
**May 3, 2019**
Cletus the Van/Caroline
PREORDER
1. Pep Talk
2. Quarter-Life Crisis
3. Why Did You Run?
4. i'm ok.
5. pictures (feat. Kacey Musgraves)
6. Over my head
7. Queen Songs / human.
8. Don't Mess with My Mama
9. 7000x
10. Alright (frick it!)
11. GoofBallerz
12. JOYBOY
13. Passion Fashion (feat. Jon Bellion)
14. Dance with Ya
15. Family / Best is Yet to Come
16. sportz
17. 17

**Judah & the Lion Milwaukee Admirals Post Game Performance**

000426

March 8 @ Summerfest Stage at Panther Arena following The Admirals Game, 7pm, more info HERE

## Judah & the Lion at SXSW

March9 @ SXSW in Austin, TX

## A Night of Sweet Innovation Presented by Dell Small Business & Tiff's Treats

Hosted by Brooklyn Decker & Andy Roddick

310 East 3$^{rd}$Street

March 14 @ SXSW in Austin, TX

## StubHub Sound Stage

Hosted by COLLiDE on Rainey

Banger's Sausage House & Beer Garden | 79 Rainey Street

## Pep Talks: An Intimate Album & Listening Experience

April16 @ Jefferson Theater in Charlottesville, VA

April 17@ Bijou Theatre in Knoxville, TN **(SOLD OUT)**

April 18 @ 40 Watt Club in Athens, GA **(SOLD OUT)**

April 23 @ Rudder Theatre in College Station, TX

April 24 @ George's Majestic Lounge in Fayetteville, AR

April 25@ Blue Note in Columbia, MO

## Summer US Festivals

000427

May11 @ Hope Givers Mental Wellness & Music Fest in LaGrange, GA

May 17 @ Hangout Music Festival in Gulf Shores, AL

May 18@ Wildflower! Arts & Music Festival in Richardson, TX

July 12 @ Forecastle Festival @ Louisville, KY

## Pep Talks Worldwide Tour

July 16 @ King Tut's Wah Wah Hut in Glasgow, UK

July 17@ Workman's Club in Dublin, IE

July 19 @ Oslo in London, UK

July 21 @ Lollapalooza Paris in Paris, FR

July 24 @ Paradiso (Upstairs Hall) in Amsterdam, NL

July 25@ Knust in Hamburg, DE

July 26@ Lido in Berlin, DE

August 10@ Starlight Amphitheatre in Kansas City, MO

August 13@ Red Rocks Amphitheatre in Morrison, CO*

August 14 @ Pinewood Bowl in Lincoln, NE

August 16@ Farm Bureau Insurance Lawn at White River State Park in Indianapolis, IN

August 17@ Jacob's Pavilion at Nautica in Cleveland, OH

August 21@ Legacy Arena at the BJCC in Birmingham, AL

August 22 @ Charlotte Metro Credit Union Amphitheatre in Charlotte, NC

000428

August 23@ Red Hat Amphitheater in Raleigh, NC

August 24@ Ascend Amphitheater in Nashville, TN

September5 @ Express Live! in Columbus, OH*

September 6@ Stage AE in Pittsburgh, PA*

September 7 @ Portsmouth Pavilion in Portsmouth, VA

September 8@ Bon Secours Wellness Arena in Greenville, SC

September 12@ The Anthem in Washington, DC*

September 13@ The Met in Philadelphia, PA

September 14@ House of Blues in Boston, MA

September 20@ Terminal 5 in New York, NY*

September 27@ 20 Monroe Live in Grand Rapids, MI

September 28@ The Fillmore in Detroit, MI

October1 @ The Pageant in St. Louis, MO

October 2@ The Pageant in St. Louis, MO

October 3@ Brady Theater in Tulsa, OK*

October 15@ The Union in Salt Lake City, UT*

October 16@ The Van Buren in Phoenix, AZ

October 17@ The Observatory in San Diego, CA

October 18@ The Wiltern in Los Angeles, CA

000429

October 21@ Roseland Theatre in Portland, OR*

October 23@ The Paramount Theatre in Seattle, WA

October 24 @ The Orpheum in Vancouver, BC

October 26@ MacEwan Hall in Calgary, AB

October 27@ Union Hall in Edmonton, AB

October 31@ Palace Theatre in St. Paul, MN*

November7@ House of Blues in Orlando, FL

November 8@ Coca-Cola Roxy in Atlanta, GA

*not a Live Nation date

## Stay Connected to Judah & the Lion

Web| Instagram| Facebook| Twitter| Apple Music| Spotify| YouTube

## For more information please contact Stunt Company:

Sue Marcus – 718-222-8963 or sue@stuntcompany.com

Lindsay Bailey – 718-222-1746 ext. 403 or lindsay@stuntcompany.com

Tyler Soucy – 718-222-1746 ext. 404 or tyler@stuntcompany.com

## About Live Nation Entertainment:

Live Nation Entertainment (NYSE: LYV) is the world's leading live entertainment company comprised of global market leaders: Ticketmaster, Live Nation Concerts, and Live Nation Sponsorship. For additional information, visit www.livenationentertainment.com.

## For Live Nation U.S. Concerts, please contact:

000430

Judah & the Lion Announce 'Pep Talks' Worldwide Tour - Live Na...          https://www.livenationentertainment.com/2019/03/judah-the-lion-...

Emily Bender, EmilyBender@livenation.com

Monique Sowinski, MoniqueSowinski@livenation.com

## READ MORE ABOUT

CORPORATE

## About

Biz at LN

Empowered by LN

Leadership

## Careers

Life at Live Nation

Work at Live Nation

## Resources

News

Investors

Leadership

Contact

## Apps

TERMS OF USE / PRIVACY POLICY / GLOE

© 2021 LIVE NATION WORLDWIDE, INC. ALL RIGHTS RESERVED. BY CONTINU

8 of 8                                                                                                      3/8/21, 10:27 AM

000431

| printed but not paid | PRINTED INVOICE |
| cam or spot pay variable | NOTE SPOT OR CAM TABS |
| | NOT BILLED YET |
| | SPECIAL |
| | SUB TOTAL |
| | TOTAL |
| if in yellow then paid by Vader | PAID |
| | STILL NEGOTIATING/ESTIMATE |

## OUTGOING

| VER/PRG AUDIO | VER/PRG AUDIO ADD Open Audio Pkg | VER/PRG VIDEO | VER/PRG VIDEO ADD 220 Projection | VER/PRG LED |
|---|---|---|---|---|

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WEEK 1 | 9/3-9/9 | ONE TIME COSTS | PREP | 9/3/2018 | 9/9/2018 | | | | | |
| WEEK 2 | 9/10-9/16 | ONE TIME COSTS | PREP | 9/10/2018 | 9/16/2018 | | | | | |
| WEEK 3 | 9/17-9/23 | ONE TIME COSTS | REHEARSAL | 9/17/2018 | 9/23/2018 | | | | | |
| WEEK 4 | 9/24-9/30 | ONE TIME COSTS | REHEARSAL | 9/24/2018 | 9/30/2018 | | | | | |
| WEEK 5 | 10/1-10/7 | ONE TIME COSTS | REHEARSAL | 10/1/2018 | 10/7/2018 | | | | | |
| WEEK 6 | 10/8-10/14 | ONE TIME COSTS | REHEARSAL | 10/8/2018 | 10/14/2018 | | | | | |
| WEEK 7 | 10/15-10/21 | USA | FULL RIG | 10/15/2018 | 10/21/2018 | | | | | |
| WEEK 8 | 10/22-10/28 | USA | FULL RIG | 10/22/2018 | 10/28/2018 | | | | | |
| WEEK 9 | 10/29-11/4 | USA | FULL RIG | 10/29/2018 | 11/4/2018 | | | | | |
| WEEK 10 | 11/5-11/11 | USA | FULL RIG | 11/5/2018 | 11/11/2018 | | | | | |
| WEEK 11 | 11/12-11/18 | USA | FULL RIG | 11/12/2018 | 11/18/2018 | | | | | |
| WEEK 12 | 11/19-11/25 | USA | FULL RIG | 11/19/2018 | 11/25/2018 | | | | | |
| WEEK 13 | 11/26-12/2 | NON-ACTIVE | DARK WEEK | 11/26/2018 | 12/2/2018 | | | | | |
| WEEK 14 | 12/3-12/9 | AUSTRAILIA | FESTIVAL | 12/3/2018 | 12/9/2018 | | | | | |
| WEEK 15 | 12/10-12/16 | AUSTRAILIA | FESTIVAL | 12/10/2018 | 12/16/2018 | | | | | |
| WEEK 16 | 12/17-12/23 | AUSTRAILIA | FESTIVAL | 12/17/2018 | 12/23/2018 | | | | | |
| WEEK 17 | 12/24-12/30 | NON-ACTIVE | DARK WEEK | 12/24/2018 | 12/30/2018 | | | | | |
| WEEK 18 | 12/31-1/6 | NON-ACTIVE | DARK WEEK | 12/31/2018 | 1/6/2019 | | | | | |
| WEEK 19 | 1/7-1/13 | NON-ACTIVE | DARK WEEK | 1/7/2019 | 1/13/2019 | | | | | |
| WEEK 20 | 1/14-1/20 | PREP | PREP | 1/14/2019 | 1/20/2019 | | | | | |
| WEEK 21 | 1/21-1/27 | PREP | PREP | 1/21/2019 | 1/27/2019 | | | | | |
| WEEK 22 | 1/28-2/3 | EUROPE | FULL RIG | 1/28/2019 | 2/3/2019 | | | | | |
| WEEK 23 | 2/4-2/10 | EUROPE | FULL RIG | 2/4/2019 | 2/10/2019 | | | | | |
| WEEK 24 | 2/11-2/17 | EUROPE | FULL RIG | 2/11/2019 | 2/17/2019 | | | | | |
| WEEK 25 | 2/18-2/24 | EUROPE | FULL RIG | 2/18/2019 | 2/24/2019 | | | | | |
| WEEK 26 | 2/25-3/3 | EUROPE | FULL RIG | 2/25/2019 | 3/3/2019 | | | | | |
| WEEK 27 | 3/4-3/10 | EUROPE | FULL RIG | 3/4/2019 | 3/10/2019 | | | | | |
| WEEK 28 | 3/11-3/17 | EUROPE | FULL RIG | 3/11/2019 | 3/17/2019 | | | | | |
| WEEK 29 | 3/18-3/24 | NON-ACTIVE | DARK WEEK | 3/18/2019 | 3/24/2019 | | | | | |
| WEEK 30 | 3/25-3/31 | SOUTH AMERICA | FESTIVAL | 3/25/2019 | 3/31/2019 | | | | | |
| WEEK 31 | 4/1-4/7 | SOUTH AMERICA | FESTIVAL | 4/1/2019 | 4/7/2019 | | | | | |
| WEEK 32 | 4/8-4/14 | NON-ACTIVE | DARK WEEK | 4/8/2019 | 4/14/2019 | | | | | |
| WEEK 33 | 4/15-4/21 | NON-ACTIVE | DARK WEEK | 4/15/2019 | 4/21/2019 | | | | | |
| WEEK 34 | 4/22-4/28 | NON-ACTIVE | DARK WEEK | 4/22/2019 | 4/28/2019 | | | | | |
| WEEK 35 | 4/29-5/5 | NORTH AMERICA | FULL RIG | 4/29/2019 | 5/5/2019 | | | | | |

000432

| WEEK 36 | 5/6-5/12 | NORTH AMERICA | FULL RIG | 5/6/2019 | 5/12/2019 |
|---|---|---|---|---|---|
| WEEK 37 | 5/13-5/19 | NORTH AMERICA | FULL RIG | 5/13/2019 | 5/19/2019 |
| WEEK 38 | 5/20-5/26 | NORTH AMERICA | FULL RIG | 5/20/2019 | 5/26/2019 |
| WEEK 39 | 5/27-6/2 | NORTH AMERICA | FULL RIG | 5/27/2019 | 6/2/2019 |
| WEEK 40 | 6/3-6/9 | NORTH AMERICA | FULL RIG | 6/3/2019 | 6/9/2019 |
| WEEK 41 | 6/10-6/16 | NORTH AMERICA | FULL RIG | 6/10/2019 | 6/16/2019 |
| WEEK 42 | 6/17-6/23 | NORTH AMERICA | FULL RIG | 6/17/2019 | 6/23/2019 |
| WEEK 43 | 6/24-6/30 | NORTH AMERICA | FULL RIG | 6/24/2019 | 6/30/2019 |

|  | SUB-TOTAL |
|---|---|
|  | NO MARKUP |
|  | MARKUP |
|  | TOTAL |
|  | SPECIAL % OTHER THAN 30% |

## PROFIT

| VER/PRG AUDIO | VER/PRG AUDIO ADD Open Audio Pkg | VER/PRG VIDEO | VER/PRG VIDEO ADD 220 Projection | VER/PRG LED |
|---|---|---|---|---|

| WEEK 1 | 9/3-9/9 | ONE TIME COSTS | PREP | 9/3/2018 | 9/9/2018 |
|---|---|---|---|---|---|
| WEEK 2 | 9/10-9/16 | ONE TIME COSTS | PREP | 9/10/2018 | 9/16/2018 |
| WEEK 3 | 9/17-9/23 | ONE TIME COSTS | REHEARSAL | 9/17/2018 | 9/23/2018 |
| WEEK 4 | 9/24-9/30 | ONE TIME COSTS | REHEARSAL | 9/24/2018 | 9/30/2018 |
| WEEK 5 | 10/1-10/7 | ONE TIME COSTS | REHEARSAL | 10/1/2018 | 10/7/2018 |
| WEEK 6 | 10/8-10/14 | ONE TIME COSTS | REHEARSAL | 10/8/2018 | 10/14/2018 |
| WEEK 7 | 10/15-10/21 | USA | FULL RIG | 10/15/2018 | 10/21/2018 |
| WEEK 8 | 10/22-10/28 | USA | FULL RIG | 10/22/2018 | 10/28/2018 |
| WEEK 9 | 10/29-11/4 | USA | FULL RIG | 10/29/2018 | 11/4/2018 |
| WEEK 10 | 11/5-11/11 | USA | FULL RIG | 11/5/2018 | 11/11/2018 |
| WEEK 11 | 11/12-11/18 | USA | FULL RIG | 11/12/2018 | 11/18/2018 |
| WEEK 12 | 11/19-11/25 | USA | FULL RIG | 11/19/2018 | 11/25/2018 |
| WEEK 13 | 11/26-12/2 | NON-ACTIVE | DARK WEEK | 11/26/2018 | 12/2/2018 |
| WEEK 14 | 12/3-12/9 | AUSTRAILIA | FESTIVAL | 12/3/2018 | 12/9/2018 |
| WEEK 15 | 12/10-12/16 | AUSTRAILIA | FESTIVAL | 12/10/2018 | 12/16/2018 |
| WEEK 16 | 12/17-12/23 | AUSTRAILIA | FESTIVAL | 12/17/2018 | 12/23/2018 |
| WEEK 17 | 12/24-12/30 | NON-ACTIVE | DARK WEEK | 12/24/2018 | 12/30/2018 |
| WEEK 18 | 12/31-1/6 | NON-ACTIVE | DARK WEEK | 12/31/2018 | 1/6/2019 |
| WEEK 19 | 1/7-1/13 | NON-ACTIVE | DARK WEEK | 1/7/2019 | 1/13/2019 |
| WEEK 20 | 1/14-1/20 | NON-ACTIVE | DARK WEEK | 1/14/2019 | 1/20/2019 |
| WEEK 21 | 1/21-1/27 | NON-ACTIVE | DARK WEEK | 1/21/2019 | 1/27/2019 |
| WEEK 22 | 1/28-2/3 | EUROPE | FULL RIG | 1/28/2019 | 2/3/2019 |
| WEEK 23 | 2/4-2/10 | EUROPE | FULL RIG | 2/4/2019 | 2/10/2019 |
| WEEK 24 | 2/11-2/17 | EUROPE | FULL RIG | 2/11/2019 | 2/17/2019 |
| WEEK 25 | 2/18-2/24 | EUROPE | FULL RIG | 2/18/2019 | 2/24/2019 |
| WEEK 26 | 2/25-3/3 | EUROPE | FULL RIG | 2/25/2019 | 3/3/2019 |

000433

| WEEK 27 | 3/4-3/10 | EUROPE | FULL RIG | 3/4/2019 | 3/10/2019 |
| WEEK 28 | 3/11-3/17 | EUROPE | FULL RIG | 3/11/2019 | 3/17/2019 |
| WEEK 29 | 3/18-3/24 | NON-ACTIVE | DARK WEEK | 3/18/2019 | 3/24/2019 |
| WEEK 30 | 3/25-3/31 | SOUTH AMERICA | FESTIVAL | 3/25/2019 | 3/31/2019 |
| WEEK 31 | 4/1-4/7 | SOUTH AMERICA | FESTIVAL | 4/1/2019 | 4/7/2019 |
| WEEK 32 | 4/8-4/14 | NON-ACTIVE | DARK WEEK | 4/8/2019 | 4/14/2019 |
| WEEK 33 | 4/15-4/21 | NON-ACTIVE | DARK WEEK | 4/15/2019 | 4/21/2019 |
| WEEK 34 | 4/22-4/28 | NON-ACTIVE | DARK WEEK | 4/22/2019 | 4/28/2019 |
| WEEK 35 | 4/29-5/5 | NORTH AMERICA | FULL RIG | 4/29/2019 | 5/5/2019 |
| WEEK 36 | 5/6-5/12 | NORTH AMERICA | FULL RIG | 5/6/2019 | 5/12/2019 |
| WEEK 37 | 5/13-5/19 | NORTH AMERICA | FULL RIG | 5/13/2019 | 5/19/2019 |
| WEEK 38 | 5/20-5/26 | NORTH AMERICA | FULL RIG | 5/20/2019 | 5/26/2019 |
| WEEK 39 | 5/27-6/2 | NORTH AMERICA | FULL RIG | 5/27/2019 | 6/2/2019 |
| WEEK 40 | 6/3-6/9 | NORTH AMERICA | FULL RIG | 6/3/2019 | 6/9/2019 |
| WEEK 41 | 6/10-6/16 | NORTH AMERICA | FULL RIG | 6/10/2019 | 6/16/2019 |
| WEEK 42 | 6/17-6/23 | NORTH AMERICA | FULL RIG | 6/17/2019 | 6/23/2019 |
| WEEK 43 | 6/24-6/30 | NORTH AMERICA | FULL RIG | 6/24/2019 | 6/30/2019 |

# CONCERT INVESTOR

| | SUB-TOTAL |
| | INCLUDED IN TOTAL |
| | TOTAL |
| | VARIABLE |
| | ESTIMATE |

## TØP INVOICE

| WEEK 1 | 9/3-9/9 | ONE TIME COSTS | PREP | 9/3/2018 | 9/9/2018 |
| WEEK 2 | 9/10-9/16 | ONE TIME COSTS | PREP | 9/10/2018 | 9/16/2018 |
| WEEK 3 | 9/17-9/23 | ONE TIME COSTS | REHEARSAL | 9/17/2018 | 9/23/2018 |
| WEEK 4 | 9/24-9/30 | ONE TIME COSTS | REHEARSAL | 9/24/2018 | 9/30/2018 |
| WEEK 5 | 10/1-10/7 | ONE TIME COSTS | REHEARSAL | 10/1/2018 | 10/7/2018 |
| WEEK 6 | 10/8-10/14 | ONE TIME COSTS | REHEARSAL | 10/8/2018 | 10/14/2018 |

| VER/PRG AUDIO | VER/PRG AUDIO ADD | VER/PRG VIDEO | VER/PRG VIDEO ADD | VER/PRG LED |
| --- | --- | --- | --- | --- |
| Open Audio Pkg | | | 220 Projection | |

000434

| WEEK 7 | 10/15-10/21 | USA | FULL RIG | 10/15/2018 | 10/21/2018 |
| WEEK 8 | 10/22-10/28 | USA | FULL RIG | 10/22/2018 | 10/28/2018 |
| WEEK 9 | 10/29-11/4 | USA | FULL RIG | 10/29/2018 | 11/4/2018 |
| WEEK 10 | 11/5-11/11 | USA | FULL RIG | 11/5/2018 | 11/11/2018 |
| WEEK 11 | 11/12-11/18 | USA | FULL RIG | 11/12/2018 | 11/18/2018 |
| WEEK 12 | 11/19-11/25 | USA | FULL RIG | 11/19/2018 | 11/25/2018 |
| WEEK 13 | 11/26-12/2 | NON-ACTIVE | DARK WEEK | 11/26/2018 | 12/2/2018 |
| WEEK 14 | 12/3-12/9 | AUSTRAILIA | FESTIVAL | 12/3/2018 | 12/9/2018 |
| WEEK 15 | 12/10-12/16 | AUSTRAILIA | FESTIVAL | 12/10/2018 | 12/16/2018 |
| WEEK 16 | 12/17-12/23 | AUSTRAILIA | FESTIVAL | 12/17/2018 | 12/23/2018 |
| WEEK 17 | 12/24-12/30 | NON-ACTIVE | DARK WEEK | 12/24/2018 | 12/30/2018 |
| WEEK 18 | 12/31-1/6 | NON-ACTIVE | DARK WEEK | 12/31/2018 | 1/6/2019 |
| WEEK 19 | 1/7-1/13 | NON-ACTIVE | DARK WEEK | 1/7/2019 | 1/13/2019 |
| WEEK 20 | 1/14-1/20 | PREP | DARK WEEK | 1/14/2019 | 1/20/2019 |
| WEEK 21 | 1/21-1/27 | PREP | DARK WEEK | 1/21/2019 | 1/27/2019 |
| WEEK 22 | 1/28-2/3 | EUROPE | FULL RIG | 1/28/2019 | 2/3/2019 |
| WEEK 23 | 2/4-2/10 | EUROPE | FULL RIG | 2/4/2019 | 2/10/2019 |
| WEEK 24 | 2/11-2/17 | EUROPE | FULL RIG | 2/11/2019 | 2/17/2019 |
| WEEK 25 | 2/18-2/24 | EUROPE | FULL RIG | 2/18/2019 | 2/24/2019 |
| WEEK 26 | 2/25-3/3 | EUROPE | FULL RIG | 2/25/2019 | 3/3/2019 |
| WEEK 27 | 3/4-3/10 | EUROPE | FULL RIG | 3/4/2019 | 3/10/2019 |
| WEEK 28 | 3/11-3/17 | EUROPE | FULL RIG | 3/11/2019 | 3/17/2019 |
| WEEK 29 | 3/18-3/24 | NON-ACTIVE | DARK WEEK | 3/18/2019 | 3/24/2019 |
| WEEK 30 | 3/25-3/31 | SOUTH AMERICA | FESTIVAL | 3/25/2019 | 3/31/2019 |
| WEEK 31 | 4/1-4/7 | SOUTH AMERICA | FESTIVAL | 4/1/2019 | 4/7/2019 |
| WEEK 32 | 4/8-4/14 | NON-ACTIVE | DARK WEEK | 4/8/2019 | 4/14/2019 |
| WEEK 33 | 4/15-4/21 | NON-ACTIVE | DARK WEEK | 4/15/2019 | 4/21/2019 |
| WEEK 34 | 4/22-4/28 | PREP | DARK WEEK | 4/22/2019 | 4/28/2019 |
| WEEK 35 | 4/29-5/5 | NORTH AMERICA | FULL RIG | 4/29/2019 | 5/5/2019 |
| WEEK 36 | 5/6-5/12 | NORTH AMERICA | FULL RIG | 5/6/2019 | 5/12/2019 |
| WEEK 37 | 5/13-5/19 | NORTH AMERICA | FULL RIG | 5/13/2019 | 5/19/2019 |
| WEEK 38 | 5/20-5/26 | NORTH AMERICA | FULL RIG | 5/20/2019 | 5/26/2019 |
| WEEK 39 | 5/27-6/2 | NORTH AMERICA | FULL RIG | 5/27/2019 | 6/2/2019 |
| WEEK 40 | 6/3-6/9 | NORTH AMERICA | FULL RIG | 6/3/2019 | 6/9/2019 |
| WEEK 41 | 6/10-6/16 | NORTH AMERICA | FULL RIG | 6/10/2019 | 6/16/2019 |
| WEEK 42 | 6/17-6/23 | NORTH AMERICA | FULL RIG | 6/17/2019 | 6/23/2019 |
| WEEK 43 | 6/24-6/30 | NORTH AMERICA | FULL RIG | 6/24/2019 | 6/30/2019 |

000435



| VER/PRG LIGHTING | VER/PRG MEDIA SERVER | VER/PRG RIGGING | VER/PRG AUDIO LABOR | VER/PRG RIGGING LABOR | VER/PRG VIDEO LABOR | VER/PRG LIGHTING LABOR | VER/PRG Rigging Additions | VER/PRG Rigging PreRig | VER/PRG RIGGING B Package NA |
|---|---|---|---|---|---|---|---|---|---|

000436

| VER/PRG LIGHTING | VER/PRG MEDIA SERVER | VER/PRG RIGGING | VER/PRG AUDIO LABOR | VER/PRG RIGGING LABOR | VER/PRG VIDEO LABOR | VER/PRG LIGHTING LABOR | VER/PRG Rigging Additions | VER/PRG Rigging PreRig | VER/PRG RIGGING |
|---|---|---|---|---|---|---|---|---|---|

000437



| VER/PRG | VER/PRG | VER/PRG | VER/PRG | VER/PRG | VER/PRG | VER/PRG | VER/PRG | VER/PRG | VER/PRG |
|---------|---------|---------|---------|---------|---------|---------|---------|---------|---------|
| LIGHTING | MEDIA SERVER | RIGGING | AUDIO LABOR | RIGGING LABOR | VIDEO LABOR | LIGHTING LABOR | Rigging Additions | Rigging PreRig | RIGGING |

000438



000439

| VER/PRG Lighting Fixture Add | VER/PRG Lighting Australia Looms | VER/PRG Lighting/Video SA Floor Package | VER TOTAL SUM OF < COLUMNS | HIGHEND TV | HIGHEND TV LABOR | STRICTLY FX | STRICTLY FX LASER ADDITION | STRICTLY FX LABOR |
|---|---|---|---|---|---|---|---|---|

000440



| VER/PRG Lighting Fixture Add | VER/PRG Lighting Australia Looms | VER/PRG Lighting/Video SA Floor Package | VER TOTAL SUM OF < COLUMNS | HIGHEND TV | HIGHEND TV LABOR | STRICTLY FX | STRICTLY FX LASER ADDITION | STRICTLY FX LABOR |
|---|---|---|---|---|---|---|---|---|

000441



| VER/PRG Lighting Fixture Add | VER/PRG Lighting Australia Looms | VER/PRG Lighting/Video SA Floor Package | VER TOTAL SUM OF < COLUMNS | HIGHEND TV | HIGHEND TV LABOR | STRICTLY FX | STRICTLY FX LASER ADDITION | STRICTLY FX LABOR |
|---|---|---|---|---|---|---|---|---|

000442



000443



GLOW MOTION    GLOW MOTION    TAIT    POWER
LABOR

000444



GLOW MOTION     GLOW MOTION     TAIT     POWER     Symmetry
                LABOR

GLOW MOTION    GLOW MOTION    TAIT    POWER    Symmetry
LABOR

000446



000447

x                                    x            x                              x

REPLACE                                          REPLACE                    █████ replaced
CANADA                                           CANADA

                              █████ replaced                        let go Feb 16

000449

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |



000451



| | TOTAL | NOTES | NOTES |
|---|---|---|---|

**2018 SUMMARY**

| | | |
|---|---|---|
| $ | | TOTAL 2018 ONE TIME COST PAYABLES |
| $ | | TOTAL 2018 WEEKLY PAYABLES |
| $ | | **TOTAL 2018 PAYABLES** |

**2019 SUMMARY**

| | | |
|---|---|---|
| $ | | TOTAL 2019 ONE TIME COST PAYABLES |
| $ | | TOTAL 2019 WEEKLY PAYABLES |
| $ | | **TOTAL 2019 PAYABLES** |

000452



**INCLUDED**

total payroll
payroll multiplier
variable
variable divided
**total workers comp cost**

not completely accurate because of discounted rates not updated like at end of tour or missed

| | TOTAL | NOTES | NOTES |
|---|---|---|---|

**2018 SUMMARY**

| | | |
|---|---|
| $ | **LINKED TO ONE TIME COSTS PROFIT 2018** |
| $ | **WEEKLY PROFIT** |
| | |
| $ | **GROSS PROFIT 2018** |
| $ | **BUSINESS MGMT %** |
| $ | **BUSINESS MGMT TOTAL** |
| | |
| $ | **NET PROFIT 2018** |
| | |
| $ | **Justin Roddick** |
| $ | **Daniel Slezinger** |
| $ | |

000453



| | 2019 SUMMARY |
|---|---|
| $ | **LINKED TO ONE TIME COSTS PROFIT 2019** |
| $ | WEEKLY PROFIT |
| | |
| $ | GROSS PROFIT 2019 |
| $ | BUSINESS MGMT % |
| $ | BUSINESS MGMT TOTAL |
| | |
| $ | NET PROFIT 2019 |
| | |
| $ | Justin Roddick |
| $ | Daniel Slezinger |
| $ | |

$ -

\* CLOSE ESTIMATE ONLY (WILL BE MORE THAN WHAT IS SHOWN)

| | TOTAL | NOTES | NOTES |
|---|---|---|---|
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |
| $ - | | | |

000454



| | 2018 SUMMARY |
|---|---|
| $ | ONE TIME COSTS |
| $ | TOTAL WEEKLY BILLABLE 2018 |
| $ | **TOTAL 2018 BILLED TO TØP** |

| | 2019 SUMMARY |
|---|---|
| $ | ONE TIME COSTS |
| $ | TOTAL WEEKLY BILLABLE 2019 |
| $ | **TOTAL 2019 BILLED TO TØP** |

000455

000456

000457

000458

 labor gear

000459

| VER ORDER NUMBER ON LEFT SIDE OF INVOICE |
|---|
| A1773096 |
| A1773481 |
| A1773483 |
| A1778953 |
| A1778963 |
| A1778968 |
| A1778977 |
| A1778983 |
| A1778986 |
| A1778989 |
| A1778991 |
| A1780396 |
| A1780397 |
| A1780400 |
| A1780402 |
| A1780403 |
| A1780404 |
| A1780406 |
| A1780408 |
| A1780409 |
| A1780410 |
| A1780411 |
| A1780412 |
| A1780413 |
| A1780414 |
| A1780416 |
| A1780417 |
| A1780418 |
| A1780419 |
| A1780420 |
| A1780421 |
| A1781589 |
| A1781600 |
| A1781607 |
| A1781610 |

000460

A1781615
A1781621
A1781626
A1781627
A1781629
A1781631
A1781634
A1781636

000461

000462

000463



000464



000465

**PRE- REHARSAL ONE TIME COSTS:**
TAIT Main Stage / B Stage Upfront Costs /
TAIT Extras #1 STAGING ADDS/MODS
TAIT Extras #2 CUBE CARTS
TAIT at rehearsals
SYMMETRY LABS
GLOW MOTION
VER - BRIDGE EXTENSION / AUDIO REHEARSALS / DEMO ROOM 2 MONTHS
ROSEBRAND
D3 TEST WITH SEAN GREEN
Harlequin Tape
HIGHEND TV PREP TIME
██████████ Prep
████████ Prep
TOUR INSURANCE
(2) CARS - DRIVEN
TANTRUM VIDEO CONTENT PACKAGE
London Programming Fee
ADMIN FOR PAYROLL AND NON-MARKED UP ITEMS LIKE TAIT & POWER / PREVIZ  / VIRTUAL TOUR DESIGN
3D MODEL

**NON-AMORITIZED REHEARSAL ADDS:**
ROSEBRAND - BLACK & B STAGE BOX MASKING
SOUND SOLUTIONS (build and test audio playback rig, build and test Notch playback rig)
Grandma3D computer
Home Depot
Lowe's
Content for Updated Hype and Legend
D3 Dongles to make projection alignment go faster during load in
CAMERA GUYS PRODUCTION COST ($75 per show x 4 guys x 100 shows)
SPOT OPERATORS PRODUCTION COST ($50 per show x 4 guys x 100 shows)
Expendables (HAZE, tape, lamps, etc)
Strictly FX 2nd car
Control box enclosures
Wheel Bases (Spiki Carts)
RAINY DAY (DAMAGES, CONVERSION DIFFERENCES, UNFORSEENS, ETC)

TRAVEL COSTS - Lititz Car Rental (Daniel)
TRAVEL COSTS - Hilton Columbus (Daniel)
TRAVEL COSTS - Hyatt Regency Columbus (Daniel)
TRAVEL COSTS - Flights to/from rehearsals in Lititz (Daniel)
TRAVEL COSTS - Justin to NYC
TRAVEL COSTS - Justin to LA
TRAVEL COSTS - Hilton Columbus (Justin)
TRAVEL COSTS - ████████ Car
TRAVEL COSTS - ██████ Car
TRAVEL COSTS - ██████ Car
TRAVEL COSTS - ████████

DALLAS / LA TRAVEL COSTS
AUSTRAILIA TRAVEL COSTS

000466

EUROPE TRAVEL COSTS
SOUTH AMERICA TRAVEL COSTS

Ascenders purchased for 220 screens
VER - Rigging adds (chain motor baskets, chain motor maintenance brackets, LX ladder cables)
VER - Milwaukee Pre Rig Staff
VER - St Paul Pre Rig Staff

Confetti Shipping to Tait (Strictly FX)
Shipping empty road cases from LA to Kansas City
EdgeSwitches to Kansas City (symmetry)
Rochester to Kansas City Shipment
Shipping cubes to Kansas City (symmetry)
VER? Truss Widgets (to reduce motor count without automation)
Northern Tool & Equipment (casters for automated LX squares for faster load in)

WORKERS COMP LINE (LINKED TO MASTER WEEKLY TAB)

VER - AUDIO DUPLICATED AUDIO RIG (AUSSIE)
New Computer Processor for Symmetry Labs (bought by Slade)
Nate bought Ethernet cables and repaired computer
Shipping confetti to London
VER - Cross Load in New Jersey VER

4 Wall Package Previz
Speakers/Console for previz (audio package)
AIR FREIGHT FROM AUCKLAND TO LONDON
CONTAINER AUSSIE TO LA

TOUR DISCOUNT TO MEET BUDGET

Gallagher Solenoinds for Kabukis system (28 active weeks x ████████████ )

000467



000468



000469



000470



000471



000472



LINKED TO ONE TIME PROFIT 2018

000473

LINKED
TAIT
TAIT
TAIT

SYMMETRY LABS
GLOW MOTION
VER
ROSEBRAND
█████████████
Harlequin Tape
HIGHEND TV
█████████████
████████
Tour Insurance Estimate
DRIVEN (actual reciepts equal 42,519.53)
TANTRUM
████████████ / COMPUTERS/VER ROOM/ sym
INTERNAL
Bruce
3D ROBERT

000474

000475

| | 2019 ONE TIME COSTS |
|---|---|
| 1 | ALTER EGO Special FX for Alter Ego (StrictlyFX) |
| 1 | ALTER EGO 4Wall Order |
| 1 | Previz Package (room, power, console, lights, NPU's, monitor) |
| 1 | Previz Add-Ons (additional NPU's, cables, speakers) |
| 1 | VER - Europe RF Licensing |
| 1 | ForceFX Bryan Ratay Order (converted invoice from pounds to USD) |
| 1 | Steady Cam Rentan for European Leg |
| 1 | Guy Pavelo Programming Fee for Kinetik Addition |
| 1 | ForceFX gear (Daniel Gibson) (converted from 1608.20 pounds) |
| 1 | Gallagher Cart Mod for car cart (Michael Gibson) |
| 1 | BNC replacement connectors for LED looms in Europe (Sean Green) |
| 1 | Nate - Repair Carts in Nashville |
| 1 | 8802 Filing Fee for Mexico |
| 1 | StrictlyFX UK License Fee's  (billed direct after show) |
| 1 | Content for Updated Virtual Josh |
| 1 | Sean green Laredo Expendables |
| 1 | VER Invoice for subrentals starting in Laredo |
| 1 | Tyler Shapard Design Fee |
| 1 | Guy Pavelo Programming Fee for Kinetik Addition #2 after Laredo |
| 1 | Nate Mapping tool and firmware update tool for Symmetry labs carts |
| 1 | Andy Flood Pre-rig rigger ███ a day x 5 days a week x 7 weeks) |
| 1 | Content for Alter Ego, Cut My Lip / Chlorine / Ned Instagram |
| 1 | Content for Updated Hype, Legend, Trees, Truce |
| 1 | Content for South America |
| 1 | VER - Europe PRE-RIG Package |
| 1 | Previz Package AFTER EUROPE |
| 1 | 1920 lbs of confetti |
| 1 | Non-notice severence pay to 3 riggers |
| 1 | FdB Group |
| 1 | Cienfuegos South America FX Charge |
| 1 | Vulcano FX South America FX Charge |
| 1 | Everitt transport of symmetry carts |
| 1 | F&W Transport of car risers |
| 1 | Steady Cam Rental North American leg |
| 1 | SHIPPING- ALTER EGO Special FX |
| 1 | |
| 1 | |
| 1 | |
| 1 | |
| 1 | |
| 1 | DISCOUNT |

000476

000477



| TYPE | COST | TOTAL | | NOTES |
|---|---|---|---|---|
| ACTUAL | | | | printed |
| ACTUAL | | | | printed |
| ACTUAL | | | | printed |
| ACTUAL | | | | |
| ACTUAL | | | | printed |
| ACTUAL | | | | printed |
| ACTUAL | | | | printed |
| ACTUAL | | | | |
| ACTUAL | | | | printed |
| ACTUAL | | | | printed |
| ACTUAL | | | | printed |
| ACTUAL | | | | printed |
| ACTUAL | | | | printed |
| PLACEHOLDER | | | | |
| PLACEHOLDER | | | | |
| ACTUAL | | | | |
| ACTUAL | | | | |
| ACTUAL | | | | |
| ACTUAL | | | | |
| ACTUAL | | | | |
| ESTIMATE | $ | $ | | printed |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | N/A |
| ACTUAL | $ | $ | | N/A |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | printed |
| ACTUAL | $ | $ | | |
| | $ | $ | | |
| | $ | $ | | |
| | $ | $ | | |
| | $ | $ | | |
| | | $ | | |

**COMPLETE TOTAL**  $     SHOULD BE LINKED T

000479

| | 30% Markup | | NO MARKUP | | WEEKLY MARKUP | | TOTAL MARKUP | |
|---|---|---|---|---|---|---|---|---|
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| | $ | | $ | | $ | | $ | |
| 5% SHIPPING MARKUP | $ | | $ | | $ | | $ | |
| 5% SHIPPING MARKUP | $ | | $ | | $ | | $ | |
| 5% SHIPPING MARKUP | $ | | $ | | $ | | $ | |
| 5% SHIPPING MARKUP | $ | | $ | | $ | | $ | |
| 5% SHIPPING MARKUP | $ | | $ | | $ | | $ | |
| 5% SHIPPING MARKUP | $ | | $ | | $ | | $ | |
| 5% SHIPPING MARKUP | $ | | $ | | $ | | $ | |
| | | | $ | | $ | - | $ | |
| 'O 2019 ONE TIME COSTS | | | NEGATIVE NUMBER | | | | $ | |

000480

000481



**BAND WEEKLY COST**

no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar
no algorithm - markup in mar

(LINKED) TOTAL PROFIT IN ONE TIME COSTS 2019

000483



TOTAL PAYABLE

$          SHOULD BE LINKED TO 2019 ONE TIME COSTS

000484

000485

spot tab - built into lighting payroll

**week 11&12**



**week 13 & 14**

**week 15 & 16**

**week 23 & 24**

**Week 25 & 26**

**Week 27 & 28**



  total spent

left to spend

000486



ONE TIME COSTS LINE ITEM AT ███ total    ███

| | | | |
|---|---|---|---|
| ███ (swapped with ███ r on 10/2 10/27 to 10/28 10/30 to 11/21 | ███ | Invoice # 0021 | USA Op 1 |
| ███ (27 shows) | | Nov 29 2015 | USA Op 2 |
| ███ (27 shows) | | | USA Op 3 |
| ███ | | Invoice #614 | USA Op 4 |
| | | 12/7 to 12/21 | Austrailia |
| | | | Austrailia |
| | | | Europe |
| | | | Europe |
| | | | Europe |

███ total spent

███ left to spend

no longer a camera operator (this is total of all shows he worked)

000488

LA HOTEL
████████ (to cover for ████ while at funeral)          $

Daniel's expense report for reharsals, dallas, la, new york          $

████████ to Europe

Justin and Daniel Italy          $

000489

printed                    includes flight, per diem, rate

000490

CONSUMABLES BUDGET UNDER ONE TIME COSTS IS ██████     $ ████████
                                                        AMOUNT
STRICTLY - Confetti                                     $ ████████
Nate overlap in Europe                                  $ ████████

000491

INVOICE #
1068T
ESTIMATE

000492

DAMAGES BUDGET

Fabrics getting sprayed chemicals in Europe
Tyler Shapard Design Fee
Gallagher Cart repair… difference that they didn't pay
Wembley Rigger (1300 pounds to dollars)
Symmetry Kansas City Sam Costigan flight hotel
Fixture sub rentals for North American run

000493

$

$        ESTIMATE
$    ESTIMATE
$    Actual
$    Actual
$    Actual
$    Actual

000494

restof ███ is in one time 2019 tab
TOP paid ██████ of a ████████ bill

moved to one time costs



TOP 9,1-TBD USA

<u>ARTIST PARTY</u>

| NAME | NICKNAME | POSITION |
|---|---|---|
| ARTIST PARTY | | |



| | | ARTIST/SINGER |
|---|---|---|
| | | TYLER'S SPOUSE |
| | | ARTIST/DRUMMER |
| | | JOSH'S GIRLFRIEND |
| | | Personal Assistant |
| | | CREATIVE / SOCIAL VISIONARY |
| | | ARTIST SECURITY |
| | | ROAD MANAGER |
| | | ARTIST PHOTOGRAPHER |
| | | LIGHTING DIRECTOR |

**CREW PARTY**

TWENTY ONE PILOTS STAFF

| POSITION |
|---|
| TOUR MANAGER |
| PRODUCTION MANAGER |
| ASSISTANT TOUR MANAGER/MERCH |
| PRODUCTION COORDINATOR |
| PRODUCTION ASSISTANT |
| STAGE MANAGER |
| BACKLINE - GUITARS, KEYS |
| BACKLINE - DRUMS |
| BACKLINE - PLAYBACK |
| VENUE SECURITY DIRECTOR |
| VENUE SECURITY #2 |
| FOH MIXER |
| MONITOR MIXER |
| SFX SHOOTER |
| MERCH ASST |
| CARP/RIGGER |
| HEAD CARPENTER |
| CARPENTER |
| CARPENTER |
| DECK OPERATOR |
| FLOOR MANAGER |

VENDOR STAFF

| POSITION |
|---|
| AUDIO CREW CHIEF / SYSTEMS |
| AUDIO PA SR |
| AUDIO PA SR (HOLIDAYS) |
| AUDIO MONITORS TECH |
| RF/COMMS TECH |

000497



LIGHTING CREW CHIEF
LX 1 - FOH DIMMERS
LX 2 - SR DIMMERS
LX 3 - SL DIMMERS
LX 4 - STAGE 1
LX 5 - DOCK MASTER
LX 6 - HOUSE 2
LX 7 - HOUSE 1
LX 8
VIDEO CREW CHIEF / SERVERS
VIDEO DIRECTOR
VIDEO ENGINEER
LED 1 / PIT HANDHELD
LED 2 / SL HANDHELD
LED 3 / FOH LL
PROJECTIONIST 1 / FOH LL
PROJECTIONIST 2
PROJECTION UTILITY
RIGGER
RIGGER
RIGGER
HEAD OF AUTOMATION
RIGGING AUTOMATION 1
RIGGING AUTOMATION 2
RIGGING AUTOMATION 3
RIGGING AUTOMATION 4
PYRO TECHNICIAN
LASER OPERATOR
PYRO TECHNICIAN
CARP/RIGGER
LED KINETIK
KINETIK
TOUR ELECTRICIAN
PROGRAMMER/TECH
PROMOTER REP

Tyler Driver
Josh Driver

Crew 1 driver/Lead crew driver
Crew 2 driver
Crew 3 driver
Crew 4 driver
Crew 5 driver
Crew 6 driver

000498

000499

| EMPLOYER | EMAIL |
|---|---|
| BOSS - | |
| BOSS - | |
| TWENTY ONE PILOTS | |
| STS Global | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| ATAA | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| STS Global | |
| STS Global | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| VER | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| VER | |
| VER | |
| VER | |
| VER | |
| VER | |





CONCERT INVESTOR
VER
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
VER
VER
VER
VER
VER
CONCERT INVESTOR
VER
VER
VER
VER
VER
VER
VER
VER
STRICTLY FX (CI)
STRICTLY FX (CI)
STRICTLY FX (CI)
GLOW MOTION (CI)
GLOW MOTION (CI)
STAGE KINETIK (CI)
CAT POWER (CI)
SYMMETRY LABS (CI)
LIVE NATION

Pioneer Coach
Pioneer Coach

Pioneer Coach
Pioneer Coach
Pioneer Coach
Pioneer Coach
Pioneer Coach
Pioneer Coach

000501

000502

| CELL PHONE | BUS ASSIGNMENT | ARRIVAL DA | ARRIVAL CITY |
|---|---|---|---|
|  | | | |
| | CREW 1 | | |
| | CREW 1 | | |
| | CREW 1 | | |
| | CREW 1 | | |
| | CREW 1 | | |
| | CREW 1 | | |
| | CREW 2 | | |
| | CREW 2 | | |
| | CREW 2 | | |
| | CREW 1 | | |
| | | | |
| | CREW 2 | | |
| | CREW 2 | | |
| | CREW 2 | | |
| | CREW 2 | | |
| | CREW 2 | | |
| | CREW 3 | | |
| | CREW 3 | | |
| | CREW 3 | | |
| | CREW 3 | | |
| | CREW 1 | | |
| | | | |
| | CREW 3 | | |
| | CREW 3 | | |
| | CREW 3 | | |
| | CREW 3 | | |
| | CREW 3 | | |

000503



CREW 4
CREW 4
CREW 4
CREW 4
CREW 4
CREW 4
CREW 4
CREW 4
CREW 4
CREW 5
CREW 5
CREW 5
CREW 5
CREW 5
CREW 5
CREW 5
CREW 5
CREW 5
CREW 4
CREW 4
CREW 5
CREW 6
CREW 6
CREW 6
CREW 6
CREW 6
CREW 6
CREW 6
CREW 6
CREW 6
CREW 6
CREW 6
CREW 2
CREW 3
CREW 2

CREW 1
CREW 2
CREW 3
CREW 4
CREW 5
CREW 6

000504

000505

TOP 12,3-12,23 AUS/NZ

<u>ARTIST PARTY</u>

\#

<span style="color:green">NAME</span>

<span style="color:green">ARTIST PARTY</span>



<span style="color:green">CREW PARTY</span>

TWENTY ONE PILOTS STAFF



000506

000507



LIVE NATION AUSTRALIA STAFF



| NICKNAME | POSITION |
|---|---|
| | ARTIST/SINGER |
| | TYLER'S SPOUSE |
| | ARTIST/DRUMMER |
| | JOSH'S GIRL |
| | ARTIST PHOTOGRAPHER |
| | ROAD MANAGER |
| | ARTIST SECURITY |
| | CREATIVE / SOCIAL VISIONARY |

TOUR MANAGER
PRODUCTION MANAGER
ASSISTANT TOUR MANAGER/MER(
PRODUCTION COORDINATOR
PRODUCTION ASSISTANT
LIGHTING DIRECTOR
STAGE MANAGER
BACKLINE - GUITARS, KEYS
BACKLINE - DRUMS
BACKLINE - PLAYBACK
VENUE SECURITY DIRECTOR
VENUE SECURITY #2
FOH MIXER
MONITOR MIXER
SFX SHOOTER
CARPENTER
FLOOR MANAGER
CARPENTER
DECK OPERATOR
CARPENTER
CARPENTER

AUDIO CREW CHIEF / SYSTEMS
AUDIO PA SR
AUDIO PA SL

000508



AUDIO MONITORS TECH
RF/COMMS TECH
LIGHTING CREW CHIEF

LX 2 - SR DIMMERS
LX 3 - SL DIMMERS
LX 4 - STAGE 1
LX 5 - DOCK MASTER
LX 6 - HOUSE 2
LX 2
VIDEO CREW CHIEF / SERVERS
VIDEO DIRECTOR
VIDEO ENGINEER
LED 1 / PIT HANDHELD
LED 2 / SL HANDHELD
LED 3 / FOH LL
RIGGER
RIGGER
RIGGER
HEAD OF AUTOMATION
AUTOMATION OPERATOR
AUTOMATION RIGGER
PYROTECHNICIAN
LASERS/SFX
PROGRAMMER/CARP
SFX TECH
ELECTRICIAN
LED / FOH LL
LED

not going to AUS/NZ, but stay on Conc

000509

| EMPLOYER | EMAIL |
|---|---|
| BOSS | |
| - | |
| BOSS | |
| - | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| STS Global | |
| TWENTY ONE PILOTS | |
| | |
| ATAA | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| STS Global | |
| STS Global | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| TWENTY ONE PILOTS | |
| VER | |
| VER | |
| VER | |

000510



VER
VER
CONCERT INVESTOR
MPH
CONCERT INVESTOR
CONCERT INVESTOR
MPH
CONCERT INVESTOR
CONCERT INVESTOR
CONCERT INVESTOR
VER
VER
CONCERT INVESTOR
VER
VER
VER
VER
VER
VER
VER
VER
VER
VER
STRICTLY FX (CI)
STRICTLY FX (CI)
SYMMETRY LABS (CI)
STRICTLY FX (CI)
CAT POWER (CI)
BIG PICTURE
BIG PICTURE

cert Investor/VER tour payroll

000511

CELL PHONE                    ARRIVAL DATE                    ARRIVAL CITAA Flyer #



000512



| Seat Preferer | Meal |
|---|---|
| Window | Any |
| Window | Any |
| Aisle | Any |
| | |
| Window | Any |
| Window | Pescatarian |
| Aisle | Any |
| Window | Any |
| Window | Any |
| | |
| Aisle | Any |
| Window | Any |
| Aisle | Any |
| Aisle | Any |
| Aisle | Any |
| Aisle | Any |
| Window | Any |
| Window | Any |
| Aisle | Any |
| Window | Vegan |
| Aisle | Any |
| Window | Any |
| Window | Any |
| Window | Any |
| Aisle | Vegetarian |
| Window | Any |
| Aisle | Any |
| Aisle | Any |
| Window | Any |
| Aisle | Any |
| WIndow | Any |
| | |
| Window | Any |
| Aisle | Any |
| Window | Any |

000514

| Window | Any |
| Aisle | Any |
| Window | Any |
| | |
| Window | Any |
| Window | Any |
| | |
| Aisle | Any |
| Aisle | Any |
| Window | Any |
| Window | Any |
| Window | Any |
| Window | Any |
| Aisle | Any |
| Window | Any |
| Window | Any |
| Aisle | Any |
| Aisle | Any |
| Window | Any |
| Aisle | Any |
| Window | Any |
| Aisle | Any |
| Window | Any |
| Window | Any |
| Window | Any |
| Window | Any |
| Window | Any |

000515

TOP
<u>ARTIST PARTY</u>
NAME                                                     POSITION
ARTIST PARTY



| | |
|---|---|
| A1 | Artist/Singer |
| A2 | Tyler's Spouse |
| A3 | Artist/Drummer |
| A4 | Josh's Spouse |
| A5 | Social Media/Creative |
| A6 | Artist Party Security |
| A7 | Road Manager |
| A8 | Photographer |
| A9 | Guitar Tech/Studio Tech |

**CREW PARTY**
TWENTY ONE PILOTS STAFF



Tour Manager
Production Manager
Production Director
ATM/Merch Manager
Production Coordinator
Production Assistant
Production Stage Manager
Dressing Room and Wardrobe
Stage Manager
Drum Tech
Playback Tech
Venue Security Director
Venue Security #2
Lighting Director
FOH Mixer
Monitor Mixer
Cryo Shooter
Merch #2
Lead Rigger
Rigger 2
Rigger 3
Carpenter/Rigger
Lead Carpenter
Deck Operator
Carpenter
Carpenter
TBC
Dressing Room Truck Driver

000516

VENDOR STAFF



FOH System tech
Audio PA SL
Audio PA SR
Monitor Tech
RF Tech
FOH Tech
Lighting Crew Chief
LX 2 - SR Dimmers
LX 3 - SL Dimmers
LX 5 - Dock Master
LX - 6
LX 7 - House 1
LX 8
Video Crew Chief
Video Director
Video Engineer
LED 1 / PIT Handheld
LED 2 / SL Handheld
LED 3 / FOH LL
Projectionist
Head of Automation
Rigging Automation 2
Rigging Automation 3
Pyro Technician
Pyro Technician
Laser Operator
LED Cart Tech
LED Kinetik
Kinetik
Tour Electrician
Promoter Rep


Tyler Driver
Josh Driver
Band Aids Driver

Crew 1 Driver/Lead Driver
Crew 2 driver
Crew 3 driver
Crew 4 driver
Crew 5 driver

000517

| | | |
|---|---|---|
| 9 |  | Crew 6 driver |
| 1 | | Lead Truck Driver |
| 2 | | Truck #2 |
| 3 | | Truck #3 |
| 4 | | Truck #4 |
| 5 | | Truck #5 |
| 6 | | Truck #6 |
| 7 | | Truck #7 |
| 8 | | Truck #8 |
| 9 | | Truck #9 |
| 10 | | Truck #10 |
| 11 | | Truck #11 |
| 12 | | Truck #12 |
| 13 | | Truck #13 |
| 14 | | Truck #14 |
| 15 | | Truck #15 |
| 16 | | Truck #16 |
| 17 | | Truck #17 |
| 18 | | Truck #18 |
| 19 | | Truck #19 |
| 20 | | Truck #20 |
| 21 | | Truck #21 (Merch 1) |
| 22 | | Truck #22 (Merch 2) |

| EMPLOYER | EMAIL |
|---|---|
| Twenty One Pilots | |
| - | |
| Twenty One Pilots | |
| - | |
| Twenty One Pilots |  |
| STS Global | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| | |
| | |
| ATAA | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| TBC | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| STS Global | |
| STS Global | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |
| Twenty One Pilots | |

000519

VER (CI)
VER (CI)
VER (CI)
VER (CI)
VER (CI)
VER (CI)
VER (CI)
VER (CI)

Concert Investor
VER (CI)
Concert Investor
Concert Investor
Concert Investor
Concert Investor
Concert Investor
VER (CI)
Concert Investor
VER (CI)
Concert Investor
VER (CI)
VER (CI)
VER (CI)
Strictly FX (CI)
Strictly FX (CI)
Strictly FX (CI)
Concert Investor
Glow Motion (CI)
Stage Kinetic (CI)
Cat Power (CI)
Live Nation

Pioneer Coach
Pioneer Coach
Pioneer Coach

Pioneer Coach
Pioneer Coach
Pioneer Coach
Pioneer Coach
Pioneer Coach

000520

Pioneer Coach

000521

CELL PHONE                    BUS ASSIGNMENT



Band 1
Band 1
Band 2
Band 2
Band Aids
Band Aids
Band Aids
Band Aids
Band Aids


Crew 6
Crew 1
Crew 1
Crew 6
Crew 1
Crew 1
Crew 1
Crew 1
Crew 1
Crew 6
Crew 6
Crew 1
Crew 6
Crew 6
Crew 4
Crew 4
Crew 6
Crew 6
Crew 2
Crew 2
Crew 2
Crew 2
Crew 5
Crew 5
Crew 5
Crew 5
Crew 6
n/a

000522



Crew 4
Crew 4
Crew 4
Crew 4
Crew 4
Crew 3
Crew 3
Crew 3
Crew 3
Crew 3
Crew 3
Crew 3
Crew 3
Crew 5
Crew 5
Crew 5
Crew 5
Crew 5
Crew 5
Crew 5
Crew 2
Crew 2
Crew 2
Crew 4
Crew 4
Crew 4
Crew 4
Crew 3
Crew 3
Crew 2
Crew 2

Band 1 (Tyler)
Band 2 (Josh)
Band Aids

Production (
Rigging/Pow
Lighting/Glo
Audio/Speci
Video/Carps

000523

████████              Backline/TM        9 ███████       ██████
                                          58

000524

| DATE | COUNTRY | CITY | VENUE |
|------|---------|------|-------|
| Wed, Nov 21, 2018 | USA | Kansas City, MO | Sprint Center |
| Thu, Nov 22, 2018 | USA | | |
| Fri, Nov 23, 2018 | | | (Thanksgiving) |
| Sat, Nov 24, 2018 | | | |
| Sun, Nov 25, 2018 | | | |
| Mon, Nov 26, 2018 | | | |
| Tue, Nov 27, 2018 | | | |
| Wed, Nov 28, 2018 | | | |
| Thu, Nov 29, 2018 | | | |
| Fri, Nov 30, 2018 | | | |
| Sat, Dec 1, 2018 | | | |
| Sun, Dec 2, 2018 | | | |
| Mon, Dec 3, 2018 | | | |
| Tue, Dec 4, 2018 | | | |
| Wed, Dec 5, 2018 | | | |
| Thu, Dec 6, 2018 | AUS | Perth | Perth Arena/Tech Day |
| Fri, Dec 7, 2018 | AUS | Perth | Perth Arena |
| Sat, Dec 8, 2018 | | | |
| Sun, Dec 9, 2018 | | | |
| Mon, Dec 10, 2018 | AUS | Adelaide | Entertainment Center |
| Tue, Dec 11, 2018 | | | |
| Wed, Dec 12, 2018 | | | |
| Thu, Dec 13, 2018 | AUS | Melbourne | RodLaver Arena |
| Fri, Dec 14, 2018 | | | |
| Sat, Dec 15, 2018 | | | |
| Sun, Dec 16, 2018 | AUS | Sydney | Qudos Arena |
| Mon, Dec 17, 2018 | | | |
| Tue, Dec 18, 2018 | AUS | Brisbane | Entertainment Center |
| Wed, Dec 19, 2018 | | | |
| Thu, Dec 20, 2018 | NZ | Auckland | Spark Arena/Tech Day |
| Fri, Dec 21, 2018 | NZ | Auckland | Spark Arena |
| Sat, Dec 22, 2018 | | | |
| Sun, Dec 23, 2018 | | | |
| Mon, Dec 24, 2018 | | | |
| Tue, Dec 25, 2018 | | | |
| Wed, Dec 26, 2018 | | | |
| Thu, Dec 27, 2018 | | | |
| Fri, Dec 28, 2018 | | | |
| Sat, Dec 29, 2018 | | | |
| Sun, Dec 30, 2018 | | | |

000525

| | | | |
|---|---|---|---|
| **Mon, Dec 31, 2018** | | | |
| **Tue, Jan 1, 2019** | | | |
| **Wed, Jan 2, 2019** | | | |
| **Thu, Jan 3, 2019** | | | |
| **Fri, Jan 4, 2019** | | | |
| **Sat, Jan 5, 2019** | | | |
| **Sun, Jan 6, 2019** | | | |
| **Mon, Jan 7, 2019** | | | |
| **Tue, Jan 8, 2019** | | | |
| **Wed, Jan 9, 2019** | | | |
| **Thu, Jan 10, 2019** | | | |
| **Fri, Jan 11, 2019** | | | |
| **Sat, Jan 12, 2019** | | | |
| **Sun, Jan 13, 2019** | | | |
| **Mon, Jan 14, 2019** | | | |
| **Tue, Jan 15, 2019** | | | |
| **Wed, Jan 16, 2019** | | | |
| **Thu, Jan 17, 2019** | | | |
| **Fri, Jan 18, 2019** | USA | Los Angeles | |
| **Sat, Jan 19, 2019** | USA | Los Angeles | |
| **Sun, Jan 20, 2019** | | | |
| **Mon, Jan 21, 2019** | | | |
| **Tue, Jan 22, 2019** | | | |
| **Wed, Jan 23, 2019** | | | |
| **Thu, Jan 24, 2019** | | | |
| **Fri, Jan 25, 2019** | | | |
| **Sat, Jan 26, 2019** | UKR | Kiev | Palace of Sports/tech |
| **Sun, Jan 27, 2019** | UKR | Kiev | Palace of Sports/tech |
| **Mon, Jan 28, 2019** | UKR | Kiev | Palace of Sports/tech |
| **Tue, Jan 29, 2019** | UKR | Kiev | Palace of Sports/tech |
| **Wed, Jan 30, 2019** | UKR | Kiev | Palace of Sports |
| **Thu, Jan 31, 2019** | | | |
| **Fri, Feb 1, 2019** | | | |
| **Sat, Feb 2, 2019** | RUS | Moscow | VTB Arena |
| **Sun, Feb 3, 2019** | | | |
| **Mon, Feb 4, 2019** | RUS | St. Petersburg | Ice Palace |
| **Tue, Feb 5, 2019** | | | |
| **Wed, Feb 6, 2019** | FIN | Helsinki | Ice Hall |
| **Thu, Feb 7, 2019** | | | |
| **Fri, Feb 8, 2019** | SWE | Stockholm | Ericsson Globen |
| **Sat, Feb 9, 2019** | NOR | Oslo | Telenor Arena |

000526

| Date | Country | City | Venue |
|---|---|---|---|
| Sun, Feb 10, 2019 | | | |
| Mon, Feb 11, 2019 | DEN | Copenhagen | Royal Arena |
| Tue, Feb 12, 2019 | GER | Hamburg | Barclaycard Arena |
| Wed, Feb 13, 2019 | | | |
| Thu, Feb 14, 2019 | GER | Berlin | Mercedes Benz Arena |
| Fri, Feb 15, 2019 | POL | Lodz | Atlas Arena |
| Sat, Feb 16, 2019 | CZE | Prague | O2 Arena |
| Sun, Feb 17, 2019 | AUS | Vienna | Stadhalle |
| Mon, Feb 18, 2019 | | | |
| Tue, Feb 19, 2019 | | | (Brit awards rehearsal) |
| Wed, Feb 20, 2019 | | | (Brit awards) |
| Thu, Feb 21, 2019 | ITA | Bologna | Unipol Arena |
| Fri, Feb 22, 2019 | | | |
| Sat, Feb 23, 2019 | SWI | Zurich | Hallenstadion Zurich |
| Sun, Feb 24, 2019 | GER | Stuttgart | Hanns Martin Schleyer Halle |
| Mon, Feb 25, 2019 | GER | Cologne | Lanxess Arena |
| Tue, Feb 26, 2019 | | | |
| Wed, Feb 27, 2019 | GBR | Birmingham | Genting Arena |
| Thu, Feb 28, 2019 | | | |
| Fri, Mar 1, 2019 | IRE | Dublin | 3Arena |
| Sat, Mar 2, 2019 | GBR | Belfast | SSE Arena Belfast |
| Sun, Mar 3, 2019 | | | |
| Mon, Mar 4, 2019 | GBR | Glasgow | SSE Hydro |
| Tue, Mar 5, 2019 | GBR | Manchester | MAN Arena |
| Wed, Mar 6, 2019 | | | |
| Thu, Mar 7, 2019 | GBR | London | SSE Wembley Arena |
| Fri, Mar 8, 2019 | GBR | London | SSE Wembley Arena |
| Sat, Mar 9, 2019 | GBR | London | SSE Wembley Arena |
| Sun, Mar 10, 2019 | | | |
| Mon, Mar 11, 2019 | FRA | Paris | Accorhotels |
| Tue, Mar 12, 2019 | NLD | Amsterdam | Ziggo Dome |
| Wed, Mar 13, 2019 | BEL | Brussels | Palais 12 |
| Thu, Mar 14, 2019 | | | |
| Fri, Mar 15, 2019 | ESP | Bilbao | Bilbao Exhibition Centre |
| Sat, Mar 16, 2019 | ESP | Madrid | Wizink Arena |
| Sun, Mar 17, 2019 | PRT | Lisbon | Altice Arena |
| Mon, Mar 18, 2019 | | | |
| Tue, Mar 19, 2019 | | | |
| Wed, Mar 20, 2019 | | | |
| Thu, Mar 21, 2019 | | | |
| Fri, Mar 22, 2019 | | | |

000527

| Date | Country | City | Event |
|------|---------|------|-------|
| Sat, Mar 23, 2019 | | | |
| Sun, Mar 24, 2019 | | | |
| Mon, Mar 25, 2019 | | | |
| Tue, Mar 26, 2019 | | | |
| Wed, Mar 27, 2019 | | | |
| Thu, Mar 28, 2019 | | | |
| Fri, Mar 29, 2019 | ARG | an Isidro (Buenos Aire | Lollapalooza Argentina |
| Sat, Mar 30, 2019 | CHL | Santiago | Lollapalooza Chile |
| Sun, Mar 31, 2019 | | | |
| Mon, Apr 1, 2019 | | | |
| Tue, Apr 2, 2019 | PRY | Asuncion | |
| Wed, Apr 3, 2019 | | | |
| Thu, Apr 4, 2019 | | | |
| Fri, Apr 5, 2019 | COL | Bogota | Festival Estereo Picnic |
| Sat, Apr 6, 2019 | | | |
| Sun, Apr 7, 2019 | BRA | Sao Paulo | Lollapalooza Brazil |
| Mon, Apr 8, 2019 | | | |
| Tue, Apr 9, 2019 | | | |
| Wed, Apr 10, 2019 | | | |
| Thu, Apr 11, 2019 | | | |
| Fri, Apr 12, 2019 | | | |
| Sat, Apr 13, 2019 | | | |
| Sun, Apr 14, 2019 | | | |
| Mon, Apr 15, 2019 | | | |
| Tue, Apr 16, 2019 | | | |
| Wed, Apr 17, 2019 | | | |
| Thu, Apr 18, 2019 | | | |
| Fri, Apr 19, 2019 | | | |
| Sat, Apr 20, 2019 | | | |
| Sun, Apr 21, 2019 | | | |
| Mon, Apr 22, 2019 | | | |
| Tue, Apr 23, 2019 | | | |
| Wed, Apr 24, 2019 | | | |
| Thu, Apr 25, 2019 | | | |
| Fri, Apr 26, 2019 | | | |
| Sat, Apr 27, 2019 | | | |
| Sun, Apr 28, 2019 | | | |
| Mon, Apr 29, 2019 | | | |
| Tue, Apr 30, 2019 | | | |
| Wed, May 1, 2019 | MEX | Monterrey | Arena Monterrey |
| Thu, May 2, 2019 | | | |

000528

| | | | |
|---|---|---|---|
| **Fri, May 3, 2019** | MEX | Mexico City | Sports Palace |
| **Sat, May 4, 2019** | MEX | Mexico City | Sports Palace |
| **Sun, May 5, 2019** | | | |
| **Mon, May 6, 2019** | MEX | Guadalajara | Arena VFG |
| **Tue, May 7, 2019** | | | |
| **Wed, May 8, 2019** | | | |
| **Thu, May 9, 2019** | | | |
| **Fri, May 10, 2019** | | | |
| **Sat, May 11, 2019** | | | |
| **Sun, May 12, 2019** | CAN | Vancouver, BC | Rogers Arena |
| **Mon, May 13, 2019** | | | |
| **Tue, May 14, 2019** | CAN | Calgary, AB | The Scotiabank Saddledome |
| **Wed, May 15, 2019** | CAN | Edmonton, AB | Rogers Place |
| **Thu, May 16, 2019** | | | |
| **Fri, May 17, 2019** | CAN | Winnipeg, MB | Bell MTS Place |
| **Sat, May 18, 2019** | | | |
| **Sun, May 19, 2019** | | | |
| **Mon, May 20, 2019** | CAN | London ON | Budweiser Gardens |
| **Tue, May 21, 2019** | CAN | Ottowa ON | Richcraft Live at Canadian Tire Centre |
| **Wed, May 22, 2019** | CAN | Montreal, QC | Bell Centre |
| **Thu, May 23, 2019** | | | |
| **Fri, May 24, 2019** | | | |
| **Sat, May 25, 2019** | | | |
| **Sun, May 26, 2019** | | | |
| **Mon, May 27, 2019** | | | |
| **Tue, May 28, 2019** | CAN | Toronto, ON | Scotiabank Arena |
| **Wed, May 29, 2019** | CAN | Toronto, ON | Scotiabank Arena |
| **Thu, May 30, 2019** | | | |
| **Fri, May 31, 2019** | USA | Grand Rapids, MI | Van Andel Arena |
| **Sat, Jun 1, 2019** | USA | Buffalo, NY | Keybank Center |
| **Sun, Jun 2, 2019** | | | |
| **Mon, Jun 3, 2019** | | | |
| **Tue, Jun 4, 2019** | USA | Brooklyn, NY | Barclays Center |
| **Wed, Jun 5, 2019** | USA | Newark, NJ | Prudential Center |
| **Thu, Jun 6, 2019** | | | |
| **Fri, Jun 7, 2019** | USA | Pittsburgh, PA | PPG Paints Arena |
| **Sat, Jun 8, 2019** | USA | Atlantic City, NJ | Boardwalk Hall |
| **Sun, Jun 9, 2019** | USA | Charlottesville, VA | John Paul Jones Arena |
| **Mon, Jun 10, 2019** | | | |
| **Tue, Jun 11, 2019** | USA | Raleigh, NC | PNC Arena |
| **Wed, Jun 12, 2019** | USA | Charlotte, NC | Spectrum Center |

000529

| Date | Country | City | Venue |
|---|---|---|---|
| **Thu, Jun 13, 2019** | | | |
| **Fri, Jun 14, 2019** | USA | Jacksonville, FL | Jacksonville Veterans Mem. Arena |
| **Sat, Jun 15, 2019** | USA | Miami, FL | American Airlines Arena |
| **Sun, Jun 16, 2019** | USA | Orlando, FL | Amway Center |
| **Mon, Jun 17, 2019** | | | |
| **Tue, Jun 18, 2019** | USA | Birmingham, AL | Legacy Arena at the BJCC |
| **Wed, Jun 19, 2019** | USA | New Orleans, LA | Smoothie King Center |
| **Thu, Jun 20, 2019** | | | |
| **Fri, Jun 21, 2019** | USA | Houston, TX | Toyota Center |
| **Sat, Jun 22, 2019** | USA | San Antonio | AT&T Center |
| **Sun, Jun 23, 2019** | USA | Austin, TX | Frank Erwin Center |
| **Mon, Jun 24, 2019** | | | |
| **Tue, Jun 25, 2019** | USA | Oklahoma City, OK | Chesapeake Energy Arena |
| **Wed, Jun 26, 2019** | USA | Memphis, TN | Fedex Forum |
| **Thu, Jun 27, 2019** | | | |
| **Fri, Jun 28, 2019** | USA | Indianapolis, IN | Bankers Life Fieldhouse |
| **Sat, Jun 29, 2019** | USA | Columbus, OH | Nationwide Arena |
| **Sun, Jun 30, 2019** | USA | Columbus, OH | Nationwide Arena |
| Tue, Jul 2, 2019 | | | |
| Wed, Jul 3, 2019 | | | |
| Thu, Jul 4, 2019 | (USA) | (Cleveland) | (MLB Play) |
| Fri, Jul 5, 2019 | | | |
| Sat, Jul 6, 2019 | | | |
| Sun, Jul 7, 2019 | CAN | Quebec City | (City festival details tbc) |
| Mon, Jul 8, 2019 | | | |
| Tue, Jul 9, 2019 | | | |
| Wed, Jul 10, 2019 | | | |
| Thu, Jul 11, 2019 | | | |
| Fri, Jul 12, 2019 | | | |
| Sat, Jul 13, 2019 | | | |
| Sun, Jul 14, 2019 | | | |
| Mon, Jul 15, 2019 | | | |
| Tue, Jul 16, 2019 | | | |
| Wed, Jul 17, 2019 | CHE | Bern | Gurten Festival |
| Thu, Jul 18, 2019 | | | |
| Fri, Jul 19, 2019 | | | |
| Sat, Jul 20, 2019 | FRA | Nimes | Festival De Nimes |
| Sun, Jul 21, 2019 | FRA | Paris | Lollapalooza Paris |
| Mon, Jul 22, 2019 | | | |
| Tue, Jul 23, 2019 | CHE | Nyon | Paleo Festival |

| Date | Country | City | Festival |
|---|---|---|---|
| Wed, Jul 24, 2019 | | | |
| Thu, Jul 25, 2019 | | | |
| Fri, Jul 26, 2019 | | | |
| Sat, Jul 27, 2019 | | | |
| Sun, Jul 28, 2019 | | | |
| Mon, Jul 29, 2019 | | | |
| Tue, Jul 30, 2019 | | | |
| Wed, Jul 31, 2019 | | | |
| Thu, Aug 1, 2019 | | | |
| Fri, Aug 2, 2019 | USA | Chicago | Lollapalooza |
| Sat, Aug 3, 2019 | | | |
| Tue, Aug 6, 2019 | | | |
| Wed, Aug 7, 2019 | | | |
| Thu, Aug 8, 2019 | | | |
| Fri, Aug 9, 2019 | USA | San Francisco | Outside Lands Festival |
| Sat, Aug 10, 2019 | USA | San Francisco | Outside Lands Festival |
| Sun, Aug 11, 2019 | | | |
| Mon, Aug 12, 2019 | | | |
| Tue, Aug 13, 2019 | HUN | Budapest | Sziget Festival |
| Wed, Aug 14, 2019 | | | |
| Thu, Aug 15, 2019 | AUT | Sankt Pölten | Frequency Festival Austria |
| Fri, Aug 16, 2019 | | | |
| Sat, Aug 17, 2019 | BEL | Kiewit - Hasselt | Pukkelpop Festival |
| Sun, Aug 18, 2019 | NLD | Bigginghuizen | Lowlands Festival |
| Mon, Aug 19, 2019 | | | |
| Tue, Aug 20, 2019 | | | |
| Wed, Aug 21, 2019 | | | |
| Thu, Aug 22, 2019 | FRA | Charleville - Mezieres | Cabaret Vert Festival |
| Fri, Aug 23, 2019 | | | |
| Sat, Aug 24, 2019 | GBR | Reading | Reading Festival |
| Sun, Aug 25, 2019 | GBR | Leeds | Reading Festival |
| Mon, Aug 26, 2019 | | | |
| Tue, Aug 27, 2019 | | | |
| Wed, Aug 28, 2019 | | | |
| Thu, Aug 29, 2019 | | | |
| Fri, Aug 30, 2019 | | | |
| Sat, Aug 31, 2019 | ITA | Milan | Milano Rocks - Area Expo |
| Sun, Sep 1, 2019 | | | |
| Mon, Sep 2, 2019 | | | |
| Tue, Sep 3, 2019 | | | |
| Wed, Sep 4, 2019 | | | |

000531

| Date | Country | City | Event |
|------|---------|------|-------|
| Thu, Sep 5, 2019 | | | |
| Fri, Sep 6, 2019 | | | |
| Sat, Sep 7, 2019 | GER | Berlin | Lollapalooza |
| Sun, Sep 8, 2019 | | | |
| Mon, Sep 9, 2019 | | | |
| Tue, Sep 10, 2019 | | | |
| Wed, Sep 11, 2019 | | | |
| Thu, Sep 12, 2019 | | | |
| Fri, Sep 13, 2019 | | | |
| Sat, Sep 14, 2019 | | | |
| Sun, Sep 15, 2019 | | | |
| Mon, Sep 16, 2019 | | | |
| Tue, Sep 17, 2019 | | | |
| Wed, Sep 18, 2019 | | | |
| Thu, Sep 19, 2019 | | | |
| Fri, Sep 20, 2019 | | | |
| Sat, Sep 21, 2019 | | | |
| Sun, Sep 22, 2019 | | | |
| Mon, Sep 23, 2019 | | | |
| Tue, Sep 24, 2019 | | | |
| Wed, Sep 25, 2019 | | | |
| Thu, Sep 26, 2019 | | | |
| Fri, Sep 27, 2019 | | | |
| Sat, Sep 28, 2019 | | | |
| Sun, Sep 29, 2019 | | | |
| Mon, Sep 30, 2019 | | | |
| Tue, Oct 1, 2019 | | | Multiple nights in USA? |
| Wed, Oct 2, 2019 | | | Multiple nights in USA? |
| Thu, Oct 3, 2019 | | | Multiple nights in USA? |
| Fri, Oct 4, 2019 | | | Multiple nights in USA? |
| Sat, Oct 5, 2019 | | | Multiple nights in USA? |
| Sun, Oct 6, 2019 | | | Multiple nights in USA? |
| Mon, Oct 7, 2019 | | | Multiple nights in USA? |
| Tue, Oct 8, 2019 | | | Multiple nights in USA? |
| Wed, Oct 9, 2019 | | | Multiple nights in USA? |
| Thu, Oct 10, 2019 | | | Multiple nights in USA? |
| Fri, Oct 11, 2019 | | | Multiple nights in USA? |
| Sat, Oct 12, 2019 | | | Multiple nights in USA? |
| Sun, Oct 13, 2019 | | | Multiple nights in USA? |
| Mon, Oct 14, 2019 | | | Multiple nights in USA? |
| Tue, Oct 15, 2019 | | | Multiple nights in USA? |

| | |
|---|---|
| Wed, Oct 16, 2019 | Multiple nights in USA? |
| Thu, Oct 17, 2019 | Multiple nights in USA? |
| Fri, Oct 18, 2019 | Multiple nights in USA? |
| Sat, Oct 19, 2019 | Multiple nights in USA? |
| Sun, Oct 20, 2019 | Multiple nights in USA? |
| Mon, Oct 21, 2019 | Multiple nights in USA? |
| Tue, Oct 22, 2019 | Multiple nights in USA? |
| Wed, Oct 23, 2019 | Multiple nights in USA? |
| Thu, Oct 24, 2019 | Multiple nights in USA? |
| Fri, Oct 25, 2019 | Multiple nights in USA? |
| Sat, Oct 26, 2019 | Multiple nights in USA? |
| Sun, Oct 27, 2019 | Multiple nights in USA? |
| Mon, Oct 28, 2019 | Multiple nights in USA? |
| Tue, Oct 29, 2019 | Multiple nights in USA? |
| Wed, Oct 30, 2019 | Multiple nights in USA? |
| Thu, Oct 31, 2019 | Multiple nights in USA? |
| Fri, Nov 1, 2019 | Multiple nights in USA? |
| Sat, Nov 2, 2019 | Multiple nights in USA? |
| Sun, Nov 3, 2019 | Multiple nights in USA? |
| Mon, Nov 4, 2019 | Multiple nights in USA? |
| Tue, Nov 5, 2019 | Multiple nights in USA? |
| Wed, Nov 6, 2019 | Multiple nights in USA? |
| Thu, Nov 7, 2019 | Multiple nights in USA? |
| Fri, Nov 8, 2019 | Multiple nights in USA? |
| Sat, Nov 9, 2019 | Multiple nights in USA? |
| Sun, Nov 10, 2019 | Multiple nights in USA? |
| Mon, Nov 11, 2019 | Multiple nights in USA? |
| Tue, Nov 12, 2019 | Multiple nights in USA? |
| Wed, Nov 13, 2019 | Multiple nights in USA? |
| Thu, Nov 14, 2019 | Multiple nights in USA? |
| Fri, Nov 15, 2019 | Multiple nights in USA? |
| Sat, Nov 16, 2019 | Multiple nights in USA? |
| Sun, Nov 17, 2019 | Multiple nights in USA? |
| Mon, Nov 18, 2019 | Multiple nights in USA? |
| Tue, Nov 19, 2019 | Multiple nights in USA? |
| Wed, Nov 20, 2019 | Multiple nights in USA? |

Thu, Nov 21, 2019
Fri, Nov 22, 2019
Sat, Nov 23, 2019
Sun, Nov 24, 2019
Mon, Nov 25, 2019

Tue, Nov 26, 2019
Wed, Nov 27, 2019
Thu, Nov 28, 2019
Fri, Nov 29, 2019
Sat, Nov 30, 2019
Sun, Dec 1, 2019
Mon, Dec 2, 2019
Tue, Dec 3, 2019
Wed, Dec 4, 2019
Thu, Dec 5, 2019
Fri, Dec 6, 2019
Sat, Dec 7, 2019
Sun, Dec 8, 2019
Mon, Dec 9, 2019
Tue, Dec 10, 2019
Wed, Dec 11, 2019
Thu, Dec 12, 2019
Fri, Dec 13, 2019
Sat, Dec 14, 2019
Sun, Dec 15, 2019
Mon, Dec 16, 2019
Tue, Dec 17, 2019
Wed, Dec 18, 2019
Thu, Dec 19, 2019
Fri, Dec 20, 2019
Sat, Dec 21, 2019
Sun, Dec 22, 2019
Mon, Dec 23, 2019
Tue, Dec 24, 2019
Wed, Dec 25, 2019
Thu, Dec 26, 2019
Fri, Dec 27, 2019
Sat, Dec 28, 2019
Sun, Dec 29, 2019
Mon, Dec 30, 2019
Tue, Dec 31, 2019
Wed, Jan 1, 2020
Thu, Jan 2, 2020
Fri, Jan 3, 2020
Sat, Jan 4, 2020
Sun, Jan 5, 2020

000534

| Date | |
|---|---|
| Mon, Jan 6, 2020 | |
| Tue, Jan 7, 2020 | |
| Wed, Jan 8, 2020 | |
| Thu, Jan 9, 2020 | |
| Fri, Jan 10, 2020 | |
| Sat, Jan 11, 2020 | |
| Sun, Jan 12, 2020 | |
| Mon, Jan 13, 2020 | |
| Tue, Jan 14, 2020 | |
| Wed, Jan 15, 2020 | |
| Thu, Jan 16, 2020 | |
| Fri, Jan 17, 2020 | |
| Sat, Jan 18, 2020 | |
| Sun, Jan 19, 2020 | |
| Mon, Jan 20, 2020 | |
| Tue, Jan 21, 2020 | |
| Wed, Jan 22, 2020 | |
| Thu, Jan 23, 2020 | |
| Fri, Jan 24, 2020 | |
| Sat, Jan 25, 2020 | |
| Sun, Jan 26, 2020 | |
| Mon, Jan 27, 2020 | |
| Tue, Jan 28, 2020 | |
| Wed, Jan 29, 2020 | |
| Thu, Jan 30, 2020 | |
| Fri, Jan 31, 2020 | |
| Sat, Feb 1, 2020 | |
| Sun, Feb 2, 2020 | |
| Mon, Feb 3, 2020 | |
| Tue, Feb 4, 2020 | |
| Wed, Feb 5, 2020 | |
| Thu, Feb 6, 2020 | |
| Fri, Feb 7, 2020 | |
| Sat, Feb 8, 2020 | |
| Sun, Feb 9, 2020 | |
| Mon, Feb 10, 2020 | |
| Tue, Feb 11, 2020 | Q 1 South America? |
| Wed, Feb 12, 2020 | |
| Thu, Feb 13, 2020 | |
| Fri, Feb 14, 2020 | |
| Sat, Feb 15, 2020 | |

000535

Sun, Feb 16, 2020
Mon, Feb 17, 2020
Tue, Feb 18, 2020
Wed, Feb 19, 2020
Thu, Feb 20, 2020
Fri, Feb 21, 2020
Sat, Feb 22, 2020
Sun, Feb 23, 2020
Mon, Feb 24, 2020
Tue, Feb 25, 2020
Wed, Feb 26, 2020
Thu, Feb 27, 2020
Fri, Feb 28, 2020
Sat, Feb 29, 2020
Sun, Mar 1, 2020
Mon, Mar 2, 2020
Tue, Mar 3, 2020
Wed, Mar 4, 2020
Thu, Mar 5, 2020
Fri, Mar 6, 2020
Sat, Mar 7, 2020
Sun, Mar 8, 2020
Mon, Mar 9, 2020
Tue, Mar 10, 2020
Wed, Mar 11, 2020
Thu, Mar 12, 2020
Fri, Mar 13, 2020
Sat, Mar 14, 2020
Sun, Mar 15, 2020
Mon, Mar 16, 2020
Tue, Mar 17, 2020
Wed, Mar 18, 2020
Thu, Mar 19, 2020
Fri, Mar 20, 2020
Sat, Mar 21, 2020
Sun, Mar 22, 2020
Mon, Mar 23, 2020
Tue, Mar 24, 2020
Wed, Mar 25, 2020
Thu, Mar 26, 2020
Fri, Mar 27, 2020

000536

Sat, Mar 28, 2020
Sun, Mar 29, 2020

000537

| MILEAGE | TRAVEL NOTES | PRODUCTION NOTES |
|---|---|---|
| 196 | | |
| 569 | Crew depart from KC home | |
| | | **Off** |
| | | **10 days** |
| | Prep crew depart for Melbourne | |
| | Prep crew arrive Melbourne | |
| | | Trucks depart for Perth (evening?) |
| | All crew arrive Perth (from Melbourne or home) | |
| | | **AUS Tour Period** |
| | Crew fly to Adelaide | **21 Days** |
| | Crew fly to Melbourne | |
| | Crew fly to Sydney | |
| | Crew fly to Brisbane | |
| | Crew fly to Auckland | charter 747 |
| | Band and crew fly home | |
| | | Air freight dumps at storage in London |
| | | **Off** |
| | | **8 days (until 2019)** |

000538

**2018**
**2019**

**Off**
**23 Days**

Production crew to Birmingham for prep

Core crew to LA for IHeart/Production crew arrive Birm|mp Transam air freight storage at VER Lond

tech/re-prep at VER London

tech/re-prep at VER London

LA crew depart for Kiev            ‹s load at VER London; roll by 4pm to make t

LA crew arrive Kiev, Birmingham crew fly to Kiev

**Leg 1 Europe 1/19-3/19**
**54 Days**

Fly/Rail

521

Fly/Rail

436

Fly

200

Fly

302            (Bus start here)

321

000539

363
201

175
286
281
184

325

355
122
110

Ferry Crossing

554

Ferry Crossing

219
100

134          Ferry crossing
212

185

307
310

248
369

All gear returns to Birmingham for shipping                    **Off**

**7 Days**

000540

Crew depart for SA

Arrive SA                                    **Leg 2 South America 3/19-4/19**

**14 days**

4 shows total

Band and crew fly home

**Off**

**20 days**

trucks pack in Nashville

trucks cross load in Laredo

Fly

000541

**Leg 3 North America 4/19-6/19**

**63 Days**

Fly

Fly home?

trucks need to clear Laredo by 2:30pm CST

Fly to Vancouver

000542

385
345
234

586
343

349

167                                                                    PRERIG; modified FOH layout to do full show

465
174

---

Crew travel to Cleveland

Fly to Quebec City

743

Fly home

| | TRAVEL - PREP? |
| | TRAVEL - PREP? |
| | TRAVEL - PREP? |
| 611 + Ferry | **Leg 4** |
| 344 | |
| 415 | |
| 290 | |

000543

Crew fly home

Crew to Chicago?

Ch

Freight

Crew fly home

Crew fly to SF

2132

Fly Sf to Budapest
Meet buses

Freight

188

453
131

224

351+ ferry
200

Cut loose buses, fly to Milan

495

Fly to Berlin

000544

Fly home

000545

000546

000547

000548

000549

000550

000551

on


ferry


000552

000553

000554

000555

RAVEL - PREP?
RAVEL - PREP?
RAVEL - PREP?
**Festivals 7/19-9/19**
**66 Days**

000556



icago build day?

000557



000559

000560

000561

000562

000563

JULY 10 - SEP 8TH

FESTIVALS  CAR AND BACKLINE TO AND FF

██████ quoted for 20 active and 32 non-active weeks ██████ 2 month budget

4 in europe (after prep in London)
lolla and outside lands in US

000564

ROM

000565

Tait pricing to have B stage in Europe

motors and steel package for Europe.    ███████ prepped everything

Have Nate tech Nashville symmetry labs carts

check out local fixture prices in SA

-SOUTH AMERICA FOR EUROPE FESTIVAL PACKAGE
-AUSTRALIA NUMBERS FOR US FESTIVALS

Prtojectionist from Aussie
███████████ info is:

███████████████
███████████████
███████████████

**Notes for festivals**

**Notes for the fall**

**Other:**

Glow Motion addition
maintenance on motors        our costs timeline

000567

# TWENTY ØNE PILØTS

## GEAR MANIFEST – HIGH END TV

CAMERA/FRONT END VIDEO SYS

CASE

**HETV1 – Long Lenses +
Cameras, Long Tripods**

HETV2: Short Cams

000568

3 HETV3 - Engineering Core

000569

4 HETV4 – Director Core

5 HETV5- CABLE TRUNK

6 HETV6- VIDEO WORKBOX

7 HETV7 – ROBOTICS A

7 HETV8 – ROBOTICS B

000570

000571

STEMS

CONTENTS                                              CASE DIMENSIONS

road case                                            **32"Wx48"Lx36"H**
Fujinon XA77x8.9 Lens
Fujinon XA77x8.9 Lens
ELH-112A-35A Camera Support
ELH-112A-35A Camera Support
Fujinon ESM-D51B DigiPower Servo Controller
Fujinon ESM-D51B DigiPower Servo Controller
Sachtler EFP-2 Legs
Sachtler EFP-2 Legs
Sachtler Video75 Plus Tripod Head
Sachtler Video75 Plus Tripod Head
150' Canare SMPTE Hybrid Fiber
150' Canare SMPTE Hybrid Fiber
HDC-1700 Camera Body (w/ HDC-2500 Upgrade)
HDC-1700 Camera Body (w/ HDC-2500 Upgrade)
Sony HDVF-L750
Sony HDVF-L750


road case                                            **32"Wx48"Lx36"H**
HDC-1700 Camera Body (w/ HDC-2500 Upgrade)
HDC-1700 Camera Body (w/ HDC-2500 Upgrade)
HDC-1700 Camera Body (w/ HDC-2500 Upgrade)
HDC-2400 Camera Body (w/ HDC-2500 Upgrade)
Fujinon HA14x4.5 HD Zoom Lens
Fujinon HA14x4.5 HD Zoom Lens
Fujinon HA18x7.6 HD Zoom Lens
Canon 14x4.3 HD Zoom Lens
Sony HDVF-L10
Sony HDVF-L10
Sony HDVF-L10
Sony HDVF-L10
Sony VCT-V14 Tripod Plate
Sony VCT-V14 Tripod Plate
Sony VCT-V14 Tripod Plate
Sony VCT-V14 Tripod Plate
Sachtler Video 18 Plus Tripod

000572

Sachtler Video 18 Plus Tripod
Sachtler Video 18 Plus Tripod
Miller Arrow 55 Tripod

road case                                                                          **32"Wx48"Lx36"H**
BMD Atem 4 M/E
BMD 40x40 Router
Telex Zeus III+ Intercom Head
RTS 3016 Intercom Panel
LG 32" 4k TV
LNM Engineering 10" 4k Monitor
LNM Engineering 10" 4k Monitor
LNM Engineering 10" 4k Monitor
Matrix Switch 16x1 Matrix Switcher
HP Z400 System CPU
Ross Video Opengear Rack (DA Populater)
Decimator DMON-9S Multiviewer
Decimator DMON-9S Multiviewer
BMD Sync Generator
TrippLite IEC 100-240 Distro
TrippLite IEC 100-240 Distro
TrippLite IEC 100-240 Distro
TrippLite IEC 100-240 Distro
Middle Atlantic Rack Fan (Intake)
Middle Atlantic Rack Fan (Output)
Sony RCP-1500
Sony RCP-1500
Sony RCP-1500
Sony RCP-1500
Sony RCP-1500
Sony RCP-1500
Sony HDCU-3100
Sony HDCU-3100
Sony HDCU-3100
Sony HDCU-3100
Sony HDCU-3100
Sony HDCU-3100
Panasonic AW-RP50 Robotic Controller
Fibercams Dual Robotic Fiber Converter
Multidyne 4x1x1 Fiberoptic Transceiver
Multidyne SHED SMPTE Fiber Converter

road case                                                      **32"Wx48"Lx36"H**
BMD Atem 2/ME Panel (Loaded)
RTS 3016 Intercom Panel
Samsung 25" 25HG50 OLED
Samsung 25" 25HG50 OLED
Genelec 8010APM
Genelec 8010APM
Volume ByBrent
Middle Atlantic 4RU Drawer
Atomos Shogun Studio 4K
TrippLite IEC 100-240 Distro
TrippLite IEC 100-240 Distro
TrippLite IEC 100-240 Distro
TrippLite IEC 100-240 Distro
Rane Audio DA
HDSDI Cables – Canare
David Clark H10-13.4 Headset

road case                                                      **44"Wx22"Lx31"H**
Canare 500' Hybrid Fiber Cable
GEPCO 500' Hybrid Fiber Cable
Camplex 750' TAC12 Single Mode
Canare 350' Tactical
Canare 150' Tactical
Fibercams HE130 Aluminum Mount

road case                                                      **Roadcase 28"Lx22"Wx**
VIDEO CABLE ASSORTMENT
WELLER SOLDERING IRON

road case                                                      **Pelican Case 1650**
Panasonic HE130
CABLE LOOMS

road case                                                      **Pelican Case 1650**
Panasonic HE130
Marshall CV365-CGB
MATTHEWS MAGIC MOUNT
SONY PMWF300
FUJINON XS13X3.3 HD WIDE ANGLE

000574

TERADEK BOLT ▮

| WEIGHT (l VALUE (USD) | QUANTITY | SERIAL NUMBER |
|---|---|---|
| ███████████ | 1 | 510556 |
| ███████████ | 1 | 510555 |
| ███████████ | 1 | |
| ███████████ | 1 | |
| ███████████ | 1 N70262 | |
| ███████████ | 1 A80047 | |
| ███████████ | 1 | 61861800990 |
| ███████████ | 1 | 61861800985 |
| ███████████ | 1 S751547D18 | |
| ███████████ | 1 S751567F18 | |
| ███████████ | 1 | |
| ███████████ | 1 | |
| ███████████ | 1 | 10719 |
| ███████████ | 1 | 10713 |
| ███████████ | 1 | 102837 |
| ███████████ | 1 | 102826 |
| ███████████ | 1 | 10724 |
| ███████████ | 1 | 10720 |
| ███████████ | 1 | 10709 |
| ███████████ | 1 | 10443 |
| ███████████ | 1 | 444934 |
| ███████████ | 1 | |
| ███████████ | 1 | |
| ███████████ | 1 | 1616155 |
| ███████████ | 1 | 11361 |
| ███████████ | 1 | 11311 |
| ███████████ | 1 | 11354 |
| ███████████ | 1 | 11406 |
| ███████████ | 1 | |
| ███████████ | 1 | |
| ███████████ | 1 | |
| ███████████ | 1 | |
| ███████████ | 1 18P15099 | |

000576



1811F160510

A62339

4572693
4390221
7.52364E+16
4.52102E+16
710NTCZ17339

2UA73832TN

OAA01338

4408770
2737DS0

154074
154149
154131
154180
154308
154146
10068
10062
10065
10094
10080
10083

107275
107272, 107273, 107274, 107271

000577



4519538
4.52102E+16

3
K6A94SST50B01

80
4

1
1
1
3
4
4

3 E7TBA0027, E7TBA0043, E7TBA0047
3

1 A5TBA0150
4
3

11780
680772

COUNTRY OF ORIGIN

USA
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
GERMANY
GERMANY
GERMANY
GERMANY
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN

USA
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
GERMANY

000580

GERMANY
GERMANY
AUSTRALIA

USA
SINGAPORE
SINGAPORE
USA
PORTUGAL
CHINA
CHINA
CHINA
CHINA
USA
USA
USA
USA
USA
SINGAPORE
CHINA
CHINA
CHINA
CHINA
USA
USA
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
JAPAN
USA
USA
USA

000581

USA
SINGAPORE
PORTUGAL
CHINA
CHINA
FINLAND
FINLAND
USA
USA
CHINA
CHINA
CHINA
CHINA
CHINA
CHINA
JAPAN
USA

USA
JAPAN
USA
USA
JAPAN
JAPAN
USA

USA
USA
USA

USA
JAPAN
USA

USA
JAPAN
USA
USA

000582

000583





$      still due from band
$      in bank
$      total assets

$      still owe (in google doc)
$      already paid strictly
$      still due actual

$      profit left

$      Iprevail Incoming
$      Iprevail Outgoing
$      OAR Incoming
$      OAR Outgoing

$      profit left after Iprevail and OAR

$
$
$

$      been paid personally so far this year
$      will have been paid
$      profit from other bands
$      profit from TOP



profit
daniel

000584

taxable gross

taxes paid gross





000586

Symmetry
Glow Motion
Adam Mills Commission?
PRG?
Strictly?



NED

000587





000608



July 02, 2018

Dear Concert Investor, LLC:

Re:  Policy Number: ██████████
     Issuing Company: American Automobile Insurance Company

Thank you for choosing Allianz as your insurance company. We appreciate the trust you've placed in us. A copy of your commercial insurance policy is enclosed. Be sure to keep it in a secure place that you can easily access if you have a question or claim.

As a valued policyholder, you can count on Allianz for:

**Trust and financial stability** – Rated A+ by A.M. Best and AA by Standard and Poor's, Allianz Global Corporate & Specialty earns one of the highest financial ratings of the leading global property and casualty insurers.

**Exceptional claim service** – Allianz has a 125-year reputation for outstanding claim service built on our commitment to honesty, integrity, and partnership with our clients. The company is ranked as "One of the world's most admired companies" by *Fortune*® and "One of the top global brands in the world" by Interbrand.

**The ability to keep pace as your business evolves** – Your business needs are continually changing. Whether you are adopting new technologies or expanding into new geographic markets, Allianz has the expertise and resources to grow with you.

We truly look forward to serving you and supporting your business. In the interim, please know that we deeply appreciate your business.

Best regards,



Bill Scaldaferri

President & CEO
Allianz Global Corporate & Specialty, North America

3865166-15

000609



**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 00 00 01 A
WC 99 06 87 CA
(Ed. 10-17)

## INFORMATION PAGE

Insurer:    Policy No.: ▮▮▮▮▮▮▮▮    Prev. Policy No.:
American Automobile Insurance Company    **New**
O'Fallon, MO 63368
A Stock Insurance Company (15)
NCCI Carrier Code: 10022

1. The Insured and mailing address:    ☐ Individual    ☐ Partnership
   **Concert Investor, LLC**    ☐ Corporation    ☒ Other: **Limited Liability Company**
   **PO Box 120217**    Interstate Risk ID No.:
   **Nashville, TN 37212**
   E-mail Address:
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Other Insureds and workplaces not shown above: **SEE EXTENSION OF INFORMATION PAGE**

2. The policy period is from **07/02/2018** to **07/02/2019** 12:01 AM at the insured's mailing address.

3. A. Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here: **Idaho**, **New York**, **Tennessee**

   B. Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A. The limits of our liability under Part Two are:

   | | | |
   |---|---|---|
   | Bodily Injury by Accident | **$ 1,000,000** | each accident |
   | Bodily Injury by Disease | **$ 1,000,000** | policy limit |
   | Bodily Injury by Disease | **$ 1,000,000** | each employee |

   C. Other States Insurance: Part Three of the policy applies to the states, if any, listed here: **All States except North Dakota, Ohio, Washington, Wyoming, and the States designated in Item 3.A. of the Information Page**

   D. This policy includes these endorsements and schedules: **SEE EXTENSION OF INFORMATION PAGE**

4. The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All information required below is subject to verification and change by audit. **SEE EXTENSION OF INFORMATION PAGE**

Minimum Premium ▮▮▮▮    Total Estimated Annual Premium ▮▮▮▮

Interim Adjustment of Premium shall be made **ANNUALLY**    Deposit Premium ▮▮▮▮

See Installment Payment Endorsement for payment schedule.

Producer Information:    Servicing/Issuing Office:
**REEL MEDIA, LLC**    **American Automobile Insurance Company**
**3400 W Olive Ave Ste 320**    **1 Progress Point Parkway**
**Burbank, CA 91505-5538**    **O'Fallon, MO 63368**
Telephone:    Issue Date:07/09/2018

**Countersigned by** _____

**WC 00 00 01 A**
(Ed. 10-17)

Page 1 of 7
**Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission**
**© 1987 National Council on Compensation Insurance.**

000610

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

### EXTENSION OF INFORMATION PAGE

Insured: **Concert Investor, LLC**        Effective Date: **07/02/2018**      Policy No. ███████████

Item 1. Schedule of Insureds

| Insured Name | Legal Entity | FEIN | State ID |
|---|---|---|---|
| Concert Investor, LLC | Limited Liability Company | 455637433 | |

**WC 00 00 01 A**
(Ed. 10-17)

**Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission**
**© 1987 National Council on Compensation Insurance.**

000611

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

### EXTENSION OF INFORMATION PAGE

Insured: **Concert Investor, LLC**          Effective Date: **07/02/2018**          Policy No. ▮▮▮▮▮▮▮▮

Item 1. Schedule of Locations

State: **Idaho**
Location: **3**  No Physical Location**, ID**
State: **New York**
Location: **1**  No Physical Location**, NY**
State: **Tennessee**
Location: **2**  No Physical Location**, TN**

**WC 00 00 01 A**
(Ed. 10-17)

**Page 3 of 7**
**Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission**
**© 1987 National Council on Compensation Insurance.**

000612

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

## EXTENSION OF INFORMATION PAGE

Insured: **Concert Investor, LLC**       Effective Date: **07/02/2018**       Policy No. ██████████

### Item 3. D. Schedule of Forms

| Form Title | Form Number (Edition Date) |
|---|---|
| Important Disclosure Notice Regarding Terrorism Coverage | 380146          10-17 |
| Workers Compensation and Employers Liability Insurance Policy | WC 00 00 00 C  (Ed. 01-15) |
| Premium Discount Endorsement | WC 00 04 06  (Ed. 08-84) |
| Premium Discount Endorsement | WC 00 04 06 A  (Ed. 07-95) |
| Notification of Change in Ownership Endorsement | WC 00 04 14  (Ed. 07-90) |
| Premium Due Date Endorsement | WC 00 04 19  (Ed. 01-01) |
| Catastrophe (Other Than Certified Acts of Terrorism) Premium Endorsement | WC 00 04 21 D  (Ed. 01-15) |
| Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement | WC 00 04 22 B  (Ed. 01-15) |
| Audit Noncompliance Charge Endorsement | WC 00 04 24  (Ed. 01-17) |
| Experience Rating Modification Factor Revision Endorsement | WC 00 04 25  (Ed. 5-17) |
| New York Limit of Liability Endorsement | WC 31 03 08  (Ed. 01-00) |
| New York Construction Classification Premium Adjustment Program Explanatory Endorsement | WC 31 03 19 I  (Ed. 01-18) |
| New York Safe Patient Handling Act Program Explanatory Endorsement | WC 31 04 05  (Ed. 10-17) |
| New York Workers Compensation Policyholder Notice of Right to Appeal | WC 31 06 18  (Ed. 03-15) |
| Installment Payment Endorsement | WC 99 04 01  (Ed. 10-17) |
| Economic or Trade Sanctions Compliance | WC 99 06 82  (Ed. 04-15) |
| Signature Endorsement | WC 99 06 86  (Ed. 10-17) |

**WC 00 00 01 A**
(Ed. 10-17)

**Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission**
**© 1987 National Council on Compensation Insurance.**

000613

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**EXTENSION OF INFORMATION PAGE**

Insured: **Concert Investor, LLC**        Effective Date: **07/02/2018**        Policy No. █████████

Item 4. Classifications

State: **Idaho**

Policy Period: **07/02/2018** - **07/02/2019**

Loc: **3**        **Unspecified Location**

No. of Employees   Full Time:        Part Time:

| Classifications | Code No. | Premium Basis Total Estimated Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| THEATER NOC: ALL OTHER EMPLOYEES | 9154 | If Any | █ | █ |
| **Total Classification Premium** | | | | |
| Employers Liability Increased Limits (1.1%) | 9812 | | | |
| **Total Standard Premium for Policy Period** | | | | |
| Premium Discount (1.0%) | 0063 | | | █ |
| Terrorism | 9740 | | | █ |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | | █ |
| **Total Estimated Annual Cost:** | | | | █ |

**WC 00 00 01 A**
(Ed. 10-17)

**Page 5 of 7**
**Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission**
**© 1987 National Council on Compensation Insurance.**

000614

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**EXTENSION OF INFORMATION PAGE**

Insured: **Concert Investor, LLC**          Effective Date: **07/02/2018**          Policy No. ███████████

Item 4. Classifications

State: **New York**

Policy Period: **07/02/2018** - **07/02/2019**

Loc: **1**          **Unspecified Location**

No. of Employees   Full Time: **0**      Part Time: **0**

| Classifications | Code No. | Premium Basis Total Estimated Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| THEATRICAL PRODUCTION NOC-ALL OTHER EMPLOYEES | 9160 | If Any | ██ | ██ |

**Total Classification Premium**

**Total Standard Premium for Policy Period**

| | | |
|---|---|---|
| Premium Discount (6.0%) | 0063 | |
| Expense Constant | 0900 | |
| Terrorism | 9740 | ██ |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | |
| New York State Assessment (12.1%) | 0932 | |

**Total Estimated Annual Cost:**

**WC 00 00 01 A**
(Ed. 10-17)

Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission
© 1987 National Council on Compensation Insurance.

000615

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

<u>**EXTENSION OF INFORMATION PAGE**</u>

Insured: **Concert Investor, LLC**          Effective Date: **07/02/2018**     Policy No. ███████████

Item 4. Classifications

State: **Tennessee**

Policy Period: **07/02/2018** - **07/02/2019**

Loc: **2**          **Unspecified Location**
No. of Employees   Full Time: **0**     Part Time: **5**

| Classifications | Code No. | Premium Basis Total Estimated Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| THEATER NOC: ALL OTHER EMPLOYEES | 9154 | ███ | ███ | |
| **Total Classification Premium** | | | | |
| Employers Liability Increased Limits (1.4%) | 9812 | | | |
| **Total Standard Premium for Policy Period** | | | | |
| Premium Discount (6.0%) | 0063 | | | |
| Terrorism | 9740 | | | |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | | | |
| **Total Estimated Annual Cost:** | | | | |

**WC 00 00 01 A**
(Ed. 10-17)

**Includes copyright material of the National Council on Compensation Insurance, Inc. used with its permission**
**© 1987 National Council on Compensation Insurance.**

000616

# Allianz Global Risks US Insurance Company
# Privacy and Security Statement

Protecting you and your family from loss is important to Allianz Global Risks US. Just as important to us is protecting your privacy and the personal information we use to provide you with superior products and service.

At Allianz Global Risks US, and its subsidiaries, our policy is to maintain appropriate confidentiality with regard to all personal information obtained in the course of doing business with you. Our pledge to protect your privacy is reflected in this Privacy Statement which outlines our principles in collecting, using and safeguarding your personal information and information about your relationship with us.

### Personal Information Allianz Global Risks US Collects

Allianz Global Risks US only collects personal information about you when it is necessary to conduct the business of insurance. We limit the collection of personal information to what we reasonably believe is needed to administer your account. As a result, we collect personal information from the following sources:

- Personal information you share with us either directly or through your agent, such as the information on your insurance application, requested policy change information or other forms you may complete.

- Personal information you provide or which is obtained through the process of handling a claim, including medical information, such as from an accident report.

- Personal information about you from your transactions with us, our affiliates or others such as the number of years you have been a policyholder with Allianz Global Risks US or the types of coverage you purchase.

- Personal information about you from a consumer reporting agency, such as a credit report or a Motor Vehicle Report.

If you visit or use the Allianz Global Risks US website, or one of our subsidiaries, we may use "cookies" (small text files transferred from our website to your hard drive) to recognize repeat users, track usage and facilitate your access to and use of the site. We do not use "cookies" to gather personal information, and we do not link cookies to identifiable information, such as your policy number. The "cookies" only enable you to use our website more easily.

### Personal Information Allianz Global Risks US Discloses

Allianz Global Risks US does not disclose any personal information about current or former customers to anyone, except as permitted by law.

When possible, we advise our vendors and other nonaffiliated third parties, to whom we legally provide your personal information in the course of conducting our insurance business, of our privacy policy. We make every effort to use vendors whose approach to customer privacy reflects our own.

### Allianz Global Risks US's Policies and Practices with Respect to Security of Personal Information

Allianz Global Risks US uses a variety of computer hardware and software tools to maintain physical, electronic and procedural safeguards that comply with applicable federal and state regulations to guard your personal information. We restrict access to personal information about you to only those employees who need that information to provide products or services to you.

Allianz Global Risks US, and its subsidiaries, also works hard to ensure that our websites are secure. We employ firewalls, encryption technology, user authentication systems and access control mechanisms to control access to the personal information that may be shared over these sites.

### Notification of Change

At Allianz Global Risks US, your trust is one of our most important assets. We will continually work to protect the privacy of our individual customers and will continually review our privacy policy. If at some point in the future we revise our privacy practices that affect your personal information, we will notify you prior to introducing any changes. This Privacy Statement is also displayed on our website. (www.agcs.allianz.com)

PVCYV0C 9-15

000617

**For More Information or if You have Questions**

Should you have further questions regarding our privacy policy, you can contact us in a number of ways. You may email us at AGCSNAPrivacyNotice@agcs.com  or you can write to us at:

Allianz Global Risks US
Corporate Compliance Department
1465 North McDowell Blvd
Petaluma, CA
94954-6516

**Allianz Global Risks US's Family of Companies**

The following lists the issuing companies Allianz Global Risks US uses to issue insurance policies nationwide:

AGCS Marine Insurance Company
Allianz Global Risks US Insurance Company
Allianz Underwriters Insurance Company
American Automobile Insurance Company
Associated Indemnity Corporation
Chicago Insurance Company
Fireman's Fund Insurance Company
Fireman's Fund Insurance Company of Ohio
Fireman's Fund Indemnity Corporation
Fireman's Fund Insurance Company of Hawaii
Interstate Fire & Casualty Company
National Surety Corporation
The American Insurance Company

PVCYV0C 9-15

000618

# Important Disclosure Notice Regarding Terrorism Coverage
# 380146 10 17

This notice applies to the type(s) of insurance provided under this policy that are subject to the Terrorism Risk Insurance Act, as amended ("The Act"). You are hereby notified that under The Act, you have a right to purchase insurance coverage for losses arising out of **certified acts of terrorism,** as defined in Section 102(1) of The Act: The term **certified act of terrorism** means any act or acts that are certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, as amended, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT WHEN COVERAGE IS PROVIDED BY THIS POLICY FOR LOSSES RESULTING FROM **CERTIFIED ACTS OF TERRORISM,** SUCH LOSSES MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. HOWEVER, YOUR POLICY MAY CONTAIN OTHER EXCLUSIONS WHICH MIGHT AFFECT YOUR COVERAGE, SUCH AS AN EXCLUSION FOR NUCLEAR EVENTS. UNDER THE FORMULA, THE UNITED STATES GOVERNMENT GENERALLY REIMBURSES 85% THROUGH 2015; 84% BEGINNING ON JANUARY 1, 2016; 83% BEGINNING ON JANUARY 1, 2017; 82% BEGINNING ON JANUARY 1, 2018; 81% BEGINNING ON JANUARY 1, 2019 AND 80% BEGINNING ON JANUARY 1, 2020 OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE IS PROVIDED BELOW AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS THAT MAY BE COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

YOU SHOULD ALSO KNOW THAT THE TERRORISM RISK INSURANCE ACT, AS AMENDED, CONTAINS A $100 BILLION CAP THAT LIMITS U.S. GOVERNMENT REIMBURSEMENT AS WELL AS INSURER'S LIABILITY FOR LOSSES RESULTING FROM **CERTIFIED ACTS OF TERRORISM** WHEN THE AMOUNT OF SUCH LOSSES IN ANY ONE CALENDAR YEAR EXCEEDS $100 BILLION. IF THE AGGREGATE INSURED LOSSES FOR ALL INSURERS EXCEEDS $100 BILLION, YOUR COVERAGE MAY BE REDUCED.

Your policy includes coverage for losses due to **certified acts of terrorism,** as defined by The Act, and, will be subject to the limit(s), terms and conditions of the policy. The premium for this terrorism coverage is displayed on the declarations page.

If you have any questions about this or any other insurance matter, please contact your agent or broker representing the Allianz Global Risks US Insurance Companies.

380146 10-17

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 00 00 C**

(Ed. 1-15)

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

### GENERAL SECTION

A. **The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

B. **Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

C. **Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

D. **State**

State means any state of the United States of America, and the District of Columbia.

E. **Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

### PART ONE
### WORKERS COMPENSATION INSURANCE

A. **How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

B. **We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

C. **We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

D. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;

3. litigation costs taxed against you;

4. interest on a judgment as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

E. **Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other

**WC 00 00 00 C**
(Ed. 1-15)                                    1 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

000620

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 00 00 C**

(Ed. 1-15)

insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

F. **Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1. of your serious and willful misconduct;

2. you knowingly employ an employee in violation of law;

3. you fail to comply with a health or safety law or regulation; or

4. you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

G. **Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

H. **Statutory Provisions**

These statements apply where they are required by law.

1. As between an injured worker and us, we have notice of the injury when you have notice.

2. Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3. We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.

4. Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5. This insurance conforms to the parts of the

workers compensation law that apply to:

a. benefits payable by this insurance;

b. special taxes, payments into security or other special funds, and assessments payable by us under that law.

6. Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

**PART TWO
EMPLOYERS LIABILITY INSURANCE**

A. **How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.

2. The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3. Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy   period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

B. **We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against

**WC 00 00 00 C**
(Ed. 1-15)                                          2 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

000621

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 00 00 00 C

(Ed. 1-15)

such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

C. **Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or    omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5  U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901–944), any other federal workers or workmen's compensation

law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

D. **We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

E. **We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgment as required by law until we offer the amount due under this insurance; and

5. Expenses we incur.

WC 00 00 00 C

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

000622

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 00 00 C**

(Ed. 1-15)

F. **Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

G. **Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

H. **Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

I. **Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**PART THREE**
**OTHER STATES INSURANCE**

A. **How This Insurance Applies**

1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

B. **Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

**PART FOUR**
**YOUR DUTIES IF INJURY OCCURS**

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal

**WC 00 00 00 C**
(Ed. 1-15)

4 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

000623

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 00 00 C**

(Ed. 1-15)

papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

### PART FIVE—PREMIUM

**A. Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B. Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C. Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. all your officers and employees engaged in work covered by this policy; and

2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E. Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancellation table and procedure. Final premium will not be less than the minimum premium.

**F. Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

**WC 00 00 00 C**
(Ed. 1-15)

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

000624

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 00 00 00 C**

(Ed. 1-15)

## PART SIX—CONDITIONS

### A. Inspection

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this    provision.

### B. Long Term Policy

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

### C. Transfer of Your Rights and Duties

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

### D. Cancellation

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2.  We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancellation notice.

4.  Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

### E. Sole Representative

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancellation.

**WC 00 00 00 C**
(Ed. 1-15)　　　　　　　　　　　6 of 6

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.

000625

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 06**

(Ed. 8-84)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

**Schedule**

1.  **State**                                **Estimated Eligible Premium** █████



First        Next        Next

Tennessee

2   Average percentage discount:

3.   Other policies:

4.   If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**    Policy No. ████████            Endorsement No.
Insured  **Concert Investor, LLC**                                       Premium

Insurance Company  **American Automobile Insurance Company**                      Countersigned by _____

**WC 00 04 06**
(Ed.8-84)                               1 of 1

**© 1983 National Council on Compensation Insurance.**

000626

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 00 04 06 A**

(Ed. 7-95)

## PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule. The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

**Schedule**

1.  **State**                                    **Estimated Eligible Premium** ██████

                              First            Next            Next            _____

3.  Other policies:

4.  If there are no entries in Items 1, 2 and 3 of the Schedule, see the Premium Discount Endorsement attached to your policy number:

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**    Policy No. ████████            Endorsement No.
Insured  **Concert Investor, LLC**                                        Premium

Insurance Company  **American Automobile Insurance Company**                          Countersigned by _____

**WC 00 04 06 A**
(Ed.7-95)                                    1 of 1

**© 1995 National Council on Compensation Insurance.**

000627

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    **WC 00 04 14**

(Ed. 7-90)

### NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT

Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity and other changes provided for in the applicable experience rating plan manual.

You must report any change in ownership to us in writing within 90 days of such change. Failure to report such changes within this period may result in revision of the experience rating modification factor used to determine your premium.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**    Policy No. ██████████            Endorsement No.
Insured  **Concert Investor, LLC**                                        Premium

Insurance Company  **American Automobile Insurance Company**

Countersigned by  _____

**WC 00 04 14**
(Ed.7-90)

**© 1990 National Council on Compensation Insurance.**

000628

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 19**

(Ed. 1-01)

### PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

### PART FIVE
### PREMIUM

D.    **Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**    Policy No. ███████████    Endorsement No.
Insured  **Concert Investor, LLC**    Premium

Insurance Company  **American Automobile Insurance Company**    Countersigned by _____

**WC 00 04 19**
(Ed.1-01)

© 2000 National Council on Compensation Insurance Inc.

000629

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 21 D**

(Ed. 1-15)

## CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 B), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.
- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.
- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a. It is an act that is violent or dangerous to human life, property, or infrastructure;

  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
| Idaho | | |
| New York | | |
| Tennessee | | |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**    Policy No. ██████████    Endorsement No.
Insured  **Concert Investor, LLC**    Premium

Insurance Company  **American Automobile Insurance Company**    Countersigned by _____

**WC 00 04 21 D**
(Ed.1-15)    1 of 1

© 1990 National Council on Compensation Insurance.

000630

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 00 04 22 B

(Ed. 1-15)

**TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2015. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2015.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States as meeting all of the following requirements:

a.   The act is an act of terrorism.

b.   The act is violent or dangerous to human life, property or infrastructure.

c.   The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

d.   The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2015, and ending on December 31, 2020, an amount equal to 20% of our direct earned premiums, during the immediately preceding calendar year.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

**Policyholder Disclosure Notice**

1.   Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed:

a.   $100,000,000, with respect to such Insured Losses occurring in calendar year 2015, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

b.   $120,000,000, with respect to such Insured Losses occurring in calendar year 2016, the United States Government would pay 84% of our Insured Losses that exceed our Insurer Deductible.

c.   $140,000,000, with respect to such Insured Losses occurring in calendar year 2017, the United States Government would pay 83% of our Insured Losses that exceed our Insurer Deductible.

d.   $160,000,000, with respect to such Insured Losses occurring in calendar year 2018, the United States Government would pay 82% of our Insured Losses that exceed our Insurer Deductible.

WC 00 04 22 B
(Ed.1-15)                                              1 of 2

© copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

000631

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 00 04 22 B**

(Ed. 1-15)

e.  $180,000,000, with respect to such Insured Losses occurring in calendar year 2019, the United States Government would pay 81% of our Insured Losses that exceed our Insurer Deductible.

f.  $200,000,000, with respect to such Insured Losses occurring in calendar year 2020, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|---|---|---|
| Idaho | ███████ | ███████ |
| New York | | |
| Tennessee | | |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07/02/2018**    Policy No. ███████         Endorsement No.
Insured **Concert Investor, LLC**                                Premium

Insurance Company **American Automobile Insurance Company**                    Countersigned by _____

**WC 00 04 22 B**
(Ed.1-15)                                    2 of 2

© copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.

000632

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**        **WC 00 04 24**

(Ed. 1-17)

### AUDIT NONCOMPLIANCE CHARGE ENDORSEMENT

Part Five—Premium, Section G. (Audit) of the Workers Compensation and Employers Liability Insurance Policy is revised by adding the following:

If you do not allow us to examine and audit all of your records that relate to this policy, and/or do not provide audit information as requested, we may apply an Audit Noncompliance Charge. The method for determining the Audit Noncompliance Charge by state, where applicable, is shown in the Schedule below.

If you allow us to examine and audit all of your records after we have applied an Audit Noncompliance Charge, we will revise your premium in accordance with our manuals and Part 5—Premium, E. (Final Premium) of this policy.

Failure to cooperate with this policy provision may result in the cancellation of your insurance coverage, as specified under the policy.

**Note:**

For coverage under state-approved workers compensation assigned risk plans, failure to cooperate with this policy provision may affect your eligibility for coverage.

**Schedule**

| State(s) | Basis of Audit Noncompliance Charge | Maximum Audit Noncompliance Charge Multiplier |
|---|---|---|
| Idaho | Estimated Annual Premium | Up to Two Times |
| Tennessee | Estimated Annual Premium | Up to Two Times |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**    Policy No. ████████████        Endorsement No.
Insured  **Concert Investor, LLC**                                        Premium

Insurance Company  **American Automobile Insurance Company**                Countersigned by _____

WC 00 04 24
(Ed.1-17)                                         1 of 1

© **Copyright 2015 National Council on Compensation Insurance, Inc. All Rights Reserved.**

000633

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     **WC 00 04 25**

(Ed. 5-17)

### EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT

This endorsement is added to Part Five—Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07/02/2018**    Policy No. ███████████    Endorsement No.

Insured  **Concert Investor, LLC**    Premium

Insurance Company  **American Automobile Insurance Company**    Countersigned by _____

WC 00 04 25
(Ed. 05-17)

© Copyright 2016 National Council on Compensation Insurance, Inc. All Rights Reserved.

000634

**NEW YORK WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 31 03 08**

(Ed. 1-00)

## NEW YORK LIMIT OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by Part Two (Employers Liability Insurance) because New York is shown in Item 3.A. of the Information Page.

We may not limit our liability to pay damages for which we become legally liable to pay because of bodily injury to your employees if the bodily injury arises out of and in the course of employment that is subject to and is compensable under the Workers' Compensation Law of New York.

**WC 31 03 08**
(Ed. 1-00)

©1987 New York Compensation Insurance Rating Board

000635

**NEW YORK WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 31 03 19 I**

(Ed. 01-18)

---

## NEW YORK CONSTRUCTION CLASSIFICATION PREMIUM ADJUSTMENT PROGRAM
## EXPLANATORY ENDORSEMENT

The New York Construction Classification Premium Adjustment Program (NYCCPAP) allows premium credits for some employers in the construction industry. These credits exist to recognize the difference in wage rates between employers within the same construction industries in New York.

The declarations section of this policy will show a credit of 0.00% if you are not eligible for this credit, or if you are eligible for this credit and have not yet applied for a credit. Credits are earned for average wages in excess of $23.24 per hour for each eligible class. If your policy shows one of the following classification codes, and you are experience rated, you are eligible to apply for an NYCCPAP credit:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0042 | 5057 | 5193 | 5429 | 5491 | 5606 | 6003 | 6229 | 6325 | 9526 |
| 3365 | 5059 | 5213 | 5443 | 5506 | 5610 | 6005 | 6233 | 6400 | 9527 |
| 3724 | 5069 | 5221 | 5445 | 5507 | 5645 | 6017 | 6235 | 6701 | 9534 |
| 3726 | 5102 | 5222 | 5462 | 5508 | 5648 | 6018 | 6251 | 7536 | 9539 |
| 3737 | 5160 | 5223 | 5473 | 5536 | 5651 | 6045 | 6252 | 7538 | 9545 |
| 5000 | 5183 | 5348 | 5474 | 5538 | 5701 | 6204 | 6260 | 7601 | 9549 |
| 5022 | 5184 | 5402 | 5479 | 5545 | 5703 | 6216 | 6306 | 7855 | 9553 |
| 5037 | 5188 | 5403 | 5480 | 5547 | 5709 | 6217 | 6319 | 8227 | |
| 5040 | 5190 | 5428 | | | | | | | |

The basis for determining the credit is the limited payroll of each employee for the number of hours worked (excluding overtime premium pay) for each construction classification (other than employees engaged in the construction of one or two-family residential housing) for the third quarter, as reported to taxing authorities, for the year preceding the policy date. Total payroll is to continue to be reported for employees engaged in the construction of one or two-family residential housing. For example:

| POLICY EFFECTIVE DATE | THIRD QUARTER PAYROLL |
|---|---|
| 4/1/16 thru 3/31/17 | 2015 |
| 4/1/17 thru 3/31/18 | 2016 |
| 4/1/18 thru 3/31/19 | 2017 |
| 4/1/19 thru 3/31/20 | 2018 |
| 4/1/20 thru 3/31/21 | 2019 |
| 4/1/21 thru 3/31/22 | 2020 |

If you have any eligible classes on your policy, you should have been notified by your insurance carrier or the New York Compensation Insurance Rating Board approximately four months prior to the inception date of this policy. If you believe you may be eligible for a credit and have not received an application, you should immediately contact your agent, insurance carrier, or the New York Compensation Insurance Rating Board.

Credits are calculated by the New York Compensation Insurance Rating Board. You must submit a completed application to: Attention: Field Services Department, New York Compensation Insurance Rating Board, 733 Third Avenue, New York, New York 10017.

Applications must be received by the Rating Board three (3) months prior to the policy renewal effective date. The Rating Board will accept and process an application if it is received between the policy effective and expiration date, however, it must be accompanied by a letter stating the reason for the delay. Under no circumstances will an application be accepted for any policy if it is received after the expiration date of the policy. For short-term policies the application must be received prior to the expiration date of the short-term policy. If it is received after the policy expiration, no credit will be calculated.

The New York Workers Compensation and Employers Liability Insurance Manual, and not this endorsement, govern the implementation and use of the NYCCPAP.

For online entry of the information requested on this form refer to:  http://www.nycirb.org/cpap

**WC 31 03 19 I**
(Ed. 01-18)

© 2011 New York Compensation Insurance Rating Board

000636

**NEW YORK WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 31 04 05**

(Ed. 10-17)

## NEW YORK SAFE PATIENT HANDLING ACT PROGRAM
## EXPLANATORY ENDORSEMENT

The New York Safe Patient Handling Act Program (NYSPHAP) allows a premium credit for New York employers in the healthcare industry. This credit exists to recognize compliance with section 2997-k(2) of the New York State Public Health Law.

The declarations section of this policy will show a credit of 2.5% if you are eligible for this credit. You are eligible for a NYSPHAP credit if you are in compliance with the requirements of New York State Public Health Law Section 2997-k(2) and your policy contains classification codes subject to the NYSPHAP, which may include, but are not limited to the following:

8829 Nursing Home–All Employees
8833 Hospital–Professional Employees
8865 Alcohol or Drug Rehabilitation Facility-All Employees-& Clerical
8866 Assisted Living Facility-All Employees & Clerical
9040 Hospital–All Other Employees

Contact your broker, agent, or insurance carrier if you believe you are eligible for a NYSPHAP credit.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**    Policy No. ███████████        Endorsement No.
Insured  **Concert Investor, LLC**                                    Premium

Insurance Company  **American Automobile Insurance Company**                          Countersigned by _____

**WC 31 04 05**
(Ed. 10-17)

©2016 New York Compensation Insurance Rating Board

000637

**NEW YORK WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**          **WC 31 06 18**

(Ed. 3-15)

**NEW YORK WORKERS COMPENSATION
POLICYHOLDER NOTICE OF RIGHT TO APPEAL**

**Policyholder Disputes**

Policyholders are entitled to inquire, challenge and dispute issues relating to classification, ownership, premium auditing, and/or other New York Compensation Insurance Rating Board (NYCIRB) rulings or decisions pertaining to this policy. Please refer to the Employer's Appeal Process noted below.

Inquiries may also be directed to the New York State Department of Financial Services (DFS) at:
http://www.dfs.ny.gov/about/contactus.htm#consumer
or by calling the Consumer Hotline at 800- 342 – 3736 (Monday through Friday, 8:30 AM to 4:30 PM).

**Policyholder Right to Appeal**

An insured, or its representative, (hereafter referred to as "insured"), may appeal the application of a rule or procedure contained in the NY Workers Compensation & Employers Liability Manual. Rules or procedures are defined as those determinations, either by a carrier or the Rating Board, which define the variables which makeup the policy conditions. Examples include: classification codes, ownership information, premium audits, and any other determination which may affect the policy.

To be considered for review, a written request explaining the reason(s) for the appeal must be submitted to the Rating Board. Upon receipt of the request for review, the following actions will be taken:

1. A staff member will review the request and respond to the insured within sixty (60) days, in writing, acknowledging receipt of the request, granting the insured its request or sustaining its original ruling.

2. The insured, if not satisfied with the outcome in 1. above, may then request, in writing, a conference with members of the Rating Board staff. The request must state the nature of the complaint and contain any supporting documents. The appropriate Department Vice President or his or her designated representative, if appropriate, will preside at the conference.

3. If the dispute is not resolved at the conference, the insured may then appeal to the Underwriting Committee of the Rating Board for a hearing to consider the staff ruling. This appeal must be in writing and must specify the reason(s) for the appeal and the nature of the complaint.

   Following, receipt of the appeal, the insured will be notified regarding the time and place for the hearing. The appeal will be heard at the next Underwriting Committee meeting for which appropriate time can be given for this matter. Subsequent to the hearing, the insured will be advised, in writing, of the Underwriting Committee decision regarding its complaint.

4. If the Underwriting Committee ruling is not satisfactory to the insured, the insured may then request a hearing at the New York State Department of Financial Services to consider the decision of the Rating Board's Underwriting Committee.

5. The New York State Department of Financial Services decision may be appealed to a higher court, by either the insured or the Rating Board

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**     Policy No.  ████████          Endorsement No.
Insured  **Concert Investor, LLC**                                      Premium

Insurance Company  **American Automobile Insurance
Company**                                          Countersigned by _____

**WC 31 06 18**
(Ed. 3-15)

1 of 1

© 2015 New York Compensation Insurance Rating Board

000638

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 99 04 01**

(Ed. 10-17)

## INSTALLMENT PAYMENT ENDORSEMENT

**Schedule**

| Due Date | Estimated Annual Premium | Tax and/or Assessment Charges | Amount Due |
|---|---|---|---|
| 08/30/2018 | ███████ | ███████ | ███████ |

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

**Total Deposit Premium**    ███████

It is agreed that the deposit premium for the policy to which this endorsement is attached is payable in installments on the due dates shown in the Schedule applicable to this endorsement.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07/02/2018**    Policy No. ██████████**1**    Endorsement No.
Insured  **Concert Investor, LLC**    Premium

Insurance Company  **American Automobile Insurance Company**    Countersigned by _____
**WC 99 04 01**
(Ed.10-17)    1 of 1

Copyright © 2017 Allianz Global Risks US Insurance Company.  All rights reserved.

000639

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    **WC 99 06 82**

(Ed. 04-15)

## ECONOMIC OR TRADE SANCTIONS COMPLIANCE

The following is added to the Policy and replaces any other provision in the Policy addressing economic or trade sanctions:

This insurance does not apply to the extent that economic or trade sanctions or other laws or regulations prohibit us (the Company) from providing insurance.

All other terms and conditions of the policy remain unchanged.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective **07/02/2018**    Policy No. █████████            Endorsement No.
Insured  **Concert Investor, LLC**                                      Premium

Insurance Company  **American Automobile Insurance
Company**                                    Countersigned by _____

**WC 99 06 82**
(Ed.04-15)                                    1 of 1

Copyright © 2017 Allianz Global Risks US Insurance Company.  All rights reserved.

000640

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   **WC 99 06 86**

(Ed. 10-17)

## SIGNATURE ENDORSEMENT

In Witness whereof, the Company has caused this policy to be signed by its president and secretary.



| Secretary | President |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  **07/02/2018**    Policy No. ▮▮▮▮▮▮▮▮▮▮    Endorsement No.
Insured  **Concert Investor, LLC**    Premium

Insurance Company  **American Automobile Insurance Company**

Countersigned by _____

**WC 99 06 86**
(Ed.10-17)

Copyright © 2017 Allianz Global Risks US Insurance Company.  All rights reserved.

.

000641

000642

**About Allianz**
Your insurance company is part of the
Allianz Group - an organization with
a 125-year history of partnering with
clients and delivering exceptional
insurance products around the world.

Allianz is the world's largest property
& casualty insurance company by
revenue and has one of the strongest
financial ratings of the leading global
property & casualty insurers. The
strength of its financial ratings and
quality of its people make Allianz the
insurer of choice for thousands of
mid-size businesses and the majority
of Global Fortune 500 companies.

Allianz is also ranked "one of the world's
most admired companies" by Fortune
and "one of the top 100 global brands"
by Interbrand.

agcs.allianz.com

**Sound Solutions LLC**
3128 Belwood St Apt 103
Nashville, TN 37203

# INVOICE

**BILL TO**
Concert Investor

**INVOICE #** 1014
**DATE** 01/27/2019
**DUE DATE** 02/26/2019
**TERMS** Net 30

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 01/27/2019 | Retainer | 6 days of retainer | 6 | | |
| 01/27/2019 | Twenty One Pilots | 7 days full pay not covered by VER | 7 | | |

PAYMENT
BALANCE DUE

*week 20 + 21*





# INVOICE

**DATE:**    March 18 2019

**FOR:**    *Stage Manager*

**Bill To:**
Justin Roddick
Concert Investor
1209 Ashwood Avenue
Nashville TN
615.496.5792

| DESCRIPTION | AMOUNT |
|---|---|
| Week 27- Stage Manager | |
| Week 28 - Stage Manager | |
| Week 29 - Stage Manager | |
| **TOTAL** | |

Make all checks payable to ███

**THANK YOU FOR YOUR BUSINESS!**



000647



# Invoice

Submitted on 03/21/2019

**Invoice for**
███████████

Concert Investors
Street address
City, State, Zip

**Payable to**
█████████

**Project**
Project name

**Invoice #**
32119

**Due date**
3/22/2019

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| Lighting Technician Labor Week#27 (3/4 - 3/10) | 1 | | |
| Lighting Technician Labor Week#28 (3/11 - 3/18) | 1 | | |



Notes

Subtotal

Adjustments





# Productions



**Bill To:**
Concert Investors
2300 Charlotte Ave
Nashville, TN
37203

**Ship To:**
Direct Deposit
Into:

Account info on file

**Invoice #:** 13
**Invoice Date:** 3/3/19
**Reference:** TØP:

Week 25
Week 26

## Invoice

| Date | Your Order # | Our Order # | Sales Rep. | FOB | Ship Via | Terms | Tax id |
|------|--------------|-------------|------------|-----|----------|-------|--------|
| 3/3/19 | | 13 | MC | | Direct Deposit Mark Chancellor | NET-7 | N/A |

| Quantity | Item | Units | Description | Discount %. | Date of Service | Unit Price | Total |
|----------|------|-------|-------------|-------------|-----------------|------------|-------|
| 2 | LXC | EACH | Lighting crew weekly rate | | 2/18thru3/3 | ██████ | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Remittance

Customer P.O.:   **TØP week 25/26**
Date:   **3/3/19**
Net-7 Due:   ██████

| | |
|---|---|
| Subtotal | ██████ |
| Tax | |
| Shipping | |
| Labor | |
| **Balance** | |





000649

**Stofer IC**
9623 marimont ln
Dallas, Tx
75228



**Bill To**

Concert Investors

**Invoice INV0001**

| Date | 03/23/2019 |
| Terms | Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Week 27 | | | |
| Week 28 | | | |
| Spots | 11 | | |
| 11 shows in weeks 27 & 28 | | | |

| | |
|---|---|
| **Total** | |
| **Balance Due** | |



Thanks for your business!

000650



# INVOICE

**Bill To Concert Investors**

Concert Investors

| | |
|---|---|
| **Invoice #** | 1 |
| **Invoice Date** | 03.21.19 |
| **Due Date** | 03.21.19 |

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| Lighting tech week rate/ week #27 Europe | 1 | ███ | ███ |
| Lighting tech week rate/ week #28 Europe | 1 | | |
| Spot show pay | 10 | | |
| | | Subtotal | ███ |
| | | Total | ███ |

**Notes**

It was great doing business with you.

**Terms & Conditions**

Please make the payment by the due date.



Powered by ███ Invoice

000651



# Invoice # 2

**Invoice Date:** April 14th 2019
**Payment Due:** April 14th 2019

Amount Due

**Concert Investors**

onpointriggingservices@gmail.com

| Item | Cost | Quantity | Total |
|------|------|----------|-------|
| Week | | | |
| Message: | | Subtotal: | |
| | | Total: | |

000652

Ref #: **0110**

Issue Date: **16 Feb 2019**

Due Date: **3 Mar 2019**

**BILL FROM**

**Veserius LLC**
285 Melbourne Ave., Ste. 1, Astoria, OR, 97103, USA

**BILL TO**

**Concert Investor**
2300 Charlotte Ave., Ste 103, Nashville, TN, 37203, USA

# INVOICE

| # | Item | Description | QTY | Price ($) | Amount ($) |
|---|------|-------------|-----|-----------|------------|
| 001 | Video Crew Chief and d3 programmer (Service) | Week #22 - 1/28/19 - 2/03/19 | 1 | | |
| 002 | Video Crew Chief and d3 programmer (Service) | Week #23 - 2/04/19 - 2/10/19 | 1 | | |
| 003 | Video Crew Chief and d3 programmer (Service) | Week #24 - 2/11/19 - 2/17/19 | 1 | | |

**Amount Due:**

**Message:** Thank you for your business!



000653

# Invoice

**From**
Concert Investors

**To**
███████████████

Number  INV0010
Date    Feb 3, 2019
Terms   Next Day
Due     Feb 4, 2019

*week # 21 & 22*

| Description | Price | Qty | Amount |
|---|---|---|---|
| 1/21 - 1/27 | ████████ | 1 | ████████ |
| 1/28 - 2/3 | | 1 | |
| Subtotal | | | |
| Tax (0%) | | | |
| Total | | | |
| **Balance Due** | | | |





INVOICE: WEEK #28                                    NET: 15

**BILL TO**                              **FOR**
Concert Investor                         Video Tech for Twenty One Pilots
                                         BANDITO TOUR
Nashville, TN 37212
(615)-260-1377

**Details**          *Week #28*          **AMOUNT**

Video Tech

                                         SUBTOTAL
                                         TAX RATE
                                         OTHER
                                         TOTAL

Make all checks payable to

If you have any questions concerning this invoice, use the following contact information:

**THANK YOU FOR YOUR BUSINESS!**

1

000655

Invoice #: 011

Date: 3/12/2019



**Billed to: Concert Investors, LLC**
2300 Charlotte Ave
Nashville, TN 37203

*week # 26 & 27*

| Description | Weeks Worked | Amount | |
|---|---|---|---|
| Video Director - Twenty One Pilots | 2/25/2019 - 3/3/2019 | | |
| Video Director - Twenty One Pilots | 3/4/2019 - 3/10/2019 | | |
| | Total | | |






# INVOICE

JOB NUMBER: INV-1169

DATE: 5/01/2019

SERVICES FOR:

TWENTY ONE PILOTS

SERVICES FOR:

CONCERT INVESTORS

| DATE | CODE | DESCRIPTION | RATE | QUANTITY | TOTAL |
|------|------|-------------|------|----------|-------|
| - | CONTENT | TRUCE / KARAOKE | | - | |
| - | CONTENT | LEGEND | | - | |
| - | REFORMAT | TREES FESTIVAL VERSIONS | | 1 | |
| - | REFORMAT | THE HYPE | | 1 | |

NOTES

TREES FESTIVAL REFORMATS I WAS ABLE TO USE
PART OF THE 10 DAY BUDGET FROM LEGEND. LEGEND
ENDED UP COMING IN A LITTLE OVER 9 DAYS, BUT
I ROUNDED THAT DOWN. TRUCE HAD SOME STOCK
VIDEO COSTS ASSOCIATED, BUT I LEFT THAT OUT
BECAUSE I DIDN'T HAVE IT IN THE ORIGINAL ESTIMATE.
THANKS GUYS!



| SUBTOTAL | |
| OTHER | |

| GRAND TOTAL | |

## SCHOENMAN.TV

PLEASE REMIT PAYMENT WITHIN 30 DAYS OF RECEIPT.

000657



August 11, 2021

Dear SBA Administrator:

Thank you for giving us the opportunity to resubmit our SVOG application with a greater understanding of Concert Investor's SBA entity type while providing us with a better understanding of the required supporting evidence that the SBA requires of SVOG applicants. We are grateful to have this chance to better explain our business model with an emphasis on how our business model fits the eligibility standards of a Live Performing Arts Organization Operator based on the published SVOG eligibility matrix.

At first glance, our business name "Concert Investor" can be misleading as we do not invest any liquid capital into artists, bands or concerts. What we do invest in is our collective time and talents that create lasting impressions to worldwide audiences experiencing diverse genres of music. Concert Investor was founded in 2012 in Nashville, Tennessee by my business partner, Daniel Slezinger, and I. Our unwavering mission has been to design and produce the most dynamic, efficient and innovative concert productions for some of the world's most talented and recognized artists. While our independent company does not own or rent equipment and does not have a warehouse, we are the architects and orchestrators of individual musical tours. As the initial step, Concert Investor creates an artist-approved concert design before we source and hire the vendors, engineers, electricians, programmers and technicians for our each of our productions or tours. Our company procures and maintains the Workers Compensation Insurance and General Liability Insurance for all the production elements and associated labor for each production or tour. Concert Investor typically negotiates a budget for a tour based on an approved production design directly with the artist business manager. The company's revenue is based entirely on how efficiently it can produce each tour.

To help provide some context, here are some additional insights on how Concert Investor came into existence. Prior to our 2012 start, my partner, Daniel, and I owned and operated a small but renowned music venue here in Nashville, 12th & Porter. From 2005 to 2012, our mission was to host a diverse lineup of some of the best emerging musical talent in the region and we earned the reputation of being a trusted platform for talented artists near and far. Our venue's calling card was that we invested in unique and innovative audio, lighting, and video production especially for venues of comparable size. My role included booking the bands and managing the day-to-day operations while Daniel produced the in-house concerts and programmed the lighting effects and audio-visual activations. During our tenure at 12th & Porter, Daniel and I were introduced to thousands of music industry contacts including artists, managers, agents and gear vendors. Those relationships set the stage for the next step in our careers. We realized the incredible potential touring business that could be acquired based on the access we had to artistic talent at one of the premiere music venues in Nashville at the time.

In November of 2012, we worked with Creative Artist Agency to promote a concert at 12th & Porter for a fairly unknown band from Ohio, Twenty øne piløts. Based on a mutual respect of each other's talents, both Daniel and I instantly hit it off with the band and their management teams. Twenty øne piløts loved our venue and more specifically our massive lighting, audio and video rigs that we had designed to fit efficiently into a very small performance space. The band quickly hired Concert Investor to create and develop and execute a similar intricate live music experience that they could take on out on their first headlining tour in 2013. Concert Investor

C< Concert Investor          "Justification Statement" RE: SVOG Grant Eligibility    1

leveraged over eight years of experience along with our relationships that were established during our time operating 12th & Porter to produce their first major tour and at a fraction of the industry standard cost for a similar-sized production. By the end of 2013, Daniel and I made the decision to sell 12th & Porter so that we could prioritize the Twenty øne piløts tour and focus on our new careers as concert producers. The key to our success was in the development of strategic long-term partnerships with industry professionals that included audio, lighting, video and special effects vendors and technicians. We then leveraged those partnerships to become an effective and competitive producer for both artists and promoters.

Concert Investor grew substantially from 2013 until the end of 2019. Our track record of transforming Twenty øne piløts's live show by creatively executing a series of ultra-affordable touring productions in exchange for a long-term agreement with Concert Investor spread very quickly. Gear vendors and technicians appreciated us extending Concert Investor's long-term commitments from artists to their businesses. These commitments allowed and motivated these types of vendors and contractors to provide Concert Investor with preferred and deeply discounted pricing which ensured that we could provide our clients and artists the best quality production experiences for their budget. Using the same model, our team built the initial touring concert productions and technical staff for nationally touring artists such as Kelsea Ballerini, NF, and Judah & the Lion. As the word continued to spread so did the number of tours that we produced. In 2017, we hit yet another business marker when Little Big Town hired us to produce their show for the first ever "Residency at the Ryman" at the historic Ryman Auditorium. In 2019, we hit a record grossing ▮▮▮▮▮ with 100% of the revenue generated from production fees that were charged to artists.

Concert Investor can attribute ▮▮▮▮▮ in production fees charged to artists in 2019 to the 2018-2019 twenty øne pilots "Bandito" tour. This revenue represented the culmination of our relationship with twenty øne pilots nearly seven years after our "hand-shake" agreement to produce the band's concerts in 2012. Daniel and I spent thousands of hours over the course of 18 months to design, negotiate, hire, program and insure each and every element of the tour. Concert Investor insured the entire production including worker's compensation for the independent contractors. Just over ▮▮▮▮▮ in production fees were charged by the company to the fourteen other artists that it contracted with in 2019 that were in various stages of their live music careers.

In early spring of 2020, like so many others in our industry and beyond, everything changed for our company. Just overnight our confirmed tours and productions started to cancel without notice which sent months of planning and work down the drain. After eight years of steadily building our clientele along with a loyal crew of skilled contract laborers, our revenues ceased as our industry quickly came to a halt. Compared to 2019, Concert Investor lost 94% of our total revenue in 2020. By using both our personal and business savings combined with the two rounds of PPP funding, (which we were grateful to receive with help from the SBA!), Daniel and I were able to keep Concert Investor alive through all the pandemic's hurdles and local/CDC restrictions and guidelines for live entertainment. Unlike prior to 2020 and the Covid-19 pandemic, our access to capital continues to dwindle along with our ability to compete with our competitors on a national-level. It is vital to the continued survival of our company that Concert Investor be awarded a Shuttered Venue Operator's Grant so that we can hire the necessary staff to mount a successful recovery effort.



Based off my extensive research and inquiries, Concert Investor is eligible to receive funding from the SVOG based on the published SBA Eligibility Matrix:

GENERAL ELIGIBILITY

1. The company was fully operational on February 29, 2020.

2. The company is still functional and possesses a business license in good standing with state and local taxes paid in full.

3. The company suffered a 94% reduction in grossed earned revenue between 2019 to 2020.

4. The company does not issue securities on any level.

5. No income came from Federal resources in 2019.

6. Concert Investor is a small and independently owned company based only in Nashville, Tennessee. Our team is comprised of two owner-operators with an evolving crew of independent contractors and vendors.

7. The company is not currently suspended of debarred from contracting with the Federal government.

8. No owners of Concert Investor have been convicted, pleaded guilty or nolo contendere in the past five years.

9. All the concerts produced by the company have been family-friendly and never of a prurient sexual nature.

LIVE PERFORMING ARTS ORGANIZATION OPERATOR ELIGIBILITY

1. In 2019, every live performance created and produced by the company was presented to a live audience in a qualifying venue.

2. In 2019, our principal business activity is to create and produce live events by performing artists with 100% of earned revenues coming from production fees/reimbursements.

3. In 2019, every live performance created and produced by the company required a purchased ticket for entry.

4. In 2019, every live performance created and produced by the company was marketed through digital channels.

5. In 2019, every performing artist that hired the company was represented by a reputable talent agency and paid a guarantee for each performance.

6. In 2019, every venue used for performances by the company had a defined performance space.

 Concert Investor          "Justification Statement" RE: SVOG Grant Eligibility   3

(continued) LIVE PERFORMING ARTS ORGANIZATION OPERATOR ELIGIBILITY

7. In 2019, every venue used for performances by the company in had a defined audience space.

8. In 2019, every venue used for performances by the company had sound-mixing equipment.

9. In 2019, every venue used for performances by the company had a public address system.

10. In 2019, every venue used for performances by the company had a lighting rig.

11. In 2019, every venue used for performances by the company had a sound engineer, booker, promoter, stage manager, security personnel and a box office manager.

I hereby declare that the information provided in this SVOG application is true and correct.

Dated this ___11ᵗʰ___ day of ___August___ , 2021.

████████████████████

~~STATE OF TENNESSEE~~
COUNTY OF DAVIDSON
Sworn to (or affirmed) before me and subscribed by this ___11___ day of

___August___ , 2021 by ___Vicki Cherry___

████████████████

Notary Public, State of Tennessee At Large

# KEY

| | |
|---|---|
| JDC1 (90) | |
| Mega Pointe (86) | |
| Magic Panel FX (58) | |
| 2- Lite Mole (34) | |
| BMFL WashBeam (10) | |
| DF50 (2) | |
| BMFL Follow Spot (12) | |
| 4-Lite Mole (41) | |
| Robe Spikie (404) | |
| Robe BMFL Blade (6) | |
| Laser (10) | |
| MDG "The One" (3) | |
| ZR44 (2) | |
| GLP X4s (24) | |
| Robe Pointe (24) | |
| GLP x4 20 Bar (30) | |
| VL 6000 (10) | |
| Cryo Jet (25) | |
| Confetti Canon (12) | |
| Dry Ice Output (4) | |
| Large Flame (6) | |

SR DIMMERS
(10'X20')

SL DIMMERS
(10'X20')

SR ESCAPE STAIRS

SL ESCAPE STAIRS

MAIN STAGE
(52'X32') (16mX10m)

BACKLINE
(10'X10')

SFX CONTROL
(10'X10')

LIFT (16'X8')

LIFT (8'X8')

LIFT (8'X8')

PLAYBACK/
BACKLINE
(10'X10')

MONITOR WORLD
(10'X10')

(8'X16'X7')
WALKWAY UNDER
7' CLEARANCE

(8'X16'X7')
WALKWAY UNDER
7' CLEARANCE

GRATE DECK AREA

SR LASER/LIGHTING DECK

SL LASER/LIGHTING DECK

SR EGO

SL EGO

SR ARTIST DECK

DS LIGHTING DECK 2

THRUST

DS LIGHTING DECK 2

SL ARTIST DECK

DS LIGHTING DECK 1

DS LIGHTING DECK 1

HINGE

BARRICADE

| Main Stage Plot | |
|---|---|
| Version-7 | Drawn - 5/24/18 |
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 1 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard.

000669

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|

GRATE DECK AREA

SR LASER/LIGHTING DECK

SL LASER/LIGHTING DECK

SR EGO

SL EGO

SR ARTIST DECK

DS LIGHTING DECK 2

THRUST

DS LIGHTING DECK 2

SL ARTIST DECK

DS LIGHTING DECK 1

DS LIGHTING DECK 1

HINGE

BARRICADE

BARRICADE
BOX (8'X8')

# KEY

| | |
|---|---|
| JDC1 (90) | |
| Mega Pointe (86) | |
| Magic Panel FX (58) | |
| 2- Lite Mole (34) | |
| BMFL WashBeam (10) | |
| DF50 (2) | |
| BMFL Follow Spot (12) | |
| 4-Lite Mole (41) | |
| Robe Spikie (404) | |
| Robe BMFL Blade (6) | |
| Laser (10) | |
| MDG "The One" (3) | |
| ZR44 (2) | |
| GLP X4s (24) | |
| Robe Pointe (24) | |
| GLP x4 20 Bar (30) | |
| VL 6000 (10) | |
| Cryo Jet (25) | |
| Confetti Canon(12) | |
| Dry Ice Output (4) | |
| Large Flame (6) | |

**House Barricade Plot**

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 2 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000670

# KEY

| | |
|---|---|
| | JDC1 (90) |
| | Mega Pointe (86) |
| | Magic Panel FX (58) |
| | 2- Lite Mole (34) |
| | BMFL WashBeam (10) |
| DF50 | DF50 (2) |
| | BMFL Follow Spot (12) |
| | 4-Lite Mole (41) |
| | Robe Spikie (404) |
| | Robe BMFL Blade (6) |
| | Laser (10) |
| | MDG "The One" (3) |
| | ZR44 (2) |
| | GLP X4s (24) |
| | Robe Pointe (24) |
| | GLP x4 20 Bar (30) |
| W | VL 6000 (10) |
| | Cryo Jet (25) |
| | Confetti Canon (12) |
| | Dry Ice Output (4) |
| | Large Flame (6) |

**BARRICADE**

**BARRICADE**

**BARRICADE**

LIFT (8'X8')   LIFT (8'X8')

B-STAGE (24'X14'X5')

**BARRICADE DOOR**

**BARRICADE DOOR**

AUDIO FOH
(24'X12')
GROUND LEVEL

LIGHTING FOH
(24'x8'x2')

**BARRICADE**

**BARRICADE**

Cam 1
(8'x4'x5')

LIGHTING PROCESSING

SERVERS

Cam 2
(8'x4'x5')

CLIMB TOWER

**BARRICADE DOOR**

TOTAL FOH FOOTPRINT
INSIDE BARRICADE
(32' WIDE X 50' DEEP)
(9.5M WIDE X 15M DEEP)

B-Stage/FOH Stage/Barricade Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 3 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be incompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000671



# KEY

| | |
|---|---|
| JDC1 (90) | |
| Mega Pointe (86) | |
| Magic Panel FX (58) | |
| 2- Lite Mole (34) | |
| BMFL WashBeam (10) | |
| DF50 (2) | |
| BMFL Follow Spot (12) | |
| 4-Lite Mole (41) | |
| Robe Spikie (404) | |
| Robe BMFL Blade (6) | |
| Laser (10) | |
| MDG "The One" (3) | |
| ZR44 (2) | |
| GLP X4s (24) | |
| Robe Pointe (24) | |
| GLP x4 20 Bar (30) | |
| VL 6000 (10) | |
| Cryo Jet (25) | |
| Confetti Canon (12) | |
| Dry Ice Output (4) | |
| Large Flame (6) | |

WHITE/WHITE
(ATOMIC/BACKDROP TRUSS)

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

US VIDEO TRUSS

WHITE/RED
(SR LEG)

WHITE/BLUE
(SL LEG)

RED/WHITE STRIPE
(SR IMAG LIGHTING TRUSS)

LEFT TO RIGHT
PURPLE/RED
PURPLE/WHITE
PURPLE/BLUE
(US AUTO LIGHTING TRUSS)
BLUE/RED
BLUE/WHITE
BLUE/BLUE
(MID AUTO LIGHTING TRUSS)
GREEN/RED
GREEN/WHITE
GREEN/BLUE
(DS AUTO LIGHTING TRUSS)

KABUKI/BLACKBOX

YELLOW/RED -A
(TOP SR SQ)
YELLOW/RED -B
(MID SR SQ)
YELLOW/RED -C
(BOTTOM SR SQ)

YELLOW/BLUE -A
(TOP SR SQ)
YELLOW/BLUE -B
(MID SR SQ)
YELLOW/BLUE -C
(BOTTOM SR SQ)

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

KABUKI/BLACKBOX

KINETIK POD PLACE HOLDERS

ORANGE/RED
(DS TRUSS)

ORANGE/BLUE
(DS TRUSS)

## Main Stage Truss Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |

Sheet - 4 | Drawn by Tyler Shapard

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard.

000672

# KEY

| | |
|---|---|
| JDC1 (90) | |
| Mega Pointe (86) | |
| Magic Panel FX (58) | |
| 2- Lite Mole (34) | |
| BMFL WashBeam (10) | |
| DF50 (2) | |

| | |
|---|---|
| BMFL Follow Spot (12) | |
| 4-Lite Mole (41) | |
| Robe Spikie (404) | |
| Robe BMFL Blade (6) | |
| Laser (10) | |
| MDG "The One" (3) | |
| ZR44 (2) | |
| GLP X4s (24) | |
| Robe Pointe (24) | |

| | |
|---|---|
| GLP x4 20 Bar (30) | |
| VL 6000 (10) | |
| Cryo Jet (25) | |
| Confetti Canon(12) | |
| Dry Ice Output (4) | |
| Large Flame (6) | |

WHITE/WHITE
(ATOMIC/BACKDROP TRUSS)

SR DRAPE TRUSS

SR AUDIO SPLIT BRIDGE

US VIDEO TRUSS

SR IMAG TRUSS

WHITE/RED
(SR LEG)

RED/WHITE STRIPE
(SR IMAG LIGHTING TRUSS)

LEFT TO RIGHT

PURPLE/RED
PURPLE/WHITE
PURPLE/BLUE
(US AUTO LIGHTING TRUSS)
BLUE/RED
BLUE/WHITE
BLUE/BLUE
(MID AUTO LIGHTING TRUSS)
GREEN/RED
GREEN/WHITE
GREEN/BLUE
(DS AUTO LIGHTING TRUSS)

KABUKI/BLACKBOX

YELLOW/RED -A
(TOP SR SQ)
YELLOW/RED -B
(MID SR SQ)
YELLOW/RED -C
(BOTTOM SR SQ)

SR AUDIO SPLIT BRIDGE

KINETIK POD PLACE HOLDERS

KABUKI/BLACKBOX

ORANGE/RED
(DS TRUSS)

## SR Main Stage Truss Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 5 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be imcompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard.

000673

## KEY

JDC1 (90)

Mega Pointe (86)

Magic Panel FX (58)

2- Lite Mole (34)

BMFL WashBeam (10)

DF50 (2)

BMFL Follow Spot (12)

4-Lite Mole (41)

Robe Spikie (404)

Robe BMFL Blade (6)

Laser (10)

MDG "The One" (3)

ZR44 (2)

GLP X4s (24)

Robe Pointe (24)

GLP x4 20 Bar (30)

VL 6000 (10)

Cryo Jet (25)

Confetti Canon(12)

Dry Ice Output (4)

Large Flame (6)

WHITE/WHITE
(ATOMIC/BACKDROP TRUSS)

SL DRAPE TRUSS

SL AUDIO SPLIT BRIDGE

SL IMAG TRUSS

WHITE/BLUE
(SL LEG)

KABUKI/BLACKBOX

BLUE/WHITE STRIPE
(SR IMAG LIGHTING TRUSS)

YELLOW/BLUE -A
(TOP SR SQ)
YELLOW/BLUE -B
(MID SR SQ)
YELLOW/BLUE -C
(BOTTOM SR SQ)

SL AUDIO SPLIT BRIDGE

KABUKI/BLACKBOX

CE HOLDERS

ORANGE/BLUE
(DS TRUSS)

| SL Main Stage Truss Plot | |
|---|---|
| Version-7 | Drawn - 5/24/18 |
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 6 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementation in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by Tyler Shapard.

000674

A   B   C   D   E   F

# KEY

JDC1 (90)
Mega Pointe (86)
Magic Panel FX (58)
2- Lite Mole (34)
BMFL WashBeam (10)
DF50 (2)

BMFL Follow Spot (12)
4-Lite Mole (41)
Robe Spikie (404)
Robe BMFL Blade (6)
Laser (10)
MDG "The One" (3)
ZR44 (2)
GLP X4s (24)
Robe Pointe (24)

GLP x4 20 Bar (30)
VL 6000 (10)
Cryo Jet (25)
Confetti Canon(12)
Dry Ice Output (4)
Large Flame (6)

ORANGE/RED
(DS TRUSS)

ORANGE/BLUE
(DS TRUSS)

RED/RED
(AUD TRUSS)

RED/BLUE
(AUD TRUSS)

KINETIK POD PLACE HOLDERS

PROJECTION CUBE
(AUTO TRUSS)

BROWN/RED
(AUD TRUSS)

BROWN/BLUE
(AUD TRUSS)

BLACK/RED
(AUD TRUSS)

BLACK/BLUE
(AUD TRUSS)

GREY/BLUE
(AUTO-BRIDGE)

GREY/BLUE
(CABLE BRIDGE)

| House Truss Plot-1 | |
| --- | --- |
| Version-7 | Drawn - 5/24/18 |
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 7 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by  Tyler Shapard.

000675

# KEY

| | |
|---|---|
| JDC1 (90) | |
| Mega Pointe (86) | |
| Magic Panel FX (58) | |
| 2- Lite Mole (34) | |
| BMFL WashBeam (10) | |
| DF50 (2) | |
| BMFL Follow Spot (12) | |
| 4-Lite Mole (41) | |
| Robe Spikie (404) | |
| Robe BMFL Blade (6) | |
| Laser (10) | |
| MDG "The One" (3) | |
| ZR44 (2) | |
| GLP X4s (24) | |
| Robe Pointe (24) | |
| GLP x4 20 Bar (30) | |
| VL 6000 (10) | |
| Cryo Jet (25) | |
| Confetti Canon (12) | |
| Dry Ice Output (4) | |
| Large Flame (6) | |

GOLD/RED (RUNNER)

GOLD/BLUE (RUNNER)

SILVER (BARGE)

GREY/RED (TRUSS BREAK)

GREY/RED (TRUSS BREAK)

GREY/RED (FOH CABLE BRIDGE)

GREY/RED (FOH CABLE BR...

House/B-Stage Truss Plot-2

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 8 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by Tyler Shapard.

000676

## KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon (12)
- Dry Ice Output (4)
- Large Flame (6)

### Diagram labels

- (WORKS/BACKDROP TRUSS)
- SR AUDIO SPLIT BRIDGE
- SL AUDIO SPLIT BRIDGE
- US VIDEO TRUSS
- WHITE/RED (SR LEG)
- WHITE/BLUE (SL LEG)
- SL IM...
- RED/WHITE STRIPE (IMAG LIGHTING TRUSS)
- LEFT TO RIGHT
- PURPLE/RED
- PURPLE/WHITE
- PURPLE/BLUE
- (TO LIGHTING TRUSS)
- BLUE/RED
- BLUE/WHITE
- BLUE/BLUE
- (AUTO LIGHTING TRUSS)
- GREEN/RED
- GREEN/WHITE
- GREEN/BLUE
- (AUTO LIGHTING TRUSS)
- BLUE (SR IMAG...)
- SR AUDIO SPLIT BRIDGE
- SL AUDIO SPLIT BRIDGE
- KABUKI/BLACKBOX
- Bottom/Bottom Automated Squares
- YELLOW/RED -A (TOP SR SQ)
- YELLOW/RED -B (MID SR SQ)
- YELLOW/RED -C (BOTTOM SR SQ)
- YELLOW/BLUE -A (TOP SR SQ)
- YELLOW/BLUE -B (MID SR SQ)
- YELLOW/BLUE -C (BOTTOM SR SQ)
- KABUKI/BLACKBOX
- KINETIK POD PLACE HOLDERS
- ORANGE/RED (DS TRUSS)
- ORANGE/BLUE (DS TRUSS)
- RED/RED (AUD TRUSS)
- RED/BLUE (AUD TRUSS)
- PROJECTION CUBE (AUTO TRUSS)

### Title Block

Main Stage Flown Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 9 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000677

# KEY

| Symbol | Description |
|---|---|
| | JDC1 (90) |
| | Mega Pointe (86) |
| | Magic Panel FX (58) |
| | 2- Lite Mole (34) |
| | BMFL WashBeam (10) |
| DF 50 | DF50 (2) |
| | BMFL Follow Spot (12) |
| | 4-Lite Mole (41) |
| | Robe Spikie (404) |
| | Robe BMFL Blade (6) |
| | Laser (10) |
| | MDG "The One" (3) |
| | ZR44 (2) |
| | GLP X4s (24) |
| | Robe Pointe (24) |
| | GLP x4 20 Bar (30) |
| W | VL 6000 (10) |
| | Cryo Jet (25) |
| | Confetti Canon (12) |
| | Dry Ice Output (4) |
| | Large Flame (6) |

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

US VIDEO TRUSS

WHITE/RED
(SR LEG)

WHITE/BLUE
(SL LEG)

SL IM

RED/WHITE STRIPE
MAG LIGHTING TRUSS)

LEFT TO RIGHT
PURPLE/RED
PURPLE/WHITE
PURPLE/BLUE
TO LIGHTING TRUSS)

BLUE/RED
BLUE/WHITE
BLUE/BLUE
UTO LIGHTING TRUSS)

GREEN/RED
GREEN/WHITE
GREEN/BLUE
UTO LIGHTING TRUSS)

KABUKI/BLACKBOX

Mid/Bottom Automated Squares

BLUE
(SR IMAG

YELLOW/RED -A
(TOP SR SQ)
YELLOW/RED -B
(MID SR SQ)
YELLOW/RED -C
(BOTTOM SR SQ)

YELLOW/BLUE -A
(TOP SR SQ)
YELLOW/BLUE -B
(MID SR SQ)
YELLOW/BLUE -C
(BOTTOM SR SQ)

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

KABUKI/BLACKBOX

KINETIK POD PLACE HOLDERS

ORANGE/RED
(DS TRUSS)

ORANGE/BLUE
(DS TRUSS)

RED/RED
(AUD TRUSS)

RED/BLUE
(AUD TRUSS)

PROJECTION CUBE
(AUTO TRUSS)

MID/BOTTOM AUTO SQ Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 10 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementation in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000678

# KEY

A    B    C    D    E    F

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

(WORK/BACKDROP TRUSS)

US VIDEO TRUSS

WHITE/RED
(SR LEG)

WHITE/BLUE
(SL LEG)

SL IM

RED/WHITE STRIPE
MAG LIGHTING TRUSS)

BLUE
(SR IMAG

KABUKI/BLACKBOX

LEFT TO RIGHT
PURPLE/RED
URPLE/WHITE
PURPLE/BLUE
TO LIGHTING TRUSS)

BLUE/RED
BLUE/WHITE
BLUE/BLUE
UTO LIGHTING TRUSS)

GREEN/RED
GREEN/WHITE
GREEN/BLUE
TO LIGHTING TRUSS)

## Top/Bottom Automated Squares

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

YELLOW/RED -A
(TOP SR SQ)
YELLOW/RED -B
(MID SR SQ)
YELLOW/RED -C
(BOTTOM SR SQ)

YELLOW/BLUE -A
(TOP SR SQ)
YELLOW/BLUE -B
(MID SR SQ)
YELLOW/BLUE -C
(BOTTOM SR SQ)

KABUKI/BLACKBOX

KINETIK POD PLACE HOLDERS

ORANGE/RED
(DS TRUSS)

ORANGE/BLUE
(DS TRUSS)

RED/RED
(AUD TRUSS)

RED/BLUE
(AUD TRUSS)

PROJECTION CUBE
(AUTO TRUSS)

### KEY (legend)

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon (12)
- Dry Ice Output (4)
- Large Flame (6)

## TOP/BOTTOM AUTO SQ Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 11 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000679

# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon (12)
- Dry Ice Output (4)
- Large Flame (6)

**A  B  C  D  E  F**

1

SR AUDIO SPLIT BRIDGE

US VIDEO TRUSS

SL AUDIO SPLIT BRIDGE

WHITE/RED
(SR LEG)

WHITE/BLUE
(SL LEG)

SL IM

2

RED/WHITE STRIPE
MAG LIGHTING TRUSS)

LEFT TO RIGHT
PURPLE/RED
URPLE/WHITE
PURPLE/BLUE
O LIGHTING TRUSS)

BLUE/RED
BLUE/WHITE
BLUE/BLUE
UTO LIGHTING TRUSS)

GREEN/RED
GREEN/WHITE
GREEN/BLUE
TO LIGHTING TRUSS)

KABUKI/BLACKBOX

Bottom/TopAutomated Squares

BLUE
(SR IMAG

3

YELLOW/RED -A
(TOP SR SQ)
YELLOW/RED -B
(MID SR SQ)
YELLOW/RED -C
(BOTTOM SR SQ)

YELLOW/BLUE -A
(TOP SR SQ)
YELLOW/BLUE -B
(MID SR SQ)
YELLOW/BLUE -C
(BOTTOM SR SQ)

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

4

KABUKI/BLACKBOX

KINETIK POD PLACE HOLDERS

5

ORANGE/RED
(DS TRUSS)

ORANGE/BLUE
(DS TRUSS)

RED/RED
(AUD TRUSS)

PROJECTION CUBE
(AUTO TRUSS)

RED/BLUE
(AUD TRUSS)

## BOTTOM/TOP AUTO SQ Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 28 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical and structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard

000680

A    B    C    D    E    F

# KEY

| | |
|---|---|
| JDC1 (90) | |
| Mega Pointe (86) | |
| Magic Panel FX (58) | |
| 2- Lite Mole (34) | |
| BMFL WashBeam (10) | |
| DF50 (2) | |
| BMFL Follow Spot (12) | |
| 4-Lite Mole (41) | |
| Robe Spikie (404) | |
| Robe BMFL Blade (6) | |
| Laser (10) | |
| MDG "The One" (3) | |
| ZR44 (2) | |
| GLP X4s (24) | |
| Robe Pointe (24) | |
| GLP x4 20 Bar (30) | |
| VL 6000 (10) | |
| Cryo Jet (25) | |
| Confetti Canon (12) | |
| Dry Ice Output (4) | |
| Large Flame (6) | |

SR AUDIO SPLIT BRIDGE

US VIDEO TRUSS

WHITE/RED
(SR LEG)

SL AUDIO SPLIT BRIDGE

WHITE/BLUE
(SL LEG)

SL IM

RED/WHITE STRIPE
(MAG LIGHTING TRUSS)

LEFT TO RIGHT
PURPLE/RED
PURPLE/WHITE
PURPLE/BLUE
(TO LIGHTING TRUSS)
BLUE/RED
BLUE/WHITE
BLUE/BLUE
(UTO LIGHTING TRUSS)
GREEN/RED
GREEN/WHITE
GREEN/BLUE
(UTO LIGHTING TRUSS)

BLUE
(SR IMAG

KABUKI/BLACKBOX

Middle/Top Automated Squares

YELLOW/RED -A
(TOP SR SQ)
YELLOW/RED -B
(MID SR SQ)
YELLOW/RED -C
(BOTTOM SR SQ)

YELLOW/BLUE -A
(TOP SR SQ)
YELLOW/BLUE -B
(MID SR SQ)
YELLOW/BLUE -C
(BOTTOM SR SQ)

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

KABUKI/BLACKBOX

KINETIK POD PLACE HOLDERS

ORANGE/RED
(DS TRUSS)

ORANGE/BLUE
(DS TRUSS)

RED/RED
(AUD TRUSS)

RED/BLUE
(AUD TRUSS)

PROJECTION CUBE
(AUTO TRUSS)

MID/TOP AUTO SQ Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 29 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard.

000681

# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon (12)
- Dry Ice Output (4)
- Large Flame (6)

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

US VIDEO TRUSS

WHITE/RED (SR LEG)

WHITE/BLUE (SL LEG)

SL IM

RED/WHITE STRIPE (MAG LIGHTING TRUSS)

LEFT TO RIGHT
PURPLE/RED
PURPLE/WHITE
PURPLE/BLUE
(TO LIGHTING TRUSS)

BLUE/RED
BLUE/WHITE
BLUE/BLUE
(UTO LIGHTING TRUSS)

GREEN/RED
GREEN/WHITE
GREEN/BLUE
(UTO LIGHTING TRUSS)

BLUE (SR IMAG

KABUKI/BLACKBOX

Top/Top Automated Squares

YELLOW/RED -A (TOP SR SQ)
YELLOW/RED -B (MID SR SQ)
YELLOW/RED -C (BOTTOM SR SQ)

YELLOW/BLUE -A (TOP SR SQ)
YELLOW/BLUE -B (MID SR SQ)
YELLOW/BLUE -C (BOTTOM SR SQ)

SR AUDIO SPLIT BRIDGE

SL AUDIO SPLIT BRIDGE

KABUKI/BLACKBOX

KINETIK POD PLACE HOLDERS

ORANGE/RED (DS TRUSS)

ORANGE/BLUE (DS TRUSS)

RED/RED (AUD TRUSS)

RED/BLUE (AUD TRUSS)

PROJECTION CUBE (AUTO TRUSS)

| TOP/TOP  AUTO SQ Lighting Plot | |
|---|---|
| Version-7 | Drawn - 5/24/18 |
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 30 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical and structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard.

000682



# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

**SR Main Stage Flown Lighting Plot**

| Version-7 | Drawn - 5/24/18 |
|-----------|-----------------|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 12 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard.

000683

# KEY

| Symbol | Description |
|--------|-------------|
| | JDC1 (90) |
| | Mega Pointe (86) |
| | Magic Panel FX (58) |
| | 2- Lite Mole (34) |
| | BMFL WashBeam (10) |
| DF 50 | DF50 (2) |
| | BMFL Follow Spot (12) |
| | 4-Lite Mole (41) |
| | Robe Spikie (404) |
| | Robe BMFL Blade (6) |
| | Laser (10) |
| | MDG "The One" (3) |
| ZR44 | ZR44 (2) |
| | GLP X4s (24) |
| | Robe Pointe (24) |
| | GLP x4 20 Bar (30) |
| W | VL 6000 (10) |
| | Cryo Jet (25) |
| | Confetti Canon (12) |
| | Dry Ice Output (4) |
| | Large Flame (6) |

VIDEO TRUSS

SL DRAPE TRUSS

SL AUDIO SPLIT BRIDGE

WHITE/BLUE
(SL LEG)

SL IMAG TRUSS

KABUKI/BLACKBOX

BLUE/WHITE STRIPE
(SR IMAG LIGHTING TRUSS)

UV LIGHTS ARE ON FLOOR

RED -A
(R SQ)

RED -B
(R SQ)

RED -C
(SR SQ)

YELLOW/BLUE -A
(TOP SR SQ)

YELLOW/BLUE -B
(MID SR SQ)

YELLOW/BLUE -C
(BOTTOM SR SQ)

SL AUDIO SPLIT BRIDGE

KABUKI/BLACKBOX

KINETIK POD PLACE HOLDERS

ORANGE/BLUE
(DS TRUSS)

RED/BLUE
(AUD TRUSS)

PROJECTION CUBE
(AUTO TRUSS)

## SL Main Stage Flown Lighitng Plot

| Version-7 | Drawn - 5/24/18 |
|-----------|-----------------|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 13 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical and structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be incompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard.

000684

# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

ORANGE/RED (DS TRUSS)
ORANGE/BLUE (DS TRUSS)
RED/RED (AUD TRUSS)
RED/BLUE (AUD TRUSS)
PROJECTION CUBE (AUTO TRUSS)
BROWN/RED (AUD TRUSS)
BROWN/BLUE (AUD TRUSS)
BLACK/RED (AUD TRUSS)
BLACK/BLUE (AUD TRUSS)
KINETIK POD PLACE HOLDERS
GREY/BLUE (AUTO-BRIDGE)
GREY/BLUE (CABLE BRIDGE)

House Flown Lighitng Plot -1

| Version-7 | Drawn - 5/24/18 |
| --- | --- |
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 14 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000685

## KEY

| | |
|---|---|
| JDC1 (90) | |
| Mega Pointe (86) | |
| Magic Panel FX (58) | |
| 2- Lite Mole (34) | |
| BMFL WashBeam (10) | |
| DF 50 DF50 (2) | |
| BMFL Follow Spot (12) | |
| 4-Lite Mole (41) | |
| Robe Spikie (404) | |
| Robe BMFL Blade (6) | |
| Laser (10) | |
| MDG "The One" (3) | |
| ZR44 (2) | |
| GLP X4s (24) | |
| Robe Pointe (24) | |
| GLP x4 20 Bar (30) | |
| VL 6000 (10) | |
| Cryo Jet (25) | |
| Confetti Canon(12) | |
| Dry Ice Output (4) | |
| Large Flame (6) | |

A    B    C    D    E    F

40'  35'  30'  25'  20'  15'  10'  5'  0'  5'  10'  15'  20'  25'  30'  35'  40'

1  2  3  4  5

GOLD/RED
(RUNNER)

GOLD/BLUE
(RUNNER)

SILVER (BARGE)

GREY/RED
(TRUSS BREAK)

GREY/RED
(TRUSS BREAK)

GREY/RED

-55'  -60'  -65'  -70'  -75'  -80'  -85'  -90'  -95'  -100'  -105'

House/B-Stage Flown Lighting Plot-2

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 15 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical and structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by  Tyler Shapard.

000686

# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)

- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)

- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

(0') IS TOP OF DECK

**Main Stage Front View Lighting Plot**

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 16 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000687

## KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF 50 DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

LED Strip Decks=Squares

Main Stage Floor Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 17 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard

000688

## KEY

JDC1 (90)

Mega Pointe (86)

Magic Panel FX (58)

2- Lite Mole (34)

BMFL WashBeam (10)

DF 50    DF50 (2)

BMFL Follow Spot (12)

4-Lite Mole (41)

Robe Spikie (404)

Robe BMFL Blade (6)

Laser (10)

MDG "The One" (3)

ZR44 (2)

GLP X4s (24)

Robe Pointe (24)

GLP x4 20 Bar (30)

W  VL 6000 (10)

Cryo Jet (25)

Confetti Canon(12)

Dry Ice Output (4)

Large Flame (6)

LED Cube Layout

UnderDeck Lighting

W 2101  W 2102  W 2103  W 2104  W 2105  W 2106  W 2107  W 2108  W 2109  W 2110

Main Stage Floor
Cube/Underdeck Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 18 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be imompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000689



# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF 50 ✕ DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

Main Stage
Floor LED/Cube 3D View

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |

Sheet - 19 | Drawn by Tyler Shapard

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard

000690

**KEY**

LED Cube Layout
No LED deck size
8' x 52' (including stairs)

Last of LED decks

LED deck size
24' x 52'

UnderDeck Lighting

Main Stage LED Floor

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 18 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000691

# KEY

BARRICADE

BARRICADE

BARRICADE

BARRICADE
DOOR

BARRICADE
DOOR

BARRICADE

BARRICADE

BARRICADE
DOOR

LIFT (8'X8')

LIFT (8'X8')

1802

1803

1801

1804

B-STAGE (24'X14'X5')

DF 50

DF 50

AUDIO FOH
(24'X12')
GROUND LEVEL

LIGHTING FOH
(24'x8'x2')

Cam 1
(8'x4'x5')

LIGHTING
PROCESSING

SERVERS

Cam 2
(8'x4'x5')

CLIMB
TOWER

TOTAL FOH FOOTPRINT
INSIDE BARRICADE
(32' WIDE X 50' DEEP)
(9.5M WIDE X 15M DEEP)

| | |
|---|---|
| JDC1 (90) | |
| Mega Pointe (86) | |
| Magic Panel FX (58) | |
| 2- Lite Mole (34) | |
| BMFL WashBeam (10) | |
| DF50 (2) | |
| BMFL Follow Spot (12) | |
| 4-Lite Mole (41) | |
| Robe Spikie (404) | |
| Robe BMFL Blade (6) | |
| Laser (10) | |
| MDG "The One" (3) | |
| ZR44 (2) | |
| GLP X4s (24) | |
| Robe Pointe (24) | |
| GLP x4 20 Bar (30) | |
| VL 6000 (10) | |
| Cryo Jet (25) | |
| Confetti Canon (12) | |
| Dry Ice Output (4) | |
| Large Flame (6) | |

### B Stage Floor Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 20 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by  Tyler Shapard.

000692

# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)

- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)

- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

Cryo Located Under Deck

## Main Stage SFX Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 21 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by  Tyler Shapard.

000693

BARRICADE

BARRICADE

BARRICADE

LIFT (8'X8')

LIFT (8'X8')

B-STAGE (24'X14'X5')

BARRICADE
DOOR

BARRICADE
DOOR

AUDIO FOH
(24'X12')
GROUND LEVEL

LIGHTING FOH
(24'x8'x2')

BARRICADE

BARRICADE

Cam 1
(8'x4'x5')

LIGHTING
PROCESSING

SERVERS

Cam 2
(8'x4'x5')

CLIMB
TOWER

BARRICADE
DOOR

TOTAL FOH FOOTPRINT
INSIDE BARRICADE
(32' WIDE X 50' DEEP)
(9.5M WIDE X 15M DEEP)

## KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

| B Stage SFX Plot | |
|---|---|
| Version-7 | Drawn - 5/24/18 |
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 22 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical and structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibition is to be first authorized by  Tyler Shapard.

000694



# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

Deck is (0')

## Front View Lighting Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/8"= 1' | Drawn on 24"x 36" |
| Sheet - 23 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by. Tyler Shapard.

000695



# KEY

Side Elevation View Lighting Plot

Version-7 | Drawn - 5/24/18
Scale: 1/8"= 1' | Drawn on 24" x 36"
Sheet - 24 | Drawn by Tyler Shapard

Yellow= Soft good drapes

Shappy Bird

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by  Tyler Shapard.

000696



## KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)

- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)

- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

### 3D View 1

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 25 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by  Tyler Shapard.

000697



# KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon (12)
- Dry Ice Output (4)
- Large Flame (6)

3D View 2

Version-7 | Drawn - 5/24/18
Scale: 1/4"= 1' | Drawn on 24" x 36"

Sheet - 26 | Drawn by Tyler Shapard

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate solely to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not assume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000698

## KEY

- JDC1 (90)
- Mega Pointe (86)
- Magic Panel FX (58)
- 2- Lite Mole (34)
- BMFL WashBeam (10)
- DF50 (2)
- BMFL Follow Spot (12)
- 4-Lite Mole (41)
- Robe Spikie (404)
- Robe BMFL Blade (6)
- Laser (10)
- MDG "The One" (3)
- ZR44 (2)
- GLP X4s (24)
- Robe Pointe (24)
- GLP x4 20 Bar (30)
- VL 6000 (10)
- Cryo Jet (25)
- Confetti Canon(12)
- Dry Ice Output (4)
- Large Flame (6)

| 3D View 3 | |
|---|---|
| Version-7 | Drawn - 5/24/18 |
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 27 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000699



# KEY

BARGE 12'X22' (3.5MX6.5M)

THE BRIDGE MUST BE CENTER OF ROOM

## Truss Plot W/Bridgstone Arena Grid

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 3/32"= 1' | Drawn on 24" x 36" |
| Sheet - 4 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by  Tyler Shapard.

000700



# KEY

MUST BE MIN OF 8' / 2.5M
TO THE BACK WALL

-----------DISTANCE BETWEEN BARRICADES---------------

66'/20M

DISTANCE OF BARRICADE BOX
SUBJECT TO CHANGE BY NIGHT

**Floor Plot W/Bridgstone Arena Grid**

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 3/32"= 1' | Drawn on 24" x 36" |
| Sheet - 4 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhbition is to be first authorized by  Tyler Shapard.

000701

# KEY

| | |
|---|---|
| | JDC1 (90) |
| | Mega Pointe (86) |
| | Magic Panel FX (58) |
| | 2- Lite Mole (34) |
| | BMFL WashBeam (10) |
| DF 50 | DF50 (2) |
| | BMFL Follow Spot (12) |
| | 4-Lite Mole (41) |
| | Robe Spikie (404) |
| | Robe BMFL Blade (6) |
| | Laser (10) |
| | MDG "The One" (3) |
| RR | ZR44 (2) |
| | GLP X4s (24) |
| | Robe Pointe (24) |
| | GLP x4 20 Bar (30) |
| W | VL 6000 (10) |
| | Cryo Jet (25) |
| | Confetti Canon(12) |
| | Dry Ice Output (4) |
| | Large Flame (6) |

GREY/BLUE
(CABLE BRIDGE)

ROBO CAMERA

ROBO CAMERA

GOLD/RED
(RUNNER)

GOLD/BLUE
(RUNNER)

ROBO CAMERA

SILVER (BARGE)

ROBO CAMERA

POV CAMERA

POV CAMERA

ROBO CAMERA

MANNED CAMERA

MANNED CAMERA

***NOT SHOWN***
TWO FOH
MANNED CAMERAS

## House/B-Stage Camera Plot

| Version-7 | Drawn - 5/24/18 |
|---|---|
| Scale: 1/4"= 1' | Drawn on 24" x 36" |
| Sheet - 8 | Drawn by Tyler Shapard |

**Shappy Bird**

The designer is responsible for the visual aspects of the production only, and all specifications provided relate soley to the appearance of the production and not to matters of electrical or structural soundness and/or safety. The implementation of this design must comply with the most stringent applicable federal and local safety and fire certs. The designer is not qualified to determine electrical or structural appropriations of the design and will not ssume responsibility for damages resulting through improper engineering and/or implementaion in the handling of the elements of the production design. The designer agrees to make prompt correcting alterations to any specification found to be impompatible with proper safety precautions.
This drawing and all accompanying specifications are property of the designers. Any reproduction or public exhibtion is to be first authorized by  Tyler Shapard.

000702



# KEY

Main Stage Floor Camera Plot

Version-7 | Drawn - 5/24/18

Scale: 1/4"= 1' | Drawn on 24" x 36"

Sheet - 17 | Drawn by Tyler Shapard

**Shappy Bird**

POV CAMERA

MANNED CAMERA

LED Strip Decks=Squares

000703



000704



000705



000706





000708



000709



000710



000711



000712



000713



000714



000715



000716



000717



000718



000719

000720



www.lightingandsoundamerica.com

January 2019

# Lighting&Sound America

$10.00

**plasa**media

## Twenty One Pilots

**New Design Ideas on *The Bandito Tour***

**ALSO:**

Josh Groban's *Bridges Tour*

*La Traviata* and *Marnie* at Metropolitan Opera

DTS Synergy 5 Profile

Mixing Audio with Toby Francis

featured LSA NAMM exhibitors on page 10

Copyright Lighting&Sound America January 2019 http://www.lightingandsoundamerica.com/LSA.html



**CONCERTS**

Copyright Lighting&Sound America January 2019 http://www.lightingandsoundamerica.com/LSA.html

# DESTINATION UNKNOWN

Twenty One Pilots' design team delivers on the promise to create something totally original

By: Sharon Stancavage

000722



"We presented 107 pages of creative elements in the second meeting," Slezinger notes, adding that virtually all of them were employed.

Photos: Todd Moffses

Twenty One Pilots' *he Bandito our* is codesigned by Daniel Slezinger and Tyler Shapard; both handle the production design, lighting design, and programming. Shapard, who also serves as lighting director, says, "Daniel and I wanted to find things that had never been done before. The motto we took on was: 'If it's easy, everyone would do it'."

Nashville based Concert Investor produces the tour's live elements, helps with TV moments, manages the pro duction budget, production design, programming, vendor selection, and coordination, and deals with hiring touring personnel; all other firms involved are subcontractors. "Concert Investor bent over backwards for this tour, time and time again," Shapard says. "They did everything you could ask of a production company and more." Justin Roddick, production broker and co owner of Concert Investor with Slezinger and Michael Gibson, says, "We have been extremely fortunate to be a part of the Twenty One Pilots team since 2013. Key partnerships with our close knit group of vendors allow us to really maximize the art without sacrifice. Tony Macre, Brent Dannen [both of

VER], Molly Gray [video content provider Tantrum], and Ted Maccabee [Strictly FX] have been instrumental part ners who haven't missed a beat over the years."

Initially, Tyler Joseph [the band's front man] worked with Brandon Rike, at TNSN DVSN, which offers creative direc tion, and Mark Eshleman, at Reel Bear Media, to develop the general tone of *he Bandito our*. Slezinger explains, "After the first meeting, the production puzzle pieces were created by the creative team, taking into consideration the vibe painted by the TNSN DVSN and Real Bear Media col laboration. We presented 107 pages of creative elements in the second meeting. The idea was that all the produc tion ideas could stand on their own but could fit together if desired, so that the artist and management could decide which elements made it into the show. Pretty much all of the ideas became part of the tour in some fashion."

One issue the design team faced was the production's song list, which took in more than the numbers featured on the 2018 album *rench*. Slezinger says, "We didn't want to go so scenic around *rench* because we wanted to keep [the 2015 album] *Blurryface* songs' developed brand

000723



The tour draws on the albums *rench* and *Blurryface*. "We relied heavily on video content to move back and forth between the environments," Slezinger says.

ing intact and have the ability to transition freely with our color schemes. We relied heavily on video content to move back and forth between the environments. There are some subliminal production elements; for example, the bridge [a key scenic element] illustrates the struggle between two places, which is part of the *rench* theme. It can represent anything in your life…maybe a relationship, a decision you have to make, or a life struggle."

The onstage bridge has a Plexiglas walking surface as well as netting; the latter is a safety feature masquerading as a scenic detail. Shapard notes, "We had two problems. For one, the lower the bridge hung, the more obstruction there would be for the audience; next, we had to have a safety element, which could prevent it from hanging correctly. VER rigging took generic GT truss, put Plexi on top of it, and, using the holes that you'd typically use to stack them, built custom arms for the netting that is rounded so we can put our bridge 6" to 1' from the mother grid. The whole concept of the bridge was for it not to look like a walking surface until it comes down. Up in the air, it looks like a lighting truss." Sixteen Robe Pointes and 16 GLP

JDC1 strobes are hung off the bridge.

The bridge leads to a B stage. "We found out that our B stage was going to be a low key moment within the show," Shapard says, "so it had to stand on its own when the guys sit there and play. Daniel came up with the idea of putting the scrim around it and shooting it with projection." However, he adds, "How do you shoot the upstage side? There is nowhere to hang projectors. I came up with the idea of putting them on automation points." Thus, eight Barco UDX 4K32 laser projectors deliver images to a Rose Brand sharkstooth scrim. Shapard adds, "The biggest concern was shooting on the scrim, which is black. We were pumping light from inside it and we wondered if the projectors would be bright enough." During rehearsals at Rock Lititz, in Lititz, Pennsylvania, this scheme was found to work well. The projectors are sub contracted through VER's Nashville office and the B stage was subcontracted through TAIT, also based in Lititz.

Also at the B stage are 14 Kinetik LED battens provided by Nashville based Glow Motion, a wireless LED company owned by Roddick and Slezinger. "They move up and

000724

down independently inside of the projection Austrian to create three dimensional shapes that mirror the content," Slezinger says.

The main stage—which includes an 8' thrust—also fea tures three Winvision Air 9 LED screens, from VER, placed upstage. "I love their size and portrait style; they really work for us," Shapard says. Control is handled by three disguise [formerly D3] media servers: two 4x4 pros and a 4x2 pro, acting as a pure master. The IMAG package is subcontracted through Nashville's High End TV; as men tioned earlier, content is provided by Tantrum, located in Cincinnati.

In addition to the upstage LED walls, Slezinger says, "We wanted something upstage that would fill in the cam era shot, so whenever the cameras are tight on them there's something cool in the background. We wanted to create depth and have layers, so I drew in an LED grid of three dimensional cubes."

This led to Symmetry Labs, based in San Francisco. "They already had a cube product," Slezinger says, "but we wanted to build something custom. We reached out to them because they had already created volumetric soft ware, so we could create 3D content and push it through a three dimensional surface. It's not just a flat LED wall; you have three dimensional control over the content in X, Y, and Z planes. We used their volumetric based software and worked with their programmer; they even sat with Shap [Shapard] and me during some pre viz sessions." One hundred sixty eight LED cubes span the width of the main stage; they are assembled and transported using carts. "They're on their own separate network," Shapard says, "so there is no control over them other than the operator on the side stage. We're just sending them time code."

## Lighting

Slezinger says, "One our kinetic goals was to hang an automated truss pod directly over another automated truss pod taking up the same vertical footprint, but which could be controlled independently. This is where four automated squares above the downstage area came about. They were positioned in a way that they could be lowered around and under the stage lifts directly below. This, for example, allows us to put Josh [Dun, on drums] 'inside' of the automation at the end of the song 'Lane Boy'."

The pods, made of 12" box truss, posed a bit of a rig ging challenge. "I can take the bottom pod, bring it down, and oscillate it, then take the top pod and do whatever I want," Shapard says. "There was a lot of R&D on that, try ing to figure out the parameters of tilt that we could use for the pods, considering how the chains and cabling lay inside of them; it's another moment of the show that no one else has done before."

A Kinesys system is used to control the lighting rig and



At the B stage, eight Barco UDX 4K32 projectors deliver images to a sharkstooth scrim.

pods; the latter are filled with Robe Spikies. "We were look ing for a very small fixture that could stand on its own for the automated pods," Shapard says. "The Spikie has a prism; it rotates, zooms, and has gobos; and, for us, it was a no brainer. We were both nervous about putting it on the show, because to me it's not quite bright enough—but when you have 256 of them, you're good, because you have so many beams." The pods are assembled using pre rigged carts.

Also featured in the rib are 80 Robe MegaPointes. "In terms of picking the fixtures, Daniel lets me drive that train, and I was very adamant about the MegaPointes," Shapard says. "There is no other light in the world like the MegaPointe," Slezinger adds.

"Twenty One Pilots has never toured without Robe fix tures," Slezinger continues. "The workhorse on the *Blurryface* and *Emotional Roadshow* ours was the Robe Pointe. Its only shortfall was that it did not have color mix ing. Not only did Robe add this into the new fixture, it is extremely bright even when layering in multiple items like

www.lightingandsoundamerica.com • January 2019 • 7

Rendering: Daniel Slezinger and Tyler Shapard

000725

**ON ERTS**



gobos and prisms. We were able to pull some looks out of these fixtures that we've never seen before. Even though most of our main stage [lighting] rig is over the stage, the beams reach really pulls the audience in the back of the room into the show. It almost becomes an optical illusion that you are closer to the stage than you really are."

"We saw the [Robe BMFL] WashBeam, which we saw before in a shoot out, and were taken aback by how bright it was," Shapard says. "We ended up adding them into the show because of that." Twenty WashBeams are located on the downstage angled trusses. The lighting rig, provided through VER, includes Robe Pointes, GLP impression X4S units, Ayrton MagicPanel FX units, and GLP impression X Bar 20s.

For spotlights, the initial plan was to use PRG's GroundControl remote followspot system; however, a visit to Robe caused a change. "The Robe [RoboSpot] fol lowspot system is something we fell in love with," Slezinger says. It's being used with eight Robe BMFL FollowSpots; two supplemental house spots are also employed.

Control is provided by a slew of MA Lighting consoles, including three grandMA2s. "We have our Notch [workflow for media production content] and media server program ming, which are done in real time, off of a grandMA2 light," Shapard says. "The Glow Motion Kinetiks are driven from a grandMA2 light, and the pyro is time coded off a dot."

Speaking of the show's palette, Shapard says, "Color means a lot to our brand; red means *Blurryface*, while yel low equals *rench*. More specifically, red and white is bad and yellow and green is good. In the very first song ["Jumpsuit"], our color palette goes back and forth from red and white to green and yellow, because there is a bat tle going on between the antagonists and the banditos, our heroes. The second song ["Levitate"] is yellow and red, to show that the battle has become a constant strug gle. 'Stressed Out' is a *Blurryface* song, so that is red and white. 'Bandito' is yellow and green." Certain songs don't fit the paradigm: "'Car Radio' will always be blue, which doesn't mean anything to our branding; 'Trees' will always be green. In this story, 'Trees' is green and yellow, because that is the last song and the resolve."

Slezinger and Shapard started work on the production 14 months before the tour started and did pre viz at VER in Nashville. "It's the coolest part of the creative process," Slezinger says, "because we got to sit in a room for 60 days and take our time to program, sometimes up to 1,000 lighting cues per song."

Key to the preproduction process were David Perkins, of Orlando based Imaginary Lights, who built a 3D envi ronment in LightConverse, and Thomas Krautscheid, who built a "markers to cues" app for the pair. "Basically," Slezinger says, "I tracked every song, and created cue

lists, go cues, flash buttons, etc., all in [the audio produc tion application] Reaper while looking at the waveforms of every single snare, kick, cymbal, tom, piano hit, vocal, weird sound, and so on. Then, using the app Thomas made, I pushed the information over the network, into the console, and it dropped in everything I've created—the sequences, executors, time code pools, time code data for every cue, and even complex selection order groupings into the group pool. By the time we got in front of the con sole, we didn't have to think about the logistics of time anymore and everything was already labeled. After the upload, it was all about the creative. When we played songs back, time code was already synched up perfectly

000726



"Color means a lot to our brand," Shapard says. "Red means *Blurryface* while yellow means *rench*." A handful of numbers exist out side this dichotomy.

with the track before any cue data was created in the con sole. Even video was laid into the Reaper timeline and pushed into the previz machine, so we could see every thing playing together at once. Then, using a custom fix ture in the console, we could control my computer over the network from the desk and jump around a song, between the verse and chorus, without touching the com puter."

Shapard and Slezinger had time during programming to explore all the facets of the MegaPointe. "We do some thing with it that I've never seen before. Basically, we make a beam inside a beam," Shapard says. The effect makes an appearance during the songs "Morph" and "Lane Boy."

### Effects
One of the production's most stunning moments comes near the beginning, when a 1991 Cadillac DeVille is revealed, engulfed in flames. "The car was a complete accident," Shapard admits.

000727



ON  ERTS

In addition to its striking visuals, the show relies on an extensive Meyer Sound PA to reach audiences.

The concept came through the design team's friend and mentor, Bruce Rodgers, of Tribe Design. "Bruce sent me a page of visual references of cool things, one of which was a car being blown up," Slezinger says. The pair included it in their original 107 page design brief. Much to their surprise, "Tyler said, 'You're telling me we can blow up a car onstage?' I said it was more of a visual reference, but sure, why not?

"We found some cars that matched the band's music video 'Heavy Dirty Soul'," Slezinger continues, "and we had a local company in Nashville, called Driven, strip out the engine and the floor. We reinforced it, cut it in half, and put it on casters to move it around. Then we had [the Nashville office of] Strictly FX go in there; by the time they were done, it looked like the inside of the space shuttle."

The ominous, apocalyptic Cadillac is an engineering marvel. "We wanted to focus on it looking and acting organic to execute any possible variant that the design team and artist required," notes Strictly FX partner Ted Maccabee. All of the physical control mechanisms, as well as the tubing and the welding, were done by hand. The control software, which is managed via a PLC touch screen, was created in house at Strictly FX by Reid Nofsinger. "Everything was built from scratch to our spec,

000728

and had to fit inside the vehicle," Maccabee adds.

Fabricating and touring a custom—and safe—flame based effect isn't the easiest task. "It was a challenge making a magic effect out of it," Maccabee notes. "We had to resolve the control issues, the interior is tight, and we have to control a total of 13 different quadrants within the vehicle." The project was a perfect fit for the firm, however. "Our goal is to give the customer something they can't get anywhere else. There is pressure on all designers to come up with something unique; we want to be someone they can partner with to create an effect or a gag that is safe and amazing."

A dozen of Strictly FX's proprietary 15W Coral Series RGB lasers also make several appearances. Maccabee notes: "The lasers were programmed by Grant Sellers on Pangolin Beyond software; Jackson Frazier is handling them on the road." They appear during "Fairly Local," "Stressed Out," "Heathens," "Lane Boy," "Pet Cheetah," "My Blood," "Car Radio," and the finale, "Trees."

The effects package also includes Le Maitre MKII low smoke generators, working with the company's G300 smoke machines; four MagicFX Swirl fans; and 12 Magic FX DMX CO2 units that blast out custom cut confetti. Pyro, in the form of concussion blasts, appears in "Jumpsuit" and "My Pet Cheetah." The downstage is also lined by cryojets that are owned by the band.

## Audio

For sound reinforcement, the band's longtime front of house audio engineer, Shane Bardiau, is using a Meyer Sound LEO/LYON PA, provided through VER Tour Sound. "It's good for so many reasons," he says, "but, most of all, it's one of the few boxes I've mixed this artist on where I can push it to what I would consider a high SPL and it still doesn't hurt. The main factor for carrying Meyer is the 1100 LFC; I've never heard a sub so controlled in an arena environment. I've got a lot of digital sub frequencies that my mix depends on and the 1100s are not only audible, but they are clean. It's also easy to keep my mix from getting muddy, which is a hard thing to do in a boomy arena."

Bardiau's rig consists of 138 cabinets. "The main hang is 14 Leos over four Lyon Ws a side and the side hang is eight Leos over eight Lyon Ms a side; the 220 hang is 16 Lyon Ws per side. There are six 1100 LFCs flown a side, and fourteen 1100 LFCs on the ground, which are in seven stacks of two in an arc across the front of the stage." Finally, there are eight MINAs and two UPMs for front fills, with two UPJ 1Ps as utility fills. The system drive and optimization are supplied by nine Meyer Galileo GALAXY and two Meyer Galaxy AES processors.

Bardiau runs the show on a DiGiCo SD5; he's been using it for about a year and a half. "It is amazing, and the open architecture is a game changer," he notes. "The fact that I can put whatever channel strip/fader wherever I want is nice."

He's also a fan of the SD5's macros: "I've got a macro for everything! One button to switch between live input or virtual playback, one button to switch from my Waves world to bypassing my inserts and using only the console features in order to compare the differences, and one button to switch between the various vocal mics that we use on stage. I've got alternate inputs setup in case my main inputs die and there's just one button for that—one button to save my snapshot and show file. DiGiCo really has thought of it all."

In terms of plug ins, Bardiau says, "They're the cherry on top." He's using Waves SoundGrid Extreme Server, two DiGiGrid MGBs, and a network switch. "I switched this up from the last tour, freeing up some CPU on the console. It runs much faster and smoother than having my plug ins in the desk. With the new way of integrating waves on DiGiCo, it still follows my snapshots and pulls up the plug ins when I solo things."

Bardiau makes ample use of plug ins: "They're on my master bus, parallel drum bus, vocal bus, almost all my drum inputs, piano, bass guitar, ukulele, and playback, which is just about everything. I've got a few that I just can't go without: MaxxVolume [volume leveler] on my vocals has been a game changer. I really like the API 2500 compressor on my piano, SSL G Master Buss Compressor on my busses, and, of course, the one plug in that makes it all fit together is the C6 [multiband compressor]. I actually use all Waves plug ins, as well as their multi tracking software called Tracks Live."

Bardiau adds, "The vocal is very important to me; my artist has a very clear message he's trying to portray to the audience and it's very important for it to be understood. I've got my vocals going through the console channel strip using EQ and compressors; then it goes to Waves for C6 and then MaxxVolume, as well as my vocal effects. For the vocal effects, I'm using the Waves H Series plug ins." He also has a vocal trick or two up his sleeve: "I'm side chaining his vocal bus to the master bus C6 on the 1K band so that when he sings, I squash it a little for his vocal to pop out of the mix. It works pretty well."

For those considering a move to the SD5, Bardiau says, "It may look daunting and complicated at first sight, but it's really intuitive once you start pushing buttons. When I made the switch to DiGiCo I didn't do any previous research; I wanted to learn it on my own. I walked into the shop and had it dialed in on my first day of prep."

The microphone package on stage can be described in one word: Shure. Bardiau has a Shure 91A and Beta 52 on the kick, and a combination of a Beta 57 and a SM57 on all the snares. On the toms there are [Beta] 98AMPs and "137s for the hat and ride and KSM32s for overheads," he remarks. For vocals, he's using a Shure KSM9HS. "I chose this mic from day one and it really works for my artist's voice. It's so crisp and you can really understand every

000729



ON ERTS

nuance and subtlety in every word." He manages the bass, ukulele, piano and synth all via DIs.

On the B stage is an electronic drum kit and a piano. "For the kit," Bardiau, says, "we took the samples from the record and imported them into the Roland Drum Brain; I'm taking those straight out of the Brain into my console to mix via a [DiGiCo] SD Mini Rack at the front of house. The piano is a keyboard with a stereo DI. Simple and easy."

000730



Strictly FX provided the stunning confetti effects, made by MagicFX.

Bardiau concludes, "We've really taken this tour to the next level; we've added 10 more trucks making it a 19 truck tour, and we've added a ton of crew, which now puts us at 65 plus touring crew members. There are lots of things moving, lots of fire, confetti and cryo. It's quite the show!" Twenty One Pilot's *Bandito  our* continues through June.

000731



# Artist Tour History Report

Copyright © 2007-2021 Pollstar, Inc. All rights reserved.

## Cover Page for Twenty One Pilots
Headline shows reported from Tuesday October 16, 2018 through Friday June 28, 2019

### Contact Information

| | |
|---|---|
| Agency | Creative Artists Agency (424) 288 2000 |
| Agency | Creative Artists Agency (615) 383 8787 |
| Agency | Creative Artists Agency UK +44 20 8846-3000 |
| Management | Element 1 Management (714) 849 6290 |
| Record Company | Warner Music Artist Services (212) 275 1300 |
| Record Company | Fueled By Ramen (212) 707 2145 |

### Box Office Summary

| | |
|---|---|
| **Total Reports:** | 74 |
| **Total Shows with BoxOffice:** | 74 |
| **Total Shows no BoxOffice:** | 25 |
| **Total Tickets:** | 917,399 |
| **Total Gross:** | █████████ |
| **Percentage Sold:** | 99% |
| **Average Tickets Sold:** | 12,397 |
| **Average Gross:** | ████████ |
| **Total Summary Reports:** | 76 |
| **Total Support Reports:** | 2 |

000752

000756



**COLORADO MUSIC**

# Twenty One Pilots announce Pepsi Center concert

Twenty One Pilots' 'The Bandito Tour' will make a Pepsi Center stop on November 19, 2018.





Author: Alexander Kirk
Published: 7/11/2018 9:12:05 AM
Updated: 10:00 AM MDT July 11, 2018

Armed with two brand-new tracks, Twenty One Pilots have announced a massive headlining world tour set to begin October 16.

The "Stressed Out" duo will stop at Pepsi Center in Denver on November 19.

Registration for the first tickets to "The Bandito Tour" is open now on Ticketmaster's Verified Fan site and will be open through Sunday, July 15.

000760

All remaining tickets will be released to the general public at 10:00 a.m. on Friday, July 2

Twenty One Pilots have shared two new tracks – "Jumpsuit" & "Nico And The Niners" – are available today at DSPs and streaming services.

The band's new album *TRENCH* will arrive on October 5.





**You May Like**

Sponsored Links by Taboola

**Amazon Has Millions of Prime Subscribers — But Few Know About This Savings Trick**
Capital One Shopping

**This Patented Pillow Is Proven To Eliminate [Shoulder Pain]**
MedCline

**New Cadillac's Finally On Sale**
All Things Auto | Search Ads

**Don't play this game if you are under 40 years old**
Raid Shadow Legends

Play Now

**Neuropathy (Nerve Pain)? Do This Immediately (Watch)**
Nerve Control

000761

Twenty One Pilots announce Pepsi Center concert | 9news.com    https://www.9news.com/article/entertainment/music/colorado-musi...

LOADING NEXT ARTICLE...

000762



Concert Investor, Llc
1600 Division St, Suite 225
Nashville, TN  37203

Dear Justin and Daniel,

Enclosed are your 2019 partnership tax returns, as follows...

2019 U.S. Return of Partnership Income

2019 Tennessee Franchise and Excise Return of Partnership Income

We prepared the returns from information you furnished us without verification.  Upon examination of the returns by taxing authorities, requests may be made for underlying data.  We therefore recommend that you preserve all records which you may be called upon to produce in connection with such an examination.

We sincerely appreciate this opportunity to serve you.  If you have any questions regarding the returns, please do not hesitate to call.

Your copy should be retained for your files.

Very truly yours,


Michael Vaden

000773

# 2019 TAX RETURN FILING INSTRUCTIONS
## U.S. RETURN OF PARTNERSHIP INCOME

### FOR THE YEAR ENDING
December 31, 2019

**Prepared For:**

Concert Investor, Llc
1600 Division St, Suite 225
Nashville, TN  37203

**Prepared By:**

Elliott Davis, LLC/PLLC
1600 Division Street, Suite 225
Nashville, TN 37203

**To Be Signed and Dated By:**

A member of the LLC

**Amount of Tax:**

Not applicable

**Mail Tax Return To:**

This return has qualified for electronic filing.  After you have reviewed your return for completeness and accuracy, please sign, date and return Form 8879-PE to our office. We will then submit your electronic return to the IRS.

**Forms to be Distributed to Partners:**

Enclosed are copies of Schedule K-1 to be distributed to the members.

**Return Must be Mailed On or Before:**

Return federal Form 8879-PE to us by March 16, 2020.

**Special Instructions:**

Do not mail the paper copy of the return to the IRS.

You should provide a paper copy of these Schedules K-1 to each of the members immediately. If you choose to distribute these schedules electronically, you must distribute them in accordance with the specific requirements contained in IRS Revenue Procedure 2012-17. Please contact us if you need assistance regarding these requirements.

000774



## STATEMENT OF NEED AND ASSURANCE FROM CONCERT INVESTOR, LLC

*April 26, 2021*

The following statement detailing the strategic financial needs of Concert Investor is submitted for consideration of the Shuttered Venue Operators Grant offered by the SBA. This statement considers the operational needs of Concert Investor in conjunction with three goals set by the company to achieve during the course of the next two fiscal years in order to recover from the negative effects of the Covid-19 pandemic on the live music community.

### Meet the production needs of live performing artists post Covid-19 shutdown

Concert Investor builds custom touring concert productions for multiple artists each year from its headquarters in Nashville, Tennessee. As a tour producer, Concert Investor designs and produces each show's unique characteristics by hiring a network of creative services vendors as required for each tour. There is a substantial amount of upfront capital needed to produce a tour including hiring design and programming personnel, set fabrication, renting rehersal space and transportation of equipment. These costs are advanced by the company and amortized to the Artist over the course of a tour as ticket revenue is recieved. In a post Covid-19 economy, Artists will rely on Concert Investor more than ever to rebuild their touring productions and support staff.

### Provide much needed jobs for our strategic vendors and creative partners

There is a lot of work to do between today and the first days that live performing arts venues start hosting shows again for live audiences. A lot of that preparation work is performed by independent contractors including sound and lighting engineers, video operators, stage and set fabricators, video content creators and special FX technitions. It is imperative that Concert Investor begins hiring those strategic partners as soon as possible with proceeds from the Shuttered Venue Operators Grant. A proactive effort will be made to get deposit payments out to our team of independent contactors and vendors so they are ready to handle the built up demand when our industry reopens. Many of our partners have suffered tremendously during the past year and will need time to rehire and train essential employees.

### Produce compelling and emotional theatrical productions for years to come

Concert Investor has been designing and producing concerts and tours since its inception in 2012. The company has produced several concert tours for Twenty One Pilots, Judah & The Lion, Little Big Town, iPrevail, OAR, The Band Camino and many more over the past several years. The negative economic impact due to the current Covid-19 pandemic continues to wreak havok in the live events industry and is causing irreparable damage to Concert Investor. The company suffered a 96% decline in gross revenue in 2020 compared to 2019. Being awarded a Shuttered Venue Operator Grant is imperative to the long term success and survial of the company and without it our company will fail. The funds will ensure that Concert Investor is able to maintain current financial obligations as well as continue to produce compelling and emotional shows when it is safe to do so for many years to come. Concert Investor was fully operational on February 29, 2020 and any awarded funds will only be used for the allowable purposes established by law. It is estimated that Concert Investor will resume producing outdoor shows beginning in July 2021 and indoor theater and club shows by October 2021.

Justin Roddick will serve as the point of contact for the SBA. If you have any questions please contact him at ███ ███ or ██████████



pril 26, 2021

## *Concert Investor, LLC*

### STATEMENTS OF REVENUE AND EXPENSES
### MODIFIED CASH BASIS

#### Q1 2019

**Revenue**

Income - TOP
Income - NF
Income - Judah and the Lion
Income - Little Big Town
Income - The Band Camino
Income - Anna Moon

**Total Revenue**

**Business Expenses**

Advertising
Bank Fees
Charitable Donations
Contract Labor
Contract Labor - TOP
Contract Labor - NF
Contract Labor - KORN
Contract Labor - LBT
Dues & Subscriptions
Fuel - TOP
Guaranteed Payments - Daniel
Guaranteed Payments - Justin
Guaranteed Payments - Michael
Insurance - Business
Meals
Meals - TOP
Office Expense
Per Diem - TOP
Postage and Freight
Postage and Freight - TOP
Production - TOP
Production - NF
Production - JATL
Rent - Equipment - TOP
Rent - EquipmentI - NF
Rent - Equipment - JATL
Rent - Equipment - LBT
Rent - Facility - TOP
Repair & Maintenance - TOP
Supplies
Supplies - TOP
Travel - Airfare
Travel - Airfare - TOP
Travel - Lodging
Travel - Lodging - TOP
Travel - Other
Travel - Other - TOP
Trucking & Cargo - TOP
Taxes

**Total Business Expenses**

**Revenue Over (Under) Expenses**

3/31/2021 at 10:10 AM                    See Accountant's Compilation Report

000908

# Concert Investor, LLC

## STATEMENTS OF REVENUE AND EXPENSES
## MODIFIED CASH BASIS

### Q2 2019

**Revenue**

Income
Income - TOP
Income - NF
Income - iPrevail
Income - Judah and the Lion
Income - OAR
Income - ATL

**Total Revenue**

**Business Expenses**

Accounting Fees
Advertising
Bank Fees
Contract Labor
Contract Labor - TOP
Contract Labor - JATL
Contract Labor - Hayley Kiyoko
Dues & Subscriptions
Fuel
Fuel - TOP
Guaranteed Payments - Daniel
Guaranteed Payments - Justin
Guaranteed Payments - Michael
Insurance - Business
Insurance - Boat
Meals
Meals - TOP
Postage and Freight
Postage and Freight - OAR
Production - TOP
Production - iPrevail
Production - JATL
Promotion
Professional Fees
Rent - Equipment - TOP
Rent - Equipmentl - NF
Rent - Equipmentl - iPrevail
Rent - Equipment - JATL
Rent - Equipment - OAR
Rent - Equipment - ATL
Supplies
Travel - Airfare
Travel - Airfare - TOP
Travel - Lodging
Travel - Lodging - TOP
Travel - Other
Trucking & Cargo - TOP
Trucking & Cargo - iPrevail
Taxes

**Total Business Expenses**

**Revenue Over (Under) Expenses**



3/31/2021 at 10:10 AM

See Accountant's Compilation Report

000909

# Concert Investor, LLC

### STATEMENTS OF REVENUE AND EXPENSES
### MODIFIED CASH BASIS
### Q3 2019

**Revenue**

Income
Income - TOP
Income - NF
Income - iPrevail
Income - Judah and the Lion
Income - OAR
Income - The Band Camino

**Total Revenue**

**Business Expenses**

Accounting Fees
Bank Fees
Contract Labor - TOP
Contract Labor - JATL
Contract Labor - TBC
Dues & Subscriptions
Fuel
Guaranteed Payments - Daniel
Guaranteed Payments - Justin
Guaranteed Payments - Michael
Insurance - Business
Interest - Boat
Meals
Office Expense
Production
Production - TOP
Production - NF
Production - iPrevail
Production - JATL
Promotion
Professional Fees
Rent - Equipment - TOP
Rent - Equipmentl - iPrevail
Rent - Equipment - JATL
Rent - Equipment - OAR
Repair & Maintenance
Supplies
Supplies - JATL
Travel - Lodging
Travel - Other
Trucking & Cargo
Trucking & Cargo - iPrevail

**Total Business Expenses**

**Revenue Over (Under) Expenses**

3/31/2021 at 10:10 AM                    See Accountant's Compilation Report

000910

## Concert Investor, LLC

**STATEMENTS OF REVENUE AND EXPENSES**
**MODIFIED CASH BASIS**
**Q4 2019**

**Revenue**

Income
Income - TOP
Income - iPrevail
Income - Judah and the Lion
Income - OAR
Income - The Band Camino
Income - STS9
Income - Kloud

**Total Revenue**

**Business Expenses**

Accounting Fees
Bank Fees
Contract Labor - TOP
Contract Labor - TBC
Contract Labor - KLOUD
Depreciation - Sec 179
Dues & Subscriptions
Fuel
Guaranteed Payments - Daniel
Guaranteed Payments - Justin
Guaranteed Payments - Michael
Insurance - Business
Interest - Boat
Meals
Office Expense
Postage and Freight
Postage and Freight - TOP
Production - TOP
Production - JATL
Production - KLOUD
Promotion
Rent - Equipment - TOP
Rent - Equipmentl - iPrevail
Supplies
Travel - Airfare
Travel - Lodging
Travel - Other
Trucking & Cargo - iPrevail
Trucking & Cargo - JATL
Taxes
Sales Tax Paid - KLOUD

**Total Business Expenses**

**Revenue Over (Under) Expenses**

3/31/2021 at 10:10 AM                    See Accountant's Compilation Report

000911

# *Concert Investor, LLC*

## STATEMENTS OF REVENUE AND EXPENSES
## MODIFIED CASH BASIS

**Q1 2020**

**Revenue**

Income
Income - Judah and the Lion
Reimbursed Expense

**Total Revenue**

**Business Expenses**

Accounting Fees
Contract Labor
Contract Labor - TOP
Face Masks
Fuel
Guaranteed Payments - Daniel
Guaranteed Payments - Justin
Interest - Boat
Meals
Production - JATL
Promotion
Rent - Equipment - JATL
Rent - Facility - TBC
Trucking & Cargo - TOP
Taxes

**Total Business Expenses**

**Revenue Over (Under) Expenses**

3/31/2021 at 10:10 AM                    See Accountant's Compilation Report

000912

SBA 14- Floor Plan BarclaysCenter_TwentyOnePilots 6-4-2019.gif          https://drive.google.com/drive/u/1/folders/1am5BY20GAmuf06q.





000925



000926



| Invoice: | 24025 - 1 |
|---|---|
| Invoice Date | 05/02/2019 |

**Sold To:**
Concert Investor, LLC
1209 Ashwood Ave
Nashville TN 37212

**Ship To:**
Twenty One Pilots
United States of America

**Attn:**

**Project:** 18A0112 | Twenty One Pilots 2018
*SchA V4-07/11/18 & Extras*
PM: ▮

*Staging Elements*
1. *Mainstage & Light Shelf*
2. *Unit Decks*
3. *Ego Wings*
4. *USC Car Lift*
5. *SR & SL Band Lifts*
6. *B-Stage w/ Elevators*
7. *Navigator Control*

*Extras*
1. *Desking Adds*

*This Invoice Covers Weeks 17-19*
*SchA Weekly Rental Rate* ▮
*Extras Weekly Rental Rate* ▮
Total Weekly Rental Rate ▮

*Week 17 (4/29/2019-5/5/2019)*
*Week 18 (5/6/2019-5/12/2019)*
*Week 19 (5/13/2019-5/19/2019)*



**Please Remit To:**
Tait Rentals, LLC
401 W Lincoln Ave
t, PA 17543
cphone: (717) 626-9571
Fax: (717) 626-0400
e-Mail: ▮

| | Total: | ▮ |
|---|---|---|

**Payment Schedule**

| | Due Date | Amount |
|---|---|---|
| 1 | 5/17/2019 | ▮ |
| | **Total** | |

000927



**VER**

757 W California Ave.
Glendale, CA 91203
United States
**Voice:** 1(800) 794-1407    **Fax:** 1(818) 241-4519

## INVOICE

| Invoice No. | Invoice Date |
|---|---|
| 1993814 | 3/12/2019 |
| **Client Code** | **Currency** |
| CONCERTI | U.S Dollar |

Duration Type:

**Bill To:**  Concert Investor, LLC
PO Box 340020
Nashville, TN 37203

**Ship To:**  Will Call - Las Vegas
4155 West Russell Road
Suite F-H
Las Vegas, NV 89118
United States

**Phone:**

*week #27*

**Contact:**  Daniel Slezinger

| Order Number | Rental Agent | Purchase Order |
|---|---|---|
| A1780417 | | |
| **Terms** | **Rental Dates** | **Show Details** |
| Net30 | 9/3/2018  -  6/30/2019 | TWENTY ONE PILOTS TOUR Invoice 3/4/2019 - 3/10/2019 |

| Quantity | Description | Unit Price | Days | Total |
|---|---|---|---|---|
| 1 | Audio Package | | 1.00 | |
| 1 | LED Package | | 1.00 | |
| 1 | Lighting Package | | 1.00 | |
| 1 | Screens Media Server Package | | 1.00 | |
| 1 | Rigging Package | | 1.00 | |
| 1 | Engineering Services | | 1.00 | |
| | *AUDIO ADD* - Open Audio | | | |
| 1 | Audio Package | | 1.00 | |
| | *VIDEO ADD* - 220 Projection | | | |
| 1 | Video Package | | 1.00 | |
| | *RIGGING ADDS* | | | |
| 1 | Rigging Package | | 1.00 | |
| | *LIGHTING ADDS* - Fixture Add | | | |
| 1 | Lighting Package | | 1.00 | |



<u>Please remit all payments to:</u>
VER
P.O Box 740510
Los Angeles, CA 90074-0510

Rental Total:

SubTotal:

Services:

**Invoice Total:**



For Terms & Conditions visit:

Page 1 of 1

000929



**VER**

757 W California Ave.
Glendale, CA 91203
United States
**Voice:** 1(800) 794-1407    **Fax:** 1(818) 241-4519

# INVOICE

| Invoice No. | Invoice Date |
|---|---|
| 2006461 | 6/4/2019 |
| **Client Code** | **Currency** |
| CONCERTI | U.S Dollar |

Duration Type:

**Bill To:** Concert Investor, LLC
PO Box 340020
Nashville, TN 37203

**Ship To:** Will Call - Las Vegas
4155 West Russell Road
Suite E-H
Las Vegas, NV 89118
United States

**Phone:**

**Contact:** Daniel Slezinger

| Order Number | Rental Agent | Purchase Order |
|---|---|---|
| A1781627 | | |
| **Terms** | **Rental Dates** | **Show Details** |
| Net30 | 9/3/2018  -  6/30/2019 | TWENTY ONE PILOTS TOUR Invoice: 5/27/2019 - 6/2/2019 |

| Quantity | Description | Unit Price | Days | Total |
|---|---|---|---|---|
| 1 | Audio Package | | 1.00 | |
| 1 | LED Package | | 1.00 | |
| 1 | Lighting Package | | 1.00 | |
| 1 | Screens Media Server Package | | 1.00 | |
| 1 | Rigging Package | | 1.00 | |
| 1 | Engineering Services | | 1.00 | |
| | *AUDIO ADD* - Open Audio Pkg | | | |
| 1 | Audio Package | | 1.00 | |
| | *VIDEO ADD* - 220 Projection | | | |
| 1 | Video Package | | 1.00 | |
| | *RIGGING ADDITIONS* | | | |
| 1 | Rigging Package | | 1.00 | |
| | *RIGGING* - B Package | | | |
| 1 | Rigging Package | | 1.00 | |
| | *LIGHTING FIXTURE ADD* | | | |
| 1 | Lighting Package | | 1.00 | |

<u>Please remit all payments to:</u>
VER
P.O Box 740510
Los Angeles, CA 90074-0510

| | |
|---|---|
| Rental Total: | |
| SubTotal: | |
| Services: | |
| **Invoice Total:** | |



For Terms & Conditions visit:

Page 1 of 1

000930



**MUSIC**
539 Temple Hill Road
NEW WINDSOR, NEW YORK 12553
UNITED STATES

 REMIT TO:

Production Resource Group LLC
P.O. Box 419470
BOSTON, MASSACHUSETTS 02241



## INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 165876 | |

| DATE | PAGE |
|---|---|
| 23-Sep-19 | 1 of 1 |

PURCHASE ORDER NUMBER

ORDER

| PROJECT NUMBER | |
|---|---|
| | 142588 |

**BILL TO:**
JUSTIN RODDICK
CONCERT INVESTOR LLC
1209 ASHWOOD AVENUE
NASHVILLE, TENNESSEE 37212

**SHIP TO:**
CONCERT INVESTOR LLC
12630 OLD HICKORY BLVD
ANTIOCH, TENNESSEE 37013

| TERMS | DUE DATE | SALESPERSON | SHIPPING REFERENCE |
|---|---|---|---|
| 30 Net | 22-Oct-19 | | |
| SHIP VIA | JOB | SHOW | |
| | THE BAND CAMINO US TOUR 2019 – | THE BAND CAMINO US TOUR 2019 – | |

| DESCRIPTION | UNIT PRICE | TAX | LINE AMOUNT |
|---|---|---|---|
| For period: 8/24/19 to 10/14/19. | | | |
| Note: For the provision of Lighting equipment for The Band Camino Tour 2019 | | | |
| LIGHTING EQUIPMENT | | | |
| PAYMENT RECEIVED | | | |

| | | NET AMOUNT | |
|---|---|---|---|
| | | TAX | |
| | | TOTAL | |

Currency: USD





One Source, Unlimited Resources - www.prg.com

000931



MUSIC
539 Temple Hill Road
NEW WINDSOR, NEW YORK. 12553
UNITED STATES



REMIT TO: Production Resource Group LLC
P.O. Box 419470
BOSTON, MASSACHUSETTS 02241



## INVOICE

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 175030 | ███ |

| DATE | PAGE |
|---|---|
| 02-Dec-19 | 1 of 1 |

PURCHASE ORDER NUMBER

ORDER

PROJECT NUMBER
142588

**BILL TO:**
JUSTIN RODDICK
CONCERT INVESTOR LLC
1209 ASHWOOD AVENUE
NASHVILLE, TENNESSEE 37212

**SHIP TO:**
CONCERT INVESTOR LLC
12630 OLD HICKORY BLVD
ANTIOCH, TENNESSEE 37013

| TERMS | DUE DATE | SALESPERSON | SHIPPING REFERENCE |
|---|---|---|---|
| 30 Net | 1-Jan-20 | ███ | |

| SHIP VIA | JOB | SHOW |
|---|---|---|
| | THE BAND CAMINO US TOUR 2019 | THE BAND CAMINO US TOUR 2019 |

| DESCRIPTION | UNIT PRICE | TAX | LINE AMOUNT |
|---|---|---|---|
| For period: 10/29/19 to 10/29/19. | | | |
| Note: For the Damages of Solaris Flares for The Band Camino Tour 2019 | | | |
| REPAIR PARTS | | | |
| REPAIR LABOR | | | |

| | NET AMOUNT | |
|---|---|---|
| | TAX | |
| Please include your invoice number when making a payment | TOTAL | |

Currency: USD






000932





**REMIT TO:** Production Resource Group LLC
P.O. Box 419470
BOSTON, MASSACHUSETTS 02241

MUSIC
539 Temple Hill Road
NEW WINDSOR, NEW YORK 12553
UNITED STATES



| INVOICE | |
|---|---|
| INVOICE NUMBER | CUSTOMER NUMBER |
| 159344 | |
| DATE | PAGE |
| 26-Jul-19 | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| ORDER | |
| PROJECT NUMBER | JUDAH & THE LION PEP TALKS 201 |

**BILL TO:**

CONCERT INVESTOR LLC
PO BOX 340020
NASHVILLE, TENNESSEE 37203

**SHIP TO:**
CONCERT INVESTOR LLC
12630 OLD HICKORY BLVD
ANTIOCH, TENNESSEE 37013

| TERMS | DUE DATE | SALESPERSON | SHIPPING REFERENCE |
|---|---|---|---|
| NET 30 | 24-Aug-19 | | |
| SHIP VIA | JOB | | SHOW JUDAH & THE LION- FALL TOUR 20 |

| DESCRIPTION | UNIT PRICE | TAX | LINE AMOUNT |
|---|---|---|---|
| For period: 7/1/19 to 7/13/19. | | | |
| Note: For the provision of Audio Equipment for Judah & the Lion Tour 2019 - Leg 1  7/1-8/24 | | | |
| AUDIO EQUIPMENT | | | |

|  |  | NET AMOUNT | |
|---|---|---|---|
|  |  | TAX | |
|  |  | TOTAL | |
|  |  |  | Currency: USD |





One Source, Unlimited Resources - www.prg.com

000933



**MUSIC**
539 Temple Hill Road
NEW WINDSOR, NEW YORK  12553
UNITED STATES

REMIT TO: Production Resource Group LLC
P.O. Box 419470
BOSTON, MASSACHUSETTS 02241



| INVOICE | | |
|---|---|---|
| INVOICE NUMBER | CUSTOMER NUMBER | |
| 161711 | ▮ | |
| DATE | PAGE | |
| 19-Aug-19 | 1 of 1 | |
| PURCHASE ORDER NUMBER | | |
| ORDER | | |
| PROJECT NUMBER | | |
| JUDAH & THE LION PEP TALKS 201 | | |

**BILL TO:**
▮
CONCERT INVESTOR LLC
PO BOX 340020
NASHVILLE, TENNESSEE 37203

**SHIP TO:**
CONCERT INVESTOR LLC
12630 OLD HICKORY BLVD
ANTIOCH, TENNESSEE 37013

| TERMS | DUE DATE | SALESPERSON | SHIPPING REFERENCE |
|---|---|---|---|
| NET 30 | 17-Sep-19 | ▮ | |
| SHIP VIA | JOB | | SHOW |
| | | | JUDAH & THE LION - PEP TALKS 2 |

| DESCRIPTION | UNIT PRICE | TAX | LINE AMOUNT |
|---|---|---|---|
| For period: 8/19/19 to 8/25/19.<br><br>Note: For the provision of Lighting Equipment for the Judah & the Lion Tour 2019.<br><br>LIGHTING EQUIPMENT | | ▮ | |

| | | NET AMOUNT | |
|---|---|---|---|
| | | TAX | |
| | | TOTAL | ▮ |
| | | | Currency: USD |





000934

# STRICTLY FX, LLC

120 Airpark Center Drive East
Nashville, TN 37217

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2019 | 15381 |

**Bill To**

Concert Investor, LLC
P.O Box 120217
Nashville, TN 37212

**Ship To**

week 35

| Project | P.O. Number | | Terms | Due Date |
|---------|-------------|--|-------|----------|
| | | | | 4/29/2019 |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1 | Weekly Special Effects for TOP Tour: 4/29-5/5 | | |

Strictly FX, L.L.C. reserves the right to assess past due invoices interest charges of 1.5%
per month. All credit card payments will be charged an additional 5% service fee.

**Total**





**GLOW MOTION**
TECHNOLOGIES

Nashville, TN 37210

# Invoice

Invoice #: 19-0005
TOP Bandito Tour - Mar 4 - 10

| Bill To: | Client Creative Director: | Ship To: |
|---|---|---|
| Justin Roddick | Justin Roddick | Justin Roddick |
| Concert Investor | Concert Investor | Concert Investor |

| Account Manager | Customer PO | GMT Terms | Deposit Amt. | Deposit Amt PAID | STATUS |
|---|---|---|---|---|---|
| Justin William Roddick | | COD | Unpaid Invoice | Unpaid Invoice | Unpaid Invoice |

| Leaving from GMT dock | Delivery to Client by | Load In Date | 1st Gear use | Returned to GMT dock |
|---|---|---|---|---|
| 3/10/2019 | 3/4/2019 | 3/4/2019 | 10:04 AM | 3/10/2019 |

| Type | Qty. | Description | Note | Time Qty. | Rate | Unit Rate | Ext. Price |
|---|---|---|---|---|---|---|---|
| Misc | 1 | Glow Motion Tech | | | | | |
| Misc | 1 | Stage Kinetix Tech | | | | | |
| Misc | 1 | Glow Motion Gear | | | | | |
| Misc | 1 | Stage Kinetix Gear | | | | | |
| Note | | Due upon receipt | | | | | |

| | |
|---|---|
| Subtotal: | |
| Discount: | |
| Total | |
| Deposit Received: | |
| Balance Due: | |

Client is responsible for all expenses related to shipping, travel, and lodging.

*Week 27*

5/15/2018 10:05 AM



000936



302 Hill Ave. Suite C
Nashville, TN 37210
(615) 346-9545
www.HighEndTV.com

# INVOICE

**BILL TO**
Concert Investor
c/o Daniel Slezinger
PO Box 340020
Nashville, TN 37203-0020

**INVOICE #** 17213
**DATE** 03/03/2019
**DUE DATE** 03/18/2019
**TERMS** Net 15

| ITEM | DAYS | RATE | AMOUNT |
|---|---|---|---|
| **WEEKS 25-26** | | | |
| Twenty One Pilots: Crew Position, ▮▮▮▮. Weekly Tour Rate | 2 | | |
| Twenty One Pilots, Camera / Video Equipment Package (14 cameras, including 6x Sony HDC2500, 4x Marshall Progressive POV, 4x Panasonic HE 130 as needed), Allegro 12G Fly Pack (with engineering rack and signal distribution), 2x Fujinon XA77x Lenses (to include Sachtler V75 Tripods), 3x Fujinon HA13x4.5 Wide Angle Lenses, 1x Fujinon HA18x7.6 HD Zoom), all necessary cables for signal distribution to video servers.) | 2 | | |



www.HighEndTV.com

BALANCE DUE

Please make checks payable to "High End TV"

000937



# Invoice

| | |
|---|---|
| **Invoice No:** | T228853 |
| **Invoice Date:** | 01/21/2019 |
| **Due Date:** | 02/20/2019 |

820 COWAN ST
NASHVILLE, TN 37207   USA
Phone: (615) 453-2332
Fax:   (615) 695-9883

**Remit To:**
4WALL ENTERTAINMENT, INC.
3165 W. SUNSET RD
SUITE 100
LAS VEGAS, NV  89118
Ph: (702) 263-3858   Fax: (702) 263-3863

| **Billed To** | **Order Details** | | |
|---|---|---|---|
| CONCERT INVESTOR, LLC | **Agent:** | ▮▮▮▮ | **Phone:** |
| 2300 CHARLOTTE AVENUE | **Email:** | | |
| SUITE 103 | **Order:** | T150696 TOP PREVIZ - 01/05 - 01/15 | |
| NASHVILLE, TN   37203 | **Usage:** | 01/05/2019 - 01/15/2019 | |
| | **Customer:** | T100835-CONCERT INVESTOR, LLC | |
| | **Deal:** | T100856-CONCERT INVESTOR, LLC | |
| | **PO No:** | DANIEL | **Ref No:** |
| | **Ordered By:** | | |
| | **Phone No:** | ▮▮▮▮ | **Fax:** ( )  - |
| | **Terms:** | NET 30 DAYS | |

## RENTAL

| I-Code | Description | From | To | Qty. |
|---|---|---|---|---|
| | **CHAUVET** | | | |
| 24473-00 | MAVERICK MK3 LED WASH | 01/05/19 | 01/15/19 | 1 |
| | **CLAY PAKY** | | | |
| 25321-00 | CLAY PAKY MYTHOS II | 01/05/19 | 01/15/19 | 1 |
| 25350-00 | CLAY PAKY B-EYE K20 LED WASH | 01/05/19 | 01/15/19 | 1 |
| | **ELATION** | | | |
| 25295-00 | ELATION LED ARTISTE PICASSO | 01/05/19 | 01/15/19 | 1 |
| | **GLP** | | | |
| 23095-00 | IMPRESSION X4 BAR 20 | 01/05/19 | 01/15/19 | 1 |
| 25415-00 | LED STROBE JDC1 | 01/05/19 | 01/15/19 | 1 |
| | **MARTIN** | | | |
| 24792-00 | MAC VIPER PROFILE | 01/05/19 | 01/15/19 | 1 |
| | **ROBE** | | | |
| 24350-00 | ROBIN POINTE BEAM/SPOT/WASH | 01/05/19 | 01/15/19 | 1 |
| 24351-00 | ROBIN MEGA POINTE | 01/05/19 | 01/15/19 | 1 |
| 24370-00 | ROBIN SPIKIE | 01/05/19 | 01/15/19 | 1 |
| | **SPARES** | | | |
| 24370-00 | SPARE ROBIN SPIKIE | 01/05/19 | 01/15/19 | 1 |
| | **STRIPS** | | | |
| 23011-00 | LED COLOR FORCE II 72" RGBA | 01/05/19 | 01/15/19 | 1 |
| | **IRON MISC** | | | |
| 12150-00 | MEGA CLAW CLAMP | 01/05/19 | 01/15/19 | 2 |
| | **APPLE BOXES/WEDGES/BLOCKS** | | | |
| 93870-00 | APPLE BOX FULL | 01/05/19 | 01/15/19 | 2 |
| 93880-00 | APPLE BOX 1/2 | 01/05/19 | 01/15/19 | 2 |
| | **CABLE** | | | |

**T228853**

\* Taxable Items                    ▮▮▮▮ of 3

000938

# Invoice

**Invoice No:** T228853

| I-Code | Description | From | To | Qty. |
|---|---|---|---|---|
| 00507-25 | HDMI 25' | 01/05/19 | 01/15/19 | 2 |
| | **MONITORS** | | | |
| **00645-45** | **80" SHARP LED PN-LE801 MONITOR** | **01/05/19** | **01/15/19** | **1** |
| **00702-17** | **PREMIER FLOOR STAND 72" HEAVY DUTY BLACK POLE** | **01/05/19** | **01/15/19** | **1** |
| | **ETHERNET / USB** | | | |
| 21836-25 | ETHERNET SWITCH 16 PORT GIG RACKMOUNT | 01/05/19 | 01/15/19 | 2 |
| | **RACK** | | | |
| 99011-15 | CASE 12 SPACE RACK | 01/05/19 | 01/15/19 | 1 |
| | **CONSOLES** | | | |
| **24048-00** | **NPU NETWORK PROCESSING UNIT 8GB** | **01/05/19** | **01/15/19** | **5** |
| **24055-00** | **GRAND MA2 CONSOLE 8GB** | **01/05/19** | **01/15/19** | **1** |
| | **DISTROS** | | | |
| 23736-12 | PD INDU 120V/208V 12 X MULTI | 01/05/19 | 01/15/19 | 1 |
| | **DOCK MISC** | | | |
| 94036-06 | TABLE FOLDING 6' | 01/05/19 | 01/15/19 | 4 |
| 94045-00 | CHAIR OFFICE | 01/05/19 | 01/15/19 | 4 |
| | **3 PIN** | | | |
| 31831-00 | 3 PIN XLR  25' COM | 01/05/19 | 01/15/19 | 4 |
| | **5 PIN** | | | |
| 31300-00 | 5 PIN XLR  5' | 01/05/19 | 01/15/19 | 12 |
| 31310-00 | 5 PIN XLR  10' | 01/05/19 | 01/15/19 | 12 |
| 31350-00 | 5 PIN XLR  25' | 01/05/19 | 01/15/19 | 6 |
| | **ADAPTERS** | | | |
| 31030-00 | TURNAROUND 3 PIN XLR MALE | 01/05/19 | 01/15/19 | 1 |
| | **ETHERNET** | | | |
| 21787-05 | RJ45 CAT 6 CABLE   5' | 01/05/19 | 01/15/19 | 6 |
| 21787-25 | RJ45 CAT 6 CABLE   25' | 01/05/19 | 01/15/19 | 3 |
| | **SNAKES** | | | |
| **31550-50** | **8 WAY DATA 50' SNAKE** | **01/05/19** | **01/15/19** | **1** |
| 31552-05 | 5 PIN XLR BREAK-OUT 8 WAY SNAKE | 01/05/19 | 01/15/19 | 1 |
| 31552-06 | 5 PIN XLR BREAK-IN 8 WAY SNAKE | 01/05/19 | 01/15/19 | 1 |
| | **BREAK-INS/BREAK-OUTS** | | | |
| 72963-00 | L6-20 BREAK-OUT 11' EVEN | 01/05/19 | 01/15/19 | 3 |
| | **12/3 JUMPER** | | | |
| 72310-00 | 12/3 JUMPER  15' EDISON | 01/05/19 | 01/15/19 | 3 |
| 72340-00 | 12/3 JUMPER  25' EDISON | 01/05/19 | 01/15/19 | 3 |
| 72600-00 | 12/3 JUMPER   5' L6-20 220V AC | 01/05/19 | 01/15/19 | 2 |
| 72602-00 | 12/3 JUMPER  10' L6-20 220V AC | 01/05/19 | 01/15/19 | 4 |
| 72606-00 | 12/3 JUMPER  25' L6-20 220V AC | 01/05/19 | 01/15/19 | 4 |
| 72710-10 | 12/3 JUMPER  10' POWERCON TRUE1 | 01/05/19 | 01/15/19 | 10 |
| | **ADAPTERS** | | | |
| 73785-00 | WABER STRIP | 01/05/19 | 01/15/19 | 4 |
| | **FEEDER** | | | |
| **71110-00K** | **#1 EISL FEEDER SET  25'** | **01/05/19** | **01/15/19** | **1** |
| **71120-00K** | **#1 EISL FEEDER SET  50'** | **01/05/19** | **01/15/19** | **1** |
| **71130-00K** | **#1 EISL FEEDER SET 100'** | **01/05/19** | **01/15/19** | **2** |
| | **MULTI CABLE** | | | |
| 72860-00 | 12/14 MULTI CABLE  25' | 01/05/19 | 01/15/19 | 1 |
| 72870-00 | 12/14 MULTI CABLE  50' | 01/05/19 | 01/15/19 | 1 |
| | **MISC** | | | |
| MISC -R | MAGIC PANEL FX | 01/05/19 | 01/15/19 | 1 |

**RENTAL TOTAL:** ▮

**T228853**

* Taxable Items

000939



# Invoice

**Invoice No:** | T228853

| I-Code | Description | From | To | Qty. |
|---|---|---|---|---|
| | | | | |

## LABOR

| I-Code | Description | From | To | Qty. |
|---|---|---|---|---|
| T100200 | 1 HAND - TEARDOWN | 01/05/19 | 01/15/19 | 1.00 |
| T100200 | 1 HAND - SETUP | 01/05/19 | 01/15/19 | 1.00 |

**LABOR TOTAL:** ████

## MISCELLANEOUS

| I-Code | Description | From | To | Qty. | Unit | | Extended |
|---|---|---|---|---|---|---|---|
| **MISC EXPENSES** | | | | | | | |
| | **FACILITY RENTAL** | | | | | | |
| MISC-FR | FACILITY RENTAL | 01/05/19 | 01/15/19 | 12.00 | EA | | ████ |

**MISC EXPENSES SUB-TOTAL:** ████

**MISCELLANEOUS TOTAL:** ████

**GRAND TOTAL:** ████



\* Taxable Items

000940

**Entertainment Services**  | ase remit payment to our new address: 250 Circle Drive North Piscataway, NJ 08854

### INVOICE

| POWER GENERATION | POWER DISTRIBUTION | TEMPERATURE CONTROL | TECHNICAL SERVICES |

**SOLD TO:**
CONCERT INVESTOR LLC
ATTN: DANIEL SLEZINGER
PO BOX 120217
NASHVILLE, TN 37212

**SHIP TO:**
VARIOUS LOCATIONS
NORTH AMERICA

| INVOICE NUMBER | INVOICE DATE | SHIP VIA | DATE SHIPPED | CUSTOMER PO # | ACCOUNT # |
|---|---|---|---|---|---|
| MT821041619 | 04/16/19 | ES | 04/24/19 | 21 PILOTS 2019 | ██████ |

| QUANTITY | I.D. # | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | ██████ |

### PAYMENT OF THIS INVOICE IS DUE UPON DELIVERY OF EQUIPMENT

PROVISION OF POWER GENERATION, POWER DISTRIBUTION WITH TECHNICAL SERVICES
FOR YOUR EVENT.

### DATES: 04/24/2019 – 07/01/2019

**NORTH AMERICA**  ██████████  @ 10 WEEKS
**(4/24 – 7/1/19)**

██████████

ENV FEE – 1%

**AMOUNT DUE**

\*\*THIS PRICE DOES NOT INCLUDE TRUCKING, PER DIEM, TRAVEL FOR TECHNICIAN, HOTEL FOR
TECHNICIAN, STAGEHANDS AS NEEDED, SECURITY, FORKLIFTS OR PERMITS, IF NEEDED\*\*

<u>PAYMENT TERMS - COD\*</u>
**50% DUE UPON RECEIPT**
**50% BALANCE DUE ON 06/17/19**

██████████

| PAY THIS AMOUNT |
|---|
| SEE PAYMENT TERMS |

SERVICE CHARGE OF 1.5% PER MONTH WILL BE CHARGED ON PAST DUE ACCOUNTS.
Customer shall assume all liability of damage or destruction to material used in conjunction with services provided.
At any time after any payment thereon becomes overdue seller may avail himself of legal remedy and customer agre...

██████████



www.lightingandsoundamerica.com

January 2019

# Lighting&Sound America

$10.00

plasamedia

## Twenty One Pilots

### New Design Ideas on *The Bandito Tour*

**ALSO:**

Josh Groban's *Bridges Tour*

*La Traviata* and *Marnie* at Metropolitan Opera

DTS Synergy 5 Profile

Mixing Audio with Toby Francis

LSA NAMM featured exhibitors on page 10

Copyright Lighting&Sound America January 2019 http://www.lightingandsoundamerica.com/LSA.html

000945

Copyright Lighting&Sound America January 2019 http://www.lightingandsoundamerica.com/LSA.html

**CONCERTS**

# DESTINATION UNKNOWN



Twenty One Pilots'
design team delivers
on the promise to
create something
totally original

By: Sharon Stancavage

000946

"We presented 107 pages of creative elements in the second meeting." Slezinger notes, adding that virtually all of them were employed.

Twenty One Pilots' *he Bandito our* is codesigned by Daniel Slezinger and Tyler Shapard; both handle the production design, lighting design, and programming. Shapard, who also serves as lighting director, says, "Daniel and I wanted to find things that had never been done before. The motto we took on was: 'If it's easy, everyone would do it'."

Nashville based Concert Investor produces the tour's live elements, helps with TV moments, manages the production budget, production design, programming, vendor selection, and coordination, and deals with hiring touring personnel; all other firms involved are subcontractors. "Concert Investor bent over backwards for this tour, time and time again," Shapard says. "They did everything you could ask of a production company and more." Justin Roddick, production broker and co owner of Concert Investor with Slezinger and Michael Gibson, says, "We have been extremely fortunate to be a part of the Twenty One Pilots team since 2013. Key partnerships with our close knit group of vendors allow us to really maximize the art without sacrifice. Tony Macre, Brent Dannen [both of

VER], Molly Gray [video content provider Tantrum], and Ted Maccabee [Strictly FX] have been instrumental partners who haven't missed a beat over the years."

Initially, Tyler Joseph [the band's front man] worked with Brandon Rike, at TNSN DVSN, which offers creative direction, and Mark Eshleman, at Reel Bear Media, to develop the general tone of *he Bandito our*. Slezinger explains, "After the first meeting, the production puzzle pieces were created by the creative team, taking into consideration the vibe painted by the TNSN DVSN and Real Bear Media collaboration. We presented 107 pages of creative elements in the second meeting. The idea was that all the production ideas could stand on their own but could fit together if desired, so that the artist and management could decide which elements made it into the show. Pretty much all of the ideas became part of the tour in some fashion."

One issue the design team faced was the production's song list, which took in more than the numbers featured on the 2018 album *rench*. Slezinger says, "We didn't want to go so scenic around *rench* because we wanted to keep [the 2015 album] *Blurryface* songs' developed brand

Photos: Todd Muffless

000947



The tour draws on the albums *rench* and *Blurryface*. "We relied heavily on video content to move back and forth between the environments," Slezinger says.

ing intact and have the ability to transition freely with our color schemes. We relied heavily on video content to move back and forth between the environments. There are some subliminal production elements; for example, the bridge [a key scenic element] illustrates the struggle between two places, which is part of the *rench* theme. It can represent anything in your life...maybe a relationship, a decision you have to make, or a life struggle."

The onstage bridge has a Plexiglas walking surface as well as netting; the latter is a safety feature masquerading as a scenic detail. Shapard notes, "We had two problems. For one, the lower the bridge hung, the more obstruction there would be for the audience; next, we had to have a safety element, which could prevent it from hanging cor rectly. VER rigging took generic GT truss, put Plexi on top of it, and, using the holes that you'd typically use to stack them, built custom arms for the netting that is rounded so we can put our bridge 6" to 1' from the mother grid. The whole concept of the bridge was for it not to look like a walking surface until it comes down. Up in the air, it looks like a lighting truss." Sixteen Robe Pointes and 16 GLP

JDC1 strobes are hung off the bridge.

The bridge leads to a B stage. "We found out that our B stage was going to be a low key moment within the show," Shapard says, "so it had to stand on its own when the guys sit there and play. Daniel came up with the idea of putting the scrim around it and shooting it with projec tion." However, he adds, "How do you shoot the upstage side? There is nowhere to hang projectors. I came up with the idea of putting them on automation points." Thus, eight Barco UDX 4K32 laser projectors deliver images to a Rose Brand sharkstooth scrim. Shapard adds, "The biggest concern was shooting on the scrim, which is black. We were pumping light from inside it and we won dered if the projectors would be bright enough." During rehearsals at Rock Lititz, in Lititz, Pennsylvania, this scheme was found to work well. The projectors are sub contracted through VER's Nashville office and the B stage was subcontracted through TAIT, also based in Lititz.

Also at the B stage are 14 Kinetik LED battens provided by Nashville based Glow Motion, a wireless LED company owned by Roddick and Slezinger. "They move up and

000948



At the B stage, eight Barco UDX 4K32 projectors deliver images to a sharkstooth scrim.

down independently inside of the projection Austrian to create three dimensional shapes that mirror the content," Slezinger says.

The main stage—which includes an 8' thrust—also features three Winvision Air 9 LED screens, from VER, placed upstage. "I love their size and portrait style; they really work for us," Shapard says. Control is handled by three disguise [formerly D3] media servers: two 4x4 pros and a 4x2 pro, acting as a pure master. The IMAG package is subcontracted through Nashville's High End TV; as mentioned earlier, content is provided by Tantrum, located in Cincinnati.

In addition to the upstage LED walls, Slezinger says, "We wanted something upstage that would fill in the camera shot, so whenever the cameras are tight on them there's something cool in the background. We wanted to create depth and have layers, so I drew in an LED grid of three dimensional cubes."

This led to Symmetry Labs, based in San Francisco. "They already had a cube product," Slezinger says, "but we wanted to build something custom. We reached out to them because they had already created volumetric software, so we could create 3D content and push it through a three dimensional surface. It's not just a flat LED wall; you have three dimensional control over the content in X, Y, and Z planes. We used their volumetric based software and worked with their programmer; they even sat with Shap [Shapard] and me during some pre viz sessions." One hundred sixty eight LED cubes span the width of the main stage; they are assembled and transported using carts. "They're on their own separate network," Shapard says, "so there is no control over them other than the operator on the side stage. We're just sending them time code."

## Lighting

Slezinger says, "One our kinetic goals was to hang an automated truss pod directly over another automated truss pod taking up the same vertical footprint, but which could be controlled independently. This is where four automated squares above the downstage area came about. They were positioned in a way that they could be lowered around and under the stage lifts directly below. This, for example, allows us to put Josh [Dun, on drums] 'inside' of the automation at the end of the song 'Lane Boy'."

The pods, made of 12" box truss, posed a bit of a rigging challenge. "I can take the bottom pod, bring it down, and oscillate it, then take the top pod and do whatever I want," Shapard says. "There was a lot of R&D on that, trying to figure out the parameters of tilt that we could use for the pods, considering how the chains and cabling lay inside of them; it's another moment of the show that no one else has done before."

A Kinesys system is used to control the lighting rig and pods; the latter are filled with Robe Spikies. "We were looking for a very small fixture that could stand on its own for the automated pods," Shapard says. "The Spikie has a prism; it rotates, zooms, and has gobos; and, for us, it was a no brainer. We were both nervous about putting it on the show, because to me it's not quite bright enough—but when you have 256 of them, you're good, because you have so many beams." The pods are assembled using pre rigged carts.

Also featured in the rib are 80 Robe MegaPointes. "In terms of picking the fixtures, Daniel lets me drive that train, and I was very adamant about the MegaPointes," Shapard says. "There is no other light in the world like the MegaPointe," Slezinger adds.

"Twenty One Pilots has never toured without Robe fixtures," Slezinger continues. "The workhorse on the *Blurryface* and *Emotional Roadshow* ours was the Robe Pointe. Its only shortfall was that it did not have color mixing. Not only did Robe add this into the new fixture, it is extremely bright even when layering in multiple items like

000949

## ON ERTS

gobos and prisms. We were able to pull some looks out of these fixtures that we've never seen before. Even though most of our main stage [lighting] rig is over the stage, the beams reach really pulls the audience in the back of the room into the show. It almost becomes an optical illusion that you are closer to the stage than you really are."

"We saw the [Robe BMFL] WashBeam, which we saw before in a shoot out, and were taken aback by how bright it was," Shapard says. "We ended up adding them into the show because of that." Twenty WashBeams are located on the downstage angled trusses. The lighting rig, provided through VER, includes Robe Pointes, GLP impression X4S units, Ayrton MagicPanel FX units, and GLP impression X Bar 20s.

For spotlights, the initial plan was to use PRG's GroundControl remote followspot system; however, a visit to Robe caused a change. "The Robe [RoboSpot] followspot system is something we fell in love with," Slezinger says. It's being used with eight Robe BMFL FollowSpots; two supplemental house spots are also employed.

Control is provided by a slew of MA Lighting consoles, including three grandMA2s. "We have our Notch [workflow for media production content] and media server programming, which are done in real time, off of a grandMA2 light," Shapard says. "The Glow Motion Kinetiks are driven from a grandMA2 light, and the pyro is time coded off a dot."

Speaking of the show's palette, Shapard says, "Color means a lot to our brand; red means *Blurryface*, while yellow equals *rench*. More specifically, red and white is bad and yellow and green is good. In the very first song ['Jumpsuit'], our color palette goes back and forth from red and white to green and yellow, because there is a battle going on between the antagonists and the banditos, our heroes. The second song ['Levitate'] is yellow and red, to show that the battle has become a constant struggle. 'Stressed Out' is a *Blurryface* song, so that is red and white. 'Bandito' is yellow and green." Certain songs don't fit the paradigm: "'Car Radio' will always be blue, which doesn't mean anything to our branding; 'Trees' will always be green. In this story, 'Trees' is green and yellow, because that is the last song and the resolve."

Slezinger and Shapard started work on the production 14 months before the tour started and did pre viz at VER in Nashville. "It's the coolest part of the creative process," Slezinger says, "because we got to sit in a room for 60 days and take our time to program, sometimes up to 1,000 lighting cues per song."

Key to the preproduction process were David Perkins, of Orlando based Imaginary Lights, who built a 3D environment in LightConverse, and Thomas Krautscheid, who built a "markers to cues" app for the pair. "Basically," Slezinger says, "I tracked every song, and created cue



lists, go cues, flash buttons, etc., all in [the audio production application] Reaper while looking at the waveforms of every single snare, kick, cymbal, tom, piano hit, vocal, weird sound, and so on. Then, using the app Thomas made, I pushed the information over the network, into the console, and it dropped in everything I've created—the sequences, executors, time code pools, time code data for every cue, and even complex selection order groupings into the group pool. By the time we got in front of the console, we didn't have to think about the logistics of time anymore and everything was already labeled. After the upload, it was all about the creative. When we played songs back, time code was already synched up perfectly

000950



"Color means a lot to our brand," Shapard says. "Red means *Blurryface* while yellow means   rench." A handful of numbers exist out side this dichotomy.

with the track before any cue data was created in the con sole. Even video was laid into the Reaper timeline and pushed into the previz machine, so we could see every thing playing together at once. Then, using a custom fix ture in the console, we could control my computer over the network from the desk and jump around a song, between the verse and chorus, without touching the com puter."

Shapard and Slezinger had time during programming to explore all the facets of the MegaPointe. "We do some thing with it that I've never seen before. Basically, we make a beam inside a beam," Shapard says. The effect makes an appearance during the songs "Morph" and "Lane Boy."

### Effects

One of the production's most stunning moments comes near the beginning, when a 1991 Cadillac DeVille is revealed, engulfed in flames. "The car was a complete accident," Shapard admits.

000951



In addition to its striking visuals, the show relies on an extensive Meyer Sound PA to reach audiences.

The concept came through the design team's friend and mentor, Bruce Rodgers, of Tribe Design. "Bruce sent me a page of visual references of cool things, one of which was a car being blown up," Slezinger says. The pair included it in their original 107 page design brief. Much to their surprise, "Tyler said, 'You're telling me we can blow up a car onstage?' I said it was more of a visual reference, but sure, why not?

"We found some cars that matched the band's music video 'Heavy Dirty Soul'," Slezinger continues, "and we had a local company in Nashville, called Driven, strip out the engine and the floor. We reinforced it, cut it in half, and put it on casters to move it around. Then we had [the Nashville office of] Strictly FX go in there; by the time they were done, it looked like the inside of the space shuttle."

The ominous, apocalyptic Cadillac is an engineering marvel. "We wanted to focus on it looking and acting organic to execute any possible variant that the design team and artist required," notes Strictly FX partner Ted Maccabee. All of the physical control mechanisms, as well as the tubing and the welding, were done by hand. The control software, which is managed via a PLC touch screen, was created in house at Strictly FX by Reid Nofsinger. "Everything was built from scratch to our spec,

000952

and had to fit inside the vehicle," Maccabee adds.

Fabricating and touring a custom—and safe—flame based effect isn't the easiest task. "It was a challenge making a magic effect out of it," Maccabee notes. "We had to resolve the control issues, the interior is tight, and we have to control a total of 13 different quadrants within the vehicle." The project was a perfect fit for the firm, however. "Our goal is to give the customer something they can't get anywhere else. There is pressure on all designers to come up with something unique; we want to be someone they can partner with to create an effect or a gag that is safe and amazing."

A dozen of Strictly FX's proprietary 15W Coral Series RGB lasers also make several appearances. Maccabee notes: "The lasers were programmed by Grant Sellers on Pangolin Beyond software; Jackson Frazier is handling them on the road." They appear during "Fairly Local," "Stressed Out," "Heathens," "Lane Boy," "Pet Cheetah," "My Blood," "Car Radio," and the finale, "Trees."

The effects package also includes Le Maitre MKII low smoke generators, working with the company's G300 smoke machines; four MagicFX Swirl fans; and 12 Magic FX DMX CO2 units that blast out custom cut confetti. Pyro, in the form of concussion blasts, appears in "Jumpsuit" and "My Pet Cheetah." The downstage is also lined by cryojets that are owned by the band.

## Audio

For sound reinforcement, the band's longtime front of house audio engineer, Shane Bardiau, is using a Meyer Sound LEO/LYON PA, provided through VER Tour Sound. "It's good for so many reasons," he says, "but, most of all, it's one of the few boxes I've mixed this artist on where I can push it to what I would consider a high SPL and it still doesn't hurt. The main factor for carrying Meyer is the 1100 LFC; I've never heard a sub so controlled in an arena environment. I've got a lot of digital sub frequencies that my mix depends on and the 1100s are not only audible, but they are clean. It's also easy to keep my mix from getting muddy, which is a hard thing to do in a boomy arena."

Bardiau's rig consists of 138 cabinets. "The main hang is 14 Leos over four Lyon Ws a side and the side hang is eight Leos over eight Lyon Ms a side; the 220 hang is 16 Lyon Ws per side. There are six 1100 LFCs flown a side, and fourteen 1100 LFCs on the ground, which are in seven stacks of two in an arc across the front of the stage." Finally, there are eight MINAs and two UPMs for front fills, with two UPJ 1Ps as utility fills. The system drive and optimization are supplied by nine Meyer Galileo GALAXY and two Meyer Galaxy AES processors.

Bardiau runs the show on a DiGiCo SD5; he's been using it for about a year and a half. "It is amazing, and the open architecture is a game changer," he notes. "The fact that I can put whatever channel strip/fader wherever I want is nice."

He's also a fan of the SD5's macros: "I've got a macro for everything! One button to switch between live input or virtual playback, one button to switch from my Waves world to bypassing my inserts and using only the console features in order to compare the differences, and one button to switch between the various vocal mics that we use on stage. I've got alternate inputs setup in case my main inputs die and there's just one button for that—one button to save my snapshot and show file. DiGiCo really has thought of it all."

In terms of plug ins, Bardiau says, "They're the cherry on top." He's using Waves SoundGrid Extreme Server, two DiGiGrid MGBs, and a network switch. "I switched this up from the last tour, freeing up some CPU on the console. It runs much faster and smoother than having my plug ins in the desk. With the new way of integrating waves on DiGiCo, it still follows my snapshots and pulls up the plug ins when I solo things."

Bardiau makes ample use of plug ins: "They're on my master bus, parallel drum bus, vocal bus, almost all my drum inputs, piano, bass guitar, ukulele, and playback, which is just about everything. I've got a few that I just can't go without: MaxxVolume [volume leveler] on my vocals has been a game changer. I really like the API 2500 compressor on my piano, SSL G Master Buss Compressor on my busses, and, of course, the one plug in that makes it all fit together is the C6 [multiband compressor]. I actually use all Waves plug ins, as well as their multi tracking software called Tracks Live."

Bardiau adds, "The vocal is very important to me; my artist has a very clear message he's trying to portray to the audience and it's very important for it to be understood. I've got my vocals going through the console channel strip using EQ and compressors; then it goes to Waves for C6 and then MaxxVolume, as well as my vocal effects. For the vocal effects, I'm using the Waves H Series plug ins." He also has a vocal trick or two up his sleeve: "I'm side chaining his vocal bus to the master bus C6 on the 1K band so that when he sings, I squash it a little for his vocal to pop out of the mix. It works pretty well."

For those considering a move to the SD5, Bardiau says, "It may look daunting and complicated at first sight, but it's really intuitive once you start pushing buttons. When I made the switch to DiGiCo I didn't do any previous research; I wanted to learn it on my own. I walked into the shop and had it dialed in on my first day of prep."

The microphone package on stage can be described in one word: Shure. Bardiau has a Shure 91A and Beta 52 on the kick, and a combination of a Beta 57 and a SM57 on all the snares. On the toms there are [Beta] 98AMPs and "137s for the hat and ride and KSM32s for overheads," he remarks. For vocals, he's using a Shure KSM9HS. "I chose this mic from day one and it really works for my artist's voice. It's so crisp and you can really understand every

000953



ON ERTS

nuance and subtlety in every word." He manages the bass, ukulele, piano and synth all via DIs.

On the B stage is an electronic drum kit and a piano. "For the kit," Bardiau, says, "we took the samples from the record and imported them into the Roland Drum Brain; I'm taking those straight out of the Brain into my console to mix via a [DiGiCo] SD Mini Rack at the front of house. The piano is a keyboard with a stereo DI. Simple and easy."

000954



Strictly FX provided the stunning confetti effects, made by MagicFX.

Bardiau concludes, "We've really taken this tour to the next level; we've added 10 more trucks making it a 19 truck tour, and we've added a ton of crew, which now puts us at 65 plus touring crew members. There are lots of things moving, lots of fire, confetti and cryo. It's quite the show!" Twenty One Pilot's *Bandito* our continues through June.

000955

March 9th at A Night of Sweet Innovation Presented by Dell Small Business and Tiff's Treats hosted by **Brooklyn Decker** & **Andy Roddick** and March 14th at StubHub's Sound Stage hosted by **COLLiDE** at Banger's Sausage & Beer Garden.

Before hitting the road this summer, the band is bringing *Pep Talks*: **An Intimate Album Listening and Storytelling Experience Presented by Judah & the Lion** to six cities across the southeast this April.  At each event, **Judah Akers**, **Brian Macdonald**, and **Nate Zuercher** will be on hand to tell the story behind *Pep Talks,* giving fans an exclusive, intimate listening experience ahead of the release.  Remaining tickets are limited with events in Athens, GA and Knoxville, TN already sold-out.

For tickets and the most up to date information, please visit www.judahandthelion.com.

*Pep Talks*
**May 3, 2019**
Cletus the Van/Caroline
PREORDER
1. Pep Talk
2. Quarter-Life Crisis
3. Why Did You Run?
4. i'm ok.
5. pictures (feat. Kacey Musgraves)
6. Over my head
7. Queen Songs / human.
8. Don't Mess with My Mama
9. 7000x
10. Alright (frick it!)
11. GoofBallerz
12. JOYBOY
13. Passion Fashion (feat. Jon Bellion)
14. Dance with Ya
15. Family / Best is Yet to Come
16. sportz
17. 17

**Judah & the Lion Milwaukee Admirals Post Game Performance**

000958

March 8 @ Summerfest Stage at Panther Arena following The Admirals Game, 7pm, more info HERE

### Judah & the Lion at SXSW

March9 @ SXSW in Austin, TX

### A Night of Sweet Innovation Presented by Dell Small Business & Tiff's Treats

Hosted by Brooklyn Decker & Andy Roddick

310 East 3$^{rd}$Street

March 14 @ SXSW in Austin, TX

### StubHub Sound Stage

Hosted by COLLiDE on Rainey

Banger's Sausage House & Beer Garden | 79 Rainey Street

### Pep Talks: An Intimate Album & Listening Experience

April16 @ Jefferson Theater in Charlottesville, VA

April 17@ Bijou Theatre in Knoxville, TN **(SOLD OUT)**

April 18 @ 40 Watt Club in Athens, GA **(SOLD OUT)**

April 23 @ Rudder Theatre in College Station, TX

April 24 @ George's Majestic Lounge in Fayetteville, AR

April 25@ Blue Note in Columbia, MO

### Summer US Festivals

000959

May11 @ Hope Givers Mental Wellness & Music Fest in LaGrange, GA

May 17 @ Hangout Music Festival in Gulf Shores, AL

May 18@ Wildflower! Arts & Music Festival in Richardson, TX

July 12 @ Forecastle Festival @ Louisville, KY

**Pep Talks Worldwide Tour**

July 16 @ King Tut's Wah Wah Hut in Glasgow, UK

July 17@ Workman's Club in Dublin, IE

July 19 @ Oslo in London, UK

July 21 @ Lollapalooza Paris in Paris, FR

July 24 @ Paradiso (Upstairs Hall) in Amsterdam, NL

July 25@ Knust in Hamburg, DE

July 26@ Lido in Berlin, DE

August 10@ Starlight Amphitheatre in Kansas City, MO

August 13@ Red Rocks Amphitheatre in Morrison, CO*

August 14 @ Pinewood Bowl in Lincoln, NE

August 16@ Farm Bureau Insurance Lawn at White River State Park in Indianapolis, IN

August 17@ Jacob's Pavilion at Nautica in Cleveland, OH

August 21@ Legacy Arena at the BJCC in Birmingham, AL

August 22 @ Charlotte Metro Credit Union Amphitheatre in Charlotte, NC

000960

August 23@ Red Hat Amphitheater in Raleigh, NC

August 24@ Ascend Amphitheater in Nashville, TN

September5 @ Express Live! in Columbus, OH*

September 6@ Stage AE in Pittsburgh, PA*

September 7 @ Portsmouth Pavilion in Portsmouth, VA

September 8@ Bon Secours Wellness Arena in Greenville, SC

September 12@ The Anthem in Washington, DC*

September 13@ The Met in Philadelphia, PA

September 14@ House of Blues in Boston, MA

September 20@ Terminal 5 in New York, NY*

September 27@ 20 Monroe Live in Grand Rapids, MI

September 28@ The Fillmore in Detroit, MI

October1 @ The Pageant in St. Louis, MO

October 2@ The Pageant in St. Louis, MO

October 3@ Brady Theater in Tulsa, OK*

October 15@ The Union in Salt Lake City, UT*

October 16@ The Van Buren in Phoenix, AZ

October 17@ The Observatory in San Diego, CA

October 18@ The Wiltern in Los Angeles, CA

000961

CLICK HERE - Public Article about Concert Investor

"Daniel Slezinger, Justin Roddick and Michael Gibson own Concert Investor, which is a production agency that produces the live elements of the tour as well as TV moments. They manage the tour's production budget, production design, programming, vendor selection and coordination as well as hiring the touring personnel for the band. So, once they've completed the design and programming process the company manages the gear assets such as audio, lighting, LED, projection, cameras, automation, rigging, custom set pieces, special effects; lasers, cryo, pyro, confetti, as well as motion graphics, crewing, and shipping occasionally like air freighting the production between continents. They have strong global vendor relationships and a vast worldwide network of professional industry employees and freelancers. "When you approach Concert Investor with a problem or an issue, they provide you with a solution, no matter the difficulty," says Twenty One Pilots' designer, programmer and director Tyler "Shap" Shapard."

TWENTY ONE PILOTS "THE BANDITO" TOUR



digitaleditiononline.com/publication/?i=557788&article_id=3281578&view=articleBrowser&ver=html5

000967

CLICK HERE - Concert Investor as Producers (5 years ago)

Credit are at the end of the video.





https://www.dailymotion.com/video/x4jhkne



000968



CLICK HERE - Public Article



https://iflyer.tv/twentyonepilots/voice/yt/CURe-Upjts8/

000969

000970

000972

**Sound Solutions LLC**
3128 Belwood St Apt 103
Nashville, TN 37203

# SOUND SOLUTIONS

## INVOICE

**BILL TO**
Concert Investor

**INVOICE #** 1014
**DATE** 01/27/2019
**DUE DATE** 02/26/2019
**TERMS** Net 30

| DATE | SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|---------|-------------|-----|------|--------|
| 01/27/2019 | Retainer | 6 days of retainer | 6 | | |
| 01/27/2019 | Twenty One Pilots | 7 days full pay not covered by VER | 7 | | |

PAID

PAYMENT
BALANCE DUE

*week 20 + 21*





# INVOICE

**DATE:** March 18 2019

**FOR:** *Stage Manager*

**Bill To:**
Justin Roddick
Concert Investor
1209 Ashwood Avenue
Nashville TN
615.496.5792

| DESCRIPTION | AMOUNT |
|---|---|
| Week 27- Stage Manager | █████ |
| Week 28 - Stage Manager | |
| Week 29 - Stage Manager | |
| | |
| **TOTAL** | █████ |

Make all checks payable to █████



**THANK YOU FOR YOUR BUSINESS!**

000974



# Invoice

Submitted on 03/21/2019

**Invoice for**
Daniel Slezinger
Concert Investors
Street address
City, State, Zip

**Payable to**
[redacted]

**Project**
Project name

**Invoice #**
32119

**Due date**
3/22/2019

| Description | Qty | Unit price | Total price |
|---|---|---|---|
| Lighting Technician Labor Week#27 (3/4 - 3/10) | 1 | | |
| Lighting Technician Labor Week#28 (3/11 - 3/18) | 1 | | |

Notes

Subtotal

Adjustments







# Productions

Bill To:
Concert Investors
2300 Charlotte Ave
Nashville, TN
37203

Ship To:
Direct Deposit
Into:

Account info on file

Invoice #: 13
Invoice Date: 3 3 19
Reference: TØP:

Week 25
Week 26

## Invoice

| Date | Your Order # | Our Order # | Sales Rep. | FOB | Ship Via | Terms | Tax id |
|---|---|---|---|---|---|---|---|
| 3/3/19 | | 13 | MC | | Direct Deposit Mark Chancellor | NET-7 | N/A |

| Quantity | Item | Units | Description | Discount % | Date of Service | Unit Price | Total |
|---|---|---|---|---|---|---|---|
| 2 | LXC | EACH | Lighting crew weekly rate | | 2/18thru3/3 | ███ | ███ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Remittance

Customer P.O.:
Date:
Net-7 Due: ███

**TØP week 25/26**
**3/3/19**

| | |
|---|---|
| Subtotal | |
| Tax | |
| Shipping | |
| Labor | |
| **Balance** | ███ |



**Stofer IC**
9623 marimont ln
Dallas, Tx
75228



**Bill To**
Concert investors

**Invoice INV0001**

| Date | 03/23/2019 |
| Terms | Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Week 27 | | | |
| Week 28 | | | |
| Spots | 11 | | |
| 11 shows in  weeks 27 & 28 | | | |

Total
Balance Due



Thanks for your business!

000977



# INVOICE

**Bill To Concert Investors**

Concert Investors

| | |
|---|---|
| **Invoice #** | 1 |
| **Invoice Date** | 03.21.19 |
| **Due Date** | 03.21.19 |

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| Lighting tech week rate/ week #27 Europe | 1 | ███ | ███ |
| Lighting tech week rate/ week #28 Europe | 1 | | |
| Spot show pay | 10 | | |
| | | Subtotal | ███ |
| | | Total | ███ |

**Notes**

It was great doing business with you.

**Terms & Conditions**

Please make the payment by the due date.



Invoice



# Invoice # 2

**Invoice Date:** April 14th 2019
**Payment Due:** April 14th 2019

Amount Due

Concert Investors

| Item | Cost | Quantity | Total |
|------|------|----------|-------|
| Week | ██ | 2 | |
| Message: | | Subtotal: | |
| | | Total: | |

000979

Ref #: 0110

Issue Date: **16 Feb 2019**

Due Date: **3 Mar 2019**

**BILL FROM**

**Veserius LLC**
285 Melbourne Ave., Ste. 1, Astoria, OR,
97103, USA
615-491-6009

**BILL TO**

**Concert Investor**
2300 Charlotte Ave., Ste 103, Nashville,
TN, 37203, USA
615-260-1377

# INVOICE

| # | Item | Description | QTY | Price ($) | Amount ($) |
|---|------|-------------|-----|-----------|------------|
| 001 | Video Crew Chief and d3 programmer (Service) | Week #22 - 1/28/19 - 2/03/19 | 1 | | |
| 002 | Video Crew Chief and d3 programmer (Service) | Week #23 - 2/04/19 - 2/10/19 | 1 | | |
| 003 | Video Crew Chief and d3 programmer (Service) | Week #24 - 2/11/19 - 2/17/19 | 1 | | |

**Amount Due:**



**Message:** Thank you for your business!

000980

# Invoice

**From**
Concert Investors

**To**


Number  INV0010
Date    Feb 3, 2019
Terms   Next Day
Due     Feb 4, 2019

*week # 21 & 22*

| Description | Price | Qty | Amount |
|---|---|---|---|
| 1/21 - 1/27 |  | 1 |  |
| 1/28 - 2/3 |  | 1 |  |
|  | Subtotal |  |  |
|  | Tax (0%) |  |  |
|  | Total |  |  |
|  | **Balance Due** |  |  |





**INVOICE: WEEK #28**                                                    NET: 15

3/11/19 - 3/17/19

BILL TO                                    FOR
Concert Investor                           Video Tech for Twenty One Pilots
                                           BANDITO TOUR
Nashville, TN 37212

Details                                    AMOUNT

Video Tech

*Week #28*

                                           SUBTOTAL
                                           TAX RATE
                                           OTHER
                                           TOTAL

Make all checks payable to

If you have any questions concerning this invoice, use the following contact information:

**THANK YOU FOR YOUR BUSINESS!**

1

000982

Invoice #: 011
Date: 3/12/2019



**Billed to: Concert Investors, LLC**
2300 Charlotte Ave
Nashville, TN 37203

*week # 26 & 27*

| Description | Weeks Worked | Amount | |
|---|---|---|---|
| Video Director - Twenty One Pilots | 2/25/2019 - 3/3/2019 | ███ | |
| Video Director - Twenty One Pilots | 3/4/2019 - 3/10/2019 | | |
| | Total | | |



000983




# INVOICE

JOB NUMBER: INV-1169

DATE: 5/01/2019

| SERVICES FOR: | SERVICES FOR: |
|---|---|
| TWENTY ONE PILOTS | CONCERT INVESTORS |

| DATE | CODE | DESCRIPTION | RATE | QUANTITY | TOTAL |
|---|---|---|---|---|---|
| - | CONTENT | TRUCE / KARAOKE | | - | |
| - | CONTENT | LEGEND | | - | |
| - | REFORMAT | TREES FESTIVAL VERSIONS | | 1 | |
| - | REFORMAT | THE HYPE | | 1 | |

**NOTES**

TREES FESTIVAL REFORMATS I WAS ABLE TO USE PART OF THE 10 DAY BUDGET FROM LEGEND. LEGEND ENDED UP COMING IN A LITTLE OVER 9 DAYS, BUT I ROUNDED THAT DOWN. TRUCE HAD SOME STOCK VIDEO COSTS ASSOCIATED, BUT I LEFT THAT OUT BECAUSE I DIDN'T HAVE IT IN THE ORIGINAL ESTIMATE. THANKS GUYS!

| SUBTOTAL | |
|---|---|
| OTHER | |
| GRAND TOTAL | |



# SCHOENMAN.TV

PLEASE REMIT PAYMENT WITHIN 30 DAYS OF RECEIPT.





000987



**Twenty One Pilots**
**Bandito Tour Snapshot**
**Live Show Produced by Concert Investor, LLC**



**North America**
Total Reported Gross: ▮▮▮▮▮▮
Total Reported Attendance: 226,709
Average Ticket Price: ▮▮▮
Reported Shows: 20 / 30
Estimated Gross: ▮▮▮▮▮
Estimated Attendance: 340,209
May 12, 2019: Rogers Arena, Vancouver ▮▮▮▮▮
May 14, 2019: Scotiabank Saddledome, Calgary (N/A)
May 15, 2019: Rogers Place, Edmonton (N/A)
May 17, 2019: Bell MTS Place, Winnipeg ▮▮▮▮▮
May 20, 2019: Budweiser Gardens, London ▮▮▮▮▮
May 21, 2019: Canadian Tire Centre, Ottawa ▮▮▮▮▮
May 22, 2019: Bell Centre, Montreal ▮▮▮▮
May 28, 2019: Scotiabank Arena, Toronto ▮▮▮▮▮
May 31, 2019: Van Andel Arena, Grand Rapids (N/A)
June 1, 2019: KeyBank Center, Buffalo (N/A)
June 4, 2019: Barclays Center, New York City ▮▮▮▮▮
June 5, 2019: Prudential Center, Newark ▮▮▮▮▮
June 7, 2019: PPG Paints Arena, Pittsburgh ▮▮▮▮▮
June 8, 2019: Boardwalk Hall, Atlantic City ▮▮▮▮▮
June 9, 2019: John Paul Jones Arena, Charlottesville (N/A)
June 11, 2019: PNC Arena, Raleigh (N/A)
June 12, 2019: Spectrum Center, Charlotte ▮▮▮▮▮
June 14, 2019: Veterans Memorial Arena, Jacksonville (N/A)
June 15, 2019: AmericanAirlines Arena, Miami ▮▮▮▮▮
June 16, 2019: Amway Center, Orlando ▮▮▮▮
June 18, 2019: Legacy Arena at the BJCC, Birmingham ▮▮▮▮▮
June 19, 2019: Smoothie King Center, New Orleans ▮▮▮▮▮
June 21, 2019: Toyota Center, Houston ▮▮▮▮▮
June 22, 2019: AT&T Center, San Antonio ▮▮▮▮▮
June 23, 2019: Frank Erwin Center, Austin ▮▮▮▮▮
June 25, 2019: Chesapeake Energy Arena, Oklahoma City ▮▮▮▮▮
June 26, 201: FedExForum, Memphis (N/A)
June 28, 2019: Bankers Life Fieldhouse, Indianapolis ▮▮▮▮▮
June 29-30, 2019: Nationwide Arena, Columbus (N/A) (2 shows)

000992



# Shuttered Venue Operators Grants
Frequently Asked Questions | October 20, 2021

The Shuttered Venue Operators Grant (SVOG) program was established in Section 324 of the Economic Aid to Hard-Hit Small Businesses, Nonprofits and Venues Act (Economic Aid Act) (15 U.S.C. 9009a) signed into law on December 27, 2020, as part of H.R. 133 Consolidated Appropriations Act, 2021 (Public Law No. 116-260). Section 324 of the Economic Aid Act was amended by Section 5005 of the American Rescue Plan Act (Public Law No. 117-2) signed into law on March 11, 2021.

This list of Frequently Asked Questions (FAQs) answers common questions about the SVOG program, defines terms, and provides additional guidance. For information on the documentation required for an SVOG application, see the Application Checklist. For technical assistance and step-by-step instructions for the application portal, see the Applicant User Guide. For a reference for all application questions, see the Shuttered Venue Operators Grant Application SBA Form 3515. Please refer to and carefully review the FAQs for guidance as you complete the SVOG application (SBA Form 3515).

The SBA updated these FAQs and reorganized the questions for clarity. The answers are as of October 20, 2021 (those marked with are new and/or the content is substantially changed from the July 22, version).

# Contents

Eligibility .................................................................................................2

    All Applicants ........................................................................2

    Museum or Movie Theatre Operator ...........................................7

    Live Venue Operator or Promoter ...............................................8

    Talent Representative .............................................................12

Application...............................................................................................13

    Taxes and 4506-T ...................................................................22

    Prioritization .........................................................................22

Use of Funds .........................................................................................23

Business Size/Employees.......................................................................28

Revenue ...............................................................................................30

Subsidiaries & Affiliates.........................................................................33

Appeals.................................................................................................36

Reconsideration ...................................................................................37

Supplemental Phase .............................................................................38

Definitions.............................................................................................40

001015

19. **If an eligible entity has applied for or received any grants, loans, or other funding from a state or local governmental relief program is it still eligible to receive an SVOG?**
Yes. Receipt of pandemic-related or other assistance from state or local governments does not disqualify an eligible entity from the SVOG program.

20. **Does the SVOG eligibility exclusion of entities that received more than 10% of their 2019 gross revenue from the Federal government apply to eligible entities owned by Tribal, state, or local governments, including entities owned by public colleges and universities?**
No. The Economic Aid Act provides that, for government-owned entities, the eligible entity is the live venue operator or promoter, live performing arts organization operator, museum operator, movie theatre operator or owner, or talent representative and does not include any government-owned entity that is not one of those types of entities.

The only form of Tribally owned entity that is eligible for SVOG assistance is a Tribally owned museum. Tribally owned museums are specifically authorized to be eligible for SVOG assistance. The Economic Aid Act did not explicitly include tribes as a form of government, but the SBA considers tribes as government entities in its financial assistance programs.

21. **Are service and support companies that provide stages, lighting, sound, casts, and other support for live performing arts events or which showcase performers or pre-packaged productions to potential buyers eligible to apply for an SVOG?**
No. The Economic Aid Act is designed to assist only those eligible entities identified in the statute. SVOGs are not available for service providers that support eligible entities.

22. **Are entities whose broader business operations include hosting live performing arts events, such as agricultural fairs or party boats/pleasure cruises that feature concerts, eligible?**
Maybe. To be eligible, an agricultural fair or entertainment cruise must show that its principal business activity is presenting live performing arts events that also include other secondary activities such as agricultural shows or boat tours. Its principal business activity must be acting as one of eligible entity types in the statute.

23. **Are applicants currently involved in bankruptcy proceedings eligible?**
Possibly. Eligible entities undergoing a reorganization form of bankruptcy (such as Chapter 11 or Chapter 13) may apply for an SVOG if they entered bankruptcy after February 29, 2020. However, entities undergoing a liquidation form of bankruptcy (such as Chapter 7) are not eligible because the SVOG program is intended for entities that are currently operating or intend to resume full operations.

In addition, SVOGs made to entities undergoing reorganization bankruptcy may, in SBA's discretion, be subject to additional documentation requirements designed to reduce the risk of loss of taxpayer funds.

24. **Are entities located in US territories eligible?**
Yes. Under the Economic Aid Act, in addition to those located in states, eligible entities in the District of Columbia, the Commonwealth of Puerto Rico, and any other territory or possession of the United States (e.g., Guam, American Samoa, the U.S. Virgin Islands) are able to apply for an SVOG.

25. **Is an entity that received CARES Act funding eligible to apply?**
Yes. Per the Economic Aid Act, receipt of CARES Act funding does not disqualify an entity for SVOGs.

001019

**148.    Can SVOG funds be used to reimburse an owner who put their own money into the entity to keep employees and operating expenses paid?**

Yes. Owners of eligible entities may be fully reimbursed for personal funds they contribute(d) to an entity to keep it in operation between March 1, 2020, and December 31, 2021 (or June 30, 2022, if the entity receives a supplemental phase award), provided sufficient documentation of the transfer and expenditure of such funds exists. Without such documentation, claimed owner reimbursements will be treated as compensation or distributions of profits and subject to the cap on such payments noted in question 4 in this section.

**149.    Can an entity use funds for owner compensation?**

Yes. Owner compensation, including distributions and dividends, will be treated as an ordinary business expense and thus payable using SVOG funds to the extent that the total amounts involved do not exceed what an owner received in compensation in 2019.

**150.    Can grantees use SVOG funds to reimburse themselves for allowable expenses they already paid going back as far as March 1, 2020?**

Yes.

**151.    Is debt refinanced or consolidated under a new lender, but which existed prior to February 15, 2020, considered an eligible expense? What about a line of credit or revolving loan that existed prior to February 15, 2020, but was drawn down after that date?**

Yes. Payments toward debts recorded prior to February 15, 2020, represent an allowable expense even if the debt was refinanced or consolidated with other debts that existed prior to that cutoff date.

Any otherwise allowable debt consolidated with a debt that was not recorded prior to February 15, 2020, would continue to be an allowable expense only to the extent of the original qualifying debt. Any additional amount of indebtedness following the consolidation that is attributable to the nonqualifying loan would not be an allowable expense.

Additionally, payments on lines of credit or revolving loan funds recorded prior to February 15, 2020, but not drawn down until after that date would also be an allowable expense.

Where an existing line of credit or revolving loan fund was increased after February 15, 2020, only the pre-February 15, 2020, amount would represent an allowable expense. SVOG funds could not be used to make payments on any increase in the indebtedness.

**152.    Do 'state and local taxes' identified as allowable expenses include real estate taxes and personal property taxes on buildings and equipment?**

Yes. Where real estate taxes and personal property taxes are levied on buildings and equipment directly related to eligible SVOG program operations they may be paid using grant funds. Taxes on property and equipment owned by an eligible entity not directly related to its SVOG program operations are not an allowable expense.

**153.    Can an entity put SVOG funds into an interest-bearing bank account?**

Yes. The grantee must maintain advance payments in interest bearing accounts and the limit on interest earned on grant fund deposits is $500 per year, as per 2 CFR 200.305. Any interest over $500 must be remitted to the Department of Health and Human Services Payment Management System.

**235.    How does an applicant initiate the reconsideration process?**
Applicants who are eligible for the reconsideration process will receive an email notification inviting them to opt-in to reconsideration through the portal—the notification will also be available in the SVOG portal.

**236.    How long do applicants have to apply for reconsideration?**
From the date that the invitation for reconsideration is distributed, applicants will have two weeks to submit a request. For all who request within the initial two-week appeals window, funding for reconsideration will be preserved. Although applicants may request reconsideration after the two-week window, there is no guarantee that funding will remain available.

**237.    What information is requested during the reconsideration process?**
Applicants are asked to upload a signed statement explaining why their initial award does not reflect their actual total revenue loss. Applicants should also upload any new financial documents from the Application Checklist, as well as any of the following that will help the applicant substantiate their actual total revenue loss:
  a.  State tax returns
  b.  Updated externally or internally prepared and signed financial statements such as Income Statement or Profit and Loss Statement with revenue line items to calculate the 70% of revenue from eligible activities
  c.  Third-party ticket system or third-party merchant accounts
  d.  CPA comfort letters or CPA firm attestations (not required, but may help applicants successfully advance through the review process in combination with one of the above)

# Supplemental Phase

**238.    If all SVOG program funds are expended during the program's initial phase, what will the SBA do with regard to making supplemental awards?**
All SVOG funding will not be expended during the program's initial phase.

**239.    For seasonally operated entities, will an alternative earned revenue loss comparison of Q1 2021 to Q1 2019 method be used for supplemental award eligibility?**
Yes, where an entity operates seasonally rather than year-round, the SBA will permit the seasonally-operated entity to compare its Q2 2021 earned revenues to its Q2 2019 earned revenues to demonstrate whether it has experienced the 70% earned revenue loss required for supplemental grants.

**240.    Can eligible entities include an application for a supplemental grant as part of the initial grant request, or will they be required to submit a separate supplemental application later?**
Eligible entities cannot include a supplemental application as part of the initial request. Consistent with the Economic Aid Act, the SBA will finish the initial round of awards before proceeding to the supplemental phase.

**241.    Will supplemental grant amounts be based on earned or gross revenue?**
Earned revenue.

001052

**242.    For applicants who had PPP awards subtracted from their initial SVOG, will the supplemental grant amount be based on the initial grant amount before subtracting PPP or the amount disbursed?**

Supplemental awards will be based on the initial grant amount before subtracting PPP (the higher amount).

**243.    Who is eligible for a supplemental award?**

Any applicant who has made no materials changes to the business and meets both the following:
   a.  Received an initial SVOG with a value of less than $10 million, and
   b.  Applicants whose Q1 2021 earned revenue was no more than 30 percent of their Q1 2019 earned revenue. For applicants that were not in operation in Q1 2019, their first quarter earned revenues will be used instead.

Including any applications who meet the two above criteria after a successful appeal.

**244.    How do eligible applicants indicate their interest in a supplemental award?**

Eligible applicants will receive an email notifying them that they are eligible to apply for a supplemental award—the invitation will also be in the SVOG portal. Interested applicants may apply for a supplemental award by responding to this invitation through the portal.

**245.    How long do applicants have to apply for a supplemental award?**

There will be a two-week window to apply for a supplemental award. Applicants who apply any time in the initial two-week window will be considered for a supplemental award. Should additional funding remain available after supplemental awards are granted to all eligible entities who applied in the initial two-week window, the Administrator may open a subsequent award window.

**246.    How are the supplemental award amounts determined?**

Supplemental award amounts, as defined in statute, will be fifty percent of an applicant's initial award, not to exceed a combined total of $10 million in initial award and supplemental award for a single entity. Groups of affiliated museums may not exceed $10 million in total funding as a group.

**247.    Will all eligible applicants receive a supplemental award?**

Should not enough funding be available to grant a supplemental award to all eligible applicants who apply within the initial two-week window, SBA will give priority to applicants with the greatest revenue loss in Q1 2021 relative to Q1 2019 (or their first quarter of earned revenue for those businesses not in operation in Q1 2019).

**248.    How does the appeal process affect an applicant's supplemental award?**

If an applicant's appeal is granted and the applicant is eligible for a supplemental award, the applicant will receive an email notifying them that they are eligible to apply for a supplemental award.

21. **Open**

Being "open" includes operations such as maintaining facilities, paying employees, and/or planning and preparing to eventually resume staging, producing, promoting, or booking clients for live performing arts events, screening motion pictures, or presenting exhibitions.

22. **Ordinary and necessary expenses**

An ordinary expense is one that is common and accepted in your trade or business. A necessary expense is one that is helpful and appropriate for your trade or business. An expense does not have to be indispensable to be considered necessary.

23. **Paid fairly**

Being paid fairly means that event performers are paid in an amount based on a percentage of sales, a guarantee (in writing or standard contract), or another mutually beneficial formal agreement. Venues may also compensate performers by sharing an agreed upon portion of revenues received through door fees along with drink or meal tickets that may fall below 1099 reporting requirements.

24. **Performing arts organization operator**

A performing arts organization operator is any entity (including a theatrical management business) whose principal business activity is to create, produce, perform, and/or present live performances for audiences in qualifying venues, including amphitheaters, concert halls, auditoriums, theatres, clubs, festivals, and schools.

25. **Principal**

An officer, director, owner, partner, principal investigator, or other person within a participant with management or supervisory responsibilities related to a covered transaction OR a consultant or other person, whether or not employed by the participant or paid with Federal funds, who (1) Is in a position to handle Federal funds; (2) Is in a position to influence or control the use of those funds; or, (3) Occupies a technical or professional position capable of substantially influencing the development or outcome of an activity required to perform the covered transaction.

26. **Principal business activity**

An entity's principal business activity is the line of business in which the entity has the greatest combined amount of revenues, expenses, employees and work hours, assets, contracts, and other business activity as compared to all its other lines of business.

27. **Promoter**

A promoter is an entity or individual that organizes live events by performing artists and carries out tasks (other than as a vendor or service provider) such as renting a performance site, contracting with artists or a production company for the performance, marketing events, and collecting gate receipts. A promoter must have:

    (1)  a profit (net income or loss) interest in the live event's presentation; and

    (2)  sole or joint rights to control the financial terms of the live event's presentation, use of the venue, and/or marketing of the event. Promoters may own and/or operate live venues or contract for space and may include festival promoters or the promotion of live performing arts events at outdoor, festival spaces that have all the required characteristics of a qualifying venue.

001056

**37. Talent representative**

A talent representative is an agent or manager for whom no less than 70% of their business operations (as measured with reference to their overall revenues, costs, devotion of time, contracts, and other indicia of business activity) involves the representation or management of two or more artists or entertainers. These operations must involve booking or representing musicians, comedians, actors, or similar performing artists primarily at live events staged in venues or at festivals in exchange for compensation founded on the number of tickets sold or a similar basis (including flat fee guarantees).

**38. Theatrical producer**

A theatrical producer is an eligible individual or entity (including the entity that employs the performers in a theatrical production) which has the responsibility for creating, producing, or operating live theatrical productions and that have either a non-passive profit (net income or loss) interest in a theatrical production (other than as a vendor or service provider) or sole or joint rights to control a theatrical production. Theatrical producers are responsible for functions such as negotiating debt or equity financing with lenders or investors, financial and tax reporting, and closing the production. The term "theatrical producer" does not include individuals or entities that provide financial support for a theatrical production without either a non-passive profit (net income or loss) interest or the control described above.

**39. Worker protection expenditures**

An operating or capital expenditure which helps an entity adapt its business activities to comply with guidance or requirements issued by a Federal, state, or local health authority related to the maintenance of standards for sanitation, social distancing, or any other worker or customer safety requirement related to the COVID-19 pandemic. Such expenditures must be incurred between March 1, 2020, and the date on which the COVID-19 national emergency declared by the President expires. Worker protection expenditures may include the purchase, maintenance, or renovation of items such as a drive-through window facility; a ventilation or air filtration system; a physical barrier such as a sneeze guard; an expansion of additional indoor, outdoor, or combined business space; an onsite or offsite health screening capability; and personal protective equipment.

## Live Performing Arts Organization Operator

| | Eligibility Criteria | Statute Reference |
|---|---|---|
| 1 | Must create, produce, perform, and/or present live performances for audiences in qualifying venues, including amphitheaters, concert halls, auditoriums, theatres, clubs, festivals, and schools | 15 USC 9009a(a)(3)(A)(i)(I), as supplemented by ⁋ 23 of the Definitions section of the FAQs. |
| 2 | Must have principal business activity as either:<br><br>(1) selling tickets to live events by performing artists an average of not less than 60 days before the show date<br>(2) creating, producing, performing, and/or presenting live events by performing artists, with not less than 70% of earned revenue coming from ticket sales/cover charges, sales of merchandise/food/beverage (incl. alcohol), production fees/reimbursements, and/or nonprofit educational initiatives | 15 USC 9009a(a)(3)(A) |
| 3 | Must require a ticket purchase or cover charge for most performances | 15 USC 9009a(a)(1)(A)(iii)(IV) |
| 4 | Must market performances via print or electronic means | 15 USC 9009a(a)(1)(A)(iii)(VI) |
| 5 | Must pay performers based on a percentage of sales, a guarantee, or other mutually beneficial arrangement other than compliementry food and beverage | 15 USC 9009a(a)(3)(A)(i)(I)(bb) and 9009a(a)(3)(A)(ii)(II) |
| 6 | Most venues used for performance must have a defined performance space (e.g., a stage or roped-off area) | 15 USC 9009a(a)(1)(A)(iii)(I) |
| 7 | Most venues used for performance must have a defined audience space (e.g., standing or seating area) | 15 USC 9009a(a)(1)(A)(iii)(I) |
| 8 | Most venues used for performance must have sound mixing equipment | 15 USC 9009a(a)(1)(A)(iii)(II) |
| 9 | Most venues used for performance must have a public address system | 15 USC 9009a(a)(1)(A)(iii)(II) |
| 10 | Most venues used for performance must have a lighting rig | 15 USC 9009a(a)(1)(A)(iii)(II) |
| 11 | Most venues used for performance must have at least one individual who performs at least two of the following roles:<br><br>(1) Sound engineer<br>(2) Booker<br>(3) Promoter<br>(4) Stage manager<br>(5) Security personnel<br>(6) Box office manager | 15 USC 9009a(a)(1)(A)(iii)(III) |

Case 1:21-cv-03150-CJN    Document 132-1    Filed 03/20/26    Page 489 of 508



Career Communities

# Concert/Event Producer

**Also Called:** Live Performance Producer, Live Show Producer, Event Coordinator

Part event planner, part operations coordinator, and part technical director, a concert and event producer is charged with guiding live events from ideation to completion.

▶ Related to

Careers in Live Music

Careers in Production

| IN THIS SECTION | ⌄ |
| --- | --- |

# What does a Concert/Event Producer do?

Many different people work together to make live events happen, but none have a greater impact on the outcome than concert and event producers. Working towards the broad goal of putting on a successful event, concert, or festival, producers truly do it all, from booking artists and hiring staff to preparing the venue and furnishing it with equipment. While a DIY house show is certain to present different challenges than a massive music festival, concert and event producers at all levels are united by the holistic and multifaceted nature of their work, which requires working knowledge of technical stagecraft, exceptional personnel management skills, and the ability to work well with all the live music industry's major players.

In most cases, the job begins months before the show, when the concert producer makes contact with the artist(s) and their management teams. The producer aims to suss out critical information for the show: additional equipment requirements (like amplifiers, microphones, lights, or instruments); the artist's needs relating to backstage setup, catering, and hospitality; the timetable for the day of the event; and any other pertinent information. Based on this info, the producer crafts a comprehensive budget and timeline for the show. Then, when the time comes, the producer puts the plan into action: hiring personnel including stagehands, mix engineers, sound system engineers, lighting techs, event staff, and security; organizing

001071

 Berklee

rarely time to spare.

However, it must be said that in an industry notorious for flexible job descriptions, concert and event producers are among the most difficult to pin down. In addition to the fact that every event requires a different approach, there is a notable distinction between independent event producers—who often do it all, from design to operations—and employees of large production companies, who may delegate tasks to event operations coordinators and production managers, allowing them to perform a more specialized role. Sometimes there can be a thin or blurry line between event producer and live experience designer, or between producer and promoter. Similarly, sometimes the producer hires the show's music director, while other times he or she *is* the music director. Additionally, many professional musicians and bands find success producing their own shows.

At a Glance

### Career Path

Concert and event producers come from a wide range of technical, creative, and career backgrounds. Some are professional musicians, bandleaders, or music directors who are deeply involved in crafting the musical content of concerts they produce—and derive obvious benefit from working on this side of production. Others are live experience designers or video jockeys who contribute design elements to the show. Of course, there are also many who work their way up the ladder by focusing on the bread and butter of production: operations. They may start as event staff before becoming operations coordinators, production managers, and, finally, producers.

It's also possible to cross over from related fields, such as the event planning side of nonprofit development. However, in order to successfully produce concerts some experience in the music industry is essential. After all, a good concert producer needs to know how to deal with talent buyers, concert promoters, artist managers, venue managers, and the many varieties of sound engineer.

### Finding Work

Concert and event producers might get their start as an event or operations staff member, stagehand, lighting tech, sound tech, or carpenter, all of which are good ways to observe the many moving parts involved in the production process. However, nothing beats practical experience and ingenuity in this field, and particularly savvy aspirants can skip several rungs up the career ladder by independently producing successful events on a limited budget, often working with local bands and performers to do so.

### Professional Skills

- Personnel management (hiring, scheduling, oversight)
- Project and schedule management
- Developing and maintaining production budgets
- Written and verbal communication
- Contract negotiation
- Organization

001072

Case 1:21-cv-03150-CJN    Document 132-1    Filed 03/20/26    Page 491 of 508



Concert and event producers are collaborative, organized, detail-oriented, efficient, and cool under pressure. They excel at breaking large tasks into smaller ones and coordinating diverse groups of professionals towards a common goal. Excellent multitasking, communication, and problem-solving skills are also essential.

**Work Life**

Working as a live show producer generally means long hours, including nights, weekends, and holidays. Producers are often among the last to leave the venue —in the early morning—as they must ensure that the staff, performers, and vendors are paid. Add in the administrative and organizational duties, which begin months before a show, and it's clear that in-demand producers shouldn't expect much time off. Some producers go on tour frequently or travel to produce events in other localities, but many make a living by sticking to a single city.

# GROW YOUR NETWORK

**Clubs, Associations, and Professional Groups**



Professional Group
**International Live Events Association**

Convention
**International Live Music Conference**

Eventovation

**Event Planning & Event Management**

## The Berklee Boost

Employers look for skills learned in the following Berklee programs.



Berklee College of Music
**Bachelor of Music in Music Business/Management**

001073



*Meaning of **producer** in English*

f    X

# producer

*noun* [ C ]

UK 🔊  /prəˈdʒuː.səʳ/  US 🔊  /prəˈduː.sɚ/

**producer** *noun* [C] (FILM/MUSIC)

Add to word list

B2

**a person who makes the practical and financial arrangements needed to make a film, play, or television or radio programme:**

• *a Hollywood/movie producer*

**Compare**

director (FILM MAKER)



**a person who makes the practical and financial arrangements needed to make a CD or other recording:**

• *a record producer*

**Cookies Settings**

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. **Privacy and Cookies Policy**

Accept All Cookies

← CODE OF CREDITS HOME (HTTPS://PRODUCERSGUILD.ORG/CODE-OF-CREDITS/)

The Producers Guild of America's Code of Credits for Producing Feature Films is intended to serve as a resource for the entertainment community. We hope that it will help to inform and educate producers and companies regarding the varied and involved work performed by producers of feature-length work so that appropriate producing credits and terms can be negotiated.

Produced By/Producer
Executive Producer
Co-Producer/Line Producer
Associate Producer
Production Manager
Production Supervisor
Production Coordinator
Post Production Producer
Post Production Supervisor
Post Production Coordinator
Visual Effects Producer
Visual Effects Associate Producer
Visual Effects Production Manager
Visual Effects Coordinator

*Additional credits applicable to television movies only:*
Co-Executive Producer
Supervising Producer
Producer

# Produced By/Producer

For theatrical motion pictures, the Produced By/Producer (collectively "Produced By") credit is the primary producer. -AND-

For televised or streamed feature films, when the Produced By/Producer (collectively "Produced By") credit is the primary producer.

The "Produced By" credit applies to individuals primarily responsible for the origination and/or management of a motion picture's production and delivery. This role involves personally making regular, continuous, and substantial decisions regarding creative, production, budgetary, and legal concerns in a constructive and responsible manner across the film's four stages of production. A Produced By's responsibilities across the four stages of production typically include the performance of the following producing functions in a decision-making capacity:

A. Development: Developing the film's concept, securing rights and initial funding, selecting the writer, and guiding the development process.
B. Pre-production: Selecting key creative and physical production team members, location scouting, and overseeing the final script, final schedule, and final budget.
C. Production: Overseeing daily operations, consulting with and resolving issues raised by the key physical production and creative staff, and liaising with financial, studio and/or distribution partners.
D. Post production & Marketing: Engaging closely with post production teams and strategizing on marketing and distribution.

We use cookies to analyze site traffic and improve your experience. By closing the message, or continuing to use our Site, you signify that you understand and agree to the use of these technologies, as described in our Privacy Policy (https://producersguild.org/privacy-policy/)

Close

# Executive Producer

001098

Case 1:21-cv-03150-CJN    Document 132-1    Filed 03/20/26    Page 494 of 508

What They Do ->

# What Producers and Directors Do



Stage directors make sure the cast and crew give a consistently strong live performance.

Producers and directors make business and creative decisions about, film, television, stage, and other productions. They interpret a writer's script to entertain, inform, or instruct an audience.

## Duties

Producers and directors typically do the following:

- Select scripts or topics for a film, television, video, stage, or radio production
- Audition and select cast members and the film or stage crew
- Approve the design and financial aspects of a production
- Oversee the production process, including sound, lighting, and performances
- Oversee the postproduction process, including editing, music selection, special effects, and a performance's overall tone
- Ensure that a project stays on schedule and within budget
- Promote finished productions or works through advertisements, film festivals, and interviews

Although producers and directors have distinct roles in a production, their work may overlap. For example, directors ultimately answer to producers, but some directors share producing duties for their own films.

*Producers* make the business and financial decisions for a film, stage production, or TV show. They raise money for the project and hire the director and crew, which may include designers, editors, and other workers. Some producers also assist in the selection of cast members. Producers set the budget and approve any major changes to the project. They make sure that the production is completed on time, and they are ultimately responsible for the final product.

Various producers often share responsibilities on large productions. For example, on a large movie set, an *executive producer* is in charge of the entire production and a *line producer* runs the day-to-day operations. A TV show may employ several *assistant producers* to whom the head or executive producer gives certain duties, such as supervising the costume and makeup teams.

*Directors* are responsible for the creative decisions of a production. They select cast members, conduct rehearsals, and direct the work of the cast and crew. During rehearsals, they work with the actors to help them portray their characters accurately. For nonfiction video, such as documentaries or live broadcasts, directors choose topics or subjects to film. They research the topic and may interview experts or relevant participants on camera. Directors also work with cinematographers and other crew members to ensure that the final product matches the overall vision.

Directors work with set designers, location scouts, and art directors to build a project's set. They also work with costume designers to ensure that clothing suits the overall look of the production. During a film's postproduction phase, they work closely with film editors and music supervisors to make sure that the final product meets the producer's and director's vision. *Stage directors*, unlike *television or film directors*, who document their product with cameras, make sure that the cast and crew give consistently strong live performances.

As with assistant producers, several *assistant directors* may work on large productions. Assistant directors help the director with small production tasks, such as making set changes or notifying the performers when it is their time to go onstage. Their specific responsibilities vary with the size and type of production they work on.

For more information about occupations related to producers and directors, see the profiles on actors, writers and authors, film and video editors and camera operators, dancers and choreographers, and multimedia artists and animators.

<- Summary                                                              Work Environment ->

# Work Environment

001107





GAIN A COMPETITIVE EDGE WITH 99.999% INTERNET RELIABILITY · MEDIACOM BUSINESS · CALL TODAY 866-725-1075

THEATRE    THEATRE INFO

# The Role of a Producer in Theatre Explained



The job of a theatre producer is quite complex and crucial in bringing a play from idea to stage. They have to find the money to fund the production, which is no small feat. Then, they're in charge of putting together the perfect team – this means picking the right cast and crew to bring the vision to life.

They oversee all the different stages of the production process to make sure everything runs smoothly. On top of that, they also have to think about how to market the play and get it out there so people will come to watch.

So, let's dive into what being a theatre producer really involves and how their choices impact the world of theatre today.

## Defining the Producer's Role

In the world of theater, the role of a producer is crucial for bringing a show to life. They are the ones who pull everything together, balancing creativity with the practicalities of budgets and schedules. Think of them as the project managers of the theater world. Their job starts with the big picture—understanding what the playwright and director want to achieve—and then diving into the details to make it happen.



**U.S. SMALL BUSINESS ADMINISTRATION**

**WASHINGTON, D.C. 20416**

December 11, 2024

Dear Mr. Roddick:

Concert Investor, LLC ("Concert") applied for a Shuttered Venue Operator Grant ("SVOG") claiming it met the eligibility requirements of a Live Performing Arts Organization Operator as described in the SVOG statute, 15 USC § 9009a. SBA denied the application and Concert challenged the denial in court. In a May 3, 2024 decision, the DC Circuit issued a ruling remanding the matter back to the SBA to issue a new decision on Concert's application.

Central to the Court's ruling was concern about SBA's application of the definition of Live Performing Arts Organization Operator, specifically the interpretation of the word "produces" within that definition. The SVOG statute includes the following definition:

> The term "live venue operator or promoter, theatrical producer, or live performing arts organization operator" means— **(i)** an individual or entity— **(I)** that, as a principal business activity, organizes, promotes, produces, manages, or hosts live concerts, comedy shows, theatrical productions, or other events by performing artists . . .
> 15 USC § 9009a(a)(3)

In SBA's initial explanation of the reasons for denial, SBA explained it did not consider Concert to be a Live Performing Arts Organization Operator in part because Concert was not responsible for all aspects of the live events on which Concert works. The Court indicated that this definition was "inconsistent with the statutory language." The Court instructed that "[a]n appropriate definition must [ ] capture the significant financial, creative, and managerial role that live event producers play from start to finish." (Decision p. 10, citing *Concert/Event Producer*, Berklee Coll. of Music, https://perma.cc/C8U9-W3YL). Through this new decision, SBA adopts such as definition and continues to determine that Concert is not within the scope of the definition.

As an initial matter, the focus of this decision is on the term "produce" in the context of the SVOG statute. In its administrative appeal, Concert claimed only that it "produces" concerts. (AR 660) Concert also submitted a letter from its accountant saying that it is "solely engaged in the business of producing live concerts." (AR 368) Based on these statements, SBA will only consider if Concert is qualified as a Live Performing Arts Organization Operator based on its role in the production of live performing arts events.

001119

The Court instructed that SBA should define "produce" in the SVOG statute with reference to the particular industry to which the statute is directed. (Decision p. 7) The SVOG statute is broadly directed to the live performing arts industry. It offered grants to theatrical producers, operators of venues, promotors, talent representatives and live performing arts organization operators relating to "live concerts, comedy shows, theatrical productions, or other events by performing artists." Based on the Court's direction, SBA believes it is appropriate to look at definitions of "produce" in relation to the entertainment industry generally to best understand what Congress meant when using "produce" in the SVOG statute.

Starting with dictionary definitions, the term "producer" is understood to be "a person who makes the practical and financial arrangements needed to make a film, play, or television or radio programme." (*Producer*, Cambridge Dictionary, https://dictionary.cambridge.org/dictionary/english/producer) In relation to creative work, "produce" has meanings which include "to cause to have existence or to happen," or "to compose, create, or bring out by intellectual or physical effort." (*Produce*, Merriam-Webster https://www.merriam-webster.com/dictionary/produce)

Within the entertainment industry the term "produce" is typically associated with having a primary role in the creation of a particular work. For example, Berklee College states that "[m]any different people work together to make live events happen, but none have a greater impact on the outcome than concert and event producers." (*Concert/Event Producer*, Berklee Coll. of Music, *supra*) Berklee College also emphasizes the broad role a producer plays across all stages of a live event from beginning: "a concert and event producer is charged with guiding live events from ideation to completion." (Id.)

Meanwhile, the Producer's Guild of America defines "producer" as the "individuals primarily responsible for the origination and/or management of a motion picture's production and delivery." (*Code of Credits*, Producer's Guild of America, https://producersguild.org/code-of-credits-feature-films/#produced-by-producer. The role involves significant decision making across all stages of a film's production. (Id.)

The U.S. Bureau of Labor Statistics within the U.S. Department of Labor describes the role of a producer as follows:

> *Producers* make the business and financial decisions for a film, stage production, or TV show. They raise money for the project and hire the director and crew, which may include designers, editors, and other workers. Some producers also assist in the selection of cast members. Producers set the budget and approve any major changes to the project. They make sure that the production is completed on time, and they are ultimately responsible for the final product.

(*Producers and Directors, Occupational Outlook Handbook*, U.S. Bureau of Labor Statistics, https://www.bls.gov/ooh/entertainment-and-sports/producers-and-directors.htm#tab-2)

2

001120

In the context of live stage production, the producer is understood to mean the entity finding the funding for the production, securing key creative staff, such as the play director and writer, and making critical decisions relating to starting and ending the production. (See *The Role of a Producer in Theatre Explained*, Royal George Theatre, https://www.theroyalgeorgetheatre.com/the-role-of-a-producer-in-theatre-explained/; *Theatrical Producer*, Frequently Asked Questions (FAQs) (Oct. 20, 2021) (Definition 38), https://www.sba.gov/sites/default/files/2021-10/10-20-21%20SVOG%20FAQ%20FINAL_508_final.pdf) SBA's program guidance also provides that grant awards "are not available for service providers that support eligible entities," such as "companies that provide stages, lighting, sound, casts, and other support for live performing arts events." (FAQ No. 21)

Based on the foregoing, SBA determines that to "produce" a live event, an entity must demonstrate primary responsibility for the creative, financial and managerial work required throughout all stages of the live event. This definition does not mean that an entity must be the ultimate decision-maker. If one entity formally has superior authority over another entity, but in practice takes a passive or hands-off approach, allowing the other entity to play a primary role, the latter entity could be said to produce the show. Nor does this definition mean that an entity must control all aspects of a show. So long as an entity plays the primary creative, financial, and managerial role overall, it may produce a show even if there are aspects of the show that it does not control. Finally, this definition does not mean that only one entity can be said to produce a show. A show can have multiple producers if their relationship with each other is akin to a partnership, rather than one dominant over the other. As explained below, SBA finds that Concert has not demonstrated it has the primary responsibility for the creative, financial, and managerial aspects of the events on which it works required to be considered to "produce" the events on which it works.

With regard to the creative elements, the evidence does not suggest Concert plays a significant role creating the musical elements of the show, which must be considered a central element of a live music concert. Unlike a theatrical or movie producer, Concert does not hire the writers or live performers of the music or pay them for their creative work. Concert has not shown it decides what music will be performed at any concert or who will perform it. In the case of the Twenty-One Pilots concert, Concert does not pay or employ the band for its creative work, creating and performing music. Rather, the band pays and employs Concert.

With regard to other audio elements of the concerts, while the *Lighting & Sound America* article discusses the work that Concert performs on the visual components of concerts in significant detail, it conspicuously does not suggest that Concert plays a similar role in the audio aspects of concerts except for syncing visuals with music. Notably, the article discusses an audio engineer who is responsible for the audio components of the concerts, who appears to be independent of Concert. The article describes the audio engineer as "the band's longtime front of house audio engineer," which suggests that he works directly for the band. (AR 953) Concert submitted certain budget and invoice records that use the word "audio" and similar language, but these materials are cryptic, providing no detail on or explanation of the nature of the services at issue.

3

001121

Concert does show it plays a role in the creation of the visual elements for the concert. However, it does so under a contract with and at the direction of the artists, such as Twenty One Pilots. Concert explains that it "creates an artist approved concert design." (AR 658) The *Lighting & Sound America* article provided by Concert discusses the key role played by other people besides Concert in the design of the visual elements of the show, including crediting Tyler Shapard[1] with "codesigning" the tour, and quoting a member of Concert saying that "the artist and management could decide which elements made it into the show." (AR 723) Members of the band met with a different company to provide initial "creative direction" for the shows. (Id.) Concert describes itself as "part of the Twenty One Pilots team."

It appears that the members of Twenty-One Pilots have creative responsibility for their own concerts by creating and performing the music and deciding what visual elements make it into the shows. (Id.) Concert pitches ideas to the band for the band to either accept or reject, and the band itself made the ultimate creative calls. (AR 723, 728). Meanwhile, the *Projection, Lights & Staging News* article states that Twenty One Pilots would "approach Concert Investor with a problem or an issue" and that Concert would then "provide [it] with a solution." (AR 967) The materials submitted thus suggest that the bands for which Concert works are the primary creative architects of their own shows, and that Concert merely implements the bands' own creative visions. This limited creative role in visual aspects of the live music concert is not sufficient establish that Concert has primary creative responsibility for the concerts on which it works.

With regard to financial aspects of the live concerts, Concert once again fails to show it has primary responsibility. Concert, for example, does not fund the tours, nor does it have the responsibility to find funding for the tours. Concert itself states that "we do not invest any liquid capital into artists bands or concerts." (AR 658) In the context of "Theatrical Producers" and "Promoters" also defined in 15 USC § 9009a(a)(3), SBA has determined that assumption of financial risk and control over the financial terms of the live event is required to be the qualified entity. (See FAQ Definitions 27[2] and 38[3], *supra*) Here, the contract between Concert and Twenty-One Pilots describes a fixed payment Concert will receive from Twenty-One Pilots for its work. (AR 705) Concert explains that it would send invoices for its work which would be paid by the business manager for Twenty-One Pilots. (AR 370) Concert's fixed payment from invoicing the band does not demonstrate it is bearing the financial risk typically associated with the role of producer in the entertainment industry. Instead, it

---

[1] Publicly available information shows that Mr. Shapard is employed by Twenty-One Pilots as their lighting director and co-designer. The fact that Mr. Shapard works directly for Twenty One Pilots is significant because the *Lighting & Sound America* article states that Concert "codesigned" tours with Mr. Shapard and that "both handle the production design, lighting design, and programming." (AR 947). It thus does not appear that Concert did anything independently of the band itself, which undermines the idea that Concert, as opposed to the band, played the "primary" role in the creative, financial, and managerial aspects of the shows.

[2] A promotor must have "a profit (net income or loss) interest in the live event's presentation; and [] sole or joint rights to control the financial terms of the live event's presentation."

[3] "A theatrical producer is an eligible individual or entity (including the entity that employs the performers in a theatrical production) which has the responsibility for creating, producing, or operating live theatrical productions and that have either a non-passive profit (net income or loss) interest in a theatrical production (other than as a vendor or service provider) or sole or joint rights to control a theatrical production."

4

001122

seems that the financial risk of the success of any particular concert is on the band and/or the concert promotors.

With regard to management of the live events, Concert does show that it contracts to take on a role in the management of some concert support staff and the provision of equipment related to the staging of the shows. (AR 704) While this role may involve a significant number of personnel and large amount of equipment the specific context of the Twenty-One Pilots tour, the role alone does not make Concert the "producer" of the Twenty-One Pilots tour. Concert only has these responsibilities because they were delegated to Concert by Twenty-One Pilots, which pays all costs associated with this work. By contract Concert is an independent contractor and not in a partnership or joint venture with the band. The draft contract specifically states that Concert's relationship with the band "is that of an independent contractor" and that "nothing herein shall be deemed to constitute the parties hereto as a partnership or joint venture." (AR 708) Concert's management role is also limited to overseeing a portion of the staff and equipment necessary for the events. Concert does not manage, for example, the performers themselves. Concert does not determine when and where the performances will occur. The materials provided by Concert identify others as the agent and manager of Twenty-One Pilots. (AR 752) As already noted, Concert sends it invoices to Twenty-One Pilots' business manager for payment. (AR 370) This indicates primary management authority over Concert's work, such as determining if costs were necessary and reasonable, rests at a level above Concert.

Based on a review of the record, SBA determines the Concert has not demonstrated it has primary responsibility for the creative, financial and managerial work required throughout all stages of the live event. Concert does provide some materials calling it a "producer", saying it "produces", or describing its work as "production", but those are not persuasive in light of the issues described above. It is not clear that these documents are representative of how terms such as "produce" are used generally in the live entertainment industry, and Concert itself created many of these materials, which diminishes their probative value. While the draft contract provided by Concert labels it a "producer" of the Twenty One Pilots events, that draft contract is unsigned, and apparently was never signed; it is unclear who drafted it, and Concert may have drafted the cited portions itself; and, as detailed above, the responsibilities described in that contract are too limited to show primary responsibility for the creative, financial, and managerial components of the concerts. Even assuming that Twenty One Pilots drafted the contract, which is not evident, the fact that a single band called Concert a producer has relatively little probative value as to how Concert is regarded in the industry more broadly, as the band's view may be an unrepresentative outlier. Meanwhile, the Live Nation contract states that Concert furnished unspecified "production services", without providing detail as to what these services entailed. (AR 986). This vague and ambiguous phrase does not necessarily show that Concert is the primary creative, financial, and managerial decision-maker for the concerts on which it works.

Concert's self-created invoices describing its work as "production" are similarly not persuasive based on the evidence of Concert's limited overall responsibilities for the live events. These invoices provide no substantive information about the actual work that Concert performs, and were

5

001123

created by Concert itself. Likewise, Concert's bank statements use the word "production," but provide no information about the nature of the actual work that Concert performs.

Additionally, Concert's Certified Public Accountant (CPA) writes that Concert is "in the business of producing live concert events." (AR 368) However, there is no indication that the CPA, as an accountant, is qualified to opine on the nature of Concert's business, the meaning of the word "produces" as used in the SVOG statute, or whether Concert "produces" concerts within the meaning of the statute. Moreover, the CPA does not explain how she reached her conclusion, instead asserting it in a conclusory way.[4]

The two magazine articles that Concert submitted use language such as "produces" in reference to Concert, but these articles appear to be based only on interviews with Concert's own owners and persons with whom they have business relationships. Concert's own owners and business associates are not impartial and have incentives to use exaggerated and aggrandizing language in characterizing what Concert does. Additionally, there is no evidence in the record as to how widely read or influential these magazines are in the live entertainment industry, such as evidence of their circulations, so it is not clear that they use terms such as "produce" in a manner that is reflective or representative of how these terms are understood in the live entertainment industry more broadly. Other materials refer to Concert's owners with titles that include the word "producer." Merely having the word "producer" somewhere in one's title is not enough to show that one is understood in the industry to produce a show. The indicia of industry meaning that SBA considered show that individuals in the entertainment industry often have the word "producer" somewhere in their title (e.g., Associate Producer, Line Producer) but are not regarded within the industry as "producing" the events on which they work.

Based on the materials submitted, SBA would consider Twenty-One Pilots to be the "producer" of the concerts at issue in this matter and Twenty-One Pilots could be eligible as a Live Performing Arts Organization Operator if it applied and otherwise met the eligibility requirements of the SVOG statute. Twenty-One Pilots creates the music, determines what music will be performed, and determines when and where it will be performed. If it wants expressive visuals elements to accompany that music, it hires entities such as Concert Investors to assist with those specific elements of their shows. The financial risk of performing any shows rest on Twenty-One Pilots and/or the promotors it contracts with for any particular performance. Final responsibility for ensuring adequate staffing and equipment at the shows rests with Twenty-One Pilots and its own managers, who, in this case, delegated a portion of that work to Concert Investors under a fixed price contract. Had Twenty-One Pilots received a SVOG award based on the revenue from its tour, it could have used this to pay its contractors, such as Concert.

Concert also argued in its Complaint that SBA violated the law by making SVOG awards to entities similar to Concert. With regard to Beaver Productions, Inc., Matt Davenport Productions, Activated Events, and Blackbird Production Partners, LLC, SBA already explained that these entities were not viewed as similar to Concert. In its appeal, Concert made no argument that SBA was unjustified in

---

[4] Notably, the FAQs advised that applicants may submit CPA comfort letters simply "to substantiate their reported revenue," not to opine on the nature of their businesses. (FAQ No. 231).

6

001124

treating them differently, thus waiving the issue. With regard to Digital Sound Systems, Inc., Silent House Productions, and ClearWing Productions, SBA has previously stated that the determination that each was eligible was not supported by a further review of the applications. These entities are in the recoupment process, which requires them to be given certain due process rights to challenge SBA's determination and seek review of SBA's conclusion. No recoupment can occur until those processes are fully concluded.

This is the final decision of SBA.

We encourage you to visit www.SBA.gov for additional small business funding options you may be eligible for.  Also, SBA's Resource Partner network, including SCORE Mentors and hundreds of Small Business Development Centers, Women's Business Centers and Veteran Business Outreach Centers across the nation, is available to provide free assistance and counseling to small business owners and entrepreneurs.


Sincerely,


Darlene Smith
Director(a), Shuttered Venues Operator Grant
U.S. Small Business Administration

7

001125

**Producing Partnership Criteria**
**(as of 9.14.18)**

The Producing Partnership Panel (the "PPP") shall be guided by the following criteria in determining whether two producers should be deemed to be a bona fide "Producing Partnership." The ultimate decision regarding whether two producers may be found to be a bona fide Producing Partnership rests in the sole discretion of the PPP. These criteria may be revised, as necessary, as producing practices change over time.

**A.** **Establishment of a Producing Partnership**: Two producers may be found to be a bona fide Producing Partnership if the following criteria are met:

1) each producer has consistently claimed the other as her or his producing partner when working on the same motion picture(s); **AND**

2) the producers own or are employed by the same production company (not a "single purpose entity," but an ongoing company) or otherwise have a partnership agreement that has been legally established and publicly recognized; **AND**

3) each producer, as part of the claimed partnership:

(i) has received "Producer" or "Produced By" credit on at least two (2) feature-length motion pictures that were commercially released **AND** has had an established producing partnership with the claimed partner for at least five (5) years prior to the date the producing partnership petitions were submitted to the PGA;

**AND**

(ii) has proven that she/he has, at least once in her/his career, functioned as a bona fide "Producer" or "Produced By" on her or his own merits.[1]

**B.** **Recognition of Producing Partnership**: Once a Producing Partnership has been approved, the partnership will be recognized by the PGA on every motion picture submitted for the Producers Mark or awards eligibility where both producers are credited as "Producer" or "Produced By," provided that each member of the Producing Partnership reaffirms on her or his Individual Producer Eligibility Form or in writing to the PGA that she or he remains a member of the Producing Partnership (there is no need to re-petition the PPP for each motion picture after receiving initial approval). Either member of the Producing Partnership also may continue to produce films on her/his own individually; however, neither member of the Producing Partnership may claim to have a partnership with any other producer unless and until the recognized Producing Partnership has been terminated in accordance with Section C.

**C.** **Termination of Producing Partnership**: The Producing Partnership shall be deemed terminated when either:

1) there is a public press announcement of the partnership's termination **OR**

2) the PGA receives written notice of such termination from either member of the Producing Partnership.

**D.** **New Producing Partnership**: A producer who previously has been determined part of a Producing Partnership by the PPP may not petition the PPP for recognition of a new partnership until either:

1) there has been a public press announcement of the previous partnership's termination, **OR**

2) it has been at least one (1) year since the PGA received written notice of the previous partnership's termination.

---

[1] If both producers have only ever worked together as a team, then each producer must submit a detailed, good-faith declaration verifying his or her individual producing contributions to the films on which they each received a "Producer" or "Produced By" credit.

001126



**U.S. SMALL BUSINESS ADMINISTRATION**

**WASHINGTON, D.C. 20416**

March 23, 2022

Dear Mr. Roddick:

Based on assertions Concert Investor, Inc. ("Concert Investor") made in *Concert Investor, Inc. v. Small Business Administration et al.*, Civil Action No. 21-3150 (D.D.C.), I directed the Small Business Administration ("SBA") to rescind its decision to decline Concert Investor's application for a Shuttered Venue Operators Grant ("SVOG") to issue a new decision after further review of the administrative record. After further review, I have concluded that SBA's original November 2, 2021 decision was correct, and that Concert Investor is not eligible for a SVOG.

Despite Concert Investor's website identifying it as a "[t]heatrical [p]roducer," by letter dated August 11, 2022, Concert Investor appealed SBA's July 10, 2021 denial of Concert Investor's request for a SVOG as a theatrical producer and requested that SBA award Concert Investor a SVOG as a live performing arts organization operator. A live performing arts organization operator is, in part, "an individual or entity (I) that, as a principal business activity, organizes, promotes, produces, manages, or hosts live concerts, comedy shows, theatrical productions, or other events by performing artists…" 15 U.S.C. § 9009a(a)(3)(A)(i). SBA has consistently defined a live performing arts organization operator in the definition section of its frequently asked questions, as:

> any entity (including a theatrical management business) whose principal business activity is to create, produce, perform, and/or present live performances for audiences in qualifying venues, including amphitheaters, concert halls, auditoriums, theatres, clubs, festivals, and schools.

*See, e.g.*, Shuttered Venue Operators Grants, Frequently Asked Questions, March 22, 2021 ¶ 16, publicly available at: https://www.sba.gov/sites/default/files/2021-03/3-22-21%20SVOG%20FAQ%20FINAL-508.pdf (last accessed Feb. 24, 2022); Shuttered Venue Operators Grants, Frequently Asked Questions, October 20, 2021 ¶ 24, publicly available at https://www.sba.gov/sites/default/files/2021-10/10-20-21%20SVOG%20FAQ%20FINAL_508_final.pdf (last accessed Feb. 24, 2022).

001131

To determine whether Concert Investor is a performing arts organization operator, I examined the administrative record including (1) your appeal letter dated August 11, 2021; (2) the draft red-line contract between Concert Investor and Twenty øne piløts which you represented describes the services Concert Investors typically provides its clients; and (3) an August 13, 2021 letter which you submitted entitled "Venue Staff".

In the appeal letter, you assert that "Concert Investor is a small and independently owned company . . . comprised of two owner-operators with an evolving crew of independent contractors and vendors." Concert Investor came into existence in 2012 because of its owner-operators' prior music venue in Nashville, 12th & Porter. There, the owner-operators designed "massive lighting, audio and video rigs" for a concert conducted by a band known as Twenty-øne piløts. The band subsequently "hired Concert Investor to create and develop and execute a similar intricate live music experience that they could take . . . out on their first headlining tour in 2013."

The non-final red-line copy of Concert Investor's agreement for 2018 to 2019 with Twenty-øne piløts—titled Standard Touring for Equipment and Services— identifies Concert Investor as an independent contractor that provided equipment and related services to Twenty-øne piløts. Twenty-øne piløts was responsible for the transportation of the equipment and personnel retained by Concert Investor as well as the lodging of and per diem rates for the personnel. The draft agreement also purports to render Twenty-øne piløts liable for any damage to the equipment that Concert Investor provides should any damages occur.

Although the sample agreement you provide does not state the scope of equipment and related services that Concert Investors provides, you state in the appeal letter that:

> Our unwavering mission has been to produce the most dynamic, efficient and innovative concert productions for some of the world's most talented and recognized artists . . . . While our independent company does not own or rent equipment and does not have a warehouse, we are the architects and orchestrators of individual tours. As the initial step, Concert Investor creates an artist-approved concert design before we source and hire the vendors, engineers, electricians, programmers and technicians for each of our productions or tours.

Your August 13, 2021 letter states that "every venue that Concert Investor operated in was nationally recognized in 2019 as a professional music venue," "had a box office manager and security staff," "was booked by a professional talent agency[,] and a majority of the venues were operated and promoted by Live Nation." You also provided a number of photographs which appear to depict the

2

001132

lighting and sound rigs that Concert Investors contracts with third parties to provide and run during concerts.

Based on this information and the other submissions provided, I conclude that Concert Investor, at best, serves the needs of touring concert artists for lighting and sound, designing the plots and obtaining subcontractors to install and operate the necessary equipment during a concert. [1]

This is insufficient to meet the definition of a performing arts organization operator. Concert Investor does not create, perform, or present live performances – its client/artists do. Concert Investor also does not organize or host live concerts. According to your August 13, 2021 letter, a different entity is responsible for that function. [2]

In the appeal letter, you classify Concert Investor as a "producer," but the administrative record establishes that Concert Investors is a service provider for lighting and sound. SBA specifically addressed the eligibility of concerns like Concert Investors in its Frequently Asked Questions:

> **21. Are service and support companies that provide stages, lighting, sound, casts, and other support for live performing arts events or which showcase performers or pre-packaged productions to potential buyers eligible to apply for an SVOG?**

---

[1] You have provided copies of several invoices which you submitted to your clients in 2019. However, all of these invoices are for "production reimbursement." There is nothing in these documents which show that Concert Investor provided any services beyond those connected with light and sound.

[2] As previously stated, Concert Investor originally applied for a SVOG as a theatrical producer. Definition 38 in SBA's Frequently Asked Questions defines theatrical producer as follows:

> **38. Theatrical producer**
>
> "A theatrical producer is an eligible individual or entity (including the entity that employs the performers in a theatrical production) which has the responsibility for creating, producing, or operating live theatrical productions and that have either a non-passive profit (net income or loss) interest in a theatrical production (other than as a vendor or service provider) or sole or joint rights to control a theatrical production. Theatrical producers are responsible for functions such as negotiating debt or equity financing with lenders or investors, financial and tax reporting, and closing the production..."

While my determination in this reconsideration is limited to Concert Investor's claim to be a live performance art organization operator, it does not appear that Concert Investor was a theater producer either. Concert Investor was not a theatrical producer because (a) it did not have responsibility for creating, producing or operating the production, (b) it did not have either a non-passive profit interest in the concert productions or the rights to control the productions, (c) it did not negotiate financing, (d) it did no financial or tax reporting and (e) it had no authority to close productions.

001133

No. The Economic Aid Act is designed to assist only those eligible entities identified in the statute. SVOGs are not available for service providers that support eligible entities.

The evidence and guidance recited in this letter shows that the limited services which Concert Investor provided for its client renders it ineligible for a SVOG.

Concert Investor has maintained in its lawsuit, *Concert Investors v. SBA*, Civ. A. No. 21-3150-RDM (D.D.C.) , that SBA awarded SVOGs to seven alleged competitors based on information and representations on those entities' respective websites: (1) Beaver Productions, Inc.; (2) Matt Davenport Productions, (3) Digital Sound Systems, Inc., (4) Activated Events, LLC, and (5) Silent House Productions, (6) Blackbird Production Partners, LLC, and (7) ClearWing Productions Arizona, LLC. *See* Compl., ECF Nos. 1 & 23.[3]  I have examined these concerns to see if they are similar to Concert Investor.[4]

First, unlike Concert Investor LLC, Beaver Productions, Inc.'s website (https://beaverproductions.com/) (last accessed Mar. 23, 2022) identifies it as "promoting and producing major concerts and tours." Concert Investors does not claim to promote concerts.

Second, Matt Davenport Productions applied for a SVOG as a theatrical producer. As its website (https://mattdavenportproductions.com/) (last accessed Mar. 23, 2022) indicates, Matt Davenport Productions provides original content, music composition and arrangement, creative development, costuming, directing, choreography, project management and many other services in

---

[3] In December 2021, Concert Investor's initial Complaint listed five alleged competitors: (i) The Relay Group; (ii) Matt Davenport Productions; (iii)  Andy Reuter; (iv) SRae Productions; and (v) Silent House Productions.  *See* ECF No. 1.  While the SBA was researching and analyzing the five alleged competitors listed in the initial Complaint, in February 2022,Concert Investor amended its Complaint to eliminate three alleged competitors and added additional alleged competitors for a total of seven. ECF No. 23, ₧ 27.  Specifically, the Amended Complaint eliminated the Relay Group, Any Reuter, and SRae Production as alleged competitors, and added (i) Beaver Production, (ii) Digital Sound System; (iii) Activated Events; (iv) Blackbird Production Partners; and (v) Clear Wing Production Arizona.  ECF No. 23, ₧ 27.  Only Matt Davenport and Silent House Production remained from the initial Complaint.  *Id.*  Concert Investor's replacing and adding alleged competitors caused delays and disrupted the SBA's orderly review and analysis of Concert Investor's overall application, including its claims that it is similarly situated with the alleged comparators.

[4] Each applicant's submission is in large part, proprietary, due to the nature of the information submitted by the entity for approval purposes.  Although I reviewed each of the competitors' propriety and no-proprietary information, I have endeavored to share only non-proprietary information and my reasoning for the award of each entity.

4

001134

addition to lighting and sound.  Concert Investor does not provide this range of services.

Third, Activated Events, LLC is a premier independent event production company that produces a wide range of large-scale festivals and events. Example of events and festivals which Activated Events produced include Coastal Country Jam, Boots In The Park, Wet Electric, Fiesta De Taco, BeachFront Cinema, and Starlite Movies. As a producer, Activated Events was involved in all aspects of these festivals. Concert Investor, on the other hand, is involved solely with lighting and sound.

Fourth, Blackbird Production Partners, LLC is a full-service production company which offers  budget and schedule oversight, shop and vendor coordination, trucking, storage, load-in and staffing. As the website says, "Blackbird Production Services, Ltd provides full service technical supervision to the artistic and creative teams, management staff, and technicians involved in bringing projects to fruition." See the website at http://www.blackbirdproduction.nyc/home2.html (last accessed Mar. 23, 2022).

Other SBA personnel and I are reevaluating and reconsidering the eligibility of the other remaining listed competitors: Digital Sound Systems, Inc., Silent House Productions and ClearWing Productions. If we determine that the awards to those three companies were improvidently granted, we will rescind them. I thank you for bringing these matters to our attention.

However, to be clear, any potential mistaken award that SBA might have granted to an ineligible company has no bearing on Concert Investor's own eligibility or the lack thereof. I determined Concert Investor's eligibility based on the information provided and independently from any consideration given to the alleged competitors.  At base, the limited services which Concert Investor provides do not meet the requirements of Shuttered Venue Operator's Grant eligibility.

This is the final decision of SBA.

Sincerely,

Matthew Stevens
Director, Shuttered Venue Operators Grant Program
U.S. Small Business Administration

5

001135